Form schorder

# UNITED STATES BANKRUPTCY COURT
## Southern District of Alabama

In Re: Donald W. Soutullo
Debtor

Case No.: 09–11543
Chapter 13

Donald W. Soutullo
Plaintiff

v.

Adv. Proc. No. 09–01137

CITIMORTGAGE , INC.
Defendant

Judge: MARGARET A. MAHONEY

## *SCHEDULING ORDER*

To allow this adversary proceeding to be tried as quickly and efficiently as possible,

IT IS ORDERED:

The trial of this case will occur in Courtroom 2 of the U. S. Bankruptcy Court, 201 St. Louis St., Mobile, AL on:

Date: 3/23/10

Time: 10:00 AM

Counsel of record and any unrepresented parties shall personally meet within 60 days from the date of this order as required by Fed. R. Bankr. P. 7026(f). The joint report described by the Rule shall be filed with the Court within 14 days after the meeting, except the statement regarding Rule 26(a)(1) disclosures. The parties shall also include an estimate of the length of the trial and whether summary judgment motions may be filed. The plaintiff shall initiate arrangements for the meeting and filing of the report; however, the Court shall hold all parties equally responsible for insuring that the meeting is held and the report filed as required. If the parties are unable to agree, each party's position shall be set out in the filed joint report.

The Court will review the joint report and determine whether any further pretrial orders or conferences are necessary. If any party requests additional orders or conferences, the requests should be included in the joint report.

No continuances of the dates in this order shall be granted except upon order of the Court. Unless the parties' joint status report is timely filed, no motion for continuance of any deadline established in the case, including the trial date, will be granted.

Witness and exhibit lists shall be exchanged and filed with the Court 5 business days before the scheduled trial date. Witnesses and exhibits not listed may not be used at trial except as rebuttal evidence.

Parties shall bring to trial sufficient copies of their exhibits to exchange with all parties and to give to the Court 3 sets (original, judge and law clerk). In a trial with one plaintiff and one defendant, this will mean that a party needs to bring 5 copies of exhibits to trial. All exhibits should be pre–marked prior to the day of trial.

This order may be amended by the Court upon its own motion or motion of any party.

Dated: 12/15/09

*Margaret A. Mahoney*
MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE