# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: DONALD W. SOUTULLO | ) CHAPTER 13 |
| | ) CASE NO.: 09-11543-MAM-13 |
| Debtor, | ) |
| | ) |
| DONALD W. SOUTULLO, | ) ADV. PRO. NO. 09-01137 |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CITIMORTGAGE, INC., ET AL. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING PROPOSED RULE 7026(F) REPORT AND REQUEST FOR CONTINUANCE OF TRIAL

COME NOW the Plaintiff and Defendant and jointly provide this NOTICE to the Court of the filing of the enclosed report pursuant to *Fed.R.Bankr.P.* 7026(f). The parties further jointly request that this Court continue the trial, currently set for March 23, 2010, to July 1, 2010. The parties submit that this additional time is necessary for conducting discovery and adequately preparing this case for trial. The dates and deadlines set out in the attached report correspond with a trial date of July 1, 2010.

```
                                    s/ Kenneth J. Riemer
                                KENNETH J. RIEMER (RIEMK8712)
                                Attorney for Plaintiff
                                Post Office Box 1206
                                Mobile, Alabama  36633
                                Phone: (251) 432-9212
                                Fax: (251) 433-7177
                                kjr@alaconsumerlaw.com
```

    s/Reid Manley (with permission)
Reid Manley
Attorney for Defendant CitiMortgage
Burr & Forman L.L.P.
420 20th St N Ste 3400
Birmingham , AL 35203-5210
Phone: (205) 458-5439
Fax: (205) 458-5100
E-mail: rmanley@burr.com