IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| **DONALD W. SOUTULLO,** | ) | |
| | ) | |
| | ) | CASE NO.: 09-11543-MAM-13 |
| Debtor. | | |

| | | |
|---|---|---|
| **DONALD W. SOUTULLO, and** | ) | |
| **TAMMY SOUTULLO** | ) | |
| | ) | |
| Plaintiffs, | ) | ADVERSARY PROCEEDING NO. |
| | ) | |
| v. | ) | 09-01137 |
| **CITIMORTGAGE, INC.,** | | |
| Defendant. | | |

**CONSENT ORDER**

This cause has come before the Court on the parties' joint motion to extend the dispositive motion deadline filed on May 27, 2010. Counsel for Plaintiffs and counsel for Defendant have announced to the Court that they are in agreement that the motion should be granted and also request additional time, until July 12, 2010, to file their dispositive motions. Accordingly,

IT IS HEREBY ORDERED that the parties shall have up to and including July 12, 2010 to file their dispositive motions in this matter.

Dated: July 1, 2010

*Margaret A. Mahoney*
MARGARET A. MAHONEY
CHIEF U.S. BANKRUPTCY JUDGE

APPROVED BY:

**For Plaintiffs:**

*/s/ Ken J. Riemer*

Ken J. Riemer

**For Defendant CitiMortgage**

*/s/ Reid S. Manley*

Reid S. Manley