*Soutullo, et al. v. CitiMortgage, Inc.*; Adversary Proceeding No. 09-01137

**<u>Exhibit A, Part 2 to CitiMortgage, Inc.'s Motion for Summary Judgment</u>**

condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

(M) **"Mortgage Insurance"** means insurance protecting Lender against the nonpayment of, or default on, the Loan.

(N) **"Periodic Payment"** means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

(O) **"RESPA"** means the Real Estate Settlement Procedures Act (12 U.S.C. §2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(P) **"Successor in Interest of Borrower"** means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably mortgages, grants and conveys to Lender, with power of sale, the following described property located in the **COUNTY** [Type of Recording Jurisdiction] of [Name of Recording Jurisdiction]:

**SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF.**

The proceeds of this loan have been applied to the refinance of the property.

which currently has the address of ▓▓▓▓ A CATHERINE CREEK DR, MOBILE,

[Street] [City]

Alabama    36695         ("Property Address"):
           [Zip Code]

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

1.   **Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges.** Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in U.S. currency. However, if any check or other instrument received by Lender as payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may require that any or all subsequent payments due under the Note and this Security Instrument be made in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality, or entity; or (d) Electronic Funds Transfer.

Payments are deemed received by Lender when received at the location designated in the Note or at such other location as may be designated by Lender in accordance with the notice provisions in Section 15. Lender may return any payment or partial payment if the payment or partial payments are insufficient to bring the Loan current. Lender may accept any payment or partial payment insufficient to bring the Loan current, without waiver of any rights hereunder or prejudice to its rights to refuse such payment or partial payments in the future, but Lender is not obligated to apply such payments at the time such payments are accepted. If each Periodic Payment is applied as of its scheduled due date, then Lender need not pay interest on unapplied funds. Lender may hold such unapplied funds until Borrower makes payment to bring the Loan current. If Borrower does not do so within a reasonable period of time, Lender shall either apply such funds or return them to Borrower. If not applied earlier, such funds will be applied to the outstanding principal balance under the Note immediately prior to foreclosure. No offset or claim which Borrower might have now or in the future against Lender shall relieve Borrower from making payments due under the Note and this Security Instrument or performing the covenants and agreements secured by this Security Instrument.

2.   **Application of Payments or Proceeds.** Except as otherwise described in this Section 2, all payments accepted and applied by Lender shall be applied in the following order of priority: (a) interest due under the Note; (b) principal due under the Note; (c) amounts due under Section 3. Such payments shall be applied to each Periodic Payment in the order in which it became due. Any

ALABAMA—Single Family—Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3001 1/01                                    Page 2 of 8

Initials: ▓▓▓▓
ALUDEED

remaining amounts shall be applied first to late charges, second to any other amounts due under this Security Instrument, and then to reduce the principal balance of the Note.

If Lender receives a payment from Borrower for a delinquent Periodic Payment which includes a sufficient amount to pay any late charge due, the payment may be applied to the delinquent payment and the late charge. If more than one Periodic Payment is outstanding, Lender may apply any payment received from Borrower to the repayment of the Periodic Payments if, and to the extent that, each payment can be paid in full. To the extent that any excess exists after the payment is applied to the full payment of one or more Periodic Payments, such excess may be applied to any late charges due. Voluntary prepayments shall be applied first to any prepayment charges and then as described in the Note.

Any application of payments, insurance proceeds, or Miscellaneous Proceeds to principal due under the Note shall not extend or postpone the due date, or change the amount, of the Periodic Payments.

**3. Funds for Escrow Items.** Borrower shall pay to Lender on the day Periodic Payments are due under the Note, until the Note is paid in full, a sum (the "Funds") to provide for payment of amounts due for: (a) taxes and assessments and other items which can attain priority over this Security Instrument as a lien or encumbrance on the Property; (b) leasehold payments or ground rents on the Property, if any; (c) premiums for any and all insurance required by Lender under Section 5; and (d) Mortgage Insurance premiums, if any, or any sums payable by Borrower to Lender in lieu of the payment of Mortgage Insurance premiums in accordance with the provisions of Section 10. These items are called "Escrow Items." At origination or at any time during the term of the Loan, Lender may require that Community Association Dues, Fees, and Assessments, if any, be escrowed by Borrower, and such dues, fees and assessments shall be an Escrow Item. Borrower shall promptly furnish to Lender all notices of amounts to be paid under this Section. Borrower shall pay Lender the Funds for Escrow Items unless Lender waives Borrower's obligation to pay the Funds for any or all Escrow Items. Lender may waive Borrower's obligation to pay to Lender Funds for any or all Escrow Items at any time. Any such waiver may only be in writing. In the event of such waiver, Borrower shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Lender and, if Lender requires, shall furnish to Lender receipts evidencing such payment within such time period as Lender may require. Borrower's obligation to make such payments and to provide receipts shall for all purposes be deemed to be a covenant and agreement contained in this Security Instrument, as the phrase "covenant and agreement" is used in Section 9. If Borrower is obligated to pay Escrow Items directly, pursuant to a waiver, and Borrower fails to pay the amount due for an Escrow Item, Lender may exercise its rights under Section 9 and pay such amount and Borrower shall then be obligated under Section 9 to repay to Lender any such amount. Lender may revoke the waiver as to any or all Escrow Items at any time by a notice given in accordance with Section 15 and, upon such revocation, Borrower shall pay to Lender all Funds, and in such amounts, that are then required under this Section 3.

Lender may, at any time, collect and hold Funds in an amount (a) sufficient to permit Lender to apply the Funds at the time specified under RESPA, and (b) not to exceed the maximum amount a lender can require under RESPA. Lender shall estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with Applicable Law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is an institution whose deposits are so insured) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items no later than the time specified under RESPA. Lender shall not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and Applicable Law permits Lender to make such a charge. Unless an agreement is made in writing or Applicable Law requires interest to be paid on the Funds, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Borrower and Lender can agree in writing, however, that interest shall be paid on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds as required by RESPA.

If there is a surplus of Funds held in escrow, as defined under RESPA, Lender shall account to Borrower for the excess funds in accordance with RESPA. If there is a shortage of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the shortage in accordance with RESPA, but in no more than 12 monthly payments. If there is a deficiency of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the deficiency in accordance with RESPA, but in no more than 12 monthly payments.

Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to Borrower any Funds held by Lender.

**4. Charges; Liens.** Borrower shall pay all taxes, assessments, charges, fines, and impositions attributable to the Property which can attain priority over this Security Instrument, leasehold payments or ground rents on the Property, if any, and Community Association Dues, Fees, and Assessments, if any. To the extent that these items are Escrow Items, Borrower shall pay them in the manner provided in Section 3.

Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Borrower: (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender, but only so long as Borrower is performing such agreement; (b) contests the lien in good faith by, or defends against enforcement of the lien in, legal proceedings which in Lender's opinion operate to prevent the enforcement of the lien while those proceedings are pending, but only until such proceedings are concluded; or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument. If Lender determines that any part of the Property is subject to a lien which can attain priority over this Security Instrument, Lender may give Borrower a notice identifying the lien. Within 10 days of the date on which that notice is given, Borrower shall satisfy the lien or take one or more of the actions set forth above in this Section 4.

Lender may require Borrower to pay a one-time charge for a real estate tax verification and/or reporting service used by Lender in connection with this Loan.

**5. Property Insurance.** Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage," and any other hazards including, but not limited to, earthquakes and floods, for which Lender requires insurance. This insurance shall be maintained in the amounts (including deductible levels) and for the periods that Lender requires. What Lender requires pursuant to the preceding sentences can change during the term of the Loan. The insurance carrier providing the insurance shall be chosen by Borrower subject to Lender's right to disapprove Borrower's choice, which right shall not be exercised unreasonably. Lender may require Borrower to pay, in connection with this Loan, either: (a) a one-time charge for flood zone determination, certification and tracking services; or (b) a one-time charge for flood zone determination and certification services and subsequent charges each time remappings or similar changes occur which

Case 09-04187    Doc 48-2    Filed 07/12/10    Entered 07/12/10 17:02:33    Desc Exhibit
A    Part 2    Page 3 of 56

reasonably might affect such determination or certification. Borrower shall also be responsible for the payment of any fees imposed by the Federal Emergency Management Agency in connection with the review of any flood zone determination resulting from an objection by Borrower.

If Borrower fails to maintain any of the coverages described above, Lender may obtain insurance coverage, at Lender's option and Borrower's expense. Lender is under no obligation to purchase any particular type or amount of coverage. Therefore, such coverage shall cover Lender, but might or might not protect Borrower, Borrower's equity in the Property, or the contents of the Property, against any risk, hazard or liability and might provide greater or lesser coverage than was previously in effect. Borrower acknowledges that the cost of the insurance coverage so obtained might significantly exceed the cost of insurance that Borrower could have obtained. Any amounts disbursed by Lender under this Section 5 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

All insurance policies required by Lender and renewals of such policies shall be subject to Lender's right to disapprove such policies, shall include a standard mortgage clause, and shall name Lender as mortgagee and/or as an additional loss payee. Lender shall have the right to hold the policies and renewal certificates. If Lender requires, Borrower shall promptly give to Lender all receipts of paid premiums and renewal notices. If Borrower obtains any form of insurance coverage, not otherwise required by Lender, for damage to, or destruction of, the Property, such policy shall include a standard mortgage clause and shall name Lender as mortgagee and/or as an additional loss payee.

In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by Borrower. Unless Lender and Borrower otherwise agree in writing, any insurance proceeds, whether or not the underlying insurance was required by Lender, shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such insurance proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such insurance proceeds, Lender shall not be required to pay Borrower any interest or earnings on such proceeds. Fees for public adjusters, or other third parties, retained by Borrower shall not be paid out of the insurance proceeds and shall be the sole obligation of Borrower. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such insurance proceeds shall be applied in the order provided for in Section 2.

If Borrower abandons the Property, Lender may file, negotiate and settle any available insurance claim and related matters. If Borrower does not respond within 30 days to a notice from Lender that the insurance carrier has offered to settle a claim, then Lender may negotiate and settle the claim. The 30-day period will begin when the notice is given. In either event, or if Lender acquires the Property under Section 22 or otherwise, Borrower hereby assigns to Lender (a) Borrower's rights to any insurance proceeds in an amount not to exceed the amounts unpaid under the Note or this Security Instrument, and (b) any other of Borrower's rights (other than the right to any refund of unearned premiums paid by Borrower) under all insurance policies covering the Property, insofar as such rights are applicable to the coverage of the Property. Lender may use the insurance proceeds either to repair or restore the Property or to pay amounts unpaid under the Note or this Security Instrument, whether or not then due.

6. **Occupancy.** Borrower shall occupy, establish, and use the Property as Borrower's principal residence within 60 days after the execution of this Security Instrument and shall continue to occupy the Property as Borrower's principal residence for at least one year after the date of occupancy, unless Lender otherwise agrees in writing, which consent shall not be unreasonably withheld, or unless extenuating circumstances exist which are beyond Borrower's control.

7. **Preservation, Maintenance and Protection of the Property; Inspections.** Borrower shall not destroy, damage or impair the Property, allow the Property to deteriorate or commit waste on the Property. Whether or not Borrower is residing in the Property, Borrower shall maintain the Property in order to prevent the Property from deteriorating or decreasing in value due to its condition. Unless it is determined pursuant to Section 5 that repair or restoration is not economically feasible, Borrower shall promptly repair the Property if damaged to avoid further deterioration or damage. If insurance or condemnation proceeds are paid in connection with damage to, or the taking of, the Property, Borrower shall be responsible for repairing or restoring the Property only if Lender has released proceeds for such purposes. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. If the insurance or condemnation proceeds are not sufficient to repair or restore the Property, Borrower is not relieved of Borrower's obligation for the completion of such repair or restoration.

Lender or its agent may make reasonable entries upon and inspections of the Property. If it has reasonable cause, Lender may inspect the interior of the improvements on the Property. Lender shall give Borrower notice at the time of or prior to such an interior inspection specifying such reasonable cause.

8. **Borrower's Loan Application.** Borrower shall be in default if, during the Loan application process, Borrower or any persons or entities acting at the direction of Borrower or with Borrower's knowledge or consent gave materially false, misleading, or inaccurate information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan. Material representations include, but are not limited to, representations concerning Borrower's occupancy of the Property as Borrower's principal residence.

9. **Protection of Lender's Interest in the Property and Rights Under this Security Instrument.** If (a) Borrower fails to perform the covenants and agreements contained in this Security Instrument, (b) there is a legal proceeding that might significantly affect Lender's interest in the Property and/or rights under this Security Instrument (such as a proceeding in bankruptcy, probate, for condemnation or forfeiture, for enforcement of a lien which may attain priority over this Security Instrument or to enforce laws or regulations), or (c) Borrower has abandoned the Property, then Lender may do and pay for whatever is reasonable or appropriate to protect Lender's interest in the Property and rights under this Security Instrument, including protecting and/or assessing the value of the Property, and securing and/or repairing the Property. Lender's actions can include, but are not limited to: (a) paying any sums secured by a lien which has priority over this Security Instrument; (b) appearing in court; and (c) paying reasonable attorneys' fees to protect its interest in the Property and/or rights under this Security Instrument, including its secured position in a bankruptcy proceeding. Securing the Property includes, but is not limited to, entering the Property to make repairs, change locks, replace or board up doors and windows, drain water from pipes, eliminate building or other code violations or dangerous conditions, and have utilities turned on or off. Although Lender may take action under this Section 9, Lender does not have to do so and is not under

any duty or obligation to do so. It is agreed that Lender incurs no liability for not taking any or all actions authorized under this Section 9.

Any amounts disbursed by Lender under this Section 9 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

If this Security Instrument is on a leasehold, Borrower shall comply with all the provisions of the lease. If Borrower acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing.

**10. Mortgage Insurance.** If Lender required Mortgage Insurance as a condition of making the Loan, Borrower shall pay the premiums required to maintain the Mortgage Insurance in effect. If, for any reason, the Mortgage Insurance coverage required by Lender ceases to be available from the mortgage insurer that previously provided such insurance and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to obtain coverage substantially equivalent to the Mortgage Insurance previously in effect, at a cost substantially equivalent to the cost to Borrower of the Mortgage Insurance previously in effect, from an alternate mortgage insurer selected by Lender. If substantially equivalent Mortgage Insurance coverage is not available, Borrower shall continue to pay to Lender the amount of the separately designated payments that were due when the insurance coverage ceased to be in effect. Lender will accept, use and retain these payments as a non-refundable loss reserve in lieu of Mortgage Insurance. Such loss reserve shall be non-refundable, notwithstanding the fact that the Loan is ultimately paid in full, and Lender shall not be required to pay Borrower any interest or earnings on such loss reserve. Lender can no longer require loss reserve payments if Mortgage Insurance coverage (in the amount and for the period that Lender requires) provided by an insurer selected by Lender again becomes available, is obtained, and Lender requires separately designated payments toward the premiums for Mortgage Insurance. If Lender required Mortgage Insurance as a condition of making the Loan and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to maintain Mortgage Insurance in effect, or to provide a non-refundable loss reserve, until Lender's requirement for Mortgage Insurance ends in accordance with any written agreement between Borrower and Lender providing for such termination or until termination is required by Applicable Law. Nothing in this Section 10 affects Borrower's obligation to pay interest at the rate provided in the Note.

Mortgage Insurance reimburses Lender (or any entity that purchases the Note) for certain losses it may incur if Borrower does not repay the Loan as agreed. Borrower is not a party to the Mortgage Insurance.

Mortgage insurers evaluate their total risk on all such insurance in force from time to time, and may enter into agreements with other parties that share or modify their risk, or reduce losses. These agreements are on terms and conditions that are satisfactory to the mortgage insurer and the other party (or parties) to these agreements. These agreements may require the mortgage insurer to make payments using any source of funds that the mortgage insurer may have available (which may include funds obtained from Mortgage Insurance premiums).

As a result of these agreements, Lender, any purchaser of the Note, another insurer, any reinsurer, any other entity, or any affiliate of any of the foregoing, may receive (directly or indirectly) amounts that derive from (or might be characterized as) a portion of Borrower's payments for Mortgage Insurance, in exchange for sharing or modifying the mortgage insurer's risk, or reducing losses. If such agreement provides that an affiliate of Lender takes a share of the insurer's risk in exchange for a share of the premiums paid to the insurer, the arrangement is often termed "captive reinsurance." Further:

**(a)** Any such agreements will not affect the amounts that Borrower has agreed to pay for Mortgage Insurance, or any other terms of the Loan. Such agreements will not increase the amount Borrower will owe for Mortgage Insurance, and they will not entitle Borrower to any refund.

**(b)** Any such agreements will not affect the rights Borrower has - if any - with respect to the Mortgage Insurance under the Homeowners Protection Act of 1998 or any other law. These rights may include the right to receive certain disclosures, to request and obtain cancellation of the Mortgage Insurance, to have the Mortgage Insurance terminated automatically, and/or to receive a refund of any Mortgage Insurance premiums that were unearned at the time of such cancellation or termination.

**11. Assignment of Miscellaneous Proceeds; Forfeiture.** All Miscellaneous Proceeds are hereby assigned to and shall be paid to Lender.

If the Property is damaged, such Miscellaneous Proceeds shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such Miscellaneous Proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may pay for the repairs and restoration in a single disbursement or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such Miscellaneous Proceeds, Lender shall not be required to pay Borrower any interest or earnings on such Miscellaneous Proceeds. If the restoration or repair is not economically feasible or Lender's security would be lessened, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such Miscellaneous Proceeds shall be applied in the order provided for in Section 2.

In the event of a total taking, destruction, or loss in value of the Property, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is equal to or greater than the amount of the sums secured by this Security Instrument immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the sums secured by this Security Instrument shall be reduced by the amount of the Miscellaneous Proceeds multiplied by the following fraction: (a) the total amount of the sums secured immediately before the partial taking, destruction, or loss in value divided by (b) the fair market value of the Property immediately before the partial taking, destruction, or loss in value. Any balance shall be paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is less than the amount of the sums secured immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument whether or not the sums are then due.

If the Property is abandoned by Borrower, or if, after notice by Lender to Borrower that the Opposing Party (as defined in the next sentence) offers to make an award to settle a claim for damages, Borrower fails to respond to Lender within 30 days after the date the notice is given, Lender is authorized to collect and apply the Miscellaneous Proceeds either to restoration or repair of the

Initials: _____

Property or to the sums secured by this Security Instrument, whether or not then due. "Opposing Party" means the third party that owes Borrower Miscellaneous Proceeds or the party against whom Borrower has a right of action in regard to Miscellaneous Proceeds.

Borrower shall be in default if any action or proceeding, whether civil or criminal, is begun that, in Lender's judgment, could result in forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. Borrower can cure such a default and, if acceleration has occurred, reinstate as provided in Section 19, by causing the action or proceeding to be dismissed with a ruling that, in Lender's judgment, precludes forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. The proceeds of any award or claim for damages that are attributable to the impairment of Lender's interest in the Property are hereby assigned and shall be paid to Lender.

All Miscellaneous Proceeds that are not applied to restoration or repair of the Property shall be applied in the order provided for in Section 2.

**12. Borrower Not Released; Forbearance By Lender Not a Waiver.** Extension of the time for payment or modification of amortization of the sums secured by this Security Instrument granted by Lender to Borrower or any Successor in Interest of Borrower shall not operate to release the liability of Borrower or any Successors in Interest of Borrower. Lender shall not be required to commence proceedings against any Successor in Interest of Borrower or to refuse to extend time for payment or otherwise modify amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or any Successors in Interest of Borrower. Any forbearance by Lender in exercising any right or remedy including, without limitation, Lender's acceptance of payments from third persons, entities or Successors in Interest of Borrower or in amounts less than the amount then due, shall not be a waiver of or preclude the exercise of any right or remedy.

**13. Joint and Several Liability; Co-signers; Successors and Assigns Bound.** Borrower covenants and agrees that Borrower's obligations and liability shall be joint and several. However, any Borrower who co-signs this Security Instrument but does not execute the Note (a "co-signer"): (a) is co-signing this Security Instrument only to mortgage, grant and convey the co-signer's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower can agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without the co-signer's consent.

Subject to the provisions of Section 18, any Successor in Interest of Borrower who assumes Borrower's obligations under this Security Instrument in writing, and is approved by Lender, shall obtain all of Borrower's rights and benefits under this Security Instrument. Borrower shall not be released from Borrower's obligations and liability under this Security Instrument unless Lender agrees to such release in writing. The covenants and agreements of this Security Instrument shall bind (except as provided in Section 20) and benefit the successors and assigns of Lender.

**14. Loan Charges.** Lender may charge Borrower fees for services performed in connection with Borrower's default, for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument, including, but not limited to, attorneys' fees, property inspection and valuation fees. In regard to any other fees, the absence of express authority in this Security Instrument to charge a specific fee to Borrower shall not be construed as a prohibition on the charging of such fee. Lender may not charge fees that are expressly prohibited by this Security Instrument or by Applicable Law.

If the Loan is subject to a law which sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the Loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the principal owed under the Note or by making a direct payment to Borrower. If a refund reduces principal, the reduction will be treated as a partial prepayment without any prepayment charge (whether or not a prepayment charge is provided for under the Note). Borrower's acceptance of any such refund made by direct payment to Borrower will constitute a waiver of any right of action Borrower might have arising out of such overcharge.

**15. Notices.** All notices given by Borrower or Lender in connection with this Security Instrument must be in writing. Any notice to Borrower in connection with this Security Instrument shall be deemed to have been given to Borrower when mailed by first class mail or when actually delivered to Borrower's notice address if sent by other means. Notice to any one Borrower shall constitute notice to all Borrowers unless Applicable Law expressly requires otherwise. The notice address shall be the Property Address unless Borrower has designated a substitute notice address by notice to Lender. Borrower shall promptly notify Lender of Borrower's change of address. If Lender specifies a procedure for reporting Borrower's change of address, then Borrower shall only report a change of address through that specified procedure. There may be only one designated notice address under this Security Instrument at any one time. Any notice to Lender shall be given by delivering it or by mailing it by first class mail to Lender's address stated herein unless Lender has designated another address by notice to Borrower. Any notice in connection with this Security Instrument shall not be deemed to have been given to Lender until actually received by Lender. If any notice required by this Security Instrument is also required under Applicable Law, the Applicable Law requirement will satisfy the corresponding requirement under this Security Instrument.

**16. Governing Law; Severability; Rules of Construction.** This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located. All rights and obligations contained in this Security Instrument are subject to any requirements and limitations of Applicable Law. Applicable Law might explicitly or implicitly allow the parties to agree by contract or it might be silent, but such silence shall not be construed as a prohibition against agreement by contract. In the event that any provision or clause of this Security Instrument or the Note conflicts with Applicable Law, such conflict shall not affect other provisions of this Security Instrument or the Note which can be given effect without the conflicting provision.

As used in this Security Instrument: (a) words of the masculine gender shall mean and include corresponding neuter words or words of the feminine gender; (b) words in the singular shall mean and include the plural and vice versa; and (c) the word "may" gives sole discretion without any obligation to take any action.

**17. Borrower's Copy.** Borrower shall be given one copy of the Note and of this Security Instrument.

**18. Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

ALABAMA—Single Family—Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3001 1/01                                                                    Page 6 of 8

Initials: _____

ALUJEED

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

**19. Borrower's Right to Reinstate After Acceleration.** If Borrower meets certain conditions, Borrower shall have the right to have enforcement of this Security Instrument discontinued at any time prior to the earliest of: (a) five days before sale of the Property pursuant to any power of sale contained in this Security Instrument; (b) such other period as Applicable Law might specify for the termination of Borrower's right to reinstate; or (c) entry of a judgment enforcing this Security Instrument. Those conditions are that Borrower: (a) pays Lender all sums which then would be due under this Security Instrument and the Note as if no acceleration had occurred; (b) cures any default of any other covenants or agreements; (c) pays all expenses incurred in enforcing this Security Instrument, including, but not limited to, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument; and (d) takes such action as Lender may reasonably require to assure that Lender's interest in the Property and rights under this Security Instrument, and Borrower's obligation to pay the sums secured by this Security Instrument, shall continue unchanged. Lender may require that Borrower pay such reinstatement sums and expenses in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality or entity; or (d) Electronic Funds Transfer. Upon reinstatement by Borrower, this Security Instrument and obligations secured hereby shall remain fully effective as if no acceleration had occurred. However, this right to reinstate shall not apply in the case of acceleration under Section 18.

**20. Sale of Note; Change of Loan Servicer; Notice of Grievance.** The Note or a partial interest in the Note (together with this Security Instrument) can be sold one or more times without prior notice to Borrower. A sale might result in a change in the entity (known as the "Loan Servicer") that collects Periodic Payments due under the Note and this Security Instrument and performs other mortgage loan servicing obligations under the Note, this Security Instrument, and Applicable Law. There also might be one or more changes of the Loan Servicer unrelated to a sale of the Note. If there is a change of the Loan Servicer, Borrower will be given written notice of the change which will state the name and address of the new Loan Servicer, the address to which payments should be made and any other information RESPA requires in connection with a notice of transfer of servicing. If the Note is sold and thereafter the Loan is serviced by a Loan Servicer other than the purchaser of the Note, the mortgage loan servicing obligations to Borrower will remain with the Loan Servicer or be transferred to a successor Loan Servicer and are not assumed by the Note purchaser unless otherwise provided by the Note purchaser.

Neither Borrower nor Lender may commence, join, or be joined to any judicial action (as either an individual litigant or the member of a class) that arises from the other party's actions pursuant to this Security Instrument or that alleges that the other party has breached any provision of, or any duty owed by reason of, this Security Instrument, until such Borrower or Lender has notified the other party (with such notice given in compliance with the requirements of Section 15) of such alleged breach and afforded the other party hereto a reasonable period after the giving of such notice to take corrective action. If Applicable Law provides a time period which must elapse before certain action can be taken, that time period will be deemed to be reasonable for purposes of this paragraph. The notice of acceleration and opportunity to cure given to Borrower pursuant to Section 22 and the notice of acceleration given to Borrower pursuant to Section 18 shall be deemed to satisfy the notice and opportunity to take corrective action provisions of this Section 20.

**21. Hazardous Substances.** As used in this Section 21: (a) "Hazardous Substances" are those substances defined as toxic or hazardous substances, pollutants, or wastes by Environmental Law and the following substances: gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, and radioactive materials; (b) "Environmental Law" means federal laws and laws of the jurisdiction where the Property is located that relate to health, safety or environmental protection; (c) "Environmental Cleanup" includes any response action, remedial action, or removal action, as defined in Environmental Law; and (d) an "Environmental Condition" means a condition that can cause, contribute to, or otherwise trigger an Environmental Cleanup.

Borrower shall not cause or permit the presence, use, disposal, storage, or release of any Hazardous Substances, or threaten to release any Hazardous Substances, on or in the Property. Borrower shall not do, nor allow anyone else to do, anything affecting the Property (a) that is in violation of any Environmental Law, (b) which creates an Environmental Condition, or (c) which, due to the presence, use, or release of a Hazardous Substance, creates a condition that adversely affects the value of the Property. The preceding two sentences shall not apply to the presence, use, or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property (including, but not limited to, hazardous substances in consumer products).

Borrower shall promptly give Lender written notice of (a) any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge, (b) any Environmental Condition, including but not limited to, any spilling, leaking, discharge, release or threat of release of any Hazardous Substance, and (c) any condition caused by the presence, use or release of a Hazardous Substance which adversely affects the value of the Property. If Borrower learns, or is notified by any governmental or regulatory authority, or any private party, that any removal or other remediation of any Hazardous Substance affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law. Nothing herein shall create any obligation on Lender for an Environmental Cleanup.

NON-UNIFORM COVENANTS. Borrower and Lender further covenant and agree as follows:

**22. Acceleration; Remedies. Lender shall give notice to Borrower prior to acceleration following Borrower's breach of any covenant or agreement in this Security Instrument (but not prior to acceleration under Section 18 unless Applicable Law provides otherwise). The notice shall specify: (a) the default; (b) the action required to cure the default; (c) a date, not less than 30 days from the date the notice is given to Borrower, by which the default must be cured; and (d) that failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by this Security Instrument and sale of the Property. The notice shall further inform Borrower of the right to reinstate after acceleration and the right to bring a court action to assert the non-existence of a default or any other defense of Borrower to acceleration and sale. If the default is not cured on or before the date specified in the notice, Lender at its option may require immediate payment in full of all sums secured by this Security Instrument without further demand and may invoke the power of sale and any other**

Initials: _____
ALLISON

remedies permitted by Applicable Law. Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in this Section 22, including, but not limited to, reasonable attorneys' fees and costs of title evidence.

If Lender invokes the power of sale, Lender shall give a copy of a notice to Borrower in the manner provided in Section 15. Lender shall publish the notice of sale once a week for three consecutive weeks in a newspaper published in _____ County, Alabama, and thereupon shall sell the Property to the highest bidder at public auction at the front door of the County Courthouse of this County. Lender shall deliver to the purchaser Lender's deed conveying the Property. Lender or its designee may purchase the Property at any sale. Borrower covenants and agrees that the proceeds of the sale shall be applied in the following order: (a) to all expenses of the sale, including, but not limited to, reasonable attorneys' fees; (b) to all sums secured by this Security Instrument; and (c) any excess to the person or persons legally entitled to it.

**23. Release.** Upon payment of all sums secured by this Security Instrument, Lender shall release this Security Instrument. Borrower shall pay any recordation costs. Lender may charge Borrower a fee for releasing this Security Instrument, but only if the fee is paid to a third party for services rendered and the charging of the fee is permitted under Applicable Law.

**24. Waivers.** Borrower waives all rights of homestead exemption in the Property and relinquishes all rights of curtesy and dower in the Property.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Witnesses:

_____

_____

_Donald W Soutullo_ (Seal)
DONALD W SOUTULLO

_Tammy Soutullo_
Tammy Soutullo

STATE OF ALABAMA          )
County of ___Mobile___   )

On this ___21st___ day of ___November___, I ___Connie W Dickson___, a Notary Public in and for said county and in said state, hereby certify that DONALD W SOUTULLO, and Tammy Soutullo, whose name(s) ___are___ signed to the foregoing conveyance, and who ___are___ known to me, acknowledged before me that, being informed of the contents of the conveyance, ___they___ executed the same voluntarily and as ___their___ act on the day the same bears date.

Given under my hand and seal of office this 21st day of November.

_____
Notary Public

My commission expires: ___6 22 05___

## EXHIBIT A

───────── LEGAL DESCRIPTION ─────────

LOT 1, CATHERINE CREEK SUBDIVISION AS RECORDED IN MAP BOOK 64, PAGE 80 OF THE RECORDS IN THE OFFICE OF THE JUDGE OF PROBATE OF MOBILE COUNTY, ALABAMA.

SUBJECT TO ALL EASEMENTS, RESTRICTIONS, RESERVATIONS, PROVISIONS, COVENANTS, BUILDING SET-BACK LINES AND RIGHTS OF WAY OF RECORD.

ADDRESS: ████ A CATHERINE CREEK DR; MOBILE, AL .

State of Alabama - Mobile County
I certify this instrument was filed on:

Tue, Dec-03-2002 @ 2:50:23PM

| | |
|---|---|
| RECORDING FEE | 23.50 |
| SURCHARGE | 10.00 |
| MORTGAGE TAX | 81.60 |
| S. R. FEE | 2.00 |
| TOTAL AMOUNT | $117.10 |

2002094537
Don Davis, Judge of Probate

# ESCROW WAIVER AGREEMENT

THIS Escrow Waiver Agreement, hereinafter called "Agreement", is entered into by and between the mortgagee and mortgagor(s) set forth below, hereinafter called "Lender" and "Borrower", respectively.

## WITNESSETH:

THAT WHEREAS, Borrower has requested Lender to extend credit to Borrower; and

WHEREAS, Lender has agreed to extend credit to Borrower; and

WHEREAS, the parties to this Agreement are evidencing the obligation described herein by a Note executed by Borrower in favor of Lender, same being identified as Loan Number: ▮▮▮▮▮;

and

WHEREAS, such Note shall be secured by a Mortgage, Deed of Trust or Security Deed, hereinafter called "Security Instrument", covering the property described in the Security Instrument and located at:
▮▮▮▮▮ CATHERINE CREEK DR
MOBILE, AL 36695

and

WHEREAS, the Security Instrument provides for monthly payments by Borrower to Lender to be held in escrow, hereinafter called "Escrow Account", to pay taxes, assessments, leasehold payments or ground rents, hazard insurance premiums, flood insurance premiums, and mortgage insurance premiums; and

WHEREAS, Borrower has requested Lender to waive the requirement that Borrower establish or maintain an Escrow Account with Lender; and

WHEREAS, Lender has agreed to waive such Escrow Account on certain terms and conditions;

NOW, THEREFORE, for and in consideration of the promises and agreements herein set forth, and other good and valuable consideration and in consideration of payment of an Escrow Waiver Fee, if any, the receipt and sufficiency of which are hereby acknowledged, the parties hereto do hereby agree as follows:

### I.

Anything in the Security Instrument to the contrary notwithstanding, for so long as there is no delinquency or default under this Agreement or the Note or the Security Instrument, Lender shall waive the requirement in the Security Instrument that Borrower establish an Escrow Account with Lender.

### II.

Borrower agrees to pay directly to the appropriate authorities all applicable items referred to above per paragraph three hereof, but in any event prior to delinquency or lapse in coverage, in lieu of the placement of funds for such purpose in an Escrow Account with Lender.

### III.

For so long as the Security Instrument and the Note secured thereby remain in force and effect, Borrower shall pay in full (i) all applicable taxes referred to above by December 31st of each year in which they are assessed, and (ii) all other applicable items referred to above prior to their respective delinquency or lapse in coverage, as applicable. Likewise, for so long as the Security Instrument and the Note secured thereby remain in force and effect, Borrower shall furnish satisfactory evidence to Lender of timely payment in full of (i) all applicable taxes by January 31st of the following year, and (ii) all other applicable items prior to their respective delinquency or lapse in coverage, as applicable. "Satisfactory evidence", as used herein, shall mean cancelled check, paid tax receipt, or written confirmation of payment from the party to whom the obligation is owed, as appropriate in Lender's discretion.

### IV.

In the event of an assumption of the Note referred to above the Lender may at Lender's option terminate this Agreement and require the assumptor(s) to establish and maintain an Escrow Account with Lender in the manner provided for in the Security Instrument.

### V.

In the event of a delinquency or default under this Agreement or the Note or the Security Instrument, among any other remedies available to Lender, Lender may at Lender's option terminate this Agreement and require Borrower to establish and maintain an Escrow Account with Lender in the manner provided for in the Security Instrument.

### VI.

Borrower's failure to fully comply in a timely manner with all the terms hereof shall constitute a default under this Agreement and the Note and the Security Instrument.

(8-9-96) C-102096-11                                 Page 1 of 2                                 J457KSW 708



DEFENDANT'S EXHIBIT
4   T. Sotullo

CITIMORTGAGE/SOUTULLO000069

VII.

An election by Lender to forego pursuit of any remedies available to it because of a default hereunder by Borrower shall not constitute a waiver by Lender of its right to pursue any and all such remedies upon any continuing or subsequent default by Borrower.

VIII.

Time is of the essence of this Agreement.

IX.

Subject to Lender's rights as set forth herein and in the Note and Security Instrument, this Agreement shall inure to the benefit of and be binding upon Borrower and Lender and their respective heirs, representatives, assumptors, successors and assigns.

EXECUTED this the **21ST** day of **NOVEMBER, 2002.**

LENDER: **ABN AMRO MORTGAGE GROUP, INC.**

By: _____

Officer: _____

Title: _____

_DONALD W SOUTULLO_
DONALD W SOUTULLO

CITIMORTGAGE/SOUTULLO000070

"Lender": **ABN AMRO MORTGAGE GROUP, INC.**

Loan No.: ▓▓▓▓▓▓

## INSURANCE AUTHORIZATION

The Security Instrument (deed of trust, mortgage, security deed, etc) which secures the loan noted above requires that proper fire, hazard, flood (if applicable) and/or other property insurance be carried in the amount of the loan to protect you and also the Lender ("we", "us", "our") and authorizes us to obtain the insurance on your behalf if you fail to do so. (See also Security Instrument for further information).

The insurance policies may be provided by an agent of your choice; however, policies or evidences of insurance, in a form reasonably acceptable to us, must be in our office prior to the closing of the loan. Also, a renewal policy for each policy must be in our office at least 15 days prior to the expiration date of the previous policy. In the event any renewal policy is not in our office within the required time, we will order a renewal policy in like amount and for like coverages from an agent of our choice.

Please sign a copy of this notice as our authority to release information reasonably necessary for us to obtain a renewal policy.

Executed this    **21ST**    day of  **NOVEMBER, 2002.**

| | |
|---|---|
| **DONALD W SOUTULLO** | Date |

THIS FORM IS PART OF THE CLOSING PACKAGE

PLEASE HAVE BOTH COPIES SIGNED
GIVE ONE TO THE BORROWER
RETURN ONE FOR OUR FILES



**DEFENDANT'S EXHIBIT**
5

(9-23-95) S 100387-11

1457INA  703

Soutullo000004



**ABN·AMRO**

ABN AMRO Mortgage Group, Inc.

P.O. Box 57068
Irvine, CA 92619-7068

Affiliate: Standard Federal Bank

IMPORTANT NOTICE

NOTIFICATION DATE:
01/19/04

DONALD W SOUTULLO

MOBILE AL 36695

LOAN NUMBER:

PROPERTY LOCATION:
CATHERINE CRE
MOBILE AL 36695

Para la ayuda en espanol, llame por favor 1-800-783-8900 y solicite un representante de habla espanol.
For assistance in Spanish, please call 1-800-783-8900 and request a Spanish speaking representative.

Dear Donald W Soutullo:

As of 01/19/04 our records reflect that hazard insurance on your property expired or cancelled effective 01/10/04. Please assist us by supplying proof of coverage on your property or a bill from your insurance carrier so that we can pay the premiums due and avoid any lapse in coverage.

- If you have received a copy of your renewal notice or have obtained new coverage please review it to ensure the mortgagee clause reads as follows: ABN AMRO Mortgage Group, Inc., Its Successors And/Or Assigns, P O Box 57068, Irvine, Ca 92619-7068.

- If you do not have a copy of your renewal notice or policy, please contact your insurance agent or company and confirm that the mortgagee clause reads as indicated above.

- Please confirm that your policy references your ABN AMRO loan #

- Please forward, or have your insurance agent/company forward a copy of your policy to us at: ABN AMRO Mortgage Group, Inc., P O Box 57068, Irvine, Ca 92619-7068, so that we may update our records and/or pay your premium. For your convenience, a copy of your policy renewal can be sent to us via facsimile at 949-770-1651. If you prefer, you may visit our website at www.updatemyinsurance.com/ABNAMRO and update your insurance.

- If you live in a condominium, please forward evidence of insurance to the address referenced above.

Your taking the above action will allow us to update our records or pay your insurance premiums in a timely manner now and in the future.

If you do not have coverage or need assistance with your policy, we encourage you to contact an insurance agent or company of your choice to assist you in evaluating your insurance needs. Once you have obtained coverage, please ensure that the mortgagee clause and your ABN AMRO loan number is provided to your insurance agent/company as stated above and that the copy of your policy information is forwarded to ABN AMRO Mortgage Group, Inc., P O Box 57068, Irvine, Ca 92619-7068.

DEFENDANT'S EXHIBIT

6

LSWRBH01  07/24/03

CITIMORTGAGE/SOUTULLO000459

# IMPORTANT INSURANCE ANNOUNCEMENT

You may qualify for a unique homeowners insurance program that could save you money. This special program is offered through ZC Sterling Insurance Agency, Inc., a member of the Zurich Financial Services Group.

By calling toll free **1-888-819-2847**, you may be able to receive a guaranteed homeowners insurance premium quotation in minutes. **No insurance agent will call you.** You may also be eligible for:

- **A savings over your current homeowners insurance;**
- **Up to a 20% discount for a home less than 10 years old,**
- **Up to a 20% discount for recent home improvements, and/or**
- **Coverage to pay your mortgage in the event of a large or total loss.**

Insurance products are provided by various insurance companies, which are members of the Zurich Financial Services Group, who will ensure your peace of mind in the event of a loss.

You are under no obligation to call and the insurance company you select will have no effect on your credit with your lender.

**We look forward to hearing from you soon!**

This program may not be available in all states and applies to residential dwellings only. Insurance products are provided by various insurance companies, which are members of the Zurich Financial Services Group, and are offered through ZC Sterling Insurance Agency, Inc. (ZCSIA). The purchase of insurance from ZCSIA is not required to obtain credit or other services from your lender. Insurance products are not bank deposits and are not FDIC insured, nor are they obligations of or guaranteed by your lender or any of its subsidiaries. Your purchase of required or optional insurance from or through the insurance agent or insurance company of your choice will not affect current or future credit decisions in any way.

See reverse side for additional information.

CITIMORTGAGE/SOUTULLO000460

## IMPORTANT NOTICE
## PLEASE CAREFULLY REVIEW THE INFORMATION
## CONTAINED IN THIS NOTICE.

To determine the amount of insurance for this insurance coverage, we have used the original amount of your mortgage loan adjusted by the construction index provided by an independent appraisal firm. This amount has been compared with your principal balance and the last voluntary coverage limits selected by you. Insurance coverage obtained by your lender will be the greatest of these three amounts. We believe this amount approximates the replacement value of your property improvements.

If you disagree with the amount of insurance coverage we have placed on your dwelling, please provide us with documentation showing the current replacement value. You may contact us at the toll free number listed below. If you have documentation for the replacement value of your property you may send this to the address shown below. If you forward documentation to us, please include your name, policy number, and mortgage loan number on your correspondence.

<u>We urge you to obtain your own insurance and provide proof of such coverage to the address listed below. You have the right to purchase insurance from the insurance agent or company of your choice.</u>

Mail to:

**ABN AMRO MORTGAGE GROUP, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 57068
IRVINE, CA 92619-7068**

**Toll Free Phone Number: 1-800-783-8900**

*A member of the* **Ⓩ** *Zurich Financial Services Group*

CITIMORTGAGE/SOUTULLO000461

Fidelity and Deposit Company of Maryland
3910 Keswick Road
Baltimore, MD 21203

Toll Free Customer Service: 1-800-783-8900
P O BOX 57068, IRVINE, CA 92619-7068

## BINDER

Notification Date: 01/19/04

LOAN NUMBER: ~~██████████~~

ADDITIONAL NAMED INSURED
DONALD W SOUTULLO
~~████████████████████~~

MOBILE AL 36695

NAMED INSURED MORTGAGEE
ABN AMRO MORTGAGE GROUP, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 57068
IRVINE, CA 92619-7068

| | | Amount of Insurance | Annual Premium |
|---|---|---|---|
| POLICY NUMBER ~~████████~~ | Dwelling | $ 55,000 | $ 649.00 |
| POLICY TERM: | | | |
| FROM 01/10/04    TO 01/10/05 | | | |
| ☐ NOON    ☒ 12:01am | Deductible - per loss<br>Vandalism & Malicious Mischief<br>   Property is VACANT at time of loss      $ 1,000<br>   Property is NOT VACANT at time of loss   $ 500<br>All Other covered Losses           $ 250 | | |
| PROPERTY LOCATION<br>~~████~~A CATHERINE CRE<br>MOBILE AL 36695 | | | |
| | MUNICIPAL TAXES      Tax Code | | $ 00 0.00 |
| | OTHER TAXES | | $ 00 0.00 |
| | ANNUAL TOTAL CHARGES | | $ 649.00 |

We have not received a new/renewal insurance policy covering your mortgaged property. We do not believe this was your intention, but a lapse in coverage has occurred. We have secured temporary coverage in the form of a binder through the Company shown above. This binder covers the described property for risks of direct loss subject to the terms, conditions, and limitations of the policy in current use by the company. If evidence of acceptable coverage is received during this binder period, you will not be charged for any lapse in coverage.

IMPORTANT NOTICE:

This binder covers the residence only.

Please remember, it is your responsibility to maintain insurance coverage on your property. If evidence of acceptable coverage is not received, permanent coverage will be obtained through the Company shown above and you will be charged the policy premium.

This coverage will be canceled back to the original effective date, without a premium charge applying, should duplicate coverage exist with a policy you may have, provided a copy has been sent to us as verification.

**For Customer Service questions, please call our toll free Customer Service Number at:
1-800-783-8900**

To report a claim, please contact our Claim Department at 1-800-824-8562

RP1305 0402

CITIMORTGAGE/SOUTULLO000462

BINDER PARTIAL CANCEL LETTER

ABN AMRO MORTGAGE GROUP, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 57068
IRVINE, CA 92619-7068

NOTIFICATION DATE: 02/02/04

LOAN NUMBER: ██████

EVIDENCE NUMBER: ██████████

DONALD W SOUTULLO
██████████████████
MOBILE AL 36695

PROPERTY LOCATION:
████ CATHERINE CRE
MOBILE AL 36695

Para la ayuda en espanol, llame por favor 1-800-783-8900 y solicite un representante de habla espanol.
For assistance in Spanish, please call 1-800-783-8900 and request a Spanish speaking representative.

Dear Donald W Soutullo:

The forced placed insurance coverage previously issued on the property referenced above was cancelled effective 01/21/04 12:01 A.M. Standard Time, for the following reason:

OTHER INSURANCE COVERAGE PROVIDED

This cancellation does not affect any insurance coverage you may have purchased on the referenced property.

Although we have processed this cancellation, our records show an earned premium for the following time period:

> 01/10/04 - 01/21/04          $19.58

This premium has been charged to your escrow account for the time coverage was in force. If you had other coverage during this period, please forward a copy of your policy to the address listed above or fax to (949) 770-1651 so that we can make the appropriate adjustments to your account.

Please call ABN AMRO Customer Service department at 1-800-783-8900 if you have any questions or concerns.

Sincerely,

Fidelity and Deposit Company of Maryland
c/o ABN AMRO Mortgage Group, Inc.

LSBC2H01  03/01/03

CITIMORTGAGE/SOUTULLO000479



**ABN·AMRO**

ABN AMRO Mortgage Group, Inc.

P.O. Box 57068
Irvine, CA 92619-7068

Affiliate: Standard Federal Bank

IMPORTANT NOTICE

NOTIFICATION DATE:
02/03/04

DONALD W SOUTULLO

MOBILE AL 36695

LOAN NUMBER:

PROPERTY LOCATION:
CATHERINE CRE
MOBILE AL 36695

Para la ayuda en espanol, llame por favor 1-800-783-8900 y solicite un representante de habla espanol. For assistance in Spanish, please call 1-800-783-8900 and request a Spanish speaking representative.

Dear Donald W Soutullo:

As of 02/03/04 our records reflect that hazard insurance on your property expired or cancelled effective 01/31/04. Please assist us by supplying proof of coverage on your property or a bill from your insurance carrier so that we can pay the premiums due and avoid any lapse in coverage.

- If you have received a copy of your renewal notice or have obtained new coverage please review it to ensure the mortgagee clause reads as follows: ABN AMRO Mortgage Group, Inc., Its Successors And/Or Assigns, P O Box 57068, Irvine, Ca 92619-7068.

- If you do not have a copy of your renewal notice or policy, please contact your insurance agent or company and confirm that the mortgagee clause reads as indicated above.

- Please confirm that your policy references your ABN AMRO loan # ▉▉▉▉▉▉▉

- Please forward, or have your insurance agent/company forward a copy of your policy to us at: ABN AMRO Mortgage Group, Inc., P O Box 57068, Irvine, Ca 92619-7068, so that we may update our records and/or pay your premium. For your convenience, a copy of your policy renewal can be sent to us via facsimile at 949-770-1651. If you prefer, you may visit our website at www.updatemyinsurance.com/ABNAMRO and update your insurance.

- If you live in a condominium, please forward evidence of insurance to the address referenced above.

Your taking the above action will allow us to update our records or pay your insurance premiums in a timely manner now and in the future.

If you do not have coverage or need assistance with your policy, we encourage you to contact an insurance agent or company of your choice to assist you in evaluating your insurance needs. Once you have obtained coverage, please ensure that the mortgagee clause and your ABN AMRO loan number is provided to your insurance agent/company as stated above and that the copy of your policy information is forwarded to ABN AMRO Mortgage Group, Inc., P O Box 57068, Irvine, Ca 92619-7068.

LSWRBH01  07/24/03

CITIMORTGAGE/SOUTULLO000455

# IMPORTANT INSURANCE ANNOUNCEMENT

You may qualify for a unique homeowners insurance program that could save you money. This special program is offered through ZC Sterling Insurance Agency, Inc., a member of the Zurich Financial Services Group.

By calling toll free **1-888-819-2847**, you may be able to receive a guaranteed homeowners insurance premium quotation in minutes. **No insurance agent will call you.** You may also be eligible for:

- **A savings over your current homeowners insurance;**
- **Up to a 20% discount for a home less than 10 years old,**
- **Up to a 20% discount for recent home improvements, and/or**
- **Coverage to pay your mortgage in the event of a large or total loss.**

Insurance products are provided by various insurance companies, which are members of the Zurich Financial Services Group, who will ensure your peace of mind in the event of a loss.

You are under no obligation to call and the insurance company you select will have no effect on your credit with your lender.

**We look forward to hearing from you soon!**

This program may not be available in all states and applies to residential dwellings only. Insurance products are provided by various insurance companies, which are members of the Zurich Financial Services Group, and are offered through ZC Sterling Insurance Agency, Inc. (ZCSIA). The purchase of insurance from ZCSIA is not required to obtain credit or other services from your lender. Insurance products are not bank deposits and are not FDIC insured, nor are they obligations of or guaranteed by your lender or any of its subsidiaries. Your purchase of required or optional insurance from or through the insurance agent or insurance company of your choice will not affect current or future credit decisions in any way.

See reverse side for additional information.

CITIMORTGAGE/SOUTULLO000456

## IMPORTANT NOTICE
## PLEASE CAREFULLY REVIEW THE INFORMATION
## CONTAINED IN THIS NOTICE.

To determine the amount of insurance for this insurance coverage, we have used the original amount of your mortgage loan adjusted by the construction index provided by an independent appraisal firm. This amount has been compared with your principal balance and the last voluntary coverage limits selected by you. Insurance coverage obtained by your lender will be the greatest of these three amounts. We believe this amount approximates the replacement value of your property improvements.

If you disagree with the amount of insurance coverage we have placed on your dwelling, please provide us with documentation showing the current replacement value. You may contact us at the toll free number listed below. If you have documentation for the replacement value of your property you may send this to the address shown below. If you forward documentation to us, please include your name, policy number, and mortgage loan number on your correspondence.

<u>We urge you to obtain your own insurance and provide proof of such coverage to the address listed below. You have the right to purchase insurance from the insurance agent or company of your choice.</u>

Mail to:

**ABN AMRO MORTGAGE GROUP, INC.**
**ITS SUCCESSORS AND/OR ASSIGNS**
**P O BOX 57068**
**IRVINE, CA 92619-7068**

Toll Free Phone Number: **1-800-783-8900**

*A member of the* **Z** *Zurich Financial Services Group*

CITIMORTGAGE/SOUTULLO000457

Fidelity and Deposit Company of Maryland
3910 Keswick Road
Baltimore, MD 21203

Toll Free Customer Service: 1-800-783-8900
P O BOX 57068, IRVINE, CA 92619-7068

## BINDER

Notification Date: 02/03/04

LOAN NUMBER: ████████

ADDITIONAL NAMED INSURED
DONALD W SOUTULLO
████████████████████

MOBILE AL 36695

NAMED INSURED MORTGAGEE
ABN AMRO MORTGAGE GROUP, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 57068
IRVINE, CA 92619-7068

| | | Amount of Insurance | Annual Premium |
|---|---|---|---|
| POLICY NUMBER ████████ | Dwelling | $ 55,000 | $ 649.00 |
| POLICY TERM: | | | |
| FROM 01/31/04 TO 01/31/05 | | | |
| ☐ NOON ☒ 12:01am | Deductible - per loss Vandalism & Malicious Mischief | | |
| | Property is VACANT at time of loss | $ 1,000 | |
| | Property is NOT VACANT at time of loss | $ 500 | |
| | All Other covered Losses | $ 250 | |
| PROPERTY LOCATION | | | |
| ████ CATHERINE CRE MOBILE AL 36695 | MUNICIPAL TAXES     Tax Code | | $ 00 0.00 |
| | OTHER TAXES | | $ 00 0.00 |
| | ANNUAL TOTAL CHARGES | | $ 649.00 |

We have not received a new/renewal insurance policy covering your mortgaged property. We do not believe this was your intention, but a lapse in coverage has occurred. We have secured temporary coverage in the form of a binder through the Company shown above. This binder covers the described property for risks of direct loss subject to the terms, conditions, and limitations of the policy in current use by the company. If evidence of acceptable coverage is received during this binder period, you will not be charged for any lapse in coverage.

IMPORTANT NOTICE:

This binder covers the residence only.

Please remember, it is your responsibility to maintain insurance coverage on your property. If evidence of acceptable coverage is not received, permanent coverage will be obtained through the Company shown above and you will be charged the policy premium.

This coverage will be canceled back to the original effective date, without a premium charge applying, should duplicate coverage exist with a policy you may have, provided a copy has been sent to us as verification.

**For Customer Service questions, please call our toll free Customer Service Number at: 1-800-783-8900**

To report a claim, please contact our Claim Department at 1-800-824-8562

RP1305 0402

CITIMORTGAGE/SOUTULLO000458

 **ABN·AMRO**
ABN AMRO Mortgage Group, Inc.

P.O. Box 57068
Irvine, CA 92619-7068

Affiliate: Standard Federal Bank

**FIRE POLICY COVER LETTER**

<u>NOTIFICATION DATE</u>:
02/06/04

DONALD W SOUTULLO

<u>LOAN NUMBER</u>:

MOBILE AL 36695

<u>PROPERTY LOCATION</u>:
A CATHERINE CRE
MOBILE AL 36695

Para la ayuda en espanol, llame por favor 1-800-783-8900 y solicite un representante de habla espanol.
For assistance in Spanish, please call 1-800-783-8900 and request a Spanish speaking representative.

Dear Donald W Soutullo:

ABN AMRO has not received proof of continued hazard coverage or the renewal information necessary to pay your insurance premiums from escrow. As a condition of your loan, you agreed to maintain hazard insurance on your property throughout the life of your mortgage loan. Since we have not received renewal information, we have obtained coverage through Fidelity and Deposit Company of Maryland, evidence of insurance is enclosed.

The cost of this premium has been paid through your escrow account. You will receive a new coupon book or payment notice reflecting the change in your monthly payment resulting from the new premium amount. If you do not have an escrow account, one will be established for you and the cost of the premium spread into your monthly mortgage payment over twelve months.

This coverage does not provide contents or liability coverage. It will only provide protection for loss to the improvements up to $55,000.00, which was insurance to value amount, please see enclosed important notice. If you disagree with the amount of insurance coverage we have placed on your dwelling, please provide us with documentation for the current replacement value of your property. Documentation may be in the form of a Certified Market Analysis (CMA) from a real estate agent, a property tax assessment, or a property appraisal. Any costs you incur to obtain this information will be your responsibility. Please send the appropriate documentation confirming the replacement value of your property to the address shown below and make sure that you include your name and loan number on all correspondence. The coverage is designed to cover the investor's interest in the property. It does not provide the coverage generally included in a standard market policy and is probably considerably more expensive than a policy you may obtain from your insurance agent or company. For example, NO COVERAGE IS PROVIDED FOR PERSONAL PROPERTY, LIABILITY OR OTHER EXTENDED COVERAGES, NOR DOES IT COVER FLOOD OR EARTHQUAKE DAMAGE.

We continue to strongly encourage you to consult with an insurance agent or company of your choice to obtain hazard insurance coverage which protects your interests and may be less expensive. Your insurance agent or company will also be able to assist you in determining if your interests are adequately protected.

LSPOLH01   12/07/03

CITIMORTGAGE/SOUTULLO000486

Fidelity and Deposit Company of Maryland
3910 Keswick Road
Baltimore, MD 21203

Toll Free Customer Service: 1-800-783-8900
P O BOX 57068, IRVINE, CA 92619-7068

## Additional Named Insured Certificate

Notification Date: 02/06/04

LOAN NUMBER: ▆▆▆▆▆▆

**ADDITIONAL NAMED INSURED**
DONALD W SOUTULLO
▆▆▆▆ CATHERINE ▆▆▆▆▆▆▆▆
MOBILE AL 36695

**NAMED INSURED MORTGAGEE**
ABN AMRO MORTGAGE GROUP, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 57068
IRVINE, CA 92619-7068

| | | Amount of Insurance | Annual Premium |
|---|---|---|---|
| POLICY NUMBER ▆▆▆▆▆▆ | Dwelling | $ 55,000.00 | $ 19.58 |
| POLICY TERM: | Personal Property Endorsement | $ 0 | $ 0.00 |
| | Additional Living Expense Endorsement | $ 0 | $ 0.00 |
| FROM 01/10/04 TO 01/21/04 | Other Endorsements | | $ 0.00 |
| ☐ NOON  ☒ 12:01am | Deductible - per loss | | |
| | Vandalism & Malicious Mischief | | |
| | Property is VACANT at time of loss | $ 1,000 | |
| PROPERTY LOCATION | Property is NOT VACANT at time of loss | $ 500 | |
| ▆▆▆▆ CATHERINE CRE | All Other covered Losses | $ 250 | |
| MOBILE AL 36695 | | Limit of Liability | Annual Premium |
| | Personal Liability Endorsement | $ 0 | $ 0.00 |
| ENDORSEMENTS ATTACHED AND FORMING A PART OF THE POLICY | Medical Payments | $ 0 | |
| RP1102 (0397),RP1200 (0397),RP1201 (0397),RP1501 (0397) | MUNICIPAL TAXES       Tax Code | | $ 000.00 |
| | OTHER TAXES | | $ 000.00 |
| | ANNUAL TOTAL CHARGES | | $ 19.58 |

**Personal Property and Personal Liability Coverages** - If an amount of Insurance and a premium charge are shown above for this coverage, we will cover your personal property in the Dwelling against the perils specified in the Personal Property Endorsement. If a Limit of Liability and a premium charge is shown for this coverage, we will also cover your personal liability. Please refer to the applicable endorsement for a description of the type and scope of coverage provided. These endorsements are available only for a residence that is owner occupied. **These coverages are void if the residence is vacant or occupied by someone other than the Additional Named Insured shown above.**

DEDUCTIBLES: Please refer to the deductibles shown above for the coverages provided by this policy.

Subject to the terms and provisions of the Lender Placed Property Program, including but not limited to the Dwelling Coverage Form attached hereto, it is agreed that the insurance applies to the property described above and to any person shown as an Additional Named Insured with respect to such property, subject to the following additional provisions:

   (a) The above Named Insured Mortgagee is authorized to act for such Additional Named Insureds in all matters pertaining to this insurance including receipt of Notice of Cancellation; and return premium, if any.
   (b) The above Named Insured Mortgagee is authorized to advance all funds to be recovered from the Additional Named Insured for the insurance afforded.
   (c) Loss, if any, shall be adjusted with and payable to the above Named Insured Mortgagee, and the Additional Named Insured as their interest may appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured Mortgagee and the Additional Named Insured, at the company's option.

**For Customer Service questions, please call our toll free Customer Service Number at:**
**1-800-783-8900**

To report a claim, please contact our Claim Department at 1-800-824-8562

RP1102 0397

CITIMORTGAGE/SOUTULLO000487

## BINDER FLAT CANCEL LETTER

ABN AMRO MORTGAGE GROUP, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 57068
IRVINE, CA 92619-7068

NOTIFICATION DATE: 02/16/04

LOAN NUMBER: ████████

EVIDENCE NUMBER: ████████

DONALD W SOUTULLO
████████████ CREEK DR
MOBILE AL 36608

PROPERTY LOCATION:
████ A CATHERINE CRE
MOBILE AL 36695

Para la ayuda en espanol, llame por favor 1-800-783-8900 y solicite un representante de habla espanol.
For assistance in Spanish, please call 1-800-783-8900 and request a Spanish speaking representative.

Dear Donald W Soutullo:

The forced placed insurance coverage previously issued on the property referenced above was cancelled effective 01/31/04 12:01 A.M. Standard Time, for the following reason:

OTHER INSURANCE COVERAGE PROVIDED

This cancellation does not affect any insurance coverage you may have purchased on the referenced property.

Please call ABN AMRO Customer Service department at 1-800-783-8900 if you have any questions or concerns.

Sincerely,

Fidelity and Deposit Company of Maryland
c/o ABN AMRO Mortgage Group, Inc.

LSBC1H01  03/01/03

CITIMORTGAGE/SOUTULLO000477



**ABN·AMRO**

ABN AMRO Mortgage Group, Inc.

P.O. Box 57068
Irvine, CA 92619-7068

Affiliate: Standard Federal Bank

**IMPORTANT NOTICE**

<u>NOTIFICATION DATE:</u>
09/16/04

DONALD W SOUTULLO

MOBILE AL 36608

<u>LOAN NUMBER:</u>

<u>PROPERTY LOCATION:</u>
█████ CATHERINE CRE
MOBILE AL 36695

Para la ayuda en espanol, llame por favor 1-800-783-8900 y solicite un representante de habla espanol.
For assistance in Spanish, please call 1-800-783-8900 and request a Spanish speaking representative.

Dear Donald W Soutullo:

As of 09/16/04 our records reflect that hazard insurance on your property expired or cancelled effective
07/21/04. Please assist us by supplying proof of coverage on your property or a bill from your insurance
carrier so that we can pay the premiums due and avoid any lapse in coverage.

- If you have received a copy of your renewal notice or have obtained new coverage please review
  it to ensure the mortgagee clause reads as follows: ABN AMRO Mortgage Group, Inc., Its
  Successors And/Or Assigns, P O Box 57068, Irvine, Ca 92619-7068.

- If you do not have a copy of your renewal notice or policy, please contact your insurance agent
  or company and confirm that the mortgagee clause reads as indicated above.

- Please confirm that your policy references your ABN AMRO loan # ██████████

- Please forward, or have your insurance agent/company forward a copy of your policy to us at:
  ABN AMRO Mortgage Group, Inc., P O Box 57068, Irvine, Ca 92619-7068, so that we may
  update our records and/or pay your premium. For your convenience, a copy of your policy
  renewal can be sent to us via facsimile at 949-770-1651. If you prefer, you may visit our
  website at www.updatemyinsurance.com/ABNAMRO and update your insurance.

- If you live in a condominium, please forward evidence of insurance to the address referenced
  above.

Your taking the above action will allow us to update our records or pay your insurance premiums in a
timely manner now and in the future.

If you do not have coverage or need assistance with your policy, we encourage you to contact an
insurance agent or company of your choice to assist you in evaluating your insurance needs. Once you
have obtained coverage, please ensure that the mortgagee clause and your ABN AMRO loan number is
provided to your insurance agent/company as stated above and that the copy of your policy information
is forwarded to ABN AMRO Mortgage Group, Inc., P O Box 57068, Irvine, Ca 92619-7068.

LSWRBH01  07/24/03

CITIMORTGAGE/SOUTULLO000463

# IMPORTANT INSURANCE ANNOUNCEMENT

You may qualify for a unique homeowners insurance program that could save you money. This special program is offered through ZC Sterling Insurance Agency, Inc., a member of the Zurich Financial Services Group.

By calling toll free **1-888-819-2847**, you may be able to receive a guaranteed homeowners insurance premium quotation in minutes. **No insurance agent will call you.** You may also be eligible for:

- **A savings over your current homeowners insurance;**
- **Up to a 20% discount for a home less than 10 years old,**
- **Up to a 20% discount for recent home improvements, and/or**
- **Coverage to pay your mortgage in the event of a large or total loss.**

Insurance products are provided by various insurance companies, which are members of the Zurich Financial Services Group, who will ensure your peace of mind in the event of a loss.

You are under no obligation to call and the insurance company you select will have no effect on your credit with your lender.

**We look forward to hearing from you soon!**

This program may not be available in all states and applies to residential dwellings only. Insurance products are provided by various insurance companies, which are members of the Zurich Financial Services Group, and are offered through ZC Sterling Insurance Agency, Inc. (ZCSIA). The purchase of insurance from ZCSIA is not required to obtain credit or other services from your lender. Insurance products are not bank deposits and are not FDIC insured, nor are they obligations of or guaranteed by your lender or any of its subsidiaries. Your purchase of required or optional insurance from or through the insurance agent or insurance company of your choice will not affect current or future credit decisions in any way.

See reverse side for additional information.

CITIMORTGAGE/SOUTULLO000464

## IMPORTANT NOTICE
## PLEASE CAREFULLY REVIEW THE INFORMATION
## CONTAINED IN THIS NOTICE.

To determine the amount of insurance for this insurance coverage, we have used the original amount of your mortgage loan adjusted by the construction index provided by an independent appraisal firm. This amount has been compared with your principal balance and the last voluntary coverage limits selected by you. Insurance coverage obtained by your lender will be the greatest of these three amounts. We believe this amount approximates the replacement value of your property improvements.

If you disagree with the amount of insurance coverage we have placed on your dwelling, please provide us with documentation showing the current replacement value. You may contact us at the toll free number listed below. If you have documentation for the replacement value of your property you may send this to the address shown below. If you forward documentation to us, please include your name, policy number, and mortgage loan number on your correspondence.

<u>We urge you to obtain your own insurance and provide proof of such coverage to the address listed below. You have the right to purchase insurance from the insurance agent or company of your choice.</u>

Mail to:

ABN AMRO MORTGAGE GROUP, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 57068
IRVINE, CA 92619-7068

Toll Free Phone Number: 1-800-783-8900

*A member of the* **Z** *Zurich Financial Services Group*

CITIMORTGAGE/SOUTULLO000465

Fidelity and Deposit Company of Maryland
3910 Keswick Road
Baltimore, MD 21203

Toll Free Customer Service: 1-800-783-8900
P O BOX 57068, IRVINE, CA 92619-7068

## BINDER

Notification Date: 09/16/04

LOAN NUMBER: ▆▆▆▆▆▆

ADDITIONAL NAMED INSURED
DONALD W SOUTULLO

MOBILE AL 36608

NAMED INSURED MORTGAGEE
ABN AMRO MORTGAGE GROUP, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 57068
IRVINE, CA 92619-7068

| | | Amount of Insurance | Annual Premium |
|---|---|---|---|
| POLICY NUMBER ▆▆▆▆▆▆ | Dwelling | $ 58,000 | $ 684.40 |
| POLICY TERM: | | | |
| FROM 07/21/04    TO 07/21/05 | | | |
| ☐ NOON   ☒ 12:01am | Deductible - per loss | | |
| | Vandalism & Malicious Mischief | | |
| |   Property is VACANT at time of loss | $ 1,000 | |
| |   Property is NOT VACANT at time of loss | $ 500 | |
| |   All Other covered Losses | $ 250 | |
| PROPERTY LOCATION | | | |
| ▆▆▆▆ A CATHERINE CRE | MUNICIPAL TAXES    Tax Code | | $ 00 0.00 |
| MOBILE AL 36695 | OTHER TAXES | | $ 00 0.00 |
| | ANNUAL TOTAL CHARGES | | $ 684.40 |

We have not received a new/renewal insurance policy covering your mortgaged property. We do not believe this was your intention, but a lapse in coverage has occurred. We have secured temporary coverage in the form of a binder through the Company shown above. This binder covers the described property for risks of direct loss subject to the terms, conditions, and limitations of the policy in current use by the company. If evidence of acceptable coverage is received during this binder period, you will not be charged for any lapse in coverage.

IMPORTANT NOTICE:

This binder covers the residence only.

Please remember, it is your responsibility to maintain insurance coverage on your property. If evidence of acceptable coverage is not received, permanent coverage will be obtained through the Company shown above and you will be charged the policy premium.

This coverage will be canceled back to the original effective date, without a premium charge applying, should duplicate coverage exist with a policy you may have, provided a copy has been sent to us as verification.

**For Customer Service questions, please call our toll free Customer Service Number at:**
**1-800-783-8900**

To report a claim, please contact our Claim Department at 1-800-824-8562

RP1305 0402

CITIMORTGAGE/SOUTULLO000466



**ABN·AMRO**

ABN AMRO Mortgage Group, Inc.

P.O. Box 57068
Irvine, CA 92619-7068

Affiliate: Standard Federal Bank

<u>DONALD W SOUTULLO</u>

MOBILE AL 36608

<u>FIRE INSURANCE REMINDER</u>

<u>NOTIFICATION DATE:</u>
10/12/04

<u>LOAN NUMBER:</u>

<u>PROPERTY LOCATION:</u>
████ CATHERINE CRE
MOBILE AL 36695

Para la ayuda en espanol, llame por favor 1-800-783-8900 y solicite un representante de habla espanol. For assistance in Spanish, please call 1-800-783-8900 and request a Spanish speaking representative.

We recently sent a letter to you asking your assistance in obtaining updated hazard insurance information for your property. We are concerned because our records reflect we have not received this information and that hazard insurance on your property expired or cancelled effective 07/21/04. As a condition of your loan, you may recall that hazard insurance on your property is required over the life of your mortgage loan.

We are asking you to take the following action now:

- If you have received a copy of your renewal notice or have obtained new coverage please review it to ensure the mortgagee clause reads as follows: ABN AMRO Mortgage Group, Inc., Its Successors And/Or Assigns, P O Box 57068, Irvine, Ca 92619-7068.

- If you do not have a copy of your renewal notice or policy, please contact your insurance agent or company and confirm that the mortgagee clause reads as indicated above.

- Please confirm that your policy references your ABN AMRO loan #████████

- Please have your agent or insurance company make any necessary corrections to the mortgagee clause or loan number.

- Please forward, or have your insurance agent/company forward a copy of your policy to us at: ABN AMRO Mortgage Group, Inc., P O Box 57068, Irvine, Ca 92619-7068, so that we may update our records and/or pay your premium. For your convenience, a copy of your policy renewal can be sent to us via facsimile at 949-770-1651.

- If you live in a condominium, please forward evidence of insurance to the address referenced above.

Your taking the above action will allow us to update our records or pay your insurance premiums in a timely manner now and in the future.

If you do not have coverage or need assistance with your policy, we encourage you to contact an insurance agent or company of your choice to assist you in evaluating your insurance needs. Once you have obtained coverage, please ensure that the mortgagee clause and your ABN AMRO loan number is provided to your insurance agent/company as stated above and that the copy of your policy information is forwarded to ABN AMRO Mortgage Group, Inc., P O Box 57068, Irvine, Ca 92619-7068.

LSWRRH01  07/24/03

CITIMORTGAGE/SOUTULLO000441

# IMPORTANT INSURANCE ANNOUNCEMENT

You may qualify for a unique homeowners insurance program that could save you money. This special program is offered through ZC Sterling Insurance Agency, Inc., a member of the Zurich Financial Services Group.

By calling toll free **1-888-819-2847**, you may be able to receive a guaranteed homeowners insurance premium quotation in minutes. **No insurance agent will call you.** You may also be eligible for:

- **A savings over your current homeowners insurance;**
- **Up to a 20% discount for a home less than 10 years old,**
- **Up to a 20% discount for recent home improvements, and/or**
- **Coverage to pay your mortgage in the event of a large or total loss.**

Insurance products are provided by various insurance companies, which are members of the Zurich Financial Services Group, who will ensure your peace of mind in the event of a loss.

You are under no obligation to call and the insurance company you select will have no effect on your credit with your lender.

**We look forward to hearing from you soon!**

This program may not be available in all states and applies to residential dwellings only. Insurance products are provided by various insurance companies, which are members of the Zurich Financial Services Group, and are offered through ZC Sterling Insurance Agency, Inc. (ZCSIA). The purchase of insurance from ZCSIA is not required to obtain credit or other services from your lender. Insurance products are not bank deposits and are not FDIC insured, nor are they obligations of or guaranteed by your lender or any of its subsidiaries. Your purchase of required or optional insurance from or through the insurance agent or insurance company of your choice will not affect current or future credit decisions in any way.

See reverse side for additional information.

CITIMORTGAGE/SOUTULLO000442

## IMPORTANT NOTICE
## PLEASE CAREFULLY REVIEW THE INFORMATION
## CONTAINED IN THIS NOTICE.

To determine the amount of insurance for this insurance coverage, we have used the original amount of your mortgage loan adjusted by the construction index provided by an independent appraisal firm. This amount has been compared with your principal balance and the last voluntary coverage limits selected by you. Insurance coverage obtained by your lender will be the greatest of these three amounts. We believe this amount approximates the replacement value of your property improvements.

If you disagree with the amount of insurance coverage we have placed on your dwelling, please provide us with documentation showing the current replacement value. You may contact us at the toll free number listed below. If you have documentation for the replacement value of your property you may send this to the address shown below. If you forward documentation to us, please include your name, policy number, and mortgage loan number on your correspondence.

We urge you to obtain your own insurance and provide proof of such coverage to the address listed below. You have the right to purchase insurance from the insurance agent or company of your choice.

---

Mail to:                 **ABN AMRO MORTGAGE GROUP, INC.**
                             **ITS SUCCESSORS AND/OR ASSIGNS**
                             **P O BOX 57068**
                             **IRVINE, CA 92619-7068**

Toll Free Phone Number: **1-800-783-8900**

*A member of the* **Ⓩ** *Zurich Financial Services Group*

CITIMORTGAGE/SOUTULLO000443



**ABN·AMRO**

ABN AMRO Mortgage Group, Inc.

P.O. Box 57068
Irvine, CA 92619-7068

· Affiliate: Standard Federal Bank

DONALD W SOUTULLO

MOBILE AL 36608

**FIRE POLICY COVER LETTER**

NOTIFICATION DATE:
12/08/04

LOAN NUMBER:

PROPERTY LOCATION:
█████A CATHERINE CRE
MOBILE AL 36695

Para la ayuda en espanol, llame por favor 1-800-783-8900 y solicite un representante de habla espanol.
For assistance in Spanish, please call 1-800-783-8900 and request a Spanish speaking representative.

Dear Donald W Soutullo:

ABN AMRO has not received proof of continued hazard coverage or the renewal information necessary
to pay your insurance premiums from escrow. As a condition of your loan, you agreed to maintain
hazard insurance on your property throughout the life of your mortgage loan. Since we have not
received renewal information, we have obtained coverage through Fidelity and Deposit Company of
Maryland, evidence of insurance is enclosed.

The cost of this premium has been paid through your escrow account. You will receive a new coupon
book or payment notice reflecting the change in your monthly payment resulting from the new premium
amount. If you do not have an escrow account, one will be established for you and the cost of the
premium spread into your monthly mortgage payment over twelve months.

This coverage does not provide contents or liability coverage. It will only provide protection for loss to
the improvements up to $58,000.00, which was insurance to value amount, please see enclosed important
notice. If you disagree with the amount of insurance coverage we have placed on your dwelling, please
provide us with documentation for the current replacement value of your property. Documentation may
be in the form of a Certified Market Analysis (CMA) from a real estate agent, a property tax
assessment, or a property appraisal. Any costs you incur to obtain this information will be your
responsibility. Please send the appropriate documentation confirming the replacement value of your
property to the address shown below and make sure that you include your name and loan number on all
correspondence. The coverage is designed to cover the investor's interest in the property. It does not
provide the coverage generally included in a standard market policy and is probably considerably more
expensive than a policy you may obtain from your insurance agent or company. For example, NO
COVERAGE IS PROVIDED FOR PERSONAL PROPERTY, LIABILITY OR OTHER EXTENDED
COVERAGES, NOR DOES IT COVER FLOOD OR EARTHQUAKE DAMAGE.

We continue to strongly encourage you to consult with an insurance agent or company of your choice to
obtain hazard insurance coverage which protects your interests and may be less expensive. Your
insurance agent or company will also be able to assist you in determining if your interests are adequately
protected.

LSPOLH01  12/07/03

CITIMORTGAGE/SOUTULLO000484

Fidelity and Deposit Company of Maryland
3910 Keswick Road
Baltimore, MD 21203

Toll Free Customer Service: 1-800-783-8900
P O BOX 57068, IRVINE, CA 92619-7068

## Additional Named Insured Certificate

Notification Date:  12/08/04

LOAN NUMBER: ▓▓▓▓▓▓▓

ADDITIONAL NAMED INSURED
DONALD W SOUTULLO
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
MOBILE AL 36608

NAMED INSURED MORTGAGEE
ABN AMRO MORTGAGE GROUP, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 57068
IRVINE, CA 92619-7068

| | | Amount of Insurance | Annual Premium |
|---|---|---|---|
| **POLICY NUMBER** ▓▓▓▓▓▓▓ | Dwelling | $ 58,000.00 | $ 684.40 |
| **POLICY TERM:** | Personal Property Endorsement | $ 0 | $ 0.00 |
| | Additional Living Expense Endorsement | $ 0 | $ 0.00 |
| FROM 07/21/04       TO 07/21/05 | Other Endorsements | | $ 0.00 |
| ☐ NOON      ☒ 12:01am | Deductible - per loss | | |
| | Vandalism & Malicious Mischief | | |
| | Property is VACANT at time of loss | $ 1,000 | |
| **PROPERTY LOCATION** | Property is NOT VACANT at time of loss | $ 500 | |
| ▓▓▓▓ CATHERINE CRE | All Other covered Losses | $ 250 | |
| MOBILE AL 36695 | | Limit of Liability | Annual Premium |
| **ENDORSEMENTS** ATTACHED AND FORMING A | Personal Liability Endorsement | $ 0 | $ 0.00 |
| PART OF THE POLICY | Medical Payments | $ 0 | |
| RP1102 (0397),RP1200 (0397),RP1201 (0397),RP1501 (0397) | MUNICIPAL TAXES          Tax Code | | $ 000.00 |
| | OTHER TAXES | | $ 000.00 |
| | ANNUAL TOTAL CHARGES | | $ 684.40 |

**Personal Property and Personal Liability Coverages** - If an amount of Insurance and a premium charge are shown above for this coverage, we will cover your personal property in the Dwelling against the perils specified in the Personal Property Endorsement. If a Limit of Liability and a premium charge is shown for this coverage, we will also cover your personal liability. Please refer to the applicable endorsement for a description of the type and scope of coverage provided. These endorsements are available only for a residence that is owner occupied. **These coverages are void if the residence is vacant or occupied by someone other than the Additional Named Insured shown above.**

DEDUCTIBLES: Please refer to the deductibles shown above for the coverages provided by this policy.

Subject to the terms and provisions of the Lender Placed Property Program, including but not limited to the Dwelling Coverage Form attached hereto, it is agreed that the insurance applies to the property described above and to any person shown as an Additional Named Insured with respect to such property, subject to the following additional provisions:

(a) The above Named Insured Mortgagee is authorized to act for such Additional Named Insureds in all matters pertaining to this insurance including receipt of Notice of Cancellation; and return premium, if any.
(b) The above Named Insured Mortgagee is authorized to advance all funds to be recovered from the Additional Named Insured for the insurance afforded.
(c) Loss, if any, shall be adjusted with and payable to the above Named Insured Mortgagee, and the Additional Named Insured as their interest may appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured Mortgagee and the Additional Named Insured, at the company's option.

**For Customer Service questions, please call our toll free Customer Service Number at:**
**1-800-783-8900**

**To report a claim, please contact our Claim Department at 1-800-824-8562**

RP1102 0397

CITIMORTGAGE/SOUTULLO000485

## POLICY CANCEL LETTER

ABN AMRO MORTGAGE GROUP, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P.O. BOX 57068
IRVINE, CA 92619-7068

NOTIFICATION DATE: 02/15/05

LOAN NUMBER: ████████

EVIDENCE NUMBER: ████████████

DONALD W SOUTULLO
████████████████████████
MOBILE AL 36608

PROPERTY LOCATION:
█████ CATHERINE CRE
MOBILE AL 36695

Para la ayuda en espanol, llame por favor 1-800-783-8900 y solicite un representante de habla espanol.
For assistance in Spanish, please call 1-800-783-8900 and request a Spanish speaking representative.

Dear Donald W Soutullo:

The forced placed insurance coverage previously issued on the property referenced above was cancelled effective 08/11/04 12:01 A.M. Standard Time, for the following reason:

OTHER INSURANCE COVERAGE PROVIDED.

Any unearned insurance premium paid will be refunded to your escrow account. Please call ABN AMRO Customer Service department at 1-800-783-8900 if you have any questions or concerns.

Sincerely,

Fidelity and Deposit Company of Maryland
c/o ABN AMRO Mortgage Group, Inc.

LSCN2H01   07/24/03

CITIMORTGAGE/SOUTULLO000480



## ABN·AMRO

ABN AMRO Mortgage Group, Inc.

P.O. Box 57068
Irvine, CA 92619-7068

Affiliate: Standard Federal Bank

**IMPORTANT NOTICE**

<u>NOTIFICATION DATE</u>:
02/16/05

DONALD W SOUTULLO
▬▬▬▬▬▬▬▬▬▬
MOBILE AL 36608

<u>LOAN NUMBER</u>:
▬▬▬▬▬

<u>PROPERTY LOCATION</u>:
▬▬▬ A CATHERINE CRE
MOBILE AL 36695

Para la ayuda en espanol, llame por favor 1-800-783-8900 y solicite un representante de habla espanol. For assistance in Spanish, please call 1-800-783-8900 and request a Spanish speaking representative.

Dear Donald W Soutullo:

As of 02/16/05 our records reflect that hazard insurance on your property expired or cancelled effective 02/11/05. Please assist us by supplying proof of coverage on your property or a bill from your insurance carrier so that we can pay the premiums due and avoid any lapse in coverage.

- If you have received a copy of your renewal notice or have obtained new coverage please review it to ensure the mortgagee clause reads as follows: ABN AMRO Mortgage Group, Inc., Its Successors And/Or Assigns, P O Box 57068, Irvine, Ca 92619-7068.

- If you do not have a copy of your renewal notice or policy, please contact your insurance agent or company and confirm that the mortgagee clause reads as indicated above.

- Please confirm that your policy references your ABN AMRO loan # 

- Please forward, or have your insurance agent/company forward a copy of your policy to us at: ABN AMRO Mortgage Group, Inc., P O Box 57068, Irvine, Ca 92619-7068, so that we may update our records and/or pay your premium. For your convenience, a copy of your policy renewal can be sent to us via facsimile at 949-770-1651. If you prefer, you may visit our website at www.updatemyinsurance.com/ABNAMRO to update your insurance.

- If you live in a condominium, please forward evidence of insurance to the address referenced above.

Your taking the above action will allow us to update our records or pay your insurance premiums in a timely manner now and in the future.

If you do not have coverage or need assistance with your policy, we encourage you to contact an insurance agent or company of your choice to assist you in evaluating your insurance needs. Once you have obtained coverage, please ensure that the mortgagee clause and your ABN AMRO loan number is provided to your insurance agent/company as stated above and that the copy of your policy information is forwarded to ABN AMRO Mortgage Group, Inc., P O Box 57068, Irvine, Ca 92619-7068.

LSWRBH02  07/24/03

CITIMORTGAGE/SOUTULLO000451

# IMPORTANT INSURANCE ANNOUNCEMENT

You may qualify for a unique homeowners insurance program that could save you money. This special program is offered through ZC Sterling Insurance Agency, Inc., a member of the Zurich Financial Services Group.

By calling toll free **1-888-819-2847**, you may be able to receive a guaranteed homeowners insurance premium quotation in minutes. **No insurance agent will call you.** You may also be eligible for:

- **A savings over your current homeowners insurance;**
- **Up to a 20% discount for a home less than 10 years old,**
- **Up to a 20% discount for recent home improvements, and/or**
- **Coverage to pay your mortgage in the event of a large or total loss.**

Insurance products are provided by various insurance companies, which are members of the Zurich Financial Services Group, who will ensure your peace of mind in the event of a loss.

You are under no obligation to call and the insurance company you select will have no effect on your credit with your lender.

**We look forward to hearing from you soon!**

This program may not be available in all states and applies to residential dwellings only. Insurance products are provided by various insurance companies, which are members of the Zurich Financial Services Group, and are offered through ZC Sterling Insurance Agency, Inc. (ZCSIA). The purchase of insurance from ZCSIA is not required to obtain credit or other services from your lender. Insurance products are not bank deposits and are not FDIC insured, nor are they obligations of or guaranteed by your lender or any of its subsidiaries. Your purchase of required or optional insurance from or through the insurance agent or insurance company of your choice will not affect current or future credit decisions in any way.

See reverse side for additional information.

CITIMORTGAGE/SOUTULLO000452

To determine the amount of insurance for this insurance coverage, we have used the original amount of your mortgage loan adjusted by the construction index provided by an independent appraisal firm. This amount has been compared with your principal balance and the last voluntary coverage limits selected by you. Insurance coverage obtained by your lender will be the greatest of these three amounts. We believe this amount approximates the replacement value of your property improvements.

If you disagree with the amount of insurance coverage we have placed on your dwelling, please provide us with documentation showing the current replacement value. You may contact us at the toll free number listed below. If you have documentation for the replacement value of your property you may send this to the address shown below. If you forward documentation to us, please include your name, policy number, and mortgage loan number on your correspondence.

<u>We urge you to obtain your own insurance and provide proof of such coverage to the address listed below. You have the right to purchase insurance from the insurance agent or company of your choice.</u>

---

Mail to:

ABN AMRO MORTGAGE GROUP, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 57068
IRVINE, CA 92619-7068

Toll Free Phone Number: 1-800-783-8900

*A member of the* **Z** *Zurich Financial Services Group*

CITIMORTGAGE/SOUTULLO000453

Empire Fire and Marine Insurance Company
13810 FNB Parkway
Omaha, NE 68154-5202

Toll Free Customer Service: 1-800-783-8900
P O BOX 57068, IRVINE, CA 92619-7068

## BINDER

Notification Date: 02/16/05

LOAN NUMBER: ▓▓▓▓▓▓▓

ADDITIONAL NAMED INSURED
DONALD W SOUTULLO
▓▓▓▓▓▓▓▓▓▓▓▓▓▓
MOBILE AL 36608

NAMED INSURED MORTGAGEE
ABN AMRO MORTGAGE GROUP, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 57068
IRVINE, CA 92619-7068

| | | Amount of Insurance | Annual Premium |
|---|---|---|---|
| POLICY NUMBER ▓▓▓▓▓ | Dwelling | $ 59,000 | $ 696.20 |
| POLICY TERM: | | | |
| FROM 02/11/05    TO  02/11/06 | | | |
| ☐ NOON    ☒ 12:01am | Deductible - per loss | | |
| | Vandalism & Malicious Mischief | | |
| | Property is VACANT at time of loss | $ 1,000 | |
| | Property is NOT VACANT at time of loss | $ 500 | |
| | All Other covered Losses | $ 250 | |
| PROPERTY LOCATION | | | |
| ▓▓▓▓A CATHERINE CRE | MUNICIPAL TAXES        Tax Code | | $ 00 0.00 |
| MOBILE AL 36695 | OTHER TAXES | | $ 00 0.00 |
| | ANNUAL TOTAL CHARGES | | $ 696.20 |

We have not received a new/renewal insurance policy covering your mortgaged property. We do not believe this was your intention, but a lapse in coverage has occurred. We have secured temporary coverage in the form of a binder through the Company shown above. This binder covers the described property for risks of direct loss subject to the terms, conditions, and limitations of the policy in current use by the company. If evidence of acceptable coverage is received during this binder period, you will not be charged for any lapse in coverage.

**IMPORTANT NOTICE:**

This binder covers the residence only.

Please remember, it is your responsibility to maintain insurance coverage on your property. If evidence of acceptable coverage is not received, permanent coverage will be obtained through the Company shown above and you will be charged the policy premium.

This coverage will be canceled back to the original effective date, without a premium charge applying, should duplicate coverage exist with a policy you may have, provided a copy has been sent to us as verification.

**For Customer Service questions, please call our toll free Customer Service Number at:**
**1-800-783-8900**

To report a claim, please contact our Claim Department at 1-800-824-8562

RP1305 0402

CITIMORTGAGE/SOUTULLO000454


**ABN·AMRO**
ABN AMRO Mortgage Group, Inc.

P.O. Box 57068
Irvine, CA 92619-7068

Affiliate: Standard Federal Bank

**IMPORTANT NOTICE**

<u>NOTIFICATION DATE</u>:
02/22/05

DONALD W SOUTULLO

<u>LOAN NUMBER</u>:

MOBILE AL 36608

<u>PROPERTY LOCATION</u>:
██████A CATHERINE CRE
MOBILE AL 36695

Para la ayuda en espanol, llame por favor 1-800-783-8900 y solicite un representante de habla espanol.
For assistance in Spanish, please call 1-800-783-8900 and request a Spanish speaking representative.

Dear Donald W Soutullo:

As of 02/22/05 our records reflect that hazard insurance on your property expired or cancelled effective 02/11/05. Please assist us by supplying proof of coverage on your property or a bill from your insurance carrier so that we can pay the premiums due and avoid any lapse in coverage.

- If you have received a copy of your renewal notice or have obtained new coverage please review it to ensure the mortgagee clause reads as follows: ABN AMRO Mortgage Group, Inc., Its Successors And/Or Assigns, P O Box 57068, Irvine, Ca 92619-7068.

- If you do not have a copy of your renewal notice or policy, please contact your insurance agent or company and confirm that the mortgagee clause reads as indicated above.

- Please confirm that your policy references your ABN AMRO loan #████████

- Please forward, or have your insurance agent/company forward a copy of your policy to us at: ABN AMRO Mortgage Group, Inc., P O Box 57068, Irvine, Ca 92619-7068, so that we may update our records and/or pay your premium. For your convenience, a copy of your policy renewal can be sent to us via facsimile at 949-770-1651. If you prefer, you may visit our website at www.updatemyinsurance.com/ABNAMRO and update your insurance.

- If you live in a condominium, please forward evidence of insurance to the address referenced above.

Your taking the above action will allow us to update our records or pay your insurance premiums in a timely manner now and in the future.

If you do not have coverage or need assistance with your policy, we encourage you to contact an insurance agent or company of your choice to assist you in evaluating your insurance needs. Once you have obtained coverage, please ensure that the mortgagee clause and your ABN AMRO loan number is provided to your insurance agent/company as stated above and that the copy of your policy information is forwarded to ABN AMRO Mortgage Group, Inc., P O Box 57068, Irvine, Ca 92619-7068.

LSWRBH01  07/24/03

CITIMORTGAGE/SOUTULLO000467

# IMPORTANT INSURANCE ANNOUNCEMENT

You may qualify for a unique homeowners insurance program that could save you money. This special program is offered through ZC Sterling Insurance Agency, Inc., a member of the Zurich Financial Services Group.

By calling toll free **1-888-819-2847**, you may be able to receive a guaranteed homeowners insurance premium quotation in minutes. **No insurance agent will call you.** You may also be eligible for:

- **A savings over your current homeowners insurance;**
- **Up to a 20% discount for a home less than 10 years old,**
- **Up to a 20% discount for recent home improvements, and/or**
- **Coverage to pay your mortgage in the event of a large or total loss.**

Insurance products are provided by various insurance companies, which are members of the Zurich Financial Services Group, who will ensure your peace of mind in the event of a loss.

You are under no obligation to call and the insurance company you select will have no effect on your credit with your lender.

**We look forward to hearing from you soon!**

This program may not be available in all states and applies to residential dwellings only. Insurance products are provided by various insurance companies, which are members of the Zurich Financial Services Group, and are offered through ZC Sterling Insurance Agency, Inc. (ZCSIA). The purchase of insurance from ZCSIA is not required to obtain credit or other services from your lender. Insurance products are not bank deposits and are not FDIC insured, nor are they obligations of or guaranteed by your lender or any of its subsidiaries. Your purchase of required or optional insurance from or through the insurance agent or insurance company of your choice will not affect current or future credit decisions in any way.

See reverse side for additional information.

CITIMORTGAGE/SOUTULLO000468

**IMPORTANT NOTICE
PLEASE CAREFULLY REVIEW THE INFORMATION
CONTAINED IN THIS NOTICE.**

To determine the amount of insurance for this insurance coverage, we have used the original amount of your mortgage loan adjusted by the construction index provided by an independent appraisal firm. This amount has been compared with your principal balance and the last voluntary coverage limits selected by you. Insurance coverage obtained by your lender will be the greatest of these three amounts. We believe this amount approximates the replacement value of your property improvements.

If you disagree with the amount of insurance coverage we have placed on your dwelling, please provide us with documentation showing the current replacement value. You may contact us at the toll free number listed below. If you have documentation for the replacement value of your property you may send this to the address shown below. If you forward documentation to us, please include your name, policy number, and mortgage loan number on your correspondence.

<u>We urge you to obtain your own insurance and provide proof of such coverage to the address listed below. You have the right to purchase insurance from the insurance agent or company of your choice.</u>

Mail to:

**ABN AMRO MORTGAGE GROUP, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 57068
IRVINE, CA 92619-7068**

Toll Free Phone Number: 1-800-783-8900

*A member of the* **Z** *Zurich Financial Services Group*

CITIMORTGAGE/SOUTULLO000469

Empire Fire and Marine Insurance Company
13810 FNB Parkway
Omaha, NE 68154-5202

Toll Free Customer Service: 1-800-783-8900
P O BOX 57068, IRVINE, CA 92619-7068

## BINDER

Notification Date:  02/22/05

LOAN NUMBER:  630384066

**ADDITIONAL NAMED INSURED**
DONALD W SOUTULLO
███████████████████████

MOBILE AL 36608

**NAMED INSURED MORTGAGEE**
ABN AMRO MORTGAGE GROUP, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 57068
IRVINE, CA 92619-7068

| | | Amount of Insurance | Annual Premium |
|---|---|---|---|
| POLICY NUMBER ██████████ | Dwelling | $ 59,000 | $ 696.20 |
| POLICY TERM: | | | |
| FROM 02/11/05    TO  02/11/06 | | | |
| ☐ NOON    ☒ 12:01am | Deductible - per loss<br>Vandalism & Malicious Mischief<br>    Property is VACANT at time of loss       $ 1,000<br>    Property is NOT VACANT at time of loss   $ 500<br>All Other covered Losses                          $ 250 | | |
| PROPERTY LOCATION | | | |
| ██████ CATHERINE CRE<br>MOBILE AL 36695 | MUNICIPAL TAXES        Tax Code | | $ 00 0.00 |
| | OTHER TAXES | | $ 00 0.00 |
| | ANNUAL TOTAL CHARGES | | $ 696.20 |

We have not received a new/renewal insurance policy covering your mortgaged property. We do not believe this was your intention, but a lapse in coverage has occurred. We have secured temporary coverage in the form of a binder through the Company shown above. This binder covers the described property for risks of direct loss subject to the terms, conditions, and limitations of the policy in current use by the company. If evidence of acceptable coverage is received during this binder period, you will not be charged for any lapse in coverage.

**IMPORTANT NOTICE:**

**This binder covers the residence only.**

Please remember, it is your responsibility to maintain insurance coverage on your property. If evidence of acceptable coverage is not received, permanent coverage will be obtained through the Company shown above and you will be charged the policy premium.

This coverage will be canceled back to the original effective date, without a premium charge applying, should duplicate coverage exist with a policy you may have, provided a copy has been sent to us as verification.

**For Customer Service questions, please call our toll free Customer Service Number at:**
**1-800-783-8900**

**To report a claim, please contact our Claim Department at 1-800-824-8562**

RP1305 0402

CITIMORTGAGE/SOUTULLO000470

## BINDER FLAT CANCEL LETTER

ABN AMRO MORTGAGE GROUP, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 57068
IRVINE, CA 92619-7068

NOTIFICATION DATE: 02/18/05

LOAN NUMBER: ██████████

EVIDENCE NUMBER: ██████████

DONALD W SOUTULLO
████████████████████
MOBILE AL 36608

PROPERTY LOCATION:
██████ CATHERINE CRE
MOBILE AL 36695

Para la ayuda en espanol, llame por favor 1-800-783-8900 y solicite un representante de habla espanol.
For assistance in Spanish, please call 1-800-783-8900 and request a Spanish speaking representative.

Dear Donald W Soutullo:

The forced placed insurance coverage previously issued on the property referenced above was cancelled effective 02/11/05 12:01 A.M. Standard Time, for the following reason:

## OTHER INSURANCE COVERAGE PROVIDED

This cancellation does not affect any insurance coverage you may have purchased on the referenced property.

Please call ABN AMRO Customer Service department at 1-800-783-8900 if you have any questions or concerns.

Sincerely,

Empire Fire and Marine Insurance Company
c/o ABN AMRO Mortgage Group, Inc.

LSBC1H01  03/01/03

CITIMORTGAGE/SOUTULLO000475

BINDER FLAT CANCEL LETTER

ABN AMRO MORTGAGE GROUP, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 57068
IRVINE, CA 92619-7068

NOTIFICATION DATE: 03/03/05

LOAN NUMBER: ███████

EVIDENCE NUMBER: ███████████

DONALD W SOUTULLO
█████████████████████

MOBILE AL 36608

PROPERTY LOCATION:
████████ CATHERINE CRE
MOBILE AL 36695

Para la ayuda en espanol, llame por favor 1-800-783-8900 y solicite un representante de habla espanol.
For assistance in Spanish, please call 1-800-783-8900 and request a Spanish speaking representative.

Dear Donald W Soutullo:

The forced placed insurance coverage previously issued on the property referenced above was cancelled effective 02/11/05 12:01 A.M. Standard Time, for the following reason:

OTHER INSURANCE COVERAGE PROVIDED

This cancellation does not affect any insurance coverage you may have purchased on the referenced property.

Please call ABN AMRO Customer Service department at 1-800-783-8900 if you have any questions or concerns.

Sincerely,

Empire Fire and Marine Insurance Company
c/o ABN AMRO Mortgage Group, Inc.

LSBC1H01   03/01/03

CITIMORTGAGE/SOUTULLO000476



**ABN·AMRO**

ABN AMRO Mortgage Group, Inc.

P.O. Box 57068
Irvine, CA 92619-7068

Affiliate: Standard Federal Bank

**IMPORTANT NOTICE**

NOTIFICATION DATE:
02/17/06

DONALD W SOUTULLO

~~██████████████~~

LUCEDALE MS 39452

LOAN NUMBER:

~~██████████~~

PROPERTY LOCATION:
████A CATHERINE CRE
MOBILE AL 36695

Para la ayuda en espanol, llame por favor 1-800-783-8900 y solicite un representante de habla espanol.
For assistance in Spanish, please call 1-800-783-8900 and request a Spanish speaking representative.

Dear Donald W Soutullo:

As of 02/17/06 our records reflect that hazard insurance on your property expired or cancelled effective 02/10/06. Please assist us by supplying proof of coverage on your property or a bill from your insurance carrier so that we can pay the premiums due and avoid any lapse in coverage.

- If you have received a copy of your renewal notice or have obtained new coverage please review it to ensure the mortgagee clause reads as follows: ABN AMRO Mortgage Group, Inc., Its Successors And/Or Assigns, P O Box 57068, Irvine, Ca 92619-7068.

- If you do not have a copy of your renewal notice or policy, please contact your insurance agent or company and confirm that the mortgagee clause reads as indicated above.

- Please confirm that your policy references your ABN AMRO loan #████████

- Please forward, or have your insurance agent/company forward a copy of your policy to us at: ABN AMRO Mortgage Group, Inc., P O Box 57068, Irvine, Ca 92619-7068, so that we may update our records and/or pay your premium. For your convenience, a copy of your policy renewal can be sent to us via facsimile at 949-770-1651. If you prefer, you may visit our website at www.updatemyinsurance.com/ABNAMRO and update your insurance.

- If you live in a condominium, please forward evidence of insurance to the address referenced above.

Your taking the above action will allow us to update our records or pay your insurance premiums in a timely manner now and in the future.

If you do not have coverage or need assistance with your policy, we encourage you to contact an insurance agent or company of your choice to assist you in evaluating your insurance needs. Once you have obtained coverage, please ensure that the mortgagee clause and your ABN AMRO loan number is provided to your insurance agent/company as stated above and that the copy of your policy information is forwarded to ABN AMRO Mortgage Group, Inc., P O Box 57068, Irvine, Ca 92619-7068.

LSWRBH01  08/15/05

CITIMORTGAGE/SOUTULLO000471

# IMPORTANT INSURANCE ANNOUNCEMENT

You may qualify for a unique homeowners insurance program that could save you money. This special program is offered through ZC Sterling Insurance Agency, Inc.

By calling toll free **1-888-819-2847**, you may be able to receive a homeowners insurance premium quotation in minutes. **No insurance agent will call you.** You may also be eligible for:

- **A savings over your current homeowners insurance;**
- **Up to a 20% discount for a home less than 10 years old,**
- **Up to a 20% discount for recent home improvements, and/or**
- **Coverage to pay your mortgage in the event of a large or total loss.**

Insurance products are provided by various insurance companies, which are members of Zurich, North America, who will ensure your peace of mind in the event of a loss.

You are under no obligation to call and the insurance company you select will have no effect on your credit with your lender.

**We look forward to hearing from you soon!**

This program may not be available in all states and applies to residential dwellings only. Insurance products are provided by various insurance companies, which are members of Zurich, North America, and are offered through ZC Sterling Insurance Agency, Inc. (ZCSIA). The purchase of insurance from ZCSIA is not required to obtain credit or other services from your lender. Insurance products are not bank deposits and are not FDIC insured, nor are they obligations of or guaranteed by your lender or any of its subsidiaries. Your purchase of required or optional insurance from or through the insurance agent or insurance company of your choice will not affect current or future credit decisions in any way.

See reverse side for additional information.

CITIMORTGAGE/SOUTULLO000472

To determine the amount of insurance for this insurance coverage, we have used the original amount of your mortgage loan adjusted by the construction index provided by an independent appraisal firm. This amount has been compared with your principal balance and the last voluntary coverage limits selected by you. Insurance coverage obtained by your lender will be the greatest of these three amounts. We believe this amount approximates the replacement value of your property improvements.

If you disagree with the amount of insurance coverage we have placed on your dwelling, please provide us with documentation showing the current replacement value. You may contact us at the toll free number listed below. If you have documentation for the replacement value of your property you may send this to the address shown below. If you forward documentation to us, please include your name, policy number, and mortgage loan number on your correspondence.

<u>We urge you to obtain your own insurance and provide proof of such coverage to the address listed below. You have the right to purchase insurance from the insurance agent or company of your choice.</u>

Mail to:                    ABN AMRO MORTGAGE GROUP, INC.
                           ITS SUCCESSORS AND/OR ASSIGNS
                           P O BOX 57068
                           IRVINE, CA 92619-7068

Toll Free Phone Number: 1-800-783-8900

CITIMORTGAGE/SOUTULLO000473

Empire Fire and Marine Insurance Company
13810 FNB Parkway
Omaha, NE 68154-5202

Toll Free Customer Service: 1-800-783-8900
P O BOX 57068, IRVINE, CA 92619-7068

## BINDER

Notification Date: 02/17/06

LOAN NUMBER: ▓▓▓▓▓▓

ADDITIONAL NAMED INSURED
DONALD W SOUTULLO ▓▓▓▓▓▓

LUCEDALE MS 39452

NAMED INSURED MORTGAGEE
ABN AMRO MORTGAGE GROUP, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 57068
IRVINE, CA 92619-7068

| | | Amount of Insurance | Annual Premium |
|---|---|---|---|
| POLICY NUMBER ▓▓▓▓▓▓ | Dwelling | $ 63,000 | $ 743.40 |
| POLICY TERM: | | | |
| FROM 02/10/06 TO 02/10/07 | | | |
| ☐ NOON ☒ 12:01am | Deductible - per loss | | |
| | Vandalism & Malicious Mischief | | |
| | Property is VACANT at time of loss | $ 1,000 | |
| | Property is NOT VACANT at time of loss | $ 500 | |
| | All Other covered Losses | $ 250 | |
| PROPERTY LOCATION | | | |
| ▓▓▓▓ CATHERINE CRE | MUNICIPAL TAXES    Tax Code | | $ 00 0.00 |
| MOBILE AL 36695 | OTHER TAXES | | $ 00 0.00 |
| | ANNUAL TOTAL CHARGES | | $ 743.40 |

We have not received a new/renewal insurance policy covering your mortgaged property. We do not believe this was your intention, but a lapse in coverage has occurred. We have secured temporary coverage in the form of a binder through the Company shown above. This binder covers the described property for risks of direct loss subject to the terms, conditions, and limitations of the policy in current use by the company. If evidence of acceptable coverage is received during this binder period, you will not be charged for any lapse in coverage.

IMPORTANT NOTICE:

This binder covers the residence only.

Please remember, it is your responsibility to maintain insurance coverage on your property. If evidence of acceptable coverage is not received, permanent coverage will be obtained through the Company shown above and you will be charged the policy premium.

This coverage will be canceled back to the original effective date, without a premium charge applying, should duplicate coverage exist with a policy you may have, provided a copy has been sent to us as verification.

**For Customer Service questions, please call our toll free Customer Service Number at:**
**1-800-783-8900**

To report a claim, please contact our Claim Department at 1-800-824-8562

RP1305 0402

CITIMORTGAGE/SOUTULLO000474



**ABN·AMRO**

ABN AMRO Mortgage Group, Inc.

P.O. Box 57068
Irvine, CA 92619-7068

Affiliate: Standard Federal Bank

**FIRE INSURANCE REMINDER**

<u>NOTIFICATION DATE</u>:
03/13/06

DONALD W SOUTULLO

LUCEDALE MS 39452

<u>LOAN NUMBER</u>:

<u>PROPERTY LOCATION</u>:
CATHERINE CRE
MOBILE AL 36695

Para la ayuda en espanol, llame por favor 1-800-783-8900 y solicite un representante de habla espanol. For assistance in Spanish, please call 1-800-783-8900 and request a Spanish speaking representative.

We recently sent a letter to you asking your assistance in obtaining updated hazard insurance information for your property. We are concerned because our records reflect we have not received this information and that hazard insurance on your property expired or cancelled effective 02/10/06. As a condition of your loan, you may recall that hazard insurance on your property is required over the life of your mortgage loan.

We are asking you to take the following action now:

- If you have received a copy of your renewal notice or have obtained new coverage please review it to ensure the mortgagee clause reads as follows: ABN AMRO Mortgage Group, Inc., Its Successors And/Or Assigns, P O Box 57068, Irvine, Ca 92619-7068.

- If you do not have a copy of your renewal notice or policy, please contact your insurance agent or company and confirm that the mortgagee clause reads as indicated above.

- Please confirm that your policy references your ABN AMRO loan #

- Please have your agent or insurance company make any necessary corrections to the mortgagee clause or loan number.

- Please forward, or have your insurance agent/company forward a copy of your policy to us at: ABN AMRO Mortgage Group, Inc., P O Box 57068, Irvine, Ca 92619-7068, so that we may update our records and/or pay your premium. For your convenience, a copy of your policy renewal can be sent to us via facsimile at 949-770-1651.

- If you live in a condominium, please forward evidence of insurance to the address referenced above.

Your taking the above action will allow us to update our records or pay your insurance premiums in a timely manner now and in the future.

If you do not have coverage or need assistance with your policy, we encourage you to contact an insurance agent or company of your choice to assist you in evaluating your insurance needs. Once you have obtained coverage, please ensure that the mortgagee clause and your ABN AMRO loan number is provided to your insurance agent/company as stated above and that the copy of your policy information is forwarded to ABN AMRO Mortgage Group, Inc., P O Box 57068, Irvine, Ca 92619-7068.

LSWRRH01  08/15/05

CITIMORTGAGE/SOUTULLO000444

# IMPORTANT INSURANCE ANNOUNCEMENT

You may qualify for a unique homeowners insurance program that could save you money. This special program is offered through ZC Sterling Insurance Agency, Inc.

By calling toll free **1-888-819-2847**, you may be able to receive a homeowners insurance premium quotation in minutes. **No insurance agent will call you.** You may also be eligible for:

- **A savings over your current homeowners insurance;**
- **Up to a 20% discount for a home less than 10 years old,**
- **Up to a 20% discount for recent home improvements, and/or**
- **Coverage to pay your mortgage in the event of a large or total loss.**

Insurance products are provided by various insurance companies, which are members of Zurich, North America, who will ensure your peace of mind in the event of a loss.

You are under no obligation to call and the insurance company you select will have no effect on your credit with your lender.

**We look forward to hearing from you soon!**

This program may not be available in all states and applies to residential dwellings only. Insurance products are provided by various insurance companies, which are members of Zurich, North America, and are offered through ZC Sterling Insurance Agency, Inc. (ZCSIA). The purchase of insurance from ZCSIA is not required to obtain credit or other services from your lender. Insurance products are not bank deposits and are not FDIC insured, nor are they obligations of or guaranteed by your lender or any of its subsidiaries. Your purchase of required or optional insurance from or through the insurance agent or insurance company of your choice will not affect current or future credit decisions in any way.

See reverse side for additional information.

## IMPORTANT NOTICE
## PLEASE CAREFULLY REVIEW THE INFORMATION
## CONTAINED IN THIS NOTICE.

To determine the amount of insurance for this insurance coverage, we have used the original amount of your mortgage loan adjusted by the construction index provided by an independent appraisal firm. This amount has been compared with your principal balance and the last voluntary coverage limits selected by you. Insurance coverage obtained by your lender will be the greatest of these three amounts. We believe this amount approximates the replacement value of your property improvements.

If you disagree with the amount of insurance coverage we have placed on your dwelling, please provide us with documentation showing the current replacement value. You may contact us at the toll free number listed below. If you have documentation for the replacement value of your property you may send this to the address shown below. If you forward documentation to us, please include your name, policy number, and mortgage loan number on your correspondence.

<u>We urge you to obtain your own insurance and provide proof of such coverage to the address listed below. You have the right to purchase insurance from the insurance agent or company of your choice.</u>

Mail to:                  **ABN AMRO MORTGAGE GROUP, INC.**
**ITS SUCCESSORS AND/OR ASSIGNS**
**P O BOX 57068**
**IRVINE, CA 92619-7068**

Toll Free Phone Number: 1-800-783-8900

CITIMORTGAGE/SOUTULLO000446



**ABN·AMRO**
ABN AMRO Mortgage Group, Inc.

P.O. Box 57068
Irvine, CA 92619-7068

Affiliate: Standard Federal Bank

**FIRE POLICY COVER LETTER**

<u>NOTIFICATION DATE:</u>
04/25/06

DONALD W SOUTULLO

LUCEDALE MS 39452

<u>LOAN NUMBER:</u>

<u>PROPERTY LOCATION:</u>
████A CATHERINE CRE
MOBILE AL 36695

Para la ayuda en espanol, llame por favor 1–800–783–8900 y solicite un representante de habla espanol.
For assistance in Spanish, please call 1–800–783–8900 and request a Spanish speaking representative.

Dear Donald W Soutullo:

ABN AMRO has not received proof of continued hazard coverage or the renewal information necessary to pay your insurance premiums from escrow. As a condition of your loan, you agreed to maintain hazard insurance on your property throughout the life of your mortgage loan. Since we have not received renewal information, we have obtained coverage through Empire Fire and Marine Insurance Company, evidence of insurance is enclosed. The insurance company issuing such coverage will reinsure some or all of the coverage and premiums through an insurance company that is an affiliate of ABN AMRO Bank.

The cost of this premium has been paid through your escrow account. You will receive a new coupon book or payment notice reflecting the change in your monthly payment resulting from the new premium amount. If you do not have an escrow account, one will be established for you and the cost of the premium spread into your monthly mortgage payment over twelve months.

This coverage does not provide contents or liability coverage. It will only provide protection for loss to the improvements up to $63,000, which was insurance to value amount, please see enclosed important notice. If you disagree with the amount of insurance coverage we have placed on your dwelling, please provide us with documentation for the current replacement value of your property. Documentation may be in the form of a Certified Market Analysis (CMA) from a real estate agent, a property tax assessment, or a property appraisal. Any costs you incur to obtain this information will be your responsibility. Please send the appropriate documentation confirming the replacement value of your property to the address shown below and make sure that you include your name and loan number on all correspondence. The coverage is designed to cover the investor's interest in the property. It does not provide the coverage generally included in a standard market policy and is probably considerably more expensive than a policy you may obtain from your insurance agent or company. For example, NO COVERAGE IS PROVIDED FOR PERSONAL PROPERTY, LIABILITY OR OTHER EXTENDED COVERAGES, NOR DOES IT COVER FLOOD OR EARTHQUAKE DAMAGE.

We continue to strongly encourage you to consult with an insurance agent or company of your choice to obtain hazard insurance coverage which protects your interests and may be less expensive. Your insurance agent or company will also be able to assist you in determining if your interests are adequately protected.

LSPOLH01  08/15/05

CITIMORTGAGE/SOUTULLO000482

Empire Fire and Marine Insurance Company
13810 FNB Parkway
Omaha, NE 68154-5202

Toll Free Customer Service: 1-800-783-8900
P.O. BOX 57068, IRVINE, CA 92619-7068

**Additional Named Insured Certificate**

Notification Date: 04/25/06

LOAN NUMBER: ████████

ADDITIONAL NAMED INSURED
DONALD W SOUTULLO ████████

LUCEDALE MS 39452

NAMED INSURED MORTGAGEE
ABN AMRO MORTGAGE GROUP, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P.O. BOX 57068
IRVINE, CA 92619-7068

| | | Amount of Insurance | Annual Premium |
|---|---|---|---|
| POLICY NUMBER ████████ | Dwelling | $ 63,000 | $ 743.40 |
| POLICY TERM: | Personal Property Endorsement | $ 0 | $ 0.00 |
| | Additional Living Expense Endorsement | $ 0 | $ 0.00 |
| FROM 02/10/06　　TO 02/10/07 | Other Endorsements | | $ 0.00 |
| ☐ NOON　☒ 12:01am | Deductible - per loss | | |
| | Vandalism & Malicious Mischief | | |
| | Property is VACANT at time of loss | $ 1,000 | |
| PROPERTY LOCATION | Property is NOT VACANT at time of loss | $ 500 | |
| ████ A CATHERINE CRE | All Other covered Losses | $ 250 | |
| MOBILE AL 36695 | | Limit of Liability | Annual Premium |
| ENDORSEMENTS ATTACHED AND FORMING A | Personal Liability Endorsement | $ 0 | $ 0.00 |
| PART OF THE POLICY | Medical Payments | $ 0 | |
| RP1102 (0397),RP1200 (0397),RP1201 (0397),RP1501 (0397) | MUNICIPAL TAXES　　Tax Code | | $ 000.00 |
| | OTHER TAXES | | $ 000.00 |
| | ANNUAL TOTAL CHARGES | | $ 743.40 |

**Personal Property and Personal Liability Coverages** - If an amount of Insurance and a premium charge are shown above for this coverage, we will cover your personal property in the Dwelling against the perils specified in the Personal Property Endorsement. If a Limit of Liability and a premium charge is shown for this coverage, we will also cover your personal liability. Please refer to the applicable endorsement for a description of the type and scope of coverage provided. These endorsements are available only for a residence that is owner occupied. These coverages are void if the residence is vacant or occupied by someone other than the Additional Named Insured shown above.

DEDUCTIBLES: Please refer to the deductibles shown above for the coverages provided by this policy.

Subject to the terms and provisions of the Lender Placed Property Program, including but not limited to the Dwelling Coverage Form attached hereto, it is agreed that the insurance applies to the property described above and to any person shown as an Additional Named Insured with respect to such property, subject to the following additional provisions:

(a) The above Named Insured Mortgagee is authorized to act for such Additional Named Insureds in all matters pertaining to this insurance including receipt of Notice of Cancellation; and return premium, if any.
(b) The above Named Insured Mortgagee is authorized to advance all funds to be recovered from the Additional Named Insured for the insurance afforded.
(c) Loss, if any, shall be adjusted with and payable to the above Named Insured Mortgagee, and the Additional Named Insured as their interest may appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured Mortgagee and the Additional Named Insured, at the company's option.

**For Customer Service questions, please call our toll free Customer Service Number at:**
**1-800-783-8900**

To report a claim, please contact our Claim Department at 1-800-824-8562

RP1102 0397

CITIMORTGAGE/SOUTULLO000483

POLICY CANCEL LETTER

ABN AMRO MORTGAGE GROUP, INC.
ITS SUCCESSORS AND/OR ASSIGNS          NOTIFICATION DATE: 07/07/06
P.O. BOX 57068
IRVINE, CA 92619-7068                  LOAN NUMBER: ▇▇▇▇▇▇

                                       EVIDENCE NUMBER: ▇▇▇▇▇▇▇

DONALD W SOUTULLO                      PROPERTY LOCATION:
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                      11085 A CATHERINE CRE
LUCEDALE MS 39452                      MOBILE AL 36695

Para la ayuda en espanol, llame por favor 1-800-783-8900 y solicite un representante de habla espanol.
For assistance in Spanish, please call 1-800-783-8900 and request a Spanish speaking representative.

Dear Donald W Soutullo:

The forced placed insurance coverage previously issued on the property referenced above was cancelled
effective 05/25/06 12:01 A.M. Standard Time, for the following reason:

OTHER INSURANCE COVERAGE PROVIDED

Any unearned insurance premium paid will be refunded to your escrow account. Please call ABN
AMRO Customer Service department at 1-800-783-8900 if you have any questions or concerns.

Sincerely,

Empire Fire and Marine Insurance Company
c/o ABN AMRO Mortgage Group, Inc.

LSCN2H01  07/24/03

CITIMORTGAGE/SOUTULLO000481



**ABN·AMRO**

ABN AMRO Mortgage Group, Inc.

P.O. Box 57068
Irvine, CA 92619-7068

Important Notice of Missing Hazard Policy
Information

Notification Date: 06/06/07

DONALD W SOUTULLO

LUCEDALE MS 39452

RE:     Loan Number:
        Property Address:     ▮▮▮▮A CATHERINE CRE
                              MOBILE AL 36695

Para ayuda en espanol, llame por favor a 1–800–783–8900 y solicite un representante que hable espanol.
For assistance in Spanish, plelse call 1–800–783–8900 and request a Spanish–speaking representative.

As of 06/06/07, we do not have your current homeowner's insurance information. Because of this, we
have obtained temporary coverage effective 05/25/07.

The insurance we have purchased does not provide contents or liability coverage. It will only provide
protection for hazard loss to your dwelling. The coverage amount is based on insurance to value amount,
please see enclosed important notice. If you disagree with the amount of insurance coverage we have
purchased, please provide us with documentation of the current replacement value of your property.
This documentation may be a Certified Market Analysis (CMA) from a real estate agent, a property tax
assessment or a property appraisal. ABN AMRO Mortgage is unable to reimburse any expenses you
incur to obtain this documentation. Please send the documentation to the address below referencing your
name and loan number on all correspondence.

The insurance we have purchased is designed to cover our interest in your property. This insurance is
considerably more expensive than a policy you may obtain on your own. The insurance company issuing
such coverage will reinsure some or all of the coverage and premiums through an insurance company
that is an affiliate of ABN AMRO Mortgage.

We encourage you to consult with an insurance agent or company of your choice to obtain homeowner's
insurance coverage that protects your interests, which may be less expensive. Your insurance agent or
company will be able to assist you in determining if your interests are adequately protected.

LSWRBH01   04/12/07

CITIMORTGAGE/SOUTULLO000447