*Soutullo, et al. v. CitiMortgage, Inc.*; Adversary Proceeding No. 09-01137

<u>**Exhibit A, Part 3 to CitiMortgage, Inc.'s Motion for Summary Judgment**</u>

# IMPORTANT INSURANCE ANNOUNCEMENT

You may qualify for a unique homeowners insurance program that could save you money. This special program is offered through ZC Sterling Insurance Agency, Inc.

By calling toll free **1-888-819-2847**, you may be able to receive a homeowners insurance premium quotation in minutes. **No insurance agent will call you.** You may also be eligible for:

- **A savings over your current homeowners insurance;**
- **Up to a 20% discount for a home less than 10 years old,**
- **Up to a 20% discount for recent home improvements, and/or**
- **Coverage to pay your mortgage in the event of a large or total loss.**

Insurance products are provided by various insurance companies, which are members of Zurich, North America, who will ensure your peace of mind in the event of a loss.

You are under no obligation to call and the insurance company you select will have no effect on your credit with your lender.

**We look forward to hearing from you soon!**

This program may not be available in all states and applies to residential dwellings only. Insurance products are provided by various insurance companies, which are members of Zurich, North America, and are offered through ZC Sterling Insurance Agency, Inc. (ZCSIA). The purchase of insurance from ZCSIA is not required to obtain credit or other services from your lender. Insurance products are not bank deposits and are not FDIC insured, nor are they obligations of or guaranteed by your lender or any of its subsidiaries. Your purchase of required or optional insurance from or through the insurance agent or insurance company of your choice will not affect current or future credit decisions in any way.

See reverse side for additional information.

CITIMORTGAGE/SOUTULLO000448

## IMPORTANT NOTICE
## PLEASE CAREFULLY REVIEW THE INFORMATION
## CONTAINED IN THIS NOTICE.

To determine the amount of insurance for this insurance coverage, we have used the original amount of your mortgage loan adjusted by the construction index provided by an independent appraisal firm. This amount has been compared with your principal balance and the last voluntary coverage limits selected by you. Insurance coverage obtained by your lender will be the greatest of these three amounts. We believe this amount approximates the replacement value of your property improvements.

If you disagree with the amount of insurance coverage we have placed on your dwelling, please provide us with documentation showing the current replacement value. You may contact us at the toll free number listed below. If you have documentation for the replacement value of your property you may send this to the address shown below. If you forward documentation to us, please include your name, policy number, and mortgage loan number on your correspondence.

We urge you to obtain your own insurance and provide proof of such coverage to the address listed below. You have the right to purchase insurance from the insurance agent or company of your choice.

Mail to:

**ABN AMRO MORTGAGE GROUP, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 57068
IRVINE, CA 92619-7068**

Toll Free Phone Number: 1-800-783-8900

CITIMORTGAGE/SOUTULLO000449

Empire Fire and Marine Insurance Company
13810 FNB Parkway
Omaha, NE 68154-5202

Toll Free Customer Service: 1-800-783-8900
P O BOX 57068, IRVINE, CA 92619-7068

### 90-DAY BINDER

Notification Date: 06/06/07

LOAN NUMBER: ▉▉▉▉

ADDITIONAL NAMED INSURED
DONALD W SOUTULLO
▉▉▉▉▉▉▉▉
LUCEDALE MS 39452

NAMED INSURED MORTGAGEE
ABN AMRO MORTGAGE GROUP, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 57068
IRVINE, CA 92619-7068

| | | Amount of Insurance | Annual Premium |
|---|---|---|---|
| BINDER NUMBER ▉▉▉▉ | Dwelling | $ 72,000 | $ 849.60 |
| **POLICY TERM:** | | | |
| FROM 05/25/07      TO 05/25/08 | | | |
| ☐ NOON   ☒ 12:01am | Deductible - per loss | | |
| BINDER IS EFFECTIVE FOR 90-DAYS FROM THE EFFECTIVE DATE SHOWN ABOVE | Vandalism & Malicious Mischief Property is VACANT at time of loss     $ 1,000 Property is NOT VACANT at time of loss  $ 500 All Other covered Losses               $ 250 | | |
| **PROPERTY LOCATION** | | | |
| ▉▉▉ A CATHERINE CRE MOBILE AL 36695 | MUNICIPAL TAXES | | $ 00 0.00 |
| | OTHER TAXES | | $ 00 0.00 |
| | POLICY TERM TOTAL CHARGES | | $ 849.60 |

We have not received a new/renewal insurance policy covering your mortgaged property. We do not believe this was your intention but a lapse in coverage has occurred.

We have secured temporary coverage in the form of a 90-day binder through the Company shown above, and you will be charged for the policy premium. This binder covers the described property for risks of direct loss subject to the terms, conditions and limitations of the policy in current use by the company. If evidence of acceptable coverage is received during this binder period, you will be charged only for any lapse in coverage.

**IMPORTANT NOTICE:**

This binder covers the residence only.

Please remember, it is your responsibility to maintain property insurance coverage on your property. If evidence of acceptable coverage is not received, a policy will be obtained through the Company shown above.

This coverage will be cancelled back to the original effective date, with no premium charge applying, if you provide coverage effective on or before the effective date of this binder.

**For Customer Service questions, please call our toll free Customer Service Number at:**
**1-800-783-8900**

To report a claim, please contact our Claim Department at 1-800-824-8562

RP1305 0307

CITIMORTGAGE/SOUTULLO000450

## BINDER FLAT CANCEL LETTER

ABN AMRO MORTGAGE GROUP, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 57068
IRVINE, CA 92619-7068

NOTIFICATION DATE: 06/11/07

LOAN NUMBER: ███████████

EVIDENCE NUMBER: ███████████

DONALD W SOUTULLO
███████████████████████
LUCEDALE MS 39452

PROPERTY LOCATION:
██████ CATHERINE CRE
MOBILE AL 36695

Para ayuda en espanol, llame por favor a 1-800-783-8900 y solicite un representante que hable espanol.
For assistance in Spanish, please call 1-800-783-8900 and request a Spanish-speaking representative.

Dear Donald W Soutullo:

We have received the homeowner's insurance information for the policy you obtained through an agent or carrier of your choice. As a result, the insurance carrier has cancelled the lender placed homeowner's insurance policy, prior to the disbursement of the premium, for the policy period of 05/25/07 to 05/25/07. The homeowner's insurance policy was cancelled at no cost to you.

If you have any questions, please contact our Customer Service Department at 1-800-783-8900. You can also visit our website at www.mortgage.com.

Sincerely,

Empire Fire and Marine Insurance Company
c/o ABN AMRO Mortgage Group, Inc.

LSBC1H01  03/13/07

CITIMORTGAGE/SOUTULLO000478

**ASSURANT GROUP**
**& INSURANCE SERVICES INC**
**P.O. BOX 7706**
**SPRINGFIELD, OH 45501**


**DONALD W SOUTULLO** ▪▪▪▪▪▪▪▪▪▪

**LUCEDALE, MS 39452**


Re: ▪▪▪▪▪▪▪▪▪▪▪▪▪

CITIMORTGAGE/SOUTULLO000521

**citi**mortgage™
P.O. Box 7706
Springfield, OH 45501

06/10/2008

DONALD W SOUTULLO
████████████████████
LUCEDALE, MS            39452

Re: CitiMortgage Loan Number: ████████████

Dear CitiMortgage Customer:

This letter is in response to a notification received from      ALFA MUTUAL INS      stating that your insurance policy was canceled or non-renewed effective 05/25/2008 . As of the date of this letter, we have received neither a reinstatement nor a replacement policy.

According to the terms of your loan documents you must maintain adequate insurance coverage at all times and provide us with satisfactory evidence of this coverage. Therefore, if you have not already done so, we request that you or your insurance agent provide us with verification of your current insurance policy showing that coverage is in force and complies with CitiMortgage's requirements.

We request that either you, your agent or your insurance company mail a copy of the front page of your policy which summarizes coverages, limits, deductibles, and the current insurance coverage period for your policy to us at the following address:

> CitiMortgage, Inc.
> Account # ████████████
> Post Office Box 7706
> Springfield, OH 45501

If you prefer, you may fax this information to us at 1 (937) 324-6577. Please include your loan number on any correspondence sent to us.

If the following mortgagee clause is not already indicated on your policy, please advise your agent to update their records as follows:

> CitiMortgage Inc.
> Its Successors and/or Assigns
> CitiMortgage Loan #:████████████
> Post Office Box 7706
> Springfield, OH 45501

Failure to provide the requested information may result in a policy being purchased by us at your cost to protect our interest. The premium for such a policy will be $      634.00   per year. We encourage you to resolve this issue within the next 30 days.

Thank you for your attention to this important matter. If you have any questions or comments, please contact our Customer Service Department at: 1 (800) 442-8774.

Sincerely,

Insurance Department                                                    MTS-300-1 (03/2003)

**PLEASE SEE REVERSE SIDE OF THIS LETTER FOR IMPORTANT INFORMATION**

CitiMortgage, Inc. does business as Citicorp Mortgage in MT, NM, PA, and WV.            A member of citigroup™

CITIMORTGAGE/SOUTULLO000522

## CitiMortgage, Inc.
## Property Insurance Requirements

This notice is intended to summarize the CitiMortgage, Inc. insurance requirements for your property.

In order to protect our mutual interest in your property, CitiMortgage, Inc. requires that its borrowers maintain hazard insurance that meets the following minimum requirements:

- Your hazard insurance must be at a minimum a one year fire and extended coverage policy (commonly known as DP-1) in an amount at least equal to the higher of the loan amount (up to 100% of the insurable value of the property improvements) or 80% of the insurable value of the property improvements. As of 1-1-96, six month policy terms are acceptable on properties located in Florida.

- Hazard insurance policy deductibles for 1-4 family units may not exceed the greater of:
    - $2,000 or 2% of the policy's insurance limits for windstorm or hail losses.
    - $1,000 or 1% of the policy's insurance limits for all other covered losses.

- A Mortgagee Clause/Lender's Loss Payable Endorsement must be included with your insurance policy and must provide that the insurance company notify the lender/servicer at least ten (10) days prior to cancellation of insurance. The mortgagee clause should read as follows:

> CitiMortgage, Inc.
> CMI Loan Number
> Its Successors and/or Assigns
> Post Office Box 7706
> Springfield, OH 45501

- Policies from Fair Plan Association and other government endorsed programs are acceptable.

- The insurer must be licensed to conduct business in the state in which the property is located and meet CitiMortgage's minimum insurer requirements.

### IMPORTANT INFORMATION

If your property is located in the state of California and you currently do not have an impound/escrow account for insurance, you are required to reimburse CitiMortgage in full for the premium we advance in your behalf. If the premium is not reimbursed immediately, the issuance of this policy will constitute your agreement to establish an impound/escrow account for payment of this premium and the collection of future premiums. This will increase your monthly mortgage payments.

If your loan is currently in a bankruptcy status, this is not an attempt to collect a debt.

CMIBK1 09/08

CITIMORTGAGE/SOUTULLO000523

CitiMortgage, Inc.          www.citimortgage.com
P.O. Box 7706
Springfield, OH 45501

CitiMortgage

citi

August 15, 2008

DONALD W SOUTULLO

████████████████████

LUCEDALE, MS 39452

## NOTICE OF PLACEMENT OF INSURANCE

CitiMortgage Loan #:    ████████████████

Dear CitiMortgage Customer:

We have enclosed a policy for fire insurance on your property obtained by CitiMortgage, Inc.  The annual premium for this coverage is $    634.00    which has been advanced on your behalf as provided by your loan documents.  If you currently have an escrow account on your mortgage, we have paid the premium from the escrow account and will adjust your monthly payment. If you do not have an escrow account, please send us your check to reimburse the amount advanced. If we do not receive payment within thirty (30) days, we will establish an escrow account and adjust your monthly mortgage payments accordingly.

We have placed this insurance on your property because we have not received satisfactory evidence of insurance coverage as required by your loan documents. Please consider the following facts concerning this insurance policy:

- This policy insures your property for fire, extended coverage, and vandalism up to the stated limits contained in the policy. The coverage provided in this policy may not be as comprehensive as the previous policy secured by you, and the limit of liability may be unacceptable to you.
- Coverage is not provided for theft, personal contents and liability.
- Due to varying construction costs, the insurance provided by this policy may not be sufficient to restore the property in the event of a total loss.
- This policy can be canceled upon our receipt of evidence of acceptable replacement coverage. In this event, this policy will be automatically canceled with a date equal to the effective date of the replacement policy. Unearned premium will be refunded on a pro-rata basis.
- In the event of a service transfer or a payoff of your loan, this policy will cancel upon transfer or payoff.
- CitiMortgage or an affiliated company may receive compensation related to the placement of this policy.
- The cost of this policy is probably greater than the cost of comparable coverage obtained through your own insurance agent.

As stated in two previous letters, we strongly encourage you to contact an agent of your choice to obtain a policy that provides adequate coverage.

If you have already obtained your own insurance, please ask your agent or broker to send evidence of insurance, including your loan number to:

> CitiMortgage, Inc.
> Its Successors and/or Assigns
> CitiMortgage Loan #: ████████████████
> Post Office Box 7706,
> Springfield, OH 45501

You may also fax this information utilizing the front page of your policy that summarizes coverage, limits, deductibles, and the current insurance coverage period of the policy. Our fax number is: (937) 324-6577.

Please be aware that CitiMortgage, Inc. does not require you to purchase theft, contents or liability coverage. However, if you wish us to secure coverage including theft, contents and liability protection, please sign where indicated on the reverse and mail this letter with the enclosed policy back to us immediately. You may call us toll free at (800) 442-8774 concerning this subject. This offer is not available if your property is located in CT, IL or NY.

You may also contact us at the same toll free number regarding the amount of insurance purchased. If you believe that the amount of insurance placed is either too high or too low, an adjusted limit may be provided. However, the amount of coverage must be at least equal to the higher of the loan amount (up to 100% of the insurable value of the property improvements) or 80% of the insurable value of the property improvements.

If you do not want a change in coverage, no action is required on your part.

Sincerely,

Insurance Department

MTS-320-1 (03/2003)

## PLEASE SEE REVERSE SIDE OF THIS LETTER FOR IMPORTANT INFORMATION

A member of citigroup†

CITIMORTGAGE/SOUTULLO000524

By signing below I authorize you to secure coverage including theft, contents and liability. The property is not located in CT, IL, or NY. I understand a replacement policy will be issued and the additional premium will be charged to me (or my escrow account if I am escrowed).

_____
Signature of Mortgagor

_____
Signature of Mortgagor

_____
DATE

PL                                                                                                                     MTS-320-2 (03/2003)

## CitiMortgage, Inc.
## Property Insurance Requirements

This notice is intended to summarize the CitiMortgage, Inc. insurance requirements for your property.

In order to protect our mutual interest in your property, CitiMortgage, Inc. requires that its borrowers maintain hazard insurance that meets the following minimum requirements:

- Your hazard insurance must be at a minimum a one year fire and extended coverage policy (commonly known as DP-1) in an amount at least equal to the higher of the loan amount (up to 100% of the insurable value of the property improvements) or 80% of the insurable value of the property improvements. As of 1-1-96, six month policy terms are acceptable on properties located in Florida.

- Hazard insurance policy deductibles for 1-4 family units may not exceed the greater of:
    - $2,000 or 2% of the policy's insurance limits for windstorm or hail losses.
    - $1,000 or 1% of the policy's insurance limits for all other covered losses.

- A Mortgage Clause/Lender's Loss Payable Endorsement must be included with your insurance policy and must provide that the insurance company notify the lender/servicer at least ten (10) days prior to cancellation of insurance. The mortgagee clause should read as follows:

> CitiMortgage Inc.
> Its Successors and/or Assigns
> CMI Loan Number
> Post Office Box 81300
> Atlanta, Georgia 30366-1300

- Policies from Fair Plan Association and other government endorsed programs are acceptable.

- The insurer must be licensed to conduct business in the state in which the property is located and meet CitiMortgage's minimum insurer requirements.

## IMPORTANT INFORMATION

**If your property is located in the state of California and you currently do not have an impound/escrow account for insurance, you are required to reimburse CitiMortgage in full for the premium we advance in your behalf. If the premium is not reimbursed immediately, the issuance of this policy will constitute your agreement to establish an impound/escrow account for payment of this premium and the collection of future premiums. This will increase your monthly mortgage payments.**



© 2003 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Citi, Citi, Arc Design, and Citi and Arc Design are registered service marks of Citigroup Inc. *Calls are randomly monitored and recorded for quality assurance. CitiMortgage is a debt collector and any information obtained will be used for that purpose.

CITIMORTGAGE/SOUTULLO000525

SFD    OWNER OCCUPIED

| AGENCY | | | |
|---|---|---|---|
| Major | Sub | Minor | State |
| 05623 | 001 | 000 | AL |

AMERICAN SECURITY INSURANCE COMPANY
PO BOX 50355, ATLANTA, GA 30302
(770) 763-1000
RESIDENTIAL PROPERTY
ADDITIONAL INSURED ENDORSEMENT

POLICY NUMBER: ███████████

ADDITIONAL INSURED-Name and Address (Street No., City, State, Zip)
DONALD W SOUTULLO ██████████████

LUCEDALE, MS   39452

NAMED INSURED/MORTGAGEE-Name and Address
CITIMORTGAGE, INC.
P. O. BOX 7706
SPRINGFIELD, OH 45501,

LOAN NUMBER ██████████

Coverage is provided where a premium or limit of liability is shown for the coverage, subject to all conditions of this policy.

| POLICY PERIOD ONE YEAR | COVERAGES | LIMITS OF LIABILITY | PREMIUM |
|---|---|---|---|
| EFFECTIVE DATE 05/25/2008   EXPIRATION DATE 05/25/2009 | DWELLING | $     60,000 | $     634.00 |
| EFFECTIVE TIME    NOON ☐   12:01 A.M. ☒ | | | |
| DESCRIBED LOCATION (if different from mailing address above) ████████ A CATHERINE CRE MOBILE, AL   36695 | | | |
| | | | |
| SECURITY INTEREST: | | $ | |
| | | | |
| | | | |
| | ANNUAL PREMIUM AMOUNT | $     634.00 | |
| | ANNUAL TOTAL CHARGED | $     634.00 | |

Forms and endorsements which are made a part of this policy at time of issue
MSP-RES[5-91], MSP-RES[8-88], MSP-RES-END-AL (12-07), CP13000A-R[6-05]

Subject to the terms and provisions of the Mortgage Service Program, Residential Property Mortgagee's Policy, including but not limited to the Residential Property coverage form attached hereto, it is agreed that the insurance applies to the property described above and to any person shown as an Additional Insured with respect to such property, subject to the following additional provisions:

a. The above Named Insured Mortgagee is authorized to act for such Additional Insureds in all matters pertaining to this insurance including receipt of Notice of Cancellation, and return premium, if any.

b. The above Named Insured Mortgagee is authorized to advance all funds to be recovered from the Additional Insured for the insurance afforded.

c. Loss, if any, shall be adjusted with and payable to the above Named Insured Mortgagee, and the Additional Insureds as their interests may appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured Mortgagee and the Additional Insured, at our option.

Deductibles:
With respect to all perils except Theft or Vandalism and Malicious Mischief, the sum of $   500  shall be deducted from the amount which would otherwise be recoverable for each loss separately occurring. With respect to Theft or Vandalism and Malicious Mischief a $  500  per loss deductible applies. With respect to vacant property a $  1000 per loss deductible applies for Theft or Vandalism and Malicious Mischief.

ALL OTHER INQUIRIES                    CLAIMS INFORMATION ONLY
1-800-442-8774                         1-800-652-1262

Agency at                                              Countersignature Date

PMS-A(Rev.3/02)                                        08/15/2008
INSURED COPY        Authorized Representative                   GE1031
                                                        03/05/07

CITIMORTGAGE/SOUTULLO000526

## AMERICAN SECURITY INSURANCE COMPANY
### P.O. BOX 50355, ATLANTA, GA 30302

A STOCK INSURANCE COMPANY
HEREIN CALLED THIS COMPANY
INCORPORATED UNDER
THE LAWS OF DELAWARE

## READ YOUR POLICY CAREFULLY



## Residential Property Policy

**This policy provides limited coverage. Please read your policy and all endorsements carefully.**

THIS POLICY JACKET TOGETHER WITH RESIDENTIAL DWELLING FORM, DECLARATIONS AND ENDORSEMENTS, IF ANY, ISSUED TO A FORM A PART THEREOF, COMPLETES THIS POLICY

MSP-RES (5/91)

MSOO 10 (5/91)

CITIMORTGAGE/SOUTULLO000527

# YOUR RESIDENTAL DWELLING POLICY
## QUICK REFERENCE

**DECLARATIONS PAGE**
Your Name
Location of Your Residence
Policy Period
Coverages
Amounts of Insurance
Deductible

| | Beginning On Page | | Beginning On Page |
|---|---|---|---|
| AGREEMENT | 1 | Our Option | 6 |
| DEFINITIONS | 1 | Reinstatement | 6 |
| COVERAGES | 1 | Loss to a Pair or Set | 6 |
| PERILS INSURED AGAINST | 1 | Glass Replacement | 6 |
| Other Coverages | 3 | Loss Payment | 6 |
| Other Structures | 3 | Appraisal | 6 |
| Debris Removal | 3 | Our Rights of Recovery | 6 |
| Reasonable Repairs | 3 | Suit Against Us | 7 |
| Property Removed | 4 | Abandonment of Property | 7 |
| Collapse | 4 | No Benefit to Bailee | 7 |
| CONDITIONS | 4 | Cancellation | 7 |
| Policy Period | 4 | Return of Premuim | 7 |
| Other Insurance | 4 | Liberalization Clause | 7 |
| Insurance Interests & Limits Of Liability | 4 | Waiver of Change of Policy Provisions | 7 |
| Concealment or Fraud | 5 | Assignment | 7 |
| Your Duties After Loss | 5 | | |
| Loss Settlement | 5 | | |
| Salvage and Recoveries | 6 | | |

**PLEASE NOTE: THERE MAY BE AMENDATORY ENDORSEMENTS.**

CITIMORTGAGE/SOUTULLO000528

RESIDENTIAL PROPERTY
COVERAGE
MSP-RES (8-88)

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DEFINITIONS

Throughout this policy "you" and "your" refer to the "Named insured," (Mortgagee) and the "Additional insured" (Mortgagor) shown in the Declarations. "We," "our," and "us" refer to the Company providing this insurance.

## COVERAGES

This insurance applies to the Dwelling Property described in the Additional insured Endorsement which has been issued and is Eligible Real Estate within the description of property covered below, and which is not otherwise excluded.

1.  **Property Covered**
    We cover:
    a.  the dwelling on the Described Location, used principally for dwelling purposes not to exceed four (4) living units including, but not limited to, individually owned townhouses or permanently situated mobile homes;
    b.  structures attached to the dwelling;
    c.  materials and supplies on or adjacent to the Described location for use in the construction, alteration, or repair of the dwelling or other structures on this location; and
    d.  If not otherwise covered in this policy, building equipment and outdoor equipment used for the service of and located on the Described Location.

2.  **Property Not Covered**
    a.  Personal Property of any kind.
    b.  Outdoor trees, shrubs, plants, and lawns.
    c.  Outdoor swimming pools; fences, piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls not constituting a part of buildings; walks; roadways; and other paved surfaces.
    d.  Cost of excavations, grading or filling.
    e.  Foundations of buildings, machinery, boilers or engines which foundations are below the surface of the ground.
    f.  Pilings, piers, pipes, flues, and drains which are underground.
    g.  Pilings which are below the low water mark.
    h.  Land (including land on which the property is located).

## PERILS INSURED AGAINST

We insure against risks of direct loss to covered property only if that loss is a physical loss to property. However, we do not insure losses which are excluded below:

1.  We do not insure for loss involving collapse, other than as provided in Other Coverages 5. However, any ensuing loss not excluded or excepted is covered.
2.  We do not insure for loss caused by:
    a.  freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:
        (1)  fence; pavement, patio or swimming pool;
        (2)  foundation, retaining wall or bulkhead; or
        (3)  pier, wharf or dock;

MSP-RES(8-88)                                    -1-                                    MS0012

CITIMORTGAGE/SOUTULLO000529

b. theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

c. constant or repeated seepage or leakage of water or steam over a period of weeks, months or years from within a plumbing, heating, air conditioning, or automatic fire protective sprinkler system or from within a household appliance;

d. (1) wear and tear, marring, deterioration;

    (2) inherent vice, latent defect, mechanical breakdown;

    (3) smog-rust, mold, wet or dry rot;

    (4) smoke from agricultural smudging or industrial operations;

    (5) release, discharge or dispersal of contaminants or pollutants;

    (6) settling, cracking, shrinking, bulging or expansion of pavements, patios, foundations, walls, floors, roofs, or ceilings; or

    (7) birds, vermin, rodents, insects, or domestic animals.

If any of these cause water damage not otherwise excluded, to escape from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

However, under this Paragraph 2., any ensuing loss not excluded or excepted is covered.

3. We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

a. Ordinance or Law, meaning enforcement of any ordinance or law regulating the construction, repair or demolition of a building or other structure, unless specifically provided under this policy.

b. Earth Movement, meaning earthquake including land shock waves or tremors before, during or after a volcanic eruption; landslide; mudflow; earth sinking, sinkhole, mine subsidence, rising or shifting; unless direct loss by:

    (1) fire;

    (2) explosion; or

    (3) breakage of glass or safety glazing material which is part of a building, storm door or storm window;

ensues and then we will pay only for the ensuing loss.

This exclusion does not apply to loss by theft.

One or more volcanic eruptions that occur within an hour period will be considered as one volcanic eruption.

c. Water Damage, meaning:

    (1) flood, surface water, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

    (2) water which backs up through sewers or drains. This includes water emanating from a sump pump, sump pump well or similar device designed to prevent overflow, seepage or leakage of subsurface water; or

    (3) water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

    Direct loss by fire, explosion or theft resulting from water damage is covered.

d. Power Failure, meaning the failure of power or other utility service if the failure takes place off the described premises. But, if a Covered Cause of Loss ensues on the described premises, we will pay only for that ensuing loss.

-2-

MS0013

CITIMORTGAGE/SOUTULLO000530

e. Neglect, meaning your neglect to use all reasonable means to save and preserve property at and after the time of loss.

f. War, including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

g. Nuclear Hazard, meaning any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke.

This coverage does not apply to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

h. Intentional Loss, meaning any loss arising out of any act committed

(1) by you or at your direction; and

(2) with the intent to cause a loss.

4. We do not insure for loss caused by any of the following. However, any ensuing loss not excluded or excepted is covered.

a. Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 3. above to produce the loss;

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body;

c. Faulty, inadequate or defective:

(1) planning, zoning, development, surveying, siting;

(2) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) materials used in repair, construction, renovation or remodeling; or

(4) maintenance;

of part or all of any property whether on or off the described premises.

# OTHER COVERAGES

1. Other Structures

Subject to the provisions of this article, we cover other structures on the Described Location, separated from the dwelling by clear space. Structures connected to the dwelling by only a fence, utility line or similar connection are considered to be other structures.

We do not cover other structures:

a. used in whole or in part for commercial, manufacturing or farming purposes; or

b. rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

The amount of insurance on other structures shall be limited to 10% of the dwelling coverage as an additional amount of insurance.

2. Debris Removal

We will pay the reasonable expense incurred by you for the removal of debris from a property loss covered by this policy. Debris removal expense is included in the limit of liability applying to the damaged property.

3. Reasonable Repairs

We will pay the reasonable cost incurred by you for necessary repairs made solely to protect the property covered by this policy from further damage if there is coverage for the peril causing the loss. Use of this coverage is included in the limit of liability that applies to the property being repaired.

CITIMORTGAGE/SOUTULLO000531

4. **Property Removed**

Covered property while being removed from a premises endangered by a Peril Insured Against and for not more than 30 days while removed, is covered for direct loss from any cause. This coverage does not change the limit of liability that applies to the property being removed.

5. **Collapse**

We insure for risk of direct physical loss to Property Covered involving collapse of a building or any part of a building caused only by one or more of the following:

a. Fire or lightning, windstorm or hail, explosion, riot or civil commotion, aircraft, vehicles, smoke, vandalism, or malicious mischief, breakage of glass or safety glazing material, burglars, falling objects, weight of ice, snow or sleet, accidental discharge or overflow of water or steam from within a plumbing, heating or air conditioning system or from within a household appliance, sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning system or an appliance for heating water, freezing of plumbing, heating or air conditioning system or of a household appliance.

b. Hidden decay,

c. Hidden insect or vermin damage,

d. Weight of contents, equipment, animals or people,

e. Weight of rain which collects on a roof,

f. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling, or renovation.

Collapse does not include settling, cracking, shrinking, bulging or expansion. Collapse does not apply to loss to the following unless damage is caused directly by collapse of a building:

Awnings, fences, pavements, patios, swimming pools, underground pipes, flues, drains, cesspools, septic tanks, foundations, retaining walls, bulkheads, piers, wharves, or docks.

Coverage for collapse is included in the limit of liability applying to the damaged Covered Property.

## CONDITIONS

1. **Policy Period.** This Policy applies only to loss which occurs during the policy period.

2. **Other Insurance.** If there is any other valid or collectible insurance which would attach if the insurance under this policy had not been effected, this insurance shall apply only as excess and in no event as contributing insurance and then only after all other insurance has been exhausted.

3. **Insurance Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we shall not be liable:

a. for an amount greater than the interest of the persons insured under this policy; or

b. for more than the limit of liability that applies, whichever is less.

If the Described Property is vacant and the mortgage on the property has been declared in default by the mortgagee at the time of a loss, we shall be liable for no more than the Named Insured's interest in the property at the time of loss.

The Named Insured's interest is represented by the mortgagor's unpaid balance, less unearned interest and finance charges, less unearned insurance premiums, less collection and foreclosure expenses, and less late charges and penalties added to the mortgagor's unpaid balance after the inception date of this policy.

CITIMORTGAGE/SOUTULLO000532

4. **Concealment or Fraud.** We do not provide coverage if you have intentionally concealed or misrepresented any material fact or circumstance relating to this insurance. We do not provide coverage if you have acted fraudulently or made false statements relating to this insurance whether before or after loss.

5. **Your Duties After Loss.** In case of a loss to which this insurance may apply, you shall see that the following duties are performed:

   a.  give immediate notice to us or our agent;

   b.  protect the property from further damage, make reasonable and necessary repairs required to protect the property, and keep an accurate record of repair expenditures;

   c.  exhibit the damaged property as often as we reasonably require;

   d.  submit to signed statements and examinations under oath; and

   e.  submit to us, within 60 days after we request, your signed, sworn statement of loss which sets forth, to the best of your knowledge and belief:

      (1) the time and cause of loss;

      (2) the interest of you and all others in the property involved and all encumbrances on the property;

      (3) other insurance which may cover the loss;

      (4) changes in title or occupancy of the property during the term of the policy; and

      (5) specifications of any damaged building and detailed estimates for repair of the damage.

6. **Loss Settlement.** Covered property losses are settled as follows:

   A.  Buildings at replacement cost without deduction for depreciation, subject to the following:

      (1) We will pay the cost of repair or replacement, without deduction for depreciation, but not exceeding the smallest of the following amounts:

        (a) the limit of liability under this policy applying to the building;

        (b) the replacement cost of that part of the building damaged for equivalent construction and use on the same premises; or

        (c) the amount actually and necessarily spent to repair or replace the damaged building.

      If the full cost to repair or replace the damaged property is more than $1,000 or 5% of the limit of liability for the Dwelling, we will pay no more than the actual cash value until actual repair or replacement is completed.

      You may disregard these replacement cost loss settlement provisions when making a claim. You may claim loss to buildings on actual cash value basis. If you do, you may make further claim within 180 days after the loss based upon and for any specific additional cost to you actually incurred within that period in replacing the damaged property on a replacement cost basis.

   B.  Loss to the following types of property will be settled at the actual cash value of the damaged property at the time of loss. Actual cash value includes deduction for depreciation.

      (1) Structures that are not buildings.

      (2) Antennas, carpeting, awnings, domestic appliances and outdoor equipment, all whether or not attached to buildings.

      We will not pay more than the smallest of:

      (1) the cost to repair or replace the damaged property with property of like kind and quality;

      (2) the actual cash value of the damaged property; or

      (3) the limits of liability of this policy applying to the property.

CITIMORTGAGE/SOUTULLO000533

7. Salvage and Recoveries: When, in connection with any loss covered by this policy, any salvage or recovery is received subsequent to the payment of such loss, the loss shall be refigured on the basis of what it would have been settled for had the amount of salvage or recovery been known at the time the amount of loss was originally determined. Any amounts thus found to be due any party, including us, shall be promptly paid or reimbursed.

8. Our Option. If we give you written notice within 30 days after we receive your signed, sworn statement of loss, we may repair or replace any part of the property damaged with equivalent property.

9. Reinstatement: It is understood and agreed that any claim under this policy shall not reduce the amount of insurance stated on the Declarations page for any other loss occasion.

10. Loss to a Pair or Set. In case of loss to a pair or set, we may elect to:
    a. repair or replace any part to restore the pair or set to its value before the loss; or
    b. pay the difference between actual cash value of the property before and after the loss.

11. Glass Replacement. Covered loss to glass shall be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

12. Loss Payment. We will adjust all losses with the Named Insured. Payment for loss will be made within 60 days after we reach agreement with the Named Insured, entry of a final court judgement, or the filing of an approved award with us. Loss will be made payable to the Named Insured and the Additional Insured as their interests appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured and the Additional Insured, at the Company's option. No coverage will be available to any mortgagee other than that shown as the Named Insured on the Declarations page of this policy.

13. Appraisal. If the Named Insured and we fail to agree on the actual cash value or amount of loss, either party may make written demand for an appraisal. Each party will select an appraiser and notify the other of the appraiser's identity within 20 days after the demand is received. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agree upon an umpire within 15 days, the Named Insured or we can ask a judge of a court of record in the state of the Described Location to select an umpire.

    The appraisers will appraise the loss, based on the method of payments specified in the policy for each item. If the appraisers submit a written report of an agreement to us, that amount will be the actual cash value or amount of loss. If they cannot agree, they will submit their differences to the umpire. A written award by any two will determine the amount of loss.

    Each party will pay the appraiser it chooses and his expenses, and equally pay expenses for the umpire and all other expenses of the appraisal.

14. Our Rights of Recovery (Subrogation). In the event of any claim under this policy, we are entitled to all your rights of recovery against another person. You must sign and deliver to us any legal papers relating to that recovery, do whatever else is necessary to help us exercise those rights and do nothing after loss to prejudice our rights.

    When you have made a claim under this policy and also recover from another person, the amount recovered from the other person shall be held by you in trust for us and reimbursed to us to the extent of any damages paid by us under this policy.

CITIMORTGAGE/SOUTULLO000534

Case 09-01137    Doc 18-3    Filed 07/12/10    Entered 07/12/10 17:02:33    Desc Exhibit A    Part 3    Page 19 of 65

15. **Suit Against Us.** No action shall be brought unless there has been compliance with the policy provisions and the action is started within one year after the loss.

16. **Abandonment of Property.** You must take all reasonable steps to protect the property which a prudent interested party would take in the absence of this or other insurance. We need not accept any property abandoned by you.

17. **No Benefit to Bailee.** We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this policy.

18. **Cancellation.**

    a. Coverage under this policy shall automatically and without prior notice, cancel when the Named Insured no longer has an interest in the Described Property or when the Named Insured has been provided with another policy that meets the requirements of the Named Insured as set forth in the mortgage agreement applicable to the Described Property.

    b. This policy may also be cancelled by the Named Insured by returning it to us or notifying us in writing of the date cancellation is to take effect.

    c. We may cancel this policy by mailing notice of cancellation to the Named Insured at the address shown on the Additional Insured Endorsement or by delivering the notice not less than 30 days prior to the effective date of cancellation.

    d. We will mail to the Named Insured at the address shown on the Additional Insured Endorsement notice of non renewal not less than 30 days before the end of the policy period, if we decide not to renew or continue this policy.

19. **Return of Premium.** When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

    If the return premium is not refunded with the notice of cancellation or when the policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect. The return of premium is not a condition of the cancellation.

20. **Liberalization Clause.** If we adopt any revision which would broaden the coverage under this policy without additional premium within 60 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

21. **Waiver or change of Policy Provisions.** A waiver or change of any provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination shall not waive any of our rights. No course of conduct nor any indulgences, waivers, extensions, forebearances, non-enforcement of policy conditions, or the like, extended at or over any time or from time to time by the Company to the Named Insured or anyone shall waive, nullify, or modify any policy provision as to any other occasion or waive, nullify, or modify any other policy provision.

22. **Assignment.** Assignment of this policy shall not be valid unless we give our written consent.

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

SECRETARY        PRESIDENT

MSP-RES (8/88)      -7-      GI117

CITIMORTGAGE/SOUTULLO000535

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

It is hereby understood and agreed that form MSP-RES is amended as follows:

**CONDITIONS**

15.     **Suit Against Us** is deleted and replaced by the following:

15.     **Suit Against Us.** No action shall be brought unless there has been compliance with the policy
        provisions and the action is brought within the time limitations prescribed under Alabama law.

All other terms and conditions shall remain the same.

MSP-RES-END-AL (12-07)                                             GE5041
                                                                  01/08

CITIMORTGAGE/SOUTULLO000536



**ASSURANT**
Solutions



**ASSURANT**
Specialty
Property

## Privacy Policy

You are a valued customer and we strive to meet your privacy concerns. We want to make sure your personal information is protected and that you understand the policies that protect you. There are several legal terms in our privacy policy that we are required to use. We've tried to provide easy-to-understand explanations of the most frequently used legal terms. You'll find the same terms used in many companies' privacy policies.

Assurant Solutions companies and other insurers that operate under the Assurant Solutions Privacy Policy ("we") provide insurance, service contracts and membership products. Our products are offered on behalf of other companies and through our agents. These other companies may be banks; finance companies; retailers; utilities; automobile dealers; manufactured housing and mortgage companies. Those companies that qualify as financial institutions must give our Privacy Policy to you each year. If you have asked not to be solicited, that request is still in effect. You do not need to contact us again. This is not a solicitation. You do not need to respond.

This Privacy Policy gives you examples of the types of data we collect, use, share or disclose; and the kinds of companies with whom we may share such data. These examples serve only as illustrations; they should not be considered all of the data we may collect, use or share. Also, we will comply with state privacy laws that may apply to data about you. Below is our privacy pledge to you:

*Our Privacy Principles:*

- We do not sell your personal information.
- We do not share customer medical information with anyone within the Assurant Solutions family of companies unless you expressly authorize the sharing, or it is permitted or required by law.
- We do not allow those with whom we do business to use our customer information for their own marketing purposes.
- We contractually require any person or business providing products or services on our behalf to safeguard Assurant Solutions customer information.

*Information We May Collect*

Types of information we may collect and how we gather it:

- From you (or provided to us on your behalf), on applications and other forms you submit to us; for example: your name; address; telephone number; employer; and income.
- For your transactions with our companies or other nonaffiliated parties; for example: your name; address; telephone number; age; credit card use; insurance coverage; transaction history; claims history; and premiums.
- From consumer reporting agencies, public records and data collection agencies; for example: your obligations with others and your creditworthiness.
- From health care providers, such as doctors and hospitals; for example: your past or present health condition. Health data will be collected only if we need to find out if you are eligible for coverage, process claims, prevent fraud, as authorized by you or as the law may permit or require. NOTE: We collect health data **only** to manage a health-related product or service; for example: life or disability insurance, for which you applied.
- From you when you enroll, request a service, or file a claim on one of our websites; for example: your name, address, contract number, credit card issuer and account number, personal identification number, e-mail address, service contract and claim information.
- In some cases, from your visits to our internet websites; for example: session number and user id. By reviewing the legal notice, terms of use, site agreement or similar named link appearing on any of our websites that you visit you may learn of any "cookies" utilized by us and of any additional information that may be collected from you on that site.

*Information We May Disclose or Share and with Whom*

We may share customer information with other entities as needed to deliver products and services to you, provide customer service, or handle your account.

CP13000A-R0605

GE3421
03/26/07

CITIMORTGAGE/SOUTULLO000537

**Disclosures Permitted by Law**
We may share customer information as described above and as permitted by law.

**Disclosures for Joint Marketing and Servicing**
We may share customer information with persons or organizations inside or outside our family of companies that perform marketing services for us or with whom we have joint marketing agreements.

**Information Regarding Former Customers**
We treat the information of prospective and former customers in the same manner as existing customers with respect to the use of personal information.

**Our Security Procedures**
We restrict access to customer information to those employees whom we know have a valid business purpose to have access to such data. We maintain physical, electronic and procedural safeguards. We require those who provide services for us and to whom we provide your data to keep your information safeguarded and confidential.

**Changes to this Privacy Policy**
We reserve the right to change this Privacy Policy at any time. If we make material changes, we will provide current customers a new notice that describes our new practices and will post it on our Internet websites.

**Notice of Insurance Information Practices**
We may collect personal information from persons other than the individual or individuals proposed for coverage. Personal information as well as other personal or privileged information subsequently collected by us may in certain circumstances be disclosed to a third party without your authorization. You have the right to access and correct all personal information collected. A more complete Notice of Insurance Information Practices will be furnished to you upon request.

**New Mexico and Vermont Residents**
As required by state law, we will not share your financial or health data without your permission except as allowed by applicable New Mexico or Vermont law.

The following affiliated companies underwrite or market services under the Assurant Solutions service mark or adhere to the Assurant Solutions Privacy Policy. We value our relationship with you. Should you have any questions about our Privacy Policy, please write to us at Assurant Solutions Privacy Office, Post Office Box 979047, Miami, FL 33197-9047 or e-mail us your question at theprivacyoffice@assurant.com.

| | |
|---|---|
| American Association for Financial Institution Services | MS Life Insurance Company |
| American Bankers General Agency, Inc. | National Insurance Agency |
| American Bankers Insurance Company of Florida | PAS Financial Group |
| American Bankers Life Assurance Company of Florida | Reliable Lloyds Insurance Company |
| American Bankers Management Company, Inc. | Roadgard Motor Club, Inc. |
| American Reliable Insurance Company | Service Delivery Advantage, LLC |
| American Security Insurance Company | Standard Guaranty Insurance Company |
| Caribbean American Insurance Agency Company | Sureway, Inc. |
| Caribbean American Life Assurance Company | Time Insurance Company |
| Caribbean American Property Insurance Company | Union Security Insurance Company |
| Commerce National Insurance Company | Union Security Life Insurance Company |
| Consumer Assist Network Association, Inc. | Union Security Life Insurance Company of New York |
| Federal Warranty Service Corporation | United Family Life Insurance Company |
| Financial Insurance Exchange | United Service Protection, Inc. |
| Insureco, Inc. | United Service Protection Corporation |
| Insureco Services, Inc. | Voyager Indemnity Insurance Company |
| Life Insurance Company of Mississippi | Voyager Property and Casualty Insurance Company |
| MS Casualty Insurance Company | Voyager Service Programs, Inc. |
| MS Diversified Life Insurance Company | Voyager Service Warranties, Inc. |

CITIMORTGAGE/SOUTULLO000538

## Alfa Companies – Receipt for Money Received

| Receipt Number: ████████ | Receipted Date: 02/17/2010 | Printed Date: 05/12/2010 |
|---|---|---|
| Replaces Receipt #: N/A | Receipted Time: 12:38 PM CST | Printed Time: 9:19 AM CST |

| Field Receipt Information | If information appears in this section, this is the actual date and time that monies paid by you were received by an Alfa representative. | |
|---|---|---|
| FR Number: N/A | FR Date: N/A | FR Time: N/A |

**Service Center Information:**
Service Center # 167
7758 Moffett Rd
Mobile, AL 36618
(251) 649-7466
Payment received by: SMM

**List of Items Paid:**

| Number | Amount | Description | Name |
|---|---|---|---|
| ████████ | $165.00  Renew 6 Months | Fire | DONALD WAYNE SOUTULLO |
| | | Total Amount of Items Listed:  $165.00 | |

**Payments:**

| Method | Amount | Check/Acct Number | Last Name on Check |
|---|---|---|---|
| Cash | $165.00 | | |
| | | Total Amount Paid:  $165.00 | |

Comments:

DEFENDANT'S
EXHIBIT

7  T. Smith

## Alfa Companies -- Receipt for Money Received

| Receipt Number: ▓▓▓▓▓ | Receipted Date: 08/20/2009 | Printed Date: 05/12/2010 |
|---|---|---|
| Replaces Receipt #: N/A | Receipted Time: 8:25 AM CST | Printed Time: 9:19 AM CST |

| Field Receipt Information | If information appears in this section, this is the actual date and time that monies paid by you were received by an Alfa representative. | |
|---|---|---|
| FR Number: N/A | FR Date:   N/A | FR Time:  N/A |

**Service Center Information:**
Service Center # 167
7750 Moffett Rd
Mobile, AL 36618
(251) 649-7466
Payment received by: KB

### List of Items Paid:

| Number | Amount | Description | Name |
|---|---|---|---|
| ▓▓▓▓▓ | $139.00 Renew 6 Months | Fire | DONALD WAYNE SOUTULLO |
| | | Total Amount of Items Listed:  $139.00 | |

### Payments:

| Method | Amount | Check/Acct Number | Last Name on Check |
|---|---|---|---|
| Check | $139.00 | 1527 | SOUTULLO |
| | | Total Amount Paid:  $139.00 | |

**Comments:**

Pg. 1

# Alfa Companies – Receipt for Money Received

| Receipt Number: ████████ | Receipted Date: 02/10/2009 | Printed Date: 05/12/2010 |
|---|---|---|
| Replaces Receipt #: N/A | Receipted Time: 9:25 AM CST | Printed Time: 9:19 AM CST |

| Field Receipt Information | If information appears in this section, this is the actual date and time that monies paid by you were received by an Alfa representative. | |
|---|---|---|
| FR Number: N/A | FR Date:  N/A | FR Time:  N/A |

**Service Center Information:**
Service Center # 167
 7750 Moffett Rd
 Mobile, AL 36618
 (251) 649-7466
 Payment received by: KB

**List of Items Paid:**

| Number | Amount | Description | Name |
|---|---|---|---|
| ████████ | $139.00  Reinstate 6 Months | Fire | DONALD WAYNE SOUTULLO |
| | | Total Amount of Items Listed:  $139.00 | |

**Payments:**

| Method | Amount | Check/Acct Number | Last Name on Check |
|---|---|---|---|
| Cash | $139.00 | | |
| | | Total Amount Paid:  $139.00 | |

**Comments:**

A Receipt of Remittance is attached and requires a signature from the policy holder!

Pg. 1

**ABN·AMRO** Mortgage
PO BOX 9438
GAITHERSBURG, MD 20898-9438

**citimortgage**

August 10, 2007

23745 0156473 032
DONALD W SOUTULLO
LUCEDALE MS 39452-8360

ABN AMRO Mortgage Group, Inc. Account Number:
New CitiMortgage Account Number:

Dear Customer(s):

ABN AMRO Mortgage Group, Inc. and CitiMortgage, Inc." want to take this opportunity to say "thank you" and "welcome." Effective September 1, 2007, your mortgage loan servicing will be transferred from ABN AMRO Mortgage Group, Inc. to CitiMortgage. This transfer does not affect the terms or conditions of your loan documents other than the terms directly related to the servicing of your loan.

In an effort to make this transfer as smooth as possible for you, please find below a brief list of changes affecting your mortgage coupons and payments, as well as other important updates. Please take a moment to review this information, as it may answer many of your questions.

**Regarding Your Mortgage Coupons, Statements and Payments**

1. ABN AMRO Mortgage Group, Inc. will stop accepting payments after August 31, 2007 and CitiMortgage will start accepting payments September 1, 2007. Starting on that date, all future or past due payments should be sent to CitiMortgage at the address listed below. Please use the return envelope enclosed and payment coupon below to send your payment to CitiMortgage. Please always include your CitiMortgage account number on your check and make it payable to CitiMortgage, Inc. Beginning September 10, 2007 you may also make payments online at www.citimortgage.com or at a Citibank branch. Every month you will receive a detailed statement from CitiMortgage reflecting your activity and key financial data. Your first monthly Mortgage Account Statement will arrive in September. Please do not use any ABN AMRO Mortgage Group, Inc. coupons and/or payment envelopes when making your mortgage payment.

2. If your payment is issued by a third party, or if you make your payment through a bill pay service or online service, or if your mortgage payment is drafted biweekly through another provider, please take the appropriate action to ensure that your new account number, 06303940561, new mortgage servicer and new payment mailing address are updated with that provider.

3. CitiMortgage will notify your insurance carrier of the change in your mortgage servicer.

4. In January 2008 you will receive a combined Year-End Statement from CitiMortgage to report the total amount of interest and real estate taxes you paid to ABN AMRO Mortgage Group, Inc. and CitiMortgage in 2007.

**How to Contact Us**

Should you have questions, here are the applicable mailing addresses, toll-free numbers, and hours of operation.

CONTACT YOUR PRESENT SERVICER, ABN AMRO MORTGAGE GROUP, INC. ON OR BEFORE SEPTEMBER 7, 2007:

CUSTOMER SERVICE TOLL FREE NUMBER & HOURS:
**1-800-783-8900**
8:30 a.m. to 8:00 p.m. (ET) Monday-Friday

CONTACT YOUR NEW SERVICER, CITIMORTGAGE, INC., ON OR AFTER SEPTEMBER 10, 2007:

| SEND PAYMENT TO: | CUSTOMER SERVICE: |
|---|---|
| CITIMORTGAGE, INC. | TOLL FREE NUMBER & HOURS |
| PO Box 688950 | **1-800-283-7918** |
| Des Moines IA 50368-8950 | 8:00 a.m. to 12:00 Midnight (ET) Monday-Friday |
| Or pay online at www.citimortgage.com | 9:00 a.m. to 6:00 p.m. (ET) Saturday |

**We Look Forward to Serving You**

We greatly appreciate the trust you have placed in us. ABN AMRO Mortgage Group, Inc. would like to extend a sincere "thank you" for the opportunity to serve you, and from CitiMortgage comes a genuine "welcome."

Sincerely,

Customer Service
ABN AMRO Mortgage, Inc.

Sincerely,

Customer Service
CitiMortgage, Inc.

(R\A)

DONALD W SOUTULLO
LUCEDALE MS 39452-8360

**PLEASE RETAIN FOR YOUR RECORDS**

PLEASE USE THE ATTACHED COUPON TO
REMIT YOUR PAYMENT TO CITIMORTGAGE.

| CitiMortgage Account Number | Monthly Payment |
|---|---|
| | $821 53 |

If your loan is currently in Bankruptcy, this statement is for informational purposes only.
Include your CitiMortgage account number on your check and make it payable to CitiMortgage, Inc.

CITIMORTGAGE, INC.
PO BOX 688950
DES MOINES IA 50368-8950

| | |
|---|---|
| ADDITIONAL PRINCIPAL | $ _____ |
| LATE CHARGE | $ _____ |
| TOTAL AMOUNT ENCLOSED | $ _____ |

☐ Please check box to indicate mailing address/phone number changes and
enter changes on back of coupon.

DEFENDANT'S
EXHIBIT
8   T. Soutello

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

When you provide a check you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

The following Notice is required by Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. Section 2605)

NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF SERVICING RIGHTS

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you is being assigned, sold or transferred from ABN AMRO Mortgage Group, Inc. to CitiMortgage, Inc. effective September 1, 2007.

The assignment, sale or transfer of the servicing of your mortgage loan does not affect any terms or conditions of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of transfer, or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date or at closing. In this case, all necessary information is combined in this one notice.

Your present servicer is ABN AMRO Mortgage Group, Inc. If you have any questions relating to the transfer of servicing from your present servicer, please call ABN AMRO Mortgage Group, Inc. toll free at 1-800-783-8908 Monday- Friday 8:30 a.m. to 6:00 p.m. (ET).

Your new servicer will be CitiMortgage, Inc.

The business address for your new servicer is:

CITIMORTGAGE, INC.
ATTN: CUSTOMER RESEARCH
PO BOX 9438
GAITHERSBURG MD 20898-9438

The toll-free telephone number of your new servicer is 1-800-283-7918**. If you have any questions relating to the transfer of servicing to your new servicer call Customer Service at 1-800-283-7918**, a toll-free number, between 8:00 a.m. and 12:00 Midnight (ET) Monday through Friday and 8:00 a.m. to 8:00 p.m. Saturday (ET).

The date that your present servicer will stop accepting payments from you is August 31, 2007. The date that your new servicer will start accepting payments from you is September 1, 2007. Send all payments due on or after that date to your new servicer.

The transfer of servicing rights may affect the terms of, or the continued availability of any optional insurance coverage or other membership products. If your monthly payment includes the collection of optional insurance premiums and/or membership fees with ACE, Aegon/Monumental, American Home Shield, American General, Assurant, Athlon/Benefit Consultants, Chartered Marketing Services, Chase Life Insurance (Protective), Cross Country, Direct, Family Life, Federal Life, Liberty Life Insurance, Interstate Life Insurance (Protective), Minnesota Life, and Norstadt Life, CitiMortgage will continue to collect your monthly premiums and/or membership fees and remit them to the appropriate provider(s). However, if your current mortgage payment includes insurance premiums and/or membership fee collection for American Heritage/Allstate (800-321-3535), Econ-O-Check (800-241-6803), First Penn Pacific (800-962-1652), Jackson National (800-644-4565), John Alden Hartford Life (800-243-6433, option 3), Lincoln Benefit Life/Allstate Financial (800-525-2799), Lincoln Financial Group/First Penn (800-962-1652), Midland National Life (800-923-3223), Savings Bank of Long Island (SBLI)(877-725-4872), Surety Life/Allstate Financial (800-525-2799), or Texas Savings Life (800-544-9242), you must contact that carrier directly to determine your continuation privileges if applicable.

You should also be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. 2605):

"During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within 20 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. If you want to send a "qualified written request" regarding the servicing of your loan, it must be sent to:

ABN AMRO MORTGAGE GROUP, INC.               CITIMORTGAGE, INC.
2600 WEST BIG BEAVER ROAD                    ATTN: CUSTOMER RESEARCH
M0904-478                                    PO BOX 9442
TROY MI 48084                                GAITHERSBURG MD 20898-9442

Not later than 60 Business Days after receiving your request, your servicer must make any appropriate corrections to your account and must provide you with a written clarification regarding any dispute. During this 60-Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents. A Business Day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated."

*CitiMortgage, Inc. does business as Citicorp Mortgage in NM.
**Calls are randomly monitored and recorded to ensure quality service.

Address/Phone Corrections. Please check the box on the front side of this form if you have changes to your address OR phone number(s).

Account Number: _____  Name: _____ ____ _____
                                    FIRST NAME   MI   LAST NAME

New Mailing Address: _____
                          STREET ADDRESS

_____ _____ _____
CITY        STATE      ZIP CODE

New Home Phone _____  New Work Phone: _____

Have you transferred ownership of your property?  YES _____  NO _____

INTERNET REPRINT

**CITIMORTGAGE/SOUTULLO000141**

ABN AMRO Mortgage
Attn: MG904-465
2600 West Big Beaver Road
Troy, MI 48084

 **ABN·AMRO** Mortgage

Loan Administration

**Annual Escrow Account Disclosure Statement**

Analysis Date 04/27/2007

| | |
|---|---|
| Customer Service | 1-800-783-8900 |
| Web Address | mortgage.com® |
| Loan Number | ███████ |



DONALD W SOUTULLO

LUCEDALE MS 39452-8360

|ı,ılılılı,ılıılıılıılılılılılılıılılılılılılıılılı|

### Please Review This Statement Closely - Your Mortgage Payment Could Be Affected

A portion of your monthly loan payment goes into an escrow account to pay your property taxes and insurance premiums. This notice describes any changes needed in your monthly payment to maintain enough money in your escrow account to pay these bills.

| Prior Payment | | Future Payment | | You will receive your coupon book shortly after receiving this document. |
|---|---|---|---|---|
| | | **Effective 07/01/2007** | | |
| Principal & Interest $ | 451.74 | Principal & Interest $ | 451.74 | |
| Escrow Deposit | * | Escrow Deposit | 40.34 | |
| | | Shortage/Surplus | 129.45 | |
| Total Payment $ | 451.74 | Total Payment $ | 621.53 | |
| * Includes shortage/surplus amount, if applicable | | | | |

* If you choose to pay your shortage in full, your new payment will be   $492.08  effective 07/01/2007.

### Annual Disbursements

The following is a breakdown of your prior and future projected escrow account disbursements.

| Prior Projected Disbursements | | Future Projected Disbursements | |
|---|---|---|---|
| TAX PAYMENT $ | 192.07 | TAX PAYMENT $ | 484.11 |
| HOMEOWNERS INS | 743.40 | | |
| TOTAL DISBURSEMENTS $ | 935.47 | TOTAL DISBURSEMENTS $ | 484.11 |

The following estimate of activity in your escrow account from 07/01/2007 through 06/30/2008 is provided for your information. Your projected mortgage escrow account balance reflects a beginning balance carried forward from your current escrow account balance.

Under either your mortgage contract or applicable law, your lowest monthly account balance during the next twelve months is limited to two monthly escrow payments or $80.68. As shown in the account projection on the back of this form, the difference between the lowest projected balance and the corresponding required limit above equals the shortage or surplus in your account.

Your projected escrow account balance as of 07/01/2007 is $1,149.91-. In order to reach the minimum balance, your required escrow account balance according to this analysis should be $403.43 . This means you have a shortage of $1,553.34. In accordance with applicable law, the shortage may be either added to your new monthly payment for 12 months (see new payment above $1,553.34 / 12 = $129.45), or paid in full using the coupon below.

**Please see the back of this form to view additional information pertaining to this analysis.**

ABN AMRO Mortgage is a registered service mark of LaSalle Bank Corporation used with permission by ABN AMRO Mortgage Group, Inc.

Affiliate Banks:  LaSalle Bank N.A., LaSalle Bank Midwest N.A.

 **ABN·AMRO** Mortgage

**Escrow Shortage Coupon**

DONALD W SOUTULLO

| | |
|---|---|
| Loan Number | ███████ |
| Shortage Amount: | $1,553.34 |

If you choose to pay your escrow shortage of  $1,553.34, please make your check payable to ABN AMRO Mortgage. Mail this form along with your check to:

ABN AMRO MORTGAGE
8241 INNOVATION WAY
CHICAGO, IL 60682-0082
|ılılılılı,ıl,ılı,ılılı,ılılı,ılılı,ıl,ıl|

* New payment if shortage is paid in full:
$492.08 Effective 07/01/2007.


DEFENDANT'S EXHIBIT
9



CITIMORTGAGE/SOUTULLO000175

**Account Projections**

A single asterisk (*) indicates the lowest projected balance. A double asterisk (**) indicates your required balance.

| Month | Anticipated Amount | | Description | Projected Escrow | Required Escrow |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Account Balance | Account Balance |
| July | $40.34 | $.00 | Beginning Balance | $1,149.91- | $403.43 |
| August | $40.34 | $.00 | | $1,109.57- | $443.77 |
| September | $40.34 | $.00 | | $1,069.23- | $484.11 |
| October | $40.34 | $484.11 | | $1,028.89- | $524.45 |
| November | $40.34 | $.00 | TAX PAYMENT | $1,472.66- * | $80.68 ** |
| December | $40.34 | $.00 | | $1,432.32- | $121.02 |
| January | $40.34 | $.00 | | $1,391.98- | $161.36 |
| February | $40.34 | $.00 | | $1,351.64- | $201.70 |
| March | $40.34 | $.00 | | $1,311.30- | $242.04 |
| April | $40.34 | $.00 | | $1,270.96- | $282.38 |
| May | $40.34 | $.00 | | $1,230.62- | $322.72 |
| June | $40.34 | $.00 | | $1,190.28- | $363.06 |
| | | | | $1,149.94- | $403.40 |

**Account History**

This section itemizes the actual activity that has occurred in your escrow account from 05/2006 through 06/2007. Last year's projections are next to the actual activity. By comparing the actual activity in the month received with the previous projections listed, you can determine where a difference may have occurred. An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or the date. The letter E beside an amount indicates that the payment or disbursement has not occurred but is estimated to occur as shown.

| Month Received | Payments | | Disbursements | | Description | Previous Projected Escrow Account Balance | Actual Escrow Account Balance |
|---|---|---|---|---|---|---|---|
| | Previous Projections | Actual Activity | Previous Projections | Actual Activity | | | |
| | | | | | Beginning Bal | $311.79 | $1,385.54- |
| May | $77.96 | $240.01 * | | | | $389.75 | $1,145.53- |
| June | $77.96 | $.01 * | | | | $467.71 | $1,145.52- |
| July | $77.96 | $531.59 * | | | | $545.67 | $613.93- |
| August | $77.96 | | | *E | | $623.63 | $613.93- |
| September | $77.96 | | | *E | | $701.59 | $613.93- |
| October | $77.96 | * | $192.07 | * | TAX PAYMENT | $507.40 | $613.93- |
| November | $77.96 | | | *E | | $665.44 | $613.93- |
| December | $77.96 | | | *E | | $743.40 | $613.93- |
| January | $77.96 | | | *E | | $821.36 | $613.93- |
| February | $77.96 | * | $743.40 | * | HOMEOWNERS INS | $155.92 | $613.93- |
| March | $77.96 | | | *E | | $233.88 | $613.93- |
| April | $77.96 | * | | $535.96 * | TAX PAYMENT | $311.84 | $1,149.91- |
| May | | | | *E | | $311.84 | $1,149.91- |
| June | | | | *E | | $311.84 | $1,149.91- |

For customers who have mortgage payments which are paid in advance, please note: the month received column indicates the month in which your payment was credited and not the payment due date. In addition, at the time of the analysis, ABN AMRO Mortgage assumes that all scheduled mortgage payments will be made up to the effective date of your new payment.

Please retain this statement for comparison with the actual activity in your account at the end of the next escrow computation year.

CITIMORTGAGE/SOUTULLO000176

☐ CORRECTED (if checked)

| Recipient's/Lender's Name, Address and Telephone Number | | OMB No. 1545-0901 | Mortgage Interest Statement |
|---|---|---|---|
| ABN AMRO Mortgage Group, Inc.<br>2600 West Big Beaver Road<br>Troy, MI 48084<br><br>1-800-783-8900 | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | **2006**<br>Form 1098 | |

| Recipient's Federal Identification No | Payer's Social Security Number | 1  Mortgage Interest Received from Payer(s)/Borrower(s)*<br><br>$3,301.60 | **Copy B For Payer** |
|---|---|---|---|
| Payer's/Borrower's Name and Address<br><br>DONALD W SOUTULLO<br><br>LUCEDALE MS   39452 | | 2  Points Paid on Purchase of Principal Residence<br><br>$.00 | The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return. |
| | | 3  Refund of Overpaid Interest<br><br>$.00 | |
| | | 4 | |
| | | Mortgage Loan Number (see instructions) | |

Form 1098          (Keep For Your Records)          Department of the Treasury - Internal Revenue Service

| Principal Balance as of 12-31-2006 | Next Due Date | Late Charges Paid in 2006 |
|---|---|---|
| $44,025.32 | 01/01/07 | $2.52 |

If the servicing of your loan was transferred in 2006 you may also receive a Form 1098 from your prior servicer. If you have any questions, please visit our Web site at mortgage.com®. Our Customer Service staff is available Monday through Friday from 8:30 a.m. to 6:00 p.m. ET. Please contact your financial advisor or the IRS at 1-800-829-1040 for questions regarding deductibility.

Please see the reverse side for questions and answers regarding your statement.

ABN AMRO Mortgage® and mortgage.com® are registered service marks of LaSalle Bank Corporation. Used with permission by ABN AMRO Mortgage Group, Inc.

## OUR RECORDS CONTAIN THE FOLLOWING INFORMATION:

Mortgage Loan Number

Borrower's Social Security Number

Co-borrower's Social Security Number

If the Social Security Number(s) is (are) correct, no response is necessary. If any of the numbers are incorrect, or if no number is showing, please complete the reverse side of this form and return it to the address provided.

CITIMORTGAGE/SOUTULLO000177

ABN AMRO Mortgage
Attn: M0904-465
2600 West Big Beaver Road
Troy, MI 48084



ABN·AMRO Mortgage

Loan Administration

**Annual Escrow Account Disclosure Statement**

**Analysis Date** 04/24/2006

| Customer Service | 1-800-783-8900 |
|---|---|
| Web Address | mortgage.com® |

Loan Number

DONALD W SOUTULLO
LUCEDALE MS 39452-8580

ıllılılıılıllıılıllıılılıllılıllılıllıllılılıllıll

Please Review This Statement Closely · Your Mortgage Payment Could Be Affected

A portion of your monthly loan payment goes into an escrow account to pay your property taxes and insurance premiums. This notice describes any changes needed in your monthly payment to maintain enough money in your escrow account to pay these bills.

| Prior Payment | | Future Payment<br>Effective 05/01/2006 | | You will receive your coupon book<br>shortly after receiving this document. |
|---|---|---|---|---|
| Principal & Interest $ 451.74 | | Principal & Interest $ 451.74 | | |
| Escrow Deposit .01 * | | Escrow Deposit 61.95 | | |
| | | Shortage/Surplus 116.11 | | |
| Total Payment $ 451.75 | | Total Payment $ 629.80 | | |
| * Includes shortage/surplus amount, if applicable | | | | |

If you choose to pay your shortage in full, your new payment will be $513.69 effective 05/01/2006.

**Annual Disbursements**

The following is a breakdown of your prior and future projected escrow account disbursements.

| Prior Projected Disbursements | Future Projected Disbursements | |
|---|---|---|
| | HOMEOWNERS INS $ 743.40 | |
| | TOTAL DISBURSEMENTS $ 743.40 | |

The following estimate of activity in your escrow account from 05/01/2006 through 04/30/2007 is provided for your information. Your projected mortgage escrow account balance reflects a beginning balance carried forward from your current escrow account balance.

Under either your mortgage contract or applicable law, your lowest monthly balance for the next twelve months should be $123.90. This equals a reserve of two monthly escrow payments. As shown in the account projection on the back of this form, the difference between the lowest projected balance and the corresponding required escrow account balance equals the escrow surplus in your account.

Your projected beginning balance as of 05/01/2006 is $1,145.51. In order to reach the lowest balance, your required beginning balance according to this analysis should be $247.80. This means you have a shortage of $1,393.31. In accordance with applicable law, the shortage may be added to your new monthly payment for 12 months (see new payment above $1,393.31 / 12 = $116.11), or paid in full using the coupon below.

Please see the back of this form to view additional information pertaining to this analysis.

ABN AMRO Mortgage is a registered service mark of LaSalle Bank Corporation used with permission by ABN AMRO Mortgage Group, Inc.

Affiliate Banks: LaSalle Bank N.A., LaSalle Bank Midwest N.A.



ABN·AMRO Mortgage

**Escrow Shortage Coupon**

DONALD W SOUTULLO

Loan Number
Shortage Amount: $1,393.31

If you choose to pay your escrow shortage of $1,393.31, please make your check payable to ABN AMRO Mortgage.
Mail this form along with your check to:

ABN AMRO MORTGAGE
8241 INNOVATION WAY
CHICAGO, IL 60682-0082
ıllılıllılılılılıllılıllılıllılılıllıllılıllılıllılıl

* New payment if shortage is paid in full ·
$513.69 Effective 05/01/2006.

**CITIMORTGAGE/SOUTULLO000178**

**Account Projections**

A single asterisk (*) indicates the lowest projected balance. A double asterisk (**) indicates your required balance.

| Month | Anticipated Amount To Escrow | Anticipated Amount From Escrow | Description | Projected Escrow Account Balance | Required Escrow Account Balance |
|-------|------|------|-------------|------------------|------------------|
| | | | Beginning Balance | $1,145.51- | $247.00 |
| May | $61.95 | $.00 | | $1,083.56- | $309.75 |
| June | $61.95 | $.00 | | $1,021.61- | $371.70 |
| July | $61.95 | $.00 | | $959.66- | $433.65 |
| August | $61.95 | $.00 | | $897.71- | $405.60 |
| September | $61.95 | $.00 | | $835.76- | $557.55 |
| October | $61.95 | $.00 | | $773.81- | $619.50 |
| November | $61.95 | $.00 | | $711.86- | $681.45 |
| December | $61.95 | $.00 | | $649.91- | $743.40 |
| January | $61.95 | $.00 | | $587.96- | $805.35 |
| February | $61.95 | $743.40 | HOMEOWNERS INS | $1,269.43- * | $123.90 ** |
| March | $61.95 | $.00 | | $1,207.46- | $185.85 |
| April | $61.95 | $.00 | | $1,145.51- | $247.30 |

**Account History**

This section itemizes the actual activity that has occurred in your escrow account from 01/2005 through 04/2006. Last year's projections are next to the actual activity. By comparing the actual activity in the month received with the previous projections listed, you can determine where a difference may have occurred. An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or the date. The letter E beside an amount indicates that the payment or disbursement has not occurred but is estimated to occur as shown.

| Month Received | Payments Previous Projections | Payments Actual Activity | Disbursements Previous Projections | Disbursements Actual Activity | Description | Previous Projected Escrow Account Balance | Actual Escrow Account Balance |
|-------|------|------|------|------|-------------|--------|--------|
| | | | | | Beginning Bal | $.00 | $695.46- |
| January | | *E | | | | $.00 | $695.46- |
| February | | $647.28 * | | $762.00 * | HOMEOWNERS INS | $.00 | $414.18- |
| March | | *E | | | | $.00 | $414.18- |
| April | | $1.37 * | | | | $.00 | $412.81- |
| May | | $1.37 * | | | | $.00 | $411.44- |
| June | | $2.26 * | | | | $.00 | $409.18- |
| July | | $2.26 * | | | | $.00 | $406.92- |
| August | | $2.26 * | | | | $.00 | $404.66- |
| September | | *E | | | | $.00 | $404.66- |
| October | | *E | | | | $.00 | $404.66- |
| November | | *E | | | | $.00 | $404.66- |
| December | | *E | | | | $.00 | $404.66- |
| January | | $2.52 * | | | | $.00 | $402.14- |
| April | | $.03 * | | $743.40 *E | HOMEOWNERS INS | $.00 | $1,145.51- |

For customers who have mortgage payments which are paid in advance, please note: the month received column indicates the month in which your payment was credited and not the payment due date. In addition, at the time of the analysis, ABN AMRO Mortgage assumes that all scheduled mortgage payments will be made up to the effective date of your new payment.

Please retain this statement for comparison with the actual activity in your account at the end of the next escrow computation year.

CITIMORTGAGE/SOUTULLO000179

**ABN AMRO Mortgage**
Attn: M0904-465
2600 West Big Beaver Road
Troy, MI 48084



# ABN·AMRO Mortgage

Loan Administration

**Annual Escrow Account Disclosure Statement**

**Analysis Date  04/28/2006**

| Customer Service | 1-800-783-8900 |
|---|---|
| Web Address | mortgage.com® |

Loan Number

DONALD W SOUTULLO

LUCEDALE MS  39452-8360

---

### Please Review This Statement Closely - Your Mortgage Payment Could Be Affected

A portion of your monthly loan payment goes into an escrow account to pay your property taxes and insurance premiums. This notice describes any changes needed in your monthly payment to maintain enough money in your escrow account to pay these bills.

| Prior Payment | Future Payment Effective 05/01/2006 | You will receive your coupon book shortly after receiving this document. |
|---|---|---|

| Prior Payment | | | Future Payment Effective 05/01/2006 | | |
|---|---|---|---|---|---|
| Principal & Interest | $ | 451.74 | Principal & Interest | $ | 451.74 |
| Escrow Deposit | | .01 * | Escrow Deposit | | 77.96 |
| | | | Shortage/Surplus | | 141.44 |
| Total Payment | $ | 451.75 | Total Payment | $ | 671.14 |
| * Includes shortage/surplus amount, if applicable | | | | | |

If you choose to pay your shortage in full, your new payment will be  $529.70 effective 05/01/2006.

**Annual Disbursements**

The following is a breakdown of your prior and future projected escrow account disbursements.

| Prior Projected Disbursements | Future Projected Disbursements | | |
|---|---|---|---|
| | TAX PAYMENT | $ | 192.07 |
| | HOMEOWNERS INS | | 743.40 |
| | TOTAL DISBURSEMENTS | $ | 935.47 |

The following estimate of activity in your escrow account from 05/01/2006 through 04/30/2007 is provided for your information. Your projected mortgage escrow account balance reflects a beginning balance carried forward from your current escrow account balance.

Under either your mortgage contract or applicable law, your lowest monthly balance for the next twelve months should be  $155.92 . This equals a reserve of two monthly escrow payments. As shown in the account projection on the back of this form, the difference between the lowest projected balance and the corresponding required escrow account balance equals the shortage or surplus in your account.

Your projected beginning balance as of 05/01/2006 is  $1,385.51-. In order to reach the lowest balance, your required beginning balance according to this analysis should be  $311.79 . This means you have a shortage of  $1,697.30. In accordance with applicable law, the shortage may be added to your new monthly payment for 12 months (see new payment above  $1,697.30 / 12 ~  $141.44), or paid in full using the coupon below.

**Please see the back of this form to view additional information pertaining to this analysis.**

ABN AMRO Mortgage is a registered service mark of LaSalle Bank Corporation used with permission by ABN AMRO Mortgage Group, Inc.

Affiliate Banks:  LaSalle Bank N.A., LaSalle Bank Midwest N.A.

# ABN·AMRO Mortgage

**Escrow Shortage Coupon**

DONALD W SOUTULLO

Loan Number
Shortage Amount:  $1,697.30

If you choose to pay your escrow shortage of  $1,697.30, please make your check payable to ABN AMRO Mortgage.
Mail this form along with your check to:

ABN AMRO MORTGAGE
8241 INNOVATION WAY
CHICAGO, IL 60682-0082



\* New payment if shortage is paid in full:
$529.70 Effective 05/01/2006.

---

**CITIMORTGAGE/SOUTULLO000180**

## Account Projections

A single asterisk (*) indicates the lowest projected balance. A double asterisk (**) indicates your required balance.

| Month | Anticipated Amount To Escrow | Anticipated Amount From Escrow | Description | Projected Escrow Account Balance | Required Escrow Account Balance |
|---|---|---|---|---|---|
| | | | Beginning Balance | $1,385.51- | $311.79 |
| May | $77.96 | $.00 | | $1,307.55- | $389.75 |
| June | $77.96 | $.00 | | $1,229.59- | $467.71 |
| July | $77.96 | $.00 | | $1,151.63- | $545.67 |
| August | $77.96 | $.00 | | $1,073.67- | $623.63 |
| September | $77.96 | $.00 | | $995.71- | $701.59- |
| October | $77.96 | $192.07 | TAX PAYMENT | $1,109.82- | $587.48 |
| November | $77.96 | $.00 | | $1,031.86- | $665.44 |
| December | $77.96 | $.00 | | $953.90- | $743.40 |
| January | $77.96 | $.00 | | $875.94- | $823.36 |
| February | $77.96 | $743.40 | HOMEOWNERS INS | $1,541.38- * | $155.92 ** |
| March | $77.96 | $.00 | | $1,463.42- | $233.88 |
| April | $77.96 | $.00 | | $1,385.46- | $311.84 |

## Account History

This section itemizes the actual activity that has occurred in your escrow account from 01/2005 through 04/2006. Last year's projections are next to the actual activity. By comparing the actual activity in the month received with the previous projections listed, you can determine where a difference may have occurred. An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or the date. The letter E beside an amount indicates that the payment or disbursement has not occurred but is estimated to occur as shown.

| Month Received | Payments Previous Projections | Payments Actual Activity | Disbursements Previous Projections | Disbursements Actual Activity | Description | Previous Projected Escrow Account Balance | Actual Escrow Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Bal | $.00 | $659.46- |
| January | | *E | | | | $.00 | $659.46- |
| February | $647.28 * | | | $362.00 * | HOMEOWNERS INS | $.00 | $414.18- |
| March | | *E | | | | $.00 | $414.18- |
| April | $1.37 * | | | | | $.00 | $412.81- |
| May | $1.37 * | | | | | $.00 | $411.44- |
| June | $2.26 * | | | | | $.00 | $409.18- |
| July | $2.26 * | | | | | $.00 | $406.92- |
| August | $2.26 * | | | | | $.00 | $404.66- |
| September | | *E | | | | $.00 | $404.66- |
| October | | *E | | | | $.00 | $404.66- |
| November | | *E | | | | $.00 | $404.66- |
| December | | *E | | | | $.00 | $404.66- |
| January | $2.52 * | | | | | $.00 | $402.14- |
| April | $.03 * | | | | | $.00 | $642.11- |
| April | | | | $240.00 *E | TAX PAYMENT | $.00 | $642.11- |
| April | | | | $743.40 * | HOMEOWNERS INS | $.00 | $1,385.51- |

For customers who have mortgage payments which are paid in advance, please note: the month received column indicates the month in which your payment was credited and not the month due date. In addition, at the time of the analysis, ABN AMRO Mortgage assumes that all scheduled mortgage payments will be made up to the effective date of your new payment.

Please retain this statement for comparison with the actual activity in your account at the end of the next escrow computation year.

CITIMORTGAGE/SOUTULLO000181

**ABN·AMRO**

ABN AMRO Mortgage Group, Inc.
2600 West Big Beaver Road
Troy, MI 48084
(800) 783-8900

September 13, 2007

DONALD W SOUTULLO
LUCEDALE MS  39452-8360

█████████████████████████████████████

## Please retain this statement for your records.

Loan Number: ████████████

This is a statement of actual activity in your escrow account from 07-01-07 through
09-05-07, (last year's projections are next to the actual activity.)

Your monthly mortgage payment for the past year was $621.53 of which $169.79 was
for your escrow account.

### ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY

| MONTH | PROJECTED ESCROW DEPOSIT | ACTUAL ESCROW DEPOSIT | PROJECTED ESCROW PAYMENTS | ACTUAL ESCROW PAYMENTS | DESCRIPTION | PROJECTED ESCROW BALANCE | ACTUAL ESCROW BALANCE |
|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE | | | | | | $403.43 | $1149.91 |
| JUL | $40.34 | $0.26 * | | | | $443.77 | $1149.65- |
| AUG | $40.34 | $2.26 * | | | | $484.11 | $1147.39- |
| SEP | $40.34 | * | | $1147.39* | TRANSFER BAL | $524.45 | $0.00 |
| OCT | $40.34 | * | $484.11 | * | COUNTY TAX | $80.68 | $0.00 |
| NOV | $40.34 | * | | | | $121.02 | $0.00 |
| DEC | $40.34 | * | | | | $161.36 | $0.00 |
| JAN | $40.34 | * | | | | $201.70 | $0.00 |
| FEB | $40.34 | * | | | | $242.04 | $0.00 |
| MAR | $40.34 | * | | | | $282.38 | $0.00 |
| APR | $40.34 | * | | | | $322.72 | $0.00 |
| MAY | $40.34 | * | | | | $363.06 | $0.00 |
| JUN | $40.34 | * | | | | $403.40 | $0.00 |

An asterisk (*) indicates a difference from a previous estimate either in the
date or the amount.

Last year, we anticipated that payments from your account would be made during
this period equaling $484.11. Under federal law, your lowest monthly
balance should not have exceeded $80.68.

This statement is being provided because your loan has either been paid in
full, assumed by a new owner or the servicing of your loan has been transferred
to another mortgage company.

Should you have questions regarding this statement, please contact our
Customer Service Department at 1-800-783-8900.

CITIMORTGAGE/SOUTULLO000182

# citi

December 30, 2008

mike miller
205-930-52__
Fax 205-212-2912

DONALD W SOUTULLO
████████████████
LUCEDALE MS  39452-8360

RE: ██████ CATHERINE CRE
     MOBILE AL  36695
     CMI LOAN #████████

Dear CitiMortgage, Inc. Customer:

Enclosed are your checks totalling the amount of $452.00.

We are unable to accept these funds because the amount is insufficient to cure your delinquency and is a personal check.

As you know, your loan is in foreclosure. To obtain figures for the total amount due, please contact the attorney listed below. We require certified checks to cure the delinquency.

        SIROTE AND PERMUTT
        2311 HIGHLAND AVE. S, SUITE 500

        BIRMINGHAM AL 35205-
        (205)933-7111

If you are unable to reinstate your loan in full at this time and would like to discuss other options please contact our Workout Department at 1-800-926-9783.

Sincerely,

Foreclosure Department
(636)261-4473

cc:  JERRY HELD

Enc.
*Calls are randomly monitored and recorded to ensure quality service.

In the event you are subject to an Automatic Stay issued by a United States Bankruptcy Court or the referenced debt has been discharged in Bankruptcy, this communication is not intended to collect a debt.


DEFENDANT'S
EXHIBIT
10

Soutullo000025

**COLLECTIONS HISTORY OF 27 04 17 0 000 014.XXX**

**TAX YEAR: 2008  SUPPLEMENT: 0  ESCAPE: 0**
| | |
|---|---|
| OWNER: | SOUTULLO DONALD W ████████ CATHERINE CREEK DR   MOBILE AL 36608 |
| ASSESSMENT: | 7,520.00 |
| TOTAL TAX DUE: | $374.24 |
| TOTAL PAID: | $374.24 |
| PAID BY: | DONALD & TAMMY SOUTULLO |
| DATE PAID: | 3/17/2009 |
| RECEIPT: | 151952 |

**MIGRATED INFORMATION:**

**TAX YEAR: 2007  SUPPLEMENT: 0  ESCAPE: 0**
| | |
|---|---|
| OWNER: | SOUTULLO DONALD W ████████ CATHERINE CREEK DR   MOBILE AL 36608 |
| ASSESSMENT: | $6,860.00 |
| TOTAL TAXES: | $300.71 |
| PAID BY: | CHECK |
| DATE PAID: | 80108 |
| RECEIPT: | S 630760 |

**TAX YEAR: 2006  SUPPLEMENT: 0  ESCAPE: 0**
| | |
|---|---|
| OWNER: | SOUTULLO DONALD W ████████ CATHERINE CREEK DR   MOBILE AL 36608 |
| ASSESSMENT: | $5,960.00 |
| TOTAL TAXES: | $289.93 ( Interest : $5.75 ) ( Fee : $27.12 ) |
| PAID BY: | CASH |
| DATE PAID: | 70309 |
| RECEIPT: | S 630760 |

**TAX YEAR: 2005  SUPPLEMENT: 0  ESCAPE: 0**
| | |
|---|---|
| OWNER: | SOUTULLO DONALD W ████████ CATHERINE CREEK DR   MOBILE AL 36608 |
| ASSESSMENT: | $5,700.00 |
| TOTAL TAXES: | $244.45 |
| PAID BY: | CHECK |
| DATE PAID: | 51203 |
| RECEIPT: | S 630760 |

**TAX YEAR: 2004  SUPPLEMENT: 0  ESCAPE: 0**
| | |
|---|---|
| OWNER: | SOUTULLO DONALD W ████████ CATHERINE CREEK DR   MOBILE AL 36608 |
| ASSESSMENT: | $5,700.00 |
| TOTAL TAXES: | $284.09 ( Interest : $8.20 ) ( Fee : $31.44 ) |
| PAID BY: | CASH |
| DATE PAID: | 50412 |
| RECEIPT: | S 630760 |

**TAX YEAR: 2003  SUPPLEMENT: 0  ESCAPE: 0**
| | |
|---|---|
| OWNER: | SOUTULLO DONALD W ████████H NOVATAN RD   MOBILE AL 36608 |
| ASSESSMENT: | $5,480.00 |
| TOTAL TAXES: | $248.96 ( Interest : $4.46 ) ( Fee : $10.72 ) |
| PAID BY: | CHECK |
| DATE PAID: | 40217 |
| RECEIPT: | S 443650 |

**TAX YEAR: 2002  SUPPLEMENT: 0  ESCAPE: 0**
| | |
|---|---|
| OWNER: | SOUTULLO DONALD W ████████H NOVATAN RD   MOBILE AL 36608 |
| ASSESSMENT: | $5,480.00 |
| TOTAL TAXES: | $242.24 ( Interest : $3.46 ) ( Fee : $5.00 ) |

DEFENDANT'S EXHIBIT

11 T. S██████

Soutullo000043

**PAID BY:** CASH
**DATE PAID:** 30214
**RECEIPT:** S 443650

Soutullo000044

CitiMortgage P.O. Box 9438
Gaithersburg, MD 20898-9438
Customer Service 1-866-427-8473*

citi

©2009 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage
in NM. CitiMortgage, Inc. is an equal housing lender. Citi, Arc Design, and Citi and
Arc Design are registered service marks of Citigroup Inc.

Page 1

48061-000929-001
DONALD W SOUTULLO
LUCEDALE MS 39452-8360

Annual Escrow Analysis

Account Number:
Analysis Date:                    November 13, 2009

## Mortgage Payment

| New Monthly Payment Amount: | $500.33 | New Payment Effective: | January 01, 2010 |
| --- | --- | --- | --- |

|  | CURRENT PAYMENT | NEW PAYMENT |
| --- | --- | --- |
| PRINCIPAL/INTEREST | 451.74 | 451.74 |
| MONTHLY ESCROW PAYMENT | 112.95 | 48.59 |
| TOTAL PAYMENT | 564.69 | 500.33 |

- Your new monthly escrow payment represents 1/12th of your projected annual escrow disbursements.

- If your payment is issued by a third party, or if you make your payments through a bill pay service, please take the appropriate action to ensure that the new amount is updated with the service provider.

## Projections for the Coming Year

Please keep this statement for reference next year.

| MONTH | PAYMENTS TO ESCROW ACCT | PAYMENTS FROM ESCROW ACCT | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
| --- | --- | --- | --- | --- | --- |
| Starting Balance: (Activity Assumed through November, 2009) |  |  |  | $399.84 | $81.38 |
| DEC 09 | 112.95 | .00 |  | 512.79 | 194.33 |
| JAN 10 | 48.59 | .00 |  | 561.38 | 242.92 |
| FEB 10 | 48.59 | .00 |  | 609.97 | 291.51 |
| MAR 10 | 48.59 | .00 |  | 658.56 | 340.10 |
| APR 10 | 48.59 | .00 |  | 707.15 | 388.69 |
| MAY 10 | 48.59 | .00 |  | 755.74 | 437.28 |
| JUN 10 | 48.59 | .00 |  | 804.33 | 485.87 |
| JUL 10 | 48.59 | .00 |  | 852.92 | 534.46 |
| AUG 10 | 48.59 | .00 |  | 901.51 | 583.05 |
| SEP 10 | 48.59 | .00 |  | 950.10 | 631.64 |
| OCT 10 | 48.59 | 583.05 | COUNTY TAX | 415.64 (a) | 97.18 (b) |
| NOV 10 | 48.59 | .00 |  | 464.23 | 145.77 |
| DEC 10 | 48.59 | .00 |  | 512.82 | 194.36 |
| TOTALS: | $583.08 | $583.05 |  |  |  |

- Mortgage Insurance, if any, is not included in the required low point calculation.

## Determining Your Escrow Shortage/Surplus

Under Federal Law, your surplus will be returned to you via a check. If your account is delinquent, you will not receive a check.
If your Projected Low-Point (a) is:
- Less than your Required Low-Point (b), you have a shortage.
- Greater than your Required Low-Point (b), you have a surplus.
- Equal to your Required Low-Point (b), the above does not apply.

| PROJECTED LOW-POINT | 415.64 (a) |
| --- | --- |
| REQUIRED LOW-POINT (Cushion): | 97.18 (b) |
| TOTAL ESCROW SURPLUS: | 318.46 |

071-2236-0608F

**CitiMortgage, Inc. appreciates your business.**

INTERNET REPRINT

DEFENDANT'S
EXHIBIT
12

CITIMORTGAGE/SOUTULLO000488

Account Number:
Analysis Date:                    November 13, 2009
Annual Escrow Analysis

## Escrow Account Disclosure Statement

### REPRESENTATION OF PRINTED DOCUMENT

### Account History

| ITEM | ACTUAL PAYMENTS | PROJECTED PAYMENTS | INCREASE/ DECREASE |
|---|---|---|---|
| Please note the increases/decreases that may have occurred from the projections. This has impacted the shortage/surplus in this analysis reflected on the front side of this statement. | | | |
| HAZARD INSURANCE | .00 | 634.00 | -634.00 |
| COMBINED TAXES | 583.05 | 583.05 | .00 |

This is a statement of actual activity in your escrow account from April 14, 2009 through November 13, 2009. This section provides last year's projections and compares it with actual activity.

Your most recent monthly mortgage payment during the past year was $564.69 of which $451.74 was for principal and interest and $112.95 was credited to your escrow account.

| MONTH | ACTUAL PAYMENTS TO ESCROW ACCOUNT | PROJECTED PAYMENTS TO ESCROW ACCOUNT | ACTUAL PAYMENTS FROM ESCROW ACCOUNT | PROJECTED PAYMENTS FROM ESCROW ACCOUNT | DESCRIPTION | ACTUAL ESCROW RUNNING BALANCE | PROJECTED ESCROW RUNNING BALANCE |
|---|---|---|---|---|---|---|---|
| Starting Balance: | | | | | | $824.31- | $136.30- |
| APR 09 | .00 | 101.42 * | .00 | .00 | | 824.31- | 34.88- |
| MAY 09 | 112.95 | 101.42 * | .00 | 634.00 * | HAZARD INSURANCE | 711.36- | 567.46- |
| JUN 09 | .00 | 48.59 * | .00 | .00 | | 711.36- | 240.83 |
| JUL 09 | 225.90 | 48.59 * | .00 | .00 | | 485.46- | 289.42 |
| AUG 09 | 112.95 | 48.59 * | .00 | .00 | | 372.51- | 338.01 |
| SEP 09 | .00 | 48.59 * | .00 | .00 | | 372.51- | 386.60 |
| OCT 09 | 225.90 | 48.59 * | 583.05 | 583.05 | COUNTY TAX | 729.65- | 147.85- |
| NOV 09 | .00 | 48.59 * | .00 | .00 | | 729.66- | 99.27- |
| Totals: | $677.70 | $494.38 | $583.05 | $1,217.05 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or amount. Payment differences of $2.00 or less will not be marked with an asterisk.

Under Federal Law, your lowest monthly balance should not have exceeded $97.16 which is 1/6 of anticipated payments unless your mortgage contract or state law specifies a lower amount. Under your mortgage contract or state law, your lowest monthly balance should not have exceeded $97.18.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

071-2120-04658

CitiMortgage may charge interest on funds advanced to pay your escrow items. If you do not repay the escrow advance within 60 days of the Escrow Analysis Statement date above) interest will be charged on the outstanding advance amount. The rate of interest on the advance will be the Note rate applicable to your first mortgage loan. The monthly interest accrual will appear on your monthly Mortgage Statement.

CITIMORTGAGE/SOUTULLO000489

CitiMortgage
P.O. Box 9438
Gaithersburg, MD 20898-9438
Customer Service 1-866-627-6477

citi

©2008 CitiMortgage, Inc. CitiMortgage, Inc. does business as CitiCorp Mortgage
in MN. CitiMortgage, Inc. is an equal housing lender. Citi, Arc Design, and Citi and
Arc Design are registered service marks of Citigroup Inc.

77637-000010-001
DONALD W SOUTULLO
LUCEDALE MS 39452-8360

**Escrow Account Disclosure Statement**

REPRESENTATION OF PRINTED DOCUMENT

Referral Escrow Analysis

Account Number:
Analysis Date:                                    April 14, 2009

At least once each year, CitiMortgage reviews each customer's taxes, insurance and mortgage insurance, if any, paid from your escrow account. This review, called Escrow Account Disclosure Statement determines if the amount for any of the items included in the review has increased or decreased from the prior year. If there is an increase or decrease, your monthly payment will be adjusted. CitiMortgage may review your escrow account more than as needed.

## Mortgage Payment

New Monthly Payment Amount: **$500.33**    New Payment Effective: **June 01, 2009**

| | CURRENT PAYMENT | NEW PAYMENT |
|---|---|---|
| PRINCIPAL&INTEREST | 451.74 | 451.74 |
| MONTHLY ESCROW PAYMENT | 112.95 | 48.59 |
| TOTAL PAYMENT | 564.69 | 500.33 |

- Your new monthly escrow payment represents 1/12th of your projected annual escrow disbursements.

- If your payment is issued by a third party, or if you make your payments through a bill pay service, please take the appropriate action to ensure that the new amount is updated with the service provider.

## Projections for the Coming Year

Please keep this statement for reference next year.

| MONTH | PAYMENTS TO ESCROW ACCT | PAYMENTS FROM ESCROW ACCT | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
| Starting Balance: (Activity Assumed through May, 2009) | | | | $192.24 | $437.28 |
| JUN 09 | 48.59 | .00 | | 240.83 | 485.87 |
| JUL 09 | 48.59 | .00 | | 289.42 | 534.46 |
| AUG 09 | 48.59 | .00 | | 338.01 | 583.05 |
| SEP 09 | 48.59 | .00 | | 386.60 | 631.64 |
| OCT 09 | 48.59 | 588.05 | COUNTY TAX | 147.86~ (a) | 97.18 (b) |
| NOV 09 | 48.59 | .00 | | 99.27~ | 145.77 |
| DEC 09 | 48.59 | .00 | | 50.68~ | 194.36 |
| JAN 10 | 48.59 | .00 | | 2.09~ | 242.95 |
| FEB 10 | 48.59 | .00 | | 46.50 | 291.54 |
| MAR 10 | 48.59 | .00 | | 95.09 | 340.13 |
| APR 10 | 48.59 | .00 | | 143.68 | 388.72 |
| MAY 10 | 48.59 | .00 | | 192.27 | 437.31 |
| TOTALS: | $583.08 | $588.05 | | | |

- Mortgage insurance, if any, is not included in the required low point calculation.

## Determining Your Escrow Shortage/Surplus

If your Projected Low-Point (a) is:
- Less than your Required Low-Point (b), you have a shortage.
- Greater than your Required Low-Point (b), you have a surplus.
- Equal to your Required Low-Point (b), the above does not apply.

PROJECTED LOW-POINT:        -147.86  (a)

REQUIRED  LOW-POINT  (Cushion):   97.18  (b)

TOTAL ESCROW SHORTAGE:    245.04

**CitiMortgage, Inc. appreciates your business.**

INTERNET REPRINT

CITIMORTGAGE/SOUTULLO000490

Account Number: 
Analysis Date:        April 14, 2009
Referral Escrow Analysis

**Escrow Account Disclosure Statement**

**REPRESENTATION OF PRINTED DOCUMENT**

**Account History**

| | | ACTUAL PAYMENTS | PROJECTED PAYMENTS | INCREASE/ DECREASE |
|---|---|---|---|---|
| Please note the increase/decreases that may have occurred from the projections. This has impacted the shortage/surplus in this analysis reflected on the front side of this statement. | **ITEM** | | | |
| | HAZARD INSURANCE | 634.00 | .00 | 634.00 |
| | COMBINED TAXES | 583.05 | 582.37 | .68 |

This is a statement of actual activity in your escrow account from April 14, 2008 through April 14, 2009. This section provides last year's projections and compares it with actual activity.

Your most recent monthly mortgage payment during the past year was $564.69 of which $451.74 was for principal and interest and $112.95 was credited to your escrow account.

| MONTH | ACTUAL PAYMENTS TO ESCROW ACCOUNT | PROJECTED PAYMENTS TO ESCROW ACCOUNT | ACTUAL PAYMENTS FROM ESCROW ACCOUNT | PROJECTED PAYMENTS FROM ESCROW ACCOUNT | DESCRIPTION | ACTUAL ESCROW RUNNING BALANCE | PROJECTED ESCROW RUNNING BALANCE |
|---|---|---|---|---|---|---|---|
| Starting Balance: | | | | | | $748.70~ | $885.32~ |
| APR 08 | 189.79 | 48.53 * | .00 | .00 | | 578.91~ | 886.79~ |
| MAY 08 | 225.90 | 48.53 * | .00 | .00 | | 353.01~ | 788.26~ |
| JUN 08 | 112.95 | 48.53 * | .00 | .00 | | 240.06~ | 739.73~ |
| JUL 08 | 112.95 | 48.53 * | .00 | .00 | | 127.11~ | 691.20~ |
| AUG 08 | 225.90 | 48.53 * | 634.00 | .00 * | HAZARD INSURANCE | 535.21~ | 642.67~ |
| SEP 08 | .00 | 48.53 * | .00 | .00 | | 535.21~ | 594.14~ |
| OCT 08 | 112.95 | 48.53 * | 583.05 | 582.37 | COUNTY TAX | 1,005.31~ | 1,127.98~ |
| NOV 08 | .00 | 48.53 * | .00 | .00 | | 1,005.31~ | 1,079.45~ |
| DEC 08 | .00 | 48.53 * | .00 | .00 | | 1,005.31~ | 1,030.92~ |
| JAN 09 | .00 | 101.42 * | .00 | .00 | | 1,005.31~ | 339.14~ |
| FEB 09 | .00 | 101.42 * | .00 | .00 | | 1,005.31~ | 237.72~ |
| FEB 09 | 181.00 | .00 * | .00 | .00 | INSURANCE REFUND | 824.31~ | 237.72~ |
| MAR 09 | .00 | 101.42 * | .00 | .00 | | 824.31~ | 138.30~ |
| APR 09 | .00 | 101.42 * | .00 | .00 | | 824.31~ | 34.88~ |
| **Totals:** | **$1,141.44** | **$842.45** | **$1,217.05** | **$582.37** | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or amount. Payment differences of $2.00 or less will not be marked with an asterisk.

Under Federal Law, your lowest monthly balance should not have exceeded $202.84 which is 1/6 of anticipated payments unless your mortgage contract or state law specifies a lower amount. Under your mortgage contract or state law, your lowest monthly balance should not have exceeded $202.84.

CitiMortgage may charge interest on funds advanced to pay your escrow items. If you do not repay the escrow advance within 60 days (of the Escrow Analysis Statement date above) interest will be charged on the outstanding advance amount. The rate of interest on the advance will be the Note rate applicable to your first mortgage loan. The monthly interest accrual will appear on your monthly Mortgage Statement.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

INTERNET REPRINT

**CITIMORTGAGE/SOUTULLO000491**

Page 1
Statement

Escrow Account Disclosure

Annual Escrow Analysis
Account Number:
Analysis Date:          November 14,

2008
    35880-003378-001
DONALD W SOUTULLO

LUCEDALE MS 39452-8360

reviews the amount of taxes,
applicable), paid from your
Account Disclosure
of the items included in the
prior year. If there was an
payment will be adjusted.
more often as needed.

At least once every 12 months, CitiMortgage
insurance and Mortgage Insurance, (if
escrow account. The review called Escrow
Statement, determines if the expense for any
review has increased or decreased from the
increase or decrease, your monthly escrow
CitiMortgage may review your escrow account

Mortgage Payment
New Monthly Payment Amount:     $623.68   New Payment Effective:   January 01,
2009

|                          | CURRENT PAYMENT | NEW PAYMENT |
|--------------------------|-----------------|-------------|
| PRINCIPAL/INTEREST       | 451.74          | 451.74      |
| MONTHLY ESCROW PAYMENT   | 112.95          | 171.94      |
| TOTAL PAYMENT            | 564.69          | 623.68      |

Your new monthly escrow payment represents 1/12th
of your projected annual escrow disbursements.

If your payment is issued by a third party, or if you make
your payments through a bill pay service, please take
the appropriate action to ensure that the new amount
is updated with the service provider.

PROJECTIONS for the COMING YEAR

Please keep this statement for reference next year.

| PROJECTED MONTH | PAYMENTS TO REQUIRED ESCROW ACCT | PAYMENTS FROM REQUIRED ESCROW ACCT | DESCRIPTION |
|-----------------|----------------------------------|------------------------------------|-------------|
| BALANCE         | BALANCE                          |                                    |             |

Page 1

CITIMORTGAGE/SOUTULLO000492

```
Starting Balance:  (Activity Assumed through November, 2008)
  $553.51-              $292.74
DEC 08         112.95               .00
  440.56-              405.69
JAN 09         101.42               .00
  339.14-              507.11
FEB 09         101.42               .00
  237.72-              608.53
MAR 09         101.42               .00
  136.30-              709.95
APR 09         101.42               .00
   34.88-              811.37
MAY 09         101.42            634.00     HAZARD INSURANCE
  567.46-              278.79
JUN 09         101.42               .00
  466.04-              380.21
JUL 09         101.42               .00
  364.62-              481.63
AUG 09         101.42               .00
  263.20-              583.05
SEP 09         101.42               .00
  161.78-              684.47
OCT 09         101.42            583.05     COUNTY TAX
  643.41- (a)          202.84  (b)
NOV 09         101.42               .00
  541.99-              304.26
DEC 09         101.42               .00
  440.57-              405.68
TOTALS:     $1,217.04         $1,217.05
```

        Mortgage Insurance, if any, is not included in the required low point calculation.

Determining Your Escrow Shortage/Surplus


PROJECTED LOW-POINT:              -643.41  (a)

REQUIRED LOW-POINT (Cushion)      202.84  (b)

TOTAL ESCROW SHORTAGE:            846.25

The shortage divided over 12 months = $70.52

Under Federal Law, your shortage will be spread over a 12 month period.
If your Projected Low-Point (a) is:
    Less than your Required Low-Point (b), you have a shortage.
    Greater than your Required Low-Point (b), you have a surplus.
    Equal to your Required Low-Point (b), the above does not apply.

NOTE:  If your shortage was paid in full, your new monthly payment would be:
$553.16 ($623.68 - $70.52 (MONTHLY SHORTAGE DEPOSIT))

Paying the shortage does not guarantee that your payment will return to the previous
amount, because there may have been an increase in your tax and/or insurance in the last year.

                              Loan # ████████████
Advance Amount:          Shortage Amount:
$1,005.31-               $846.25
                                   Page 2

CITIMORTGAGE/SOUTULLO000493

If you prefer to pay all or part of the Shortage Amount, simply detach this coupon and mail
along with the Shortage Amount in the enclosed envelope.
To avoid interest charges you can use this shortage coupon to repay your Advance Amount
(funds provided by CMI to pay your escrow items). Effective January 14, 2009 you will
be charged interest at your Note rate, on any unpaid portion of the Escrow Advance still
outstanding at that time. You will see the interest included on the Servicing Fee section of
your Monthly Mortgage Account Statement. Interest will accrue until the advance is paid in full.
See your Account History on the back of this statement for details on your advance balance.

Paying the Shortage or Advance does not guarantee that your payment will return
to the previous amount.

Please allow 7 days from our receipt of the shortage / advance payment to adjust your monthly paymen

CitiMortgage, Inc.
P.O. Box 688948
Des Moines, IA 50368-8948

D

Page 2
Statement

Escrow Account Disclosure

Account Number: ██████████
Analysis Date:    November 14, 2008
Annual Escrow Analysis

Account History

Please note the increases/decreases that may have occurred from the projections. This has impacted the shortage/surplus in this analysis reflected on the front side of this statement.

| ITEM | ACTUAL PAYMENTS | PROJECTED PAYMENTS | INCREASE/ DECREASE |
|---|---|---|---|
| HAZARD INSURANCE | 634.00 | .00 | 634.00 |
| COMBINED TAXES | 583.05 | 582.37 | .68 |

This is a statement of actual activity in your escrow account from November 16, 2007 through November 14, 2008.
This section provides last year's projections and compares it with actual activity.

Your most recent monthly mortgage payment during the past year was $564.69 of which
Page 3

CITIMORTGAGE/SOUTULLO000494

11-14-08 ana.txt

$451.74 was for principal and interest
and $112.95 was credited to your escrow account.

| MONTH DESCRIPTION | ACTUAL PAYMENTS TO ESCROW ACCOUNT / RUNNING BALANCE | PROJECTED PAYMENTS TO ESCROW ACCOUNT / RUNNING BALANCE | ACTUAL PAYMENTS FROM ESCROW ACCOUNT | PROJECTED PAYMENTS FROM ESCROW ACCOUNT | |
|---|---|---|---|---|---|
| Starting Balance: | $1,370.49- | $1,472.66- | | | |
| NOV 07 | .00 / 1,370.49- | 40.34 * / 1,432.32- | .00 | .00 | |
| DEC 07 | 452.00 / 918.49- | 40.34 * / 1,391.98- | .00 | .00 | |
| JAN 08 | .00 / 918.49- | 48.53 * / 982.38- | .00 | .00 | |
| FEB 08 | 169.79 / 748.70- | 48.53 * / 933.85- | .00 | .00 | |
| MAR 08 | .00 / 748.70- | 48.53 * / 885.32- | .00 | .00 | |
| APR 08 | 169.79 / 578.91- | 48.53 * / 836.79- | .00 | .00 | |
| MAY 08 | 225.90 / 353.01- | 48.53 * / 788.26- | .00 | .00 | |
| JUN 08 | 112.95 / 240.06- | 48.53 * / 739.73- | .00 | .00 | |
| JUL 08 | 112.95 / 127.11- | 48.53 * / 691.20- | .00 | .00 | |
| AUG 08 INSURANCE | 225.90 / 535.21- | 48.53 * / 642.67- | 634.00 | .00 * | HAZARD |
| SEP 08 | .00 / 535.21- | 48.53 * / 594.14- | .00 | .00 | |
| OCT 08 | 112.95 / 1,005.31- | 48.53 * / 1,127.98- | 583.05 | 582.37 | COUNTY TAX |
| NOV 08 | .00 / 1,005.31- | 48.53 * / 1,079.45- | .00 | .00 | |
| Totals: | $1,582.23 | $614.51 | $1,217.05 | $582.37 | |

An asterisk (*) indicates a difference from a previous estimate either in the date
or amount. Payment differences of $2.00 or less
will not be marked with an asterisk.

Under Federal Law, your lowest monthly balance should not have exceeded $97.06
which is 1/6 of anticipated payments unless your
mortgage contract or state law specifies a lower amount. Under your mortgage
contract or state law, your lowest monthly
balance should not have exceeded $97.06.

CitiMortgage may charge interest on funds advanced to pay your escrow items. If
you do not repay the escrow advance within 60 days (of the Escrow Analysis
Statement date above) interest will be charged on the outstanding advance amount.
The rate of interest on the advance will be the Note rate applicable to
your first mortgage loan. The monthly interest accrual will appear on your monthly
Mortgage Statement.

When you provide a check, you authorize us to use information from your check to
Page 4

CITIMORTGAGE/SOUTULLO000495

make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.
0

Page 1
Statement

Escrow Account Disclosure

Annual Escrow Analysis
Account Number: ████████
Analysis Date:        November 14,

2008
          ████████
    JIMMY HOWARD
    MARY HOWARD
    ████████
    JACKSONVILLE AL 36265-1183

reviews the amount of taxes,

applicable), paid from your

Account Disclosure

of the items included in the

prior year. If there was an

payment will be adjusted.

more often as needed.

At least once every 12 months, CitiMortgage insurance and Mortgage Insurance, (if escrow account. The review called Escrow Statement, determines if the expense for any review has increased or decreased from the increase or decrease, your monthly escrow CitiMortgage may review your escrow account

Mortgage Payment
New Monthly Payment Amount:    $1,027.33   New Payment Effective:   January 01, 2009

|  | CURRENT PAYMENT | NEW PAYMENT |
|---|---|---|
| PRINCIPAL/INTEREST | 872.44 | 872.44 |
| MONTHLY ESCROW PAYMENT | 155.33 | 154.89 |
| TOTAL PAYMENT | 1,027.77 | 1,027.33 |

Your new monthly escrow payment represents 1/12th of your projected annual escrow disbursements.

If your payment is issued by a third party, or if you make your payments through a bill pay service, please take the appropriate action to ensure that the new amount is updated with the service provider.

PROJECTIONS for the COMING YEAR
                              Page 5

CITIMORTGAGE/SOUTULLO000496

11-14-08 ana.txt

Please keep this statement for reference next year.

| MONTH | PAYMENTS TO REQUIRED ESCROW ACCT BALANCE | PAYMENTS FROM REQUIRED ESCROW ACCT BALANCE | DESCRIPTION |
|---|---|---|---|

PROJECTED MONTH BALANCE

Starting Balance: (Activity Assumed through November, 2008)

| MONTH | PROJECTED BALANCE | PAYMENTS TO REQUIRED ESCROW ACCT | REQUIRED ESCROW ACCT BALANCE | PAYMENTS FROM | DESCRIPTION |
|---|---|---|---|---|---|
|  | $1,849.71 |  | $724.59 |  |  |
| DEC 08 | 2,005.04 | 155.33 | 879.92 | .00 |  |
| JAN 09 | 2,159.93 | 154.89 | 1,034.81 | .00 |  |
| FEB 09 | 1,434.90 (a) | 154.89 | 309.78 (b) | 879.92 | HAZARD INSURANCE |
| MAR 09 | 1,589.79 | 154.89 | 464.67 | .00 |  |
| APR 09 | 1,744.68 | 154.89 | 619.56 | .00 |  |
| MAY 09 | 1,899.57 | 154.89 | 774.45 | .00 |  |
| JUN 09 | 2,054.46 | 154.89 | 929.34 | .00 |  |
| JUL 09 | 2,209.35 | 154.89 | 1,084.23 | .00 |  |
| AUG 09 | 2,364.24 | 154.89 | 1,239.12 | .00 |  |
| SEP 09 | 2,519.13 | 154.89 | 1,394.01 | .00 |  |
| OCT 09 | 1,695.22 | 154.89 | 570.10 | 978.80 | COUNTY TAX |
| NOV 09 | 1,850.11 | 154.89 | 724.99 | .00 |  |
| DEC 09 | 2,005.00 | 154.89 | 879.88 | .00 |  |
| TOTALS: |  | $1,858.68 | $1,858.72 |  |  |

Mortgage Insurance, if any, is not included in the required low point calculation.

Determining Your Escrow Shortage/Surplus

PROJECTED LOW-POINT:           1,434.90  (a)

REQUIRED LOW-POINT (Cushion)     309.78  (b)

TOTAL ESCROW SURPLUS:          1,125.12

Under Federal Law, your surplus will be returned to you via a check.
If your Projected Low-Point (a) is:
    Less than your Required Low-Point (b), you have a shortage.
    Greater than your Required Low-Point (b), you have a surplus.
    Equal to your Required Low-Point (b), the above does not apply.

Page 6

CITIMORTGAGE/SOUTULLO000497

Case 09-01137   Doc 18-3   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc Exhibit A   Part 3   Page 49 of 65

███████11-14-08 ana.txt

CitiMortgage, Inc. appreciates your business.

Page 7

CITIMORTGAGE/SOUTULLO000498

Page 1                                          Escrow Account Disclosure
Statement

                                        Annual Escrow Analysis ■■■■■■
                                        Account Number: ■■■■■■■■■
                                        Analysis Date:        November 16,
2007   ■■■■■■■■■■
       DONALD W SOUTULLO ■■■■■
       LUCEDALE MS 39452-8360

reviews the amount of taxes,            At least once every 12 months, CitiMortgage
applicable), paid from your             insurance and Mortgage Insurance, (if
Account Disclosure                      escrow account. The review called Escrow
of the items included in the            Statement, determines if the expense for any
prior year. If there was an             review has increased or decreased from the
payment will be adjusted.               increase or decrease, your monthly escrow
more often as needed.                   CitiMortgage may review your escrow account

       Mortgage Payment
       New Monthly Payment Amount:      $602.35   New Payment Effective:   January 01,
2008

                                        CURRENT PAYMENT        NEW PAYMENT

       PRINCIPAL/INTEREST                     451.74                451.74

       MONTHLY ESCROW PAYMENT                 169.79                150.61

       TOTAL PAYMENT                          621.53                602.35

              Your new monthly escrow payment represents 1/12th
              of your projected annual escrow disbursements.

              If your payment is issued by a third party, or if you make
              your payments through a bill pay service, please take
              the appropriate action to ensure that the new amount
              is updated with the service provider.

       PROJECTIONS for the COMING YEAR

Please keep this statement for reference next year.
                   PAYMENTS TO    PAYMENTS FROM
PROJECTED          REQUIRED REQUIRED
MONTH              ESCROW ACCT  ESCROW ACCT                    DESCRIPTION
BALANCE                 BALANCE
                                Page 1

CITIMORTGAGE/SOUTULLO000499

Starting Balance: (Activity Assumed through November, 2007)

| | | | |
|---|---|---|---|
| $1,200.70- | | $24.34 | |
| DEC 07 | 169.79 | | .00 |
| 1,030.91- | | 194.13 | |
| JAN 08 | 48.53 | | .00 |
| 982.38- | | 242.66 | |
| FEB 08 | 48.53 | | .00 |
| 933.85- | | 291.19 | |
| MAR 08 | 48.53 | | .00 |
| 885.32- | | 339.72 | |
| APR 08 | 48.53 | | .00 |
| 836.79- | | 388.25 | |
| MAY 08 | 48.53 | | .00 |
| 788.26- | | 436.78 | |
| JUN 08 | 48.53 | | .00 |
| 739.73- | | 485.31 | |
| JUL 08 | 48.53 | | .00 |
| 691.20- | | 533.84 | |
| AUG 08 | 48.53 | | .00 |
| 642.67- | | 582.37 | |
| SEP 08 | 48.53 | | .00 |
| 594.14- | | 630.90 | |
| OCT 08 | 48.53 | 582.37 | COUNTY TAX |
| 1,127.98- (a) | | 97.06 (b) | |
| NOV 08 | 48.53 | | .00 |
| 1,079.45- | | 145.59 | |
| DEC 08 | 48.53 | | .00 |
| 1,030.92- | | 194.12 | |
| TOTALS: | $582.36 | $582.37 | |

Your previous tax disbursements of $562.68 have been increased by 3.5 % to $582.37 . The 3.5 % increase is based on
changes to the National Consumer Price Index for all Urban Consumers (CPI-U) which is published by the U.S. Department of
Labor, available when your escrow account was analyzed.
Mortgage Insurance, if any, is not included in the required low point calculation.

Determining Your Escrow Shortage/Surplus


PROJECTED LOW-POINT:               -1,127.98  (a)

REQUIRED LOW-POINT (Cushion)        97.06  (b)

TOTAL ESCROW SHORTAGE:            1,225.04

The shortage divided over 12 months = $102.08

Under Federal Law, your shortage will be spread over a 12 month period.
If your Projected Low-Point (a) is:
    Less than your Required Low-Point (b), you have a shortage.
    Greater than your Required Low-Point (b), you have a surplus.
    Equal to your Required Low-Point (b), the above does not apply.

NOTE: If your shortage was paid in full, your new monthly payment would be: $500.27 ($602.35 - $102.08 (MONTHLY SHORTAGE DEPOSIT))

Paying the shortage does not guarantee that your payment will return to the previous

Page 2

CITIMORTGAGE/SOUTULLO000500

amount, because there may have been an increase in your tax and/or insurance in the last year.

Loan #████████████

Advance Amount:          Shortage Amount:
$1,370.49-               $1,225.04

          If you prefer to pay all or part of the Shortage Amount, simply
detach this coupon and mail
          along with the Shortage Amount in the enclosed envelope.
          To avoid interest charges you can use this shortage coupon to
repay your Advance Amount
          (funds provided by CMI to pay your escrow items).  Effective
January 16, 2008 you will
          be charged interest at your Note rate, on any unpaid portion of
the Escrow Advance still
          outstanding at that time.  You will see the interest included on
the Servicing Fee section of
          your Monthly Mortgage Account Statement.  Interest will accrue
until the advance is paid in full.
          See your Account History on the back of this statement for
details on your advance balance.

          Paying the Shortage or Advance does not guarantee that your
payment will return
          to the previous amount.

          Please allow 7 days from our receipt of the shortage / advance
payment to adjust your monthly paymen

CitiMortgage, Inc.
P.O. Box 688948
Des Moines, IA 50368-8948

D

Page 2                                        Escrow Account Disclosure
Statement

Account Number:      ████████████
Analysis Date:       November 16, 2007
Annual Escrow Analysis
                                                        Account History

Please note the increases/decreases that may have
occurred from the projections.  This has impacted the
shortage/surplus in this analysis reflected on the
front side of this statement.

| ITEM | ACTUAL PAYMENTS | PROJECTED PAYMENTS | INCREASE/ DECREASE |
|------|-----------------|--------------------|--------------------|
| COMBINED TAXES | 562.68 | 484.11 | 78.57 |

Page 3

CITIMORTGAGE/SOUTULLO000501

This is a statement of actual activity in your escrow account from April 26, 2007 through November 16, 2007.
This section provides last year's projections and compares it with actual activity.

Your most recent monthly mortgage payment during the past year was $621.53 of which $451.74 was for principal and interest
and $169.79 was credited to your escrow account.

| MONTH<br>DESCRIPTION | ACTUAL<br>PAYMENTS<br>TO ESCROW<br>ACCOUNT | ACTUAL<br>PAYMENTS<br>ESCROW<br>RUNNING<br>BALANCE | PROJECTED<br>PAYMENTS<br>TO ESCROW<br>ACCOUNT | PROJECTED<br>PAYMENTS<br>ESCROW<br>RUNNING<br>BALANCE | ACTUAL<br>PAYMENTS<br>FROM<br>ESCROW<br>ACCOUNT | PROJECTED<br>PAYMENTS<br>FROM<br>ESCROW<br>ACCOUNT | |
|---|---|---|---|---|---|---|---|
| Starting<br>Balance: | $1,149.91- | | $1,149.91- | | | | |
| JUL 07 | .26 | 1,149.65- | 40.34 * | 1,109.57- | .00 | .00 | |
| AUG 07 | 2.26 | 1,147.39- | 40.34 * | 1,069.23- | .00 | .00 | |
| SEP 07 | .00 | 1,147.39- | 40.34 * | 1,028.89- | .00 | .00 | |
| OCT 07 | 169.79 | 1,540.28- | 40.34 * | 1,472.66- | 562.68 | 484.11 * | COUNTY TAX |
| NOV 07 | 169.79 | 1,370.49- | 40.34 * | 1,432.32- | .00 | .00 | |
| Totals: | $342.10 | | $201.70 | | $562.68 | $484.11 | |

An asterisk (*) indicates a difference from a previous estimate either in the date or amount. Payment differences of $2.00 or less will not be marked with an asterisk.

Under Federal Law, your lowest monthly balance should not have exceeded $80.68 which is 1/6 of anticipated payments unless your mortgage contract or state law specifies a lower amount. Under your mortgage contract or state law, your lowest monthly balance should not have exceeded $80.68.

CitiMortgage may charge interest on funds advanced to pay your escrow items. If you do not repay the escrow advance within 60 days (of the Escrow Analysis Statement date above) interest will be charged on the outstanding advance amount. The rate of interest on the advance will be the Note rate applicable to your first mortgage loan. The monthly interest accrual will appear on your monthly Mortgage Statement.

when you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.
D

CITIMORTGAGE/SOUTULLO000502

**COLLEEN MCCULLOUGH**

ATTORNEY AT LAW

(205) 930-5379

cmccullough@sirote.com

**S I R O T E**
—— & ——
**P E R M U T T**
A PROFESSIONAL CORPORATION

February 19, 2009

Donald W. Soutullo
Tammy Soutullo
████████████████████

Lucedale, MS 39452

███████A Catherine Creek
Mobile, AL 36695

Re:     Our Client: CitiMortgage, Inc., successor by reason of merger with ABN AMRO
        Mortgage Group Inc., ("CitiMortgage")
        Loan No: ███████████
        Property Address: ██████A Catherine Creek, Mobile, AL 36695

Dear Mr. and Mrs. Soutullo:

Please recall that this firm represents CitiMortgage in relation to its interest in the above-referenced property. We previously sent a letter to you dated January 27, 2009 verifying the debt. In response, you provided several pages of cancelled checks and bank statements as proof of payments. I reviewed the payment history and the payments are reflected on the pay history as follows:

| Check No. | Amount | Date Applied | |
|-----------|--------|--------------|---|
| 822 | $452.00 | 9/13/2007 | Sept |
| 851 | $452.00 | 10/7/2007 | Oct |
| 908 | $452.00 | 12/10/2007 | Nov |
| 924 | $452.00 | 12/31/2007 | Dec |
| 960 | $452.00 | 2/1/2008 | Jan |
| 993 | $452.00 | 3/13/2008 | Feb |
| 1030 | $452.00 | 4/14/2008 | Mar |
| 1061 | $900.00 | 5/29/2008 | Apt-May |
| 1096 | $452.00 | 6/16/2008 | June |
| 1127 | $452.00 | 7/18/2008 | July |
| 1173 | $452.00 | 8/19/2008 | Aug |
| 1207 | $452.00 | 9/8/2008 | Sept |
| 1251 | $452.00 | 10/14/2008 | Oct |



DEFENDANT'S
EXHIBIT

13
T. Soutullo

DOCSBHM\1607764\2\

*LAW OFFICES AND MEDIATION CENTERS*
2311 HIGHLAND AVENUE SOUTH   BIRMINGHAM, ALABAMA 35205
POST OFFICE BOX 55727   BIRMINGHAM, ALABAMA 35255-5727
TELEPHONE | 205.930.5100      FAX | 205.930.5101      URL | http://www.sirote.com

B i r m i n g h a m   |   H u n t s v i l l e   |   M o b i l e

Soutullo000027

Please note that you provided two copies of your bank statement showing check number 851, which again, was applied to the loan on October 7, 2007. Additionally, check number 1173 which cleared your Regions account on August 18, 2008 was originally interpreted as $1,152.00, instead of $452.00 causing the payment to be applied to both May and June 2008. The over-posted payment was later reversed; however, CitiMortgage failed to roll back the payment due date which worked in your favor. I am sending a second copy of the payment history for your convenience.

I am also enclosing a copy of the "Hello Letter" which was sent to you in August 2007. This letter was to notify you that your loan had been service transferred from ABN AMRO Mortgage Group to CitiMortgage, Inc. This letter also advised of the new payment of $621.53. The payment increase was a result of escrow changes. At the time that CitiMortgage acquired this loan from ABN AMRO, there was a negative escrow balance of $1,149.65 that had been carried on the loan since 2004. The payment amount was therefore changed in August of 2007 with the acquisition of the loan from ABN AMRO to include payments credited toward the negative escrow balance.

This loan remains due for the August 1, 2008 payment. We previously provided a reinstatement good through February 16, 2009 in the amount of $5,968.61. Should you be interested in obtaining an updated reinstatement quote or payoff quote, please contact my office to request this information. If you are interested in exploring alternatives to foreclosure, I recommend that you contact CitiMortgage's Loss Mitigation Department at (866) 272-4749. At this time, we are moving forward with foreclosure and will forward the publication notice to you once it is prepared. Should you have any further questions or concerns, please feel free to contact me.

This communication is from a debt collector.

Sincerely,

Colleen McCullough
FOR THE FIRM

CEM/ta
c:      CitiMortgage, Inc.
Enclosure

DOCSBHM\1607764\2\

Soutullo000028

DLSO0142     DLSM142     CONSOLIDATED NOTE REPORT                    12/18/08    12:28

LOAN #: ███████     CUSTOMER: DONALD W SOUTULLO               TYP: 001
DEPT ID: ALL (ALL/SRL/ACRONYM)  BAL: Y  TYPE: F (F=FINANCIAL,D=DATAMSGS,B=BOTH)
START DATE: 12/18/08   STOP DATE: 00/00/00   PRINT: Y (Y/N)  PRINTER: U20339
INV: 60000/00000          BLK: 001/000       UNAP:       0.00  CD:
PDTO: 07/01/08 PBAL:     39247.66 EBAL:     -1005.31 WARN: 5 LOCK: 9 STOP: 00

| DATE | TRAN | PDTO | TRAN AMT | PRIN | INT | ESC | L/C | OT-AMT |
|------|------|------|----------|------|-----|-----|-----|--------|
| DATE | TRAN | PDTO | TRAN AMT | PRIN | INT | ESC | L/C | OT-AMT |
| 112008 | SR | 0701 | -49.32 | .00 | .00 | .00 | -49.32 | .00 |
| 5591 | | | BAL AFTER | 39247.66 | | -1005.31 | | |
| 112008 | UI | | | | .00 | .00 | -49.32 | .00 |
| 5591 | | | BAL AFTER | 39247.66 | | -1005.31 | | |
| 112008 | SR | 0701 | -650.68 | .00 | .00 | .00 | .00 | .00 |
| | | UNAPPL | -650.68 | | | | | |
| 5591 | | | BAL AFTER | 39247.66 | | -1005.31 | | |
| 111808 | FER | 0701 | -8.51 | 644-SECURED CLEARING | | | | |
| 5591 | | | BAL AFTER | 39247.66 | | -1005.31 | UNAP | 650.68 |
| 111808 | FEP | 0701 | 8.51 | 610-INTEREST ON ESCR ADV | | | | |
| 5591 | | | BAL AFTER | 39247.66 | | -1005.31 | UNAP | 650.68 |
| 111808 | FEP | 0701 | 8.51 | 644-SECURED CLEARING | | | | |
| 5591 | | | BAL AFTER | 39247.66 | | -1005.31 | UNAP | 650.68 |
| 111808 | FER | 0701 | -15.00 | 44-REINSTMNT TO EXPENSE | | | | |
| 5591 | | | BAL AFTER | 39247.66 | | -1005.31 | UNAP | 650.68 |
| 111808 | FEP | 0701 | 15.00 | 46-BIE-BATCH INSP EXP | | | | |
| 5591 | | | BAL AFTER | 39247.66 | | -1005.31 | UNAP | 650.68 |
| 111808 | FEP | 0701 | 15.00 | 44-REINSTMNT TO EXPENSE | | | | |
| 5591 | | | BAL AFTER | 39247.66 | | -1005.31 | UNAP | 650.68 |
| 111808 | SR | 0701 | 428.49 | .00 | .00 | .00 | 158.02 | .00 |
| | | UNAPPL | 270.47 | | | | | |
| 5591 | | | BAL AFTER | 39247.66 | | -1005.31 | UNAP | 650.68 |
| 111808 | UI | | | | .00 | .00 | 158.02 | .00 |
| 5591 | | | BAL AFTER | 39247.66 | | -1005.31 | UNAP | 380.21 |
| 102408 | E90 | 0701 | -583.05 | PAYEE = MOBILE COU | | -583.05 | CHK# ████2973 | |
| 91 | | | BAL AFTER | 39247.66 | | -1005.31 | UNAP | 380.21 |
| 101408 | PA | 0701 | 452.00 | 262.42 | 189.32 | 112.95 | .00 | .00 |
| | | UNAPPL | -112.69 | | | | | |
| 14032 | LC DT | 1013 | BAL AFTER | 39247.66 | | -422.26 | UNAP | 380.21 |
| 101408 | UI | | | | .00 | .00 | -22.58 | .00 |
| 14032 | LC DT | 1013 | BAL AFTER | 39510.08 | | -535.21 | UNAP | 492.90 |
| 090808 | SR | 0601 | 452.00 | .00 | .00 | .00 | .00 | .00 |
| | | UNAPPL | 452.00 | | | | | |
| 800 | | | BAL AFTER | 39510.08 | | -535.21 | UNAP | 492.90 |
| 090108 | FEA | 0601 | -.36 | 610-INTEREST ON ESCR ADV | | | | |
| 129 | | | BAL AFTER | 39510.08 | | -535.21 | UNAP | 40.90 |
| 081908 | SR | 0601 | 22.62 | .00 | .00 | .00 | 22.62 | 40.90 |
| 3979 | | | BAL AFTER | 39510.08 | | -535.21 | UNAP | 40.90 |
| 081908 | UI | | | | .00 | .00 | 22.62 | .00 |
| 3979 | LC DT | 0818 | BAL AFTER | 39510.08 | | -535.21 | UNAP | 40.90 |
| 081908 | RP | 0601 | 564.69 | 261.17 | 190.57 | 112.95 | .00 | .00 |
| 3979 | LC DT | 0818 | BAL AFTER | 39510.08 | | -535.21 | UNAP | 40.90 |
| 081908 | UI | | | | .00 | .00 | -22.58 | .00 |
| 3979 | LC DT | 0818 | BAL AFTER | 39771.25 | | -648.16 | UNAP | 40.90 |
| 081908 | RP | 0501 | 564.69 | 259.92 | 191.82 | 112.95 | .00 | .00 |
| 3979 | LC DT | 0818 | BAL AFTER | 39771.25 | | -648.16 | UNAP | 40.90 |
| 081908 | UI | | | | .00 | .00 | -22.58 | .00 |
| 3979 | LC DT | 0818 | BAL AFTER | 40031.17 | | -761.11 | UNAP | 40.90 |
| 081208 | E20 | 0401 | -634.00 | PAYEE = ASG-FORCE | | -634.00 | .00 | .00 |
| | | | BAL AFTER | 40031.17 | | -761.11 | UNAP | 40.90 |
| 080108 | FEA | 0401 | -.92 | 610-INTEREST ON ESCR ADV | | | | |
| 129 | | | BAL AFTER | 40031.17 | | -127.11 | UNAP | 40.90 |
| 071808 | PA | 0401 | 452.00 | 258.68 | 193.06 | 112.95 | .00 | .00 |
| | | UNAPPL | -112.69 | | | | | |
| 7576 | LC DT | 0711 | BAL AFTER | 40031.17 | | -127.11 | UNAP | 40.90 |



DEFENDANT'S EXHIBIT
17  T Soctullo

Soutullo000015

```
071808 UI                              .00        .00   -22.58      .00
 7576 LC DT 0711 BAL AFTER    40289.85           -240.06  UNAP   153.59
070108 FEA  0301        -1.40 610-INTEREST ON ESCR ADV
 129              BAL AFTER    40289.85           -240.06  UNAP   153.59
061608 PA   0301     .00    257.45   194.29   112.95     .00      .00
     UNAPPL    -564.69
 7094 LC DT 0612 BAL AFTER    40289.85           -240.06  UNAP   153.59
061508 UI                              .00        .00   -22.58      .00
 7094 LC DT 0612 BAL AFTER    40547.30           -353.01  UNAP   718.28
061608 SR   0201   452.00       .00      .00      .00     .00      .00
     UNAPPL     452.00
 7094              BAL AFTER    40547.30          -353.01  UNAP   718.28
060108 FEA  0201        -2.72 610-INTEREST ON ESCR ADV
 129              BAL AFTER    40547.30           -353.01  UNAP   266.28
052908 PA   0201   564.69   256.22   195.52   112.95     .00      .00
 1538 LC DT 0513 BAL AFTER    40547.30           -353.01  UNAP   266.28
052908 UI                              .00        .00   -22.58      .00
 1538 LC DT 0513 BAL AFTER    40803.52           -465.96  UNAP   266.28
052908 PA   0101   564.69   255.00   196.74   112.95     .00      .00
 1538 LC DT 0513 BAL AFTER    40803.52           -465.96  UNAP   266.28
052908 UI                              .00        .00   -22.58      .00
 1538 LC DT 0513 BAL AFTER    41058.52           -578.91  UNAP   266.28
052908 SR   1201  -1129.38      .00      .00      .00     .00      .00
     UNAPPL   -1129.38
 1538              BAL AFTER    41058.52          -578.91  UNAP   266.28
051308 SR   1201   900.00       .00      .00      .00     .00      .00
     UNAPPL     900.00
13849              BAL AFTER    41058.52          -578.91  UNAP  1395.66
050108 FEA  1201        -3.11 610-INTEREST ON ESCR ADV
 129              BAL AFTER    41058.52           -578.91  UNAP   495.66
042108 FEI  1201       -15.00 46-BIE-BATCH INSP EXP     INVO-INSPECTION-VERIFY
  98              BAL AFTER    41058.52           -578.91  UNAP   495.66
041508 PA   1201     .00    253.79   197.95   169.79     .00      .00
     UNAPPL    -621.53
 9194 LC DT 0414 BAL AFTER    41058.52           -578.91  UNAP   495.66
041508 UI                              .00        .00   -22.58      .00
 9194 LC DT 0414 BAL AFTER    41312.31           -748.70  UNAP  1117.19
041408 FER  1101        -3.66 644-SECURED CLEARING
 5591              BAL AFTER    41312.31          -748.70  UNAP  1117.19
041408 FEP  1101         3.66 610-INTEREST ON ESCR ADV
 5591              BAL AFTER    41312.31          -748.70  UNAP  1117.19
041408 FEP  1101         3.66 644-SECURED CLEARING
 5591              BAL AFTER    41312.31          -748.70  UNAP  1117.19
041408 FER  1101       -15.00 44-REINSTMNT TO EXPENSE
 5591              BAL AFTER    41312.31          -748.70  UNAP  1117.19
041408 FEP  1101        15.00 46-BIE-BATCH INSP EXP
 5591              BAL AFTER    41312.31          -748.70  UNAP  1117.19
041408 FEP  1101        15.00 44-REINSTMNT TO EXPENSE
 5591              BAL AFTER    41312.31          -748.70  UNAP  1117.19
041408 SR   1101   433.34       .00      .00      .00     .00      .00
     UNAPPL     433.34
 5591              BAL AFTER    41312.31          -748.70  UNAP  1117.19
040108 FEA  1101        -3.66 610-INTEREST ON ESCR ADV
 129              BAL AFTER    41312.31           -748.70  UNAP   683.85
031808 FEI  1101       -15.00 46-BIE-BATCH INSP EXP     INVO-INSPECTION-VERIFY
  98              BAL AFTER    41312.31           -748.70  UNAP   683.85
031308 FER  1101        -5.90 644-SECURED CLEARING
13240              BAL AFTER    41312.31          -748.70  UNAP   683.85
031308 FEP  1101         5.90 610-INTEREST ON ESCR ADV
13240              BAL AFTER    41312.31          -748.70  UNAP   683.85
031308 FEP  1101         5.90 644-SECURED CLEARING
13240              BAL AFTER    41312.31          -748.70  UNAP   683.85
031308 FER  1101       -30.00 44-REINSTMNT TO EXPENSE
13240              BAL AFTER    41312.31          -748.70  UNAP   683.85
031308 FEP  1101        30.00 46-BIE-BATCH INSP EXP
13240              BAL AFTER    41312.31          -748.70  UNAP   683.85
```

Soutullo000016

```
031308 FEP  1101      30.00  44-REINSTMNT TO EXPENSE
13240           BAL AFTER     41312.31              -748.70  UNAP    683.85
031308 SR   1101     416.10       .00       .00       .00   22.58      .00
     UNAPPL      393.52
13240           BAL AFTER     41312.31              -748.70  UNAP    683.85
031308 UI                                  .00       .00   22.58      .00
13240 LC DT 0310 BAL AFTER     41312.31              -748.70  UNAP    290.33
030108 FEA  1101      -3.58  610-INTEREST ON ESCR ADV
129             BAL AFTER     41312.31              -748.70  UNAP    290.33
021808 FEI  1101     -15.00  46-BIE-BATCH INSP EXP      INNC-INSPECTION NO CON
98              BAL AFTER     41312.31              -748.70  UNAP    290.33
020708 PA   1101       .00    252.57    199.17    169.79     .00      .00
     UNAPPL     -621.53
1538 LC DT 0201 BAL AFTER     41312.31              -748.70  UNAP    290.33
020708 UI                                  .00       .00  -22.58      .00
1538 LC DT 0201 BAL AFTER     41564.88              -918.49  UNAP    911.86
020108 SR   1001     452.00       .00       .00       .00     .00      .00
     UNAPPL      452.00
800             BAL AFTER     41564.88              -918.49  UNAP    911.86
020108 FEA  1001      -2.32  610-INTEREST ON ESCR ADV
129             BAL AFTER     41564.88              -918.49  UNAP    459.86
012108 FEI  1001     -15.00  46-BIE-BATCH INSP EXP      INNC-INSPECTION NO CON
98              BAL AFTER     41564.88              -918.49  UNAP    459.86
123107 YTD  1001       .00       .00   2099.62   1098.66     .00      .00
                BAL AFTER     41564.88              -918.49  UNAP    459.86
123107 SR   1001     452.00       .00       .00       .00     .00      .00
     UNAPPL      452.00
800             BAL AFTER     41564.88              -918.49  UNAP    459.86
121007 SR   1001     452.00       .00       .00    452.00     .00      .00
800             BAL AFTER     41564.88              -918.49  UNAP    07.86
110207 PA   1001       .00    251.37    200.37    169.79     .00      .00
     UNAPPL     -621.53
201             BAL AFTER     41564.88             -1370.49  UNAP    07.86
110207 SR   0901     452.00       .00       .00       .00     .00      .00
     UNAPPL      452.00
800             BAL AFTER     41816.25             -1540.28  UNAP    629.39
102507 E90  0901    -562.68  PAYEE = MOBILE COU     -562.68  CHK#      1883
91              BAL AFTER     41816.25             -1540.28  UNAP    177.39
100807 PA   0901       .00    250.17    201.57    169.79     .00      .00
     UNAPPL     -621.53
201             BAL AFTER     41816.25              -977.60  UNAP    177.39
100707 SR   0801     452.00       .00       .00       .00     .00      .00
     UNAPPL      452.00
800             BAL AFTER     42066.42             -1147.39  UNAP    798.92
091307 FER  0801     -69.98  44-REINSTMNT TO EXPENSE
10932           BAL AFTER     42066.42             -1147.39  UNAP    346.92
091307 FEP  0801      69.98  11-INSPECTION
10932           BAL AFTER     42066.42             -1147.39  UNAP    346.92
091307 FEP  0801      69.98  44-REINSTMNT TO EXPENSE
10932           BAL AFTER     42066.42             -1147.39  UNAP    346.92
091307 SR   0801     382.02       .00       .00       .00   35.10      .00
     UNAPPL      346.92
10932           BAL AFTER     42066.42             -1147.39  UNAP    346.92
091307 UI                                  .00       .00   35.10      .00
10932 LC DT 0911 BAL AFTER     42066.42             -1147.39
081307 PA   0801     454.00    248.98    202.76      2.26     .00      .00
                BAL AFTER     42066.42             -1147.39
081307 SR   0701    -454.00       .00       .00       .00     .00      .00
     UNAPPL     -454.00
                BAL AFTER     42315.40             -1149.65
081007 SR   0701     454.00       .00       .00       .00     .00      .00
     UNAPPL      454.00
                BAL AFTER     42315.40             -1149.65  UNAP    454.00
071107 PA   0701     452.00    247.79    203.95      .26      .00      .00
                BAL AFTER     42315.40             -1149.65
071107 SR   0601    -452.00       .00       .00       .00     .00      .00
```

Soutullo000017

```
    UNAPPL    452.00
              BAL AFTER    42563.19                -1149.91
071007 SR  0601    452.00       .00      .00       .00      .00      .00
    UNAPPL    452.00
              BAL AFTER    42563.19                -1149.91  UNAP    452.00
060607 RP  0501    451.74    246.61   205.13       .00      .00      .00
              BAL AFTER    42563.19                -1149.91
060607 SR  0601      2.26       .00      .00       .00     2.26      .00
              BAL AFTER    42809.80                -1149.91
060607 UI                      .00               .00     2.26      .00
              BAL AFTER    42809.80                -1149.91
050807 RP  0501    451.74    245.43   206.31       .00      .00      .00
              BAL AFTER    42809.80                -1149.91
050807 SR  0501      2.26       .00      .00       .00     2.26      .00
              BAL AFTER    43055.23                -1149.91
050807 UI                      .00               .00     2.26      .00
              BAL AFTER    43055.23                -1149.91
042407 E90 0401   -535.98 PAYEE = MOBILE COU     -535.98     .00      .00
              BAL AFTER    43055.23                -1149.91
040307 RP  0401    451.74    244.26   207.48       .00      .00      .00
              BAL AFTER    43055.23                 -613.93
040307 SR  0401      2.26       .00      .00       .00     2.26      .00
              BAL AFTER    43299.49                 -613.93
040307 UI                      .00               .00     2.26      .00
              BAL AFTER    43299.49                 -613.93
030707 RP  0301    451.74    243.10   208.64       .00      .00      .00
              BAL AFTER    43299.49                 -613.93
030707 SR  0301       .26       .00      .00       .00      .26      .00
              BAL AFTER    43542.59                 -613.93
030707 UI                      .00               .00      .26      .00
              BAL AFTER    43542.59                 -613.93
020507 RP  0201    451.74    241.94   209.80       .00      .00      .00
              BAL AFTER    43542.59                 -613.93
020507 SR  0201       .26       .00      .00       .00      .26      .00
              BAL AFTER    43784.53                 -613.93
020507 UI                      .00               .00      .26      .00
              BAL AFTER    43784.53                 -613.93
010807 RP  0101    451.74    240.79   210.95       .00      .00      .00
              BAL AFTER    43784.53                 -613.93
010807 SR  0101       .26       .00      .00       .00      .26      .00
              BAL AFTER    44025.32                 -613.93
010807 UI                      .00               .00      .26      .00
              BAL AFTER    44025.32                 -613.93
123106 YTD 1201       .00       .00  3301.60       .00      .00      .00
              BAL AFTER    44025.32                 -613.93            00.00
121806 PA  1201    451.74    239.64   212.10       .00      .00      .00
              BAL AFTER    44025.32                 -613.93
121806 SR  1201      2.26       .00      .00       .00     2.26      .00
              BAL AFTER    44264.96                 -613.93
121806 UI                      .00               .00     2.26      .00
              BAL AFTER    44264.96                 -613.93
110306 PA  1101    451.74    238.49   213.25       .00      .00      .00
              BAL AFTER    44264.96                 -613.93
110306 PA  1001    451.74    237.36   214.38       .00      .00      .00
              BAL AFTER    44503.45                 -613.93
110306 PA  0901    451.74    236.23   215.51       .00      .00      .00
              BAL AFTER    44740.81                 -613.93
110306 PA  0801    451.74    235.10   216.64       .00      .00      .00
              BAL AFTER    44977.04                 -613.93
102306 FEA 0701    -15.00  11-INSPECTION        INFC-INSPECTION-FORECL
              BAL AFTER    45212.14                 -613.93
101606 UI                      .00               .00   -22.59      .00
              BAL AFTER    45212.14                 -613.93
092806 RP  0701    451.74    233.98   217.76       .00      .00      .00
              BAL AFTER    45212.14                 -613.93
092806 SR  0701       .26       .00      .00       .00      .26      .00
```

Soutullo000018

```
                BAL AFTER      45446.12            -613.93
092806 UI                              .00            .00       .26      .00
                BAL AFTER      45446.12            -613.93
092506 FEA  0601     -15.00  11-INSPECTION       INFC-INSPECTION-FORECL
                BAL AFTER      45446.12            -613.93
091806 UI                              .00            .00    -22.59      .00
                BAL AFTER      45446.12            -613.93
090506 RP   0601     451.74    232.86    218.88      .00       .00      .00
                BAL AFTER      45446.12            -613.93
090506 FEP  0601        .26  11-INSPECTION
                BAL AFTER      45678.98            -613.93
082306 FEA  0501     -15.00  11-INSPECTION       INFC-INSPECTION-FORECL
                BAL AFTER      45678.98            -613.93
080106 FEA  0501     -15.00  11-INSPECTION       INFC-INSPECTION-FORECL
                BAL AFTER      45678.98            -613.93
072806 RP   0501     451.74    231.75    219.99      .00       .00      .00
                BAL AFTER      45678.98            -613.93
072806 FEP  0501        .26  11-INSPECTION
                BAL AFTER      45910.73            -613.93
071006 R20  0401     531.58       .00       .00   531.58       .00      .00
                BAL AFTER      45910.73            -613.93
070506 RP   0401     451.75    230.65    221.09      .01       .00      .00
                BAL AFTER      45910.73           -1145.51
070506 FEP  0401       2.25  11-INSPECTION
                BAL AFTER      46141.38           -1145.52
070506 DET         -240.00               C-0000000 000000
            280-MISC/OTHER     3PTY    TAXO-TAXES OTHER
                BAL AFTER      46141.38           -1145.52              00.00
060506 FEA  0301     -15.00  11-INSPECTION       INFC-INSPECTION-FORECL
                BAL AFTER      46141.38           -1145.52
060506 RP   0301     451.75    229.55    222.19      .01       .00      .00
                BAL AFTER      46141.38           -1145.52
060506 FEP  0301       2.25  11-INSPECTION
                BAL AFTER      46370.93           -1145.53
053006 R90  0201     240.00       .00       .00   240.00       .00      .00
                BAL AFTER      46370.93           -1145.53
052606 DET          240.00 010970000 MOBILE COU C-566713   000000
            280-MISC/OTHER     3PTY    TAXO-TAXES OTHER
                BAL AFTER      46370.93           -1385.53              00.00
050506 RP   0201     451.75    228.45    223.29      .01       .00      .00
                BAL AFTER      46370.93           -1385.53
050506 FEP  0201       2.25  715-FAX
                BAL AFTER      46599.38           -1385.54
042706 E90  0101    -240.00  PAYEE = MOBILE COU  -240.00       .00      .00
                BAL AFTER      46599.38           -1385.54
042106 E20  0101    -743.40  PAYEE = ALFA MUTUA  -743.40       .00      .00
                BAL AFTER      46599.38           -1145.54
033006 RP   0101     451.74    227.36    224.38      .00       .00      .00
                BAL AFTER      46599.38            -402.14
033006 FEP  0101       2.26  715-FAX
                BAL AFTER      46826.74            -402.14
030206 RP   1201     451.74    226.28    225.46      .00       .00      .00
                BAL AFTER      46826.74            -402.14
030206 FEP  1201       2.26  715-FAX
                BAL AFTER      47053.02            -402.14
013106 PA   1101     451.74    225.20    226.54      .00       .00      .00
                BAL AFTER      47053.02            -402.14
013106 SR   1001    -451.74       .00       .00      .00       .00      .00
         UNAPPL     -451.74
                BAL AFTER      47278.22            -402.14
013106 SR   1001       2.52       .00       .00      2.52       .00      .00
                BAL AFTER      47278.22            -402.14  UNAP    451.74
013106 SR   1001      -2.52       .00       .00      .00       .00      .00
         UNAPPL       -2.52
                BAL AFTER      47278.22            -404.66  UNAP    451.74
012706 SR   1001     454.00       .00       .00      .00       .00      .00
```

Soutullo000019

```
      UNAPPL       454.00
                BAL AFTER        47278.22                    -404.66   UNAP    454.26
012306 PA   1001     451.74      224.12      227.62      .00      .00      .00
012306 SR   0901      -451.74      .00        .00        .00      .00      .00
                BAL AFTER        47278.22                    -404.66   UNAP    00.26
      UNAPPL      -451.74
                BAL AFTER        47502.34                    -404.66   UNAP    00.26
122005 SR   0901     452.00       .00        .00        .00      .00      .00
      UNAPPL       452.00
                BAL AFTER        47502.34                    -404.66   UNAP    452.00
082605 RP   0901     454.00      223.06      228.68      2.26     .00      .00
                BAL AFTER        47502.34                    -404.66
072805 RP   0801     454.00      221.99      229.75      2.26     .00      .00
                BAL AFTER        47725.40                    -406.92
062705 RP   0701     454.00      220.93      230.81      2.26     .00      .00
                BAL AFTER        47947.39                    -409.18
052705 RP   0601     453.11      219.88      231.86      1.37     .00      .00
                BAL AFTER        48168.32                    -411.44
050205 SR   0501      .00        2.26        .00        .00      .00      .00
      UNAPPL       -2.26
                BAL AFTER        48388.20                    -412.81
042505 RP   0501     453.11      218.82      232.92      1.37     .00      .00
                BAL AFTER        48390.46                    -412.81   UNAP    02.26
032805 SR   0401      .00        2.26        .00        .00      .00      .00
      UNAPPL       -2.26
                BAL AFTER        48609.28                    -414.18   UNAP    02.26
032805 PA   0401     451.74      217.77      233.97      .00      .00      .00
                BAL AFTER        48611.54                    -414.18   UNAP    04.52
032805 SR   0301     -451.74      .00        .00        .00      .00      .00
      UNAPPL       -451.74
                BAL AFTER        48829.31                    -414.18   UNAP    04.52
032805 PA   0301     451.74      216.73      235.01      .00      .00      .00
                BAL AFTER        48829.31                    -414.18   UNAP    456.26
032805 SR   0301     -451.74      .00        .00        .00      .00      .00
      UNAPPL       -451.74
                BAL AFTER        49046.04                    -414.18   UNAP    456.26
032805 SR   0301     454.00       .00        .00        .00      .00      .00
      UNAPPL       454.00
                BAL AFTER        49046.04                    -414.18   UNAP    908.00
032805 SR   0301     -454.00     -454.00      .00        .00      .00      .00
                BAL AFTER        49046.04                    -414.18   UNAP    454.00
032805 PR8  0301     -454.00     -218.90     -232.84     -2.26     .00      .00
                BAL AFTER        48592.04                    -414.18   UNAP    454.00
032805 SR   0301     454.00       .00        .00        .00      .00      .00
      UNAPPL       454.00
                BAL AFTER        48373.14                    -411.92   UNAP    454.00
032805 AA   0301 LATE CHARGE ADJUSTMENT - WAIVED                      22.59
                BAL AFTER        48373.14                    -411.92
032505 RP   0301     454.00      218.90      232.84      2.26     .00      .00
                BAL AFTER        48373.14                    -411.92
031605 UI                                    .00        .00     -22.59     .00
                BAL AFTER        48592.04                    -414.18
031105 DEB           .57                            C-0000000  000000
      80-MISC OTHER              ABNC-ABN CLEAR CORP ADV
                BAL AFTER        48592.04                    -414.18
022505 SR   0201     454.00      454.00      .00        .00      .00      .00
                BAL AFTER        48592.04                    -414.18
021705 R20  0201     645.02       .00        .00       645.02     .00      .00
                BAL AFTER        49046.04                    -414.18
020905 E20  0201    -362.00 PAYEE = ALFA MUTUA      -362.00     .00      .00
                BAL AFTER        49046.04                   -1059.20
020705 RP   0201     454.00      215.69      236.05      2.26     .00      .00
                BAL AFTER        49046.04                    -697.20
122704 FEP  0201      .57 740-MISCELLANEOUS FEE               -699.46
                BAL AFTER        49261.73                    -699.46
122704 DEB           -.57                           C-0000000  000000
```

Soutullo000020

```
                 40-MISC FORECLOSURE        ABNC-ABN CLEAR CORP ADV
                 BAL AFTER    49261.73                -699.46                    00.00
122404 SR   0101      .57        .00       .00        .00       .00      .00
     UNAPPL        .57
                 BAL AFTER    49261.73                -699.46
122404 RP   0101    454.43     214.67    237.07      2.69       .00      .00
                 BAL AFTER    49261.73                -699.46   UNAP   -00.57
112604 RP   1201    452.00     213.64    238.10       .26       .00      .00
                 BAL AFTER    49476.40                -702.15   UNAP   -00.57
112404 E20  1101   -684.40 PAYEE = ALFA MUTUA        -684.40     .00      .00
                 BAL AFTER    49690.04                -702.41   UNAP   -00.57
102504 RP   1101    452.00     212.62    239.12       .26       .00      .00
                 BAL AFTER    49690.04                -18.01    UNAP   -00.57
092404 RP   1001    451.74     211.61    240.13       .00       .00      .00
                 BAL AFTER    49902.66                -18.27    UNAP   -00.57
082504 RP   0901    452.00     210.60    241.14       .26       .00      .00
                 BAL AFTER    50114.27                -18.27    UNAP   -00.57
072904 RP   0801    451.74     209.60    242.14       .00       .00      .00
                 BAL AFTER    50324.87                -18.53    UNAP   -00.57
062804 RP   0701    452.00     208.60    243.14       .26       .00      .00
                 BAL AFTER    50534.47                -18.53    UNAP   -00.57
052104 RP   0601    452.00     207.60    244.14       .26       .00      .00
                 BAL AFTER    50743.07                -18.79    UNAP   -00.57
041904 RP   0501    452.00     206.61    245.13       .26       .00      .00
                 BAL AFTER    50950.67                -19.05    UNAP   -00.57
032304 PA   0401    452.00     205.63    246.11       .26       .00      .00
                 BAL AFTER    51157.28                -19.31    UNAP   -00.57
030104 SR   0301      .00        .25       .00        .00       .00      .00
     UNAPPL      -.25
                 BAL AFTER    51362.91                -19.57    UNAP   -00.57
022704 SR   0301      .25        .00       .00        .00       .00      .00
     UNAPPL       .25
                 BAL AFTER    51363.16                -19.57    UNAP   -00.32
022704 RP   0301    451.75     204.64    247.10       .01       .00      .00
                 BAL AFTER    51363.16                -19.57    UNAP   -00.57
020204 E20  0201    -19.58 PAYEE = ALFA MUTUA        -19.58     .00      .00
                 BAL AFTER    51567.80                -19.58    UNAP   -00.57
012604 RP   0201    451.74     203.67    248.07       .00       .00      .00
                 BAL AFTER    51567.80                00.00     UNAP   -00.57
122903 SR   0101      .26        .26       .00        .00       .00      .00
                 BAL AFTER    51771.47                00.00     UNAP   -00.57
122903 PA   0101    451.74     202.70    249.04       .00       .00      .00
                 BAL AFTER    51771.73                00.00     UNAP   -00.57
112503 SR   1201      .00        .26       .00        .00       .00      .00
     UNAPPL      -.26
                 BAL AFTER    51974.43                00.00     UNAP   -00.57
112403 SR   1201      .26        .00       .00        .00       .00      .00
     UNAPPL       .26
                 BAL AFTER    51974.69                00.00     UNAP   -00.31
112403 RP   1201    451.74     201.73    250.01       .00       .00      .00
                 BAL AFTER    51974.69                00.00     UNAP   -00.57
102703 RP   1101    451.74     200.77    250.97       .00       .00      .00
                 BAL AFTER    52176.42                00.00     UNAP   -00.57
092903 RP   1001    451.74     199.81    251.93       .00       .00      .00
                 BAL AFTER    52377.19                00.00     UNAP   -00.57
082103 RP   0901    451.74     198.86    252.88       .00       .00      .00
                 BAL AFTER    52577.00                00.00     UNAP   -00.57
072403 RP   0801    451.74     197.91    253.83       .00       .00      .00
                 BAL AFTER    52775.86                00.00     UNAP   -00.57
062403 SR   0701      .00        .26       .00        .00       .00      .00
     UNAPPL      -.26
                 BAL AFTER    52973.77                00.00     UNAP   -00.57
062303 SR   0701      .26        .00       .00        .00       .00      .00
     UNAPPL       .26
                 BAL AFTER    52974.03                00.00     UNAP   -00.31
062303 RP   0701    451.74     196.96    254.78       .00       .00      .00
```

Soutullo000021

```
                    BAL AFTER    52974.03                  00.00  UNAP  -00.57
052803 RP    0601     451.74       196.02     255.72        .00    .00    .00
                    BAL AFTER    53170.99                  00.00  UNAP  -00.57
042803 SR    0501      .00          .57        .00         .00    .00    .00
       UNAPPL         -.57
                    BAL AFTER    53367.01                  00.00  UNAP  -00.57
042503 SR    0501     22.02        22.02        .00         .00    .00    .00
                    BAL AFTER    53367.58                  00.00
042503 SR    0501      .57          .00        .00         .00    .00    .00
       UNAPPL          .57
                    BAL AFTER    53389.60                  00.00
042503 RP    0501     451.74       194.98     256.76        .00    .00    .00
                    BAL AFTER    53389.60                  00.00  UNAP  -00.57
032703 FER   0401     -.57  740-MISCELLANEOUS FEE
                    BAL AFTER    53584.58                  00.00  UNAP  -00.57
032703 RP    0401     451.74       194.05     257.69        .00    .00    .00
                    BAL AFTER    53584.58                  00.00  UNAP  -00.57
032703 FEA   0301      .57  738-SHORT PAYMENT
                    BAL AFTER    53778.63                  00.00  UNAP  -00.57
022603 SR    0301     22.59        22.59        .00         .00    .00    .00
                    BAL AFTER    53778.63                  00.00  UNAP  -00.57
022603 RP    0301     451.74       193.02     258.72        .00    .00    .00
                    BAL AFTER    53801.22                  00.00  UNAP  -00.57
012803 RP    0201     451.74       192.10     259.64        .00    .00    .00
                    BAL AFTER    53994.24                  00.00  UNAP  -00.57
011403 SR    0101     22.59        22.59        .00         .00    .00    .00
                    BAL AFTER    54186.34                  00.00  UNAP  -00.57
011403 RP    0101     451.74       191.07     260.67        .00    .00    .00
                    BAL AFTER    54208.93                  00.00  UNAP  -00.57
121702 SR    1201     43.45         .00       43.45         .00    .00    .00
                    BAL AFTER    54400.00                  00.00  UNAP  -00.57

    END OF HISTORY
```

Soutullo000022

Donald W. Soutullo Tammy Soutullo
January 27, 2009
Page 2

| | | |
|---|---|---:|
| Five Payments @ $564.69 | $ | 2,823.45 |
| Two Payments @ $623.68 | $ | 1,247.36 |
| Late Charges (6 @ $22.58) | $ | 135.48 |
| Uncollected | $ | 49.32 |
| Pending Inspections | $ | 60.00 |
| Appraisal/BPO | $ | 84.00 |
| Inspections | $ | 15.00 |
| Estimated Attorneys Fees and Costs | $ | 1,554.00 |
| Total to Reinstate Good Through 2/16/09 | $ | 5,968.61 |

Please be advised that the amount necessary to payoff the loan good through February 2, 2009 is $43,302.37. This payoff amount was previously provided to you in our letter dated January 19, 2009. Payoff and reinstatement funds should be made payable to Sirote & Permutt and sent via certified funds or cashiers check. Please be advised that we are now moving forward with the foreclosure. We will forward a copy of the publication notice once it is available.

This communication is from a debt collector.

Sincerely,

Colleen McCullough
FOR THE FIRM

CEM/mm
Enclosures


DEFENDANT'S
EXHIBIT

15 T.Soutello

Soutullo000026

DOCSBHM\1607764\1\