*Soutullo, et al. v. CitiMortgage, Inc.*; Adversary Proceeding No. 09-01137

**<u>Exhibit B to CitiMortgage, Inc.'s Motion for Summary Judgment</u>**

```
 1           IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
 2                        MOBILE DIVISION

 3

             * * * * * * * * * * * * * * *   *
 4      IN RE:                                *
                                              *
 5      DONALD W. SOUTULLO,                   *CHAPTER 13
                                              *CASE NO.:
 6                 Debtor,                    *09-11543-MAM-13
                                              *
 7           * * * * * * * * * * * * * * *   *
                                              *
 8      DONALD W. SOUTULLO and TAMMY          *
        SOUTULLO,                             *
 9                                            *
                     Plaintiffs,              *
10                                            *ADVERSARY
        vs.                                   *PROCEEDING NO.:
11                                            *09-1137
        CITIMORTGAGE, INC.,                   *
12                                            *
                     Defendant.               *
13                                            *
             * * * * * * * * * * * * * * *   *
14

15

16            The testimony of DONALD SOUTULLO, taken at

17       the law offices of Kenneth J. Riemer, 166

18       Government Street, Suite 100, Mobile, Alabama,

19       on May 26, 2010, commencing at 1:54 p.m.

20

21

22

23

           FREEDOM COURT REPORTING, 301 ST. LOUIS STREET, MOBILE, ALABAMA
                               (251) 438-4990
```

```
1    BY MR. MANLEY:

2         Q.   Tell me what your date of birth is.

3         A.   ████████

4         Q.   And you're married to Ms. Soutullo here?

5         A.   Yes.

6         Q.   She said twenty-nine years, is that right?

7         A.   That sounds right, yes, sir.

8         Q.   And you guys have two children?

9         A.   Yes, sir.

10        Q.   And ████████ lives with you guys?

11        A.   Yes.

12        Q.   And ██████ lives there on the property?

13        A.   Yes.

14        Q.   Is ███████ married?

15        A.   Yes.

16        Q.   How many children does he have?

17        A.   Three.

18        Q.   Is ████████ married?

19        A.   Divorced.

20        Q.   Does she have a child?

21        A.   Yes.

22        Q.   How old is ████████ child?

23        A.   He'll be three in November.
```

```
 1   Putting that time period aside, have you ever been

 2   delinquent on any loans or credit cards or anything that

 3   you've ever had?

 4        A.   No, sir.

 5        Q.   Have you ever been arrested?

 6        A.   No, sir.

 7        Q.   Ever been convicted of a crime?

 8        A.   No.

 9        Q.   Ever been a plaintiff in a lawsuit?

10        A.   No.

11        Q.   Ever been a party to a lawsuit?

12        A.   No.

13        Q.   Have you ever given a deposition before,

14   what we're doing here today?

15        A.   No.

16        Q.   Tell me, if you would, about your

17   educational background.

18        A.   I never finished the tenth grade.

19        Q.   What year was that that you dropped out of

20   the tenth grade?

21        A.   Let's see, that was in '75.

22        Q.   Did you have any schooling after dropping

23   out of the tenth grade?
```

```
1         A.    No.

2         Q.    Never had any vocational training?

3         A.    No.

4         Q.    And your wife testified that she handles
5    the financial affairs for your family, is that right?

6         A.    Yes.

7         Q.    Is she the one who has the most knowledge
8    about your ABM/CitiMortgage loan or would you say you
9    have a lot of knowledge on it?

10        A.    She has the most.

11        Q.    Let's talk about from '75 to the present,
12   tell me about your job history to the extent that you
13   can remember.  I know that's a long time ago.

14              Did you immediately start working after
15   the tenth grade or when you dropped out of school?

16        A.    Yeah.  I was working, I would work summer
17   between the school years or whatever, but I went into
18   drywall.  Just went to work for a guy and worked with
19   him and with several more through the years, just
20   working hourly.

21              Then I got an opportunity about fifteen
22   years ago to work for myself.  So I've did drywall all my
23   life, finishing sheetrock.
```

```
1        Q.    Do you recall anything about a notification

2   from Alfa Insurance stating that your insurance had

3   cancelled on May 25th, 2008?

4        A.    No.

5        Q.    Look at the bates number 524, back like two

6   pages, I think.

7        A.    Yeah.

8        Q.    That's a letter dated August 15th, 2008.

9   Do you see that?

10       A.    Yes.

11       Q.    And it's again addressed to you at the

12  correct address in Lucedale, is that right?

13       A.    Yes.

14       Q.    And it says they placed insurance on your

15  property for a premium of six hundred thirty-four

16  dollars.  Do you see that?

17       A.    Yes.

18       Q.    Do you remember anything about that?

19       A.    No.

20       Q.    Do you recall receiving monthly statements

21  from CitiMortgage?

22       A.    I've seen some statements, yeah.

23       Q.    And your wife testified that she received
```

```
 1    those statements every month.  Does that jive with your

 2    memory?

 3         A.    Yes, sir.

 4         Q.    Your wife has told me about a number of

 5    conversations that she had with the foreclosure counsel.

 6    I think what she said is she had called CitiMortgage

 7    maybe some time in late 2008 and they told her to call

 8    Sirote & Permutt, the law firm.

 9               And she called and you heard those

10    conversations, her talking to Mike Miller.  We went over

11    some letters that she received from counsel.

12               Did you ever have any communications with

13    anybody at Sirote?

14         A.    No.

15         Q.    Did you and your wife discuss her

16    communications with anybody at Sirote?

17         A.    Yeah.  We did some, from time to time,

18    yeah.

19         Q.    Do you recall reading any of the

20    information or letters that Sirote sent to you?

21         A.    No, I don't.

22         Q.    Your wife also testified that she spent

23    some time finding cancelled checks or payments that she
```

```
 1   had made on the mortgage and that she went and got proof

 2   that she had paid the taxes on the property?

 3          A.    Yeah.

 4          Q.    Were you involved in any of those exercises

 5   to locate that information or was your wife the one that

 6   was doing that?

 7          A.    My wife.

 8          Q.    She had all the contact with Sirote, with

 9   the attorneys from Sirote, is that correct?

10          A.    Yeah.

11          Q.    You never spoke with anyone from Sirote?

12          A.    No.

13          Q.    To your knowledge, you never spoke with

14   anybody from CitiMortgage?

15          A.    No.

16          Q.    And to your knowledge, you've never spoken

17   with anybody at ABM-AMRO?

18          A.    No.

19          Q.    Have you ever spoken with anybody at Alfa

20   Insurance or Tommy Lambert's office about your

21   homeowner's insurance?

22          A.    No.

23          Q.    Let me show you what has been marked as
```

1   Exhibit 7 to the deposition.

2           MR. MANLEY:  We're just going to have --

3       these are the same exhibits that were attached

4       to Mrs. Soutullo's deposition and we're not going

5       to attach them to your deposition, but we'll

6       reference the ones in hers.

7   BY MR. MANLEY:

8       Q.   Are you familiar with Exhibit 7?

9       A.   Yes, sir.

10      Q.   Do you know what that document represents?

11      A.   It's just proof of insurance.

12      Q.   But you had nothing to do with collecting

13  that, your wife did that?

14      A.   Right.

15      Q.   Do you know what this document means, like

16  it says, "receipted date," like the first page of

17  Exhibit 7 and the top center it says, "receipted date

18  2/17/2010?"  Do you know what that means?

19      A.   No.

20      Q.   How do these three pages prove that you had

21  insurance and what periods was that insurance for, do you

22  know?

23      A.   No, sir, I don't.  Without just looking at

1   it, I don't know.

2            MR. RIEMER:  For the record, Reid, we

3       haven't necessarily represented those as proven.

4       We think there are documents that will do that.

5       I think those just prove that certain payments

6       were made.

7   BY MR. MANLEY:

8        Q.    So, you don't know?

9        A.    No, sir.

10       Q.    Let me show you what is marked as

11  Exhibit 8.  You might need to get the magnifying glass

12  out.  I'll represent to you that that's the welcome

13  letter from CitiMortgage saying that the servicing of

14  you're loan has transferred to CitiMortgage.  Do you

15  recall receiving that letter?

16       A.    I don't, sir.

17       Q.    Let me show you what I marked as Exhibit

18  Number 9 to your deposition.  Flip through that entire

19  document, if you would, and let me know if you recognize

20  those documents?

21       A.    (Witness complies)

22       Q.    You shook your head, does that mean you do

23  not recognize those?

```
1        A.    No, sir.

2        Q.    To your knowledge, you've never seen the

3   documents that make up Exhibit Number 9?

4        A.    No, sir.

5        Q.    I'm going to go a little bit out of order

6   here.  I'm going to go to Exhibit 12.  If you would,

7   review those documents and tell me if you've ever seen

8   those documents?

9        A.    Is that a copy of a statement there, is

10  that what that is?

11       Q.    If you look, it's an annual escrow

12  analysis.  That's what number 9 is too.

13       A.    Yeah.

14       Q.    Okay.

15       A.    No, I mean the statements I think began to

16  look like that at one time, but I don't remember this

17  here in particular.

18       Q.    Did you ever get statements and just not

19  look at them?

20       A.    No, sir.

21       Q.    You always would look at them?

22       A.    Yes, sir.

23       Q.    If you had seen these documents you could
```