*Soutullo, et al. v. CitiMortgage, Inc.*; Adversary Proceeding No. 09-01137

**Exhibit C to CitiMortgage, Inc.'s Motion for Summary Judgment**

```
1              IN THE UNITED STATES BANKRUPTCY COURT

2              FOR THE SOUTHERN DISTRICT OF ALABAMA

3

     IN RE:  DONALD W. SOUTULLO          )
4                                        )
                    Debtor,              ) CHAPTER 13
5                                        ) CASE NO.
     DONALD W. SOUTULLO,                 ) 09-11543-MAM-13
6                                        )
                    Plaintiff,           ) ADV. PRO. NO:
7                                        ) 09-01137
     vs.                                 )
8                                        )
     CITIMORTGAGE, INC., ET AL.,         )
9                                        )
                    Defendants.          )
10

11

12

13   ******************************************************

14                   ORAL DEPOSITION OF

15                     BRYAN SCHREPEL

16                      May 20, 2010

17   ******************************************************

18

19

20              ANSWERS AND DEPOSITION of BRYAN SCHREPEL,

21   taken at the instance of the Plaintiffs, on the 20th

22   day of May, A.D., 2010 from 9:05 a.m. to 3:02 p.m. in

23   the above styled and numbered cause at the Embassy
```

EXHIBIT
C

09:31:38  1      A.   Correct.  They call that the welcome letter.

09:31:40  2      Q.   Okay.  And that's August 10th, 2007, right?

09:31:42  3      A.   Yes.

09:31:44  4      Q.   Now, was that around the same time as the

09:31:46  5  merger?

09:31:46  6      A.   Correct.

09:31:46  7      Q.   Now did -- did the ABN-AMRO loans get boarded

09:31:50  8  onto CitiMortgage's system more or less around the same

09:31:54  9  time?

09:31:54 10      A.   As far as I know.  So -- I mean, I wasn't with

09:31:56 11  the company back then.  So I don't know.  I mean with

09:32:00 12  that division.  But I would assume it was roughly that

09:32:04 13  time period.  So --

09:32:04 14      Q.   From your understanding it was -- it wasn't

09:32:10 15  graduated in?

09:32:10 16      A.   Correct.

09:32:10 17      Q.   It was all one chunk of loans at one time?

09:32:14 18      A.   Uh-huh.

09:32:18 19      Q.   Okay.  When -- when Citi acquired ABN-AMRO,

09:32:40 20  did it keep the ABN-AMRO servicing -- did it acquire

09:32:46 21  the ABN-AMRO servicing personnel?

09:32:50 22           Do you know?

09:32:50 23      A.   Yeah.  I don't know the answer to that.

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc  Exhibit
C    Page 3 of 85

09:41:52 1                    MR. MANLEY:  Through what?  I'm sorry,

09:41:54 2  Ken.

09:41:56 3      A.   242.

09:41:56 4                    MR. RIEMER:  Let's do our best to keep

09:41:58 5  that together.

09:42:04 6      Q.   (By Mr. Riemer)  I'm going do have you look at

09:42:06 7  No. 219.

09:42:16 8                    Do you see that?

09:42:16 9      A.   Yes.

09:42:18 10      Q.   Okay.  Now, does 219 describe the amount of

09:42:26 11  the claim that Citi has made in the bankruptcy case?

09:42:30 12      A.   Correct.  Exhibit A is a breakdown of the

09:42:34 13  arrears at the time of filing.

09:42:36 14      Q.   Okay.  So the -- and this amount $5,084.51 is

09:42:48 15  the amount that Citi is claiming in the bankruptcy?

09:42:50 16      A.   Correct.

09:42:50 17      Q.   And that shows a -- a delinquent payment

09:42:58 18  amount of arrearage payments $4,517.52.

09:43:04 19                    Am I reading that right?

09:43:06 20      A.   The -- yeah.  Eight payments at 564.69.  So --

09:43:10 21      Q.   Okay.  Appraisal fee, is that a fee that was

09:43:16 22  incurred in connection with the foreclosure proceeding?

09:43:20 23      A.   Yeah.  That was the BPO appraisal fee.

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc  Exhibit
C    Page 4 of 85

09:43:24   1     Q.    BPO is something that Citi does in

09:43:26   2   anticipation of a foreclosure sale, right?

09:43:28   3     A.    Correct. It helps value the property.

09:43:32   4     Q.    The escrow shortage, that's 245.04. Is that

09:43:38   5   right?

09:43:38   6     A.    Correct.

09:43:38   7     Q.    Okay. And we're going to go into this in

09:43:42   8   detail, but I want to make sure I understand this.

09:43:46   9           This is the amount as of the filing of

09:43:48 10   the bankruptcy that -- that Citi claims that the

09:43:52 11   Soutullos owe because of a failure to make tax

09:43:56 12   payments?

09:43:56 13     A.    Taxes and insurance, right.

09:43:58 14     Q.    Taxes and insurance.

09:44:00 15           So some of this is taxes; some of it's

09:44:04 16   insurance?

09:44:04 17     A.    Correct.

09:44:04 18     Q.    Will -- will the documents in the CitiLink

09:44:10 19   system tell us which is which?

09:44:10 20     A.    Yes, they are. The escrow is divided into

09:44:14 21   taxes and insurance.

09:44:14 22     Q.    Okay. Now, there's a -- there's two late

09:44:20 23   charge items. There's accrued late charge, and there's

Case 09-01137    Doc 18-5    Filed 07/12/10    Entered 07/12/10 17:02:33    Desc Exhibit
C    Page 5 of 85

09:52:06 1     A.    Not usually, no.

09:52:08 2     Q.    What's on the bankruptcy system generally

09:52:10 3   that's not on the main system?

09:52:12 4     A.    Mostly the bankruptcy system has like the

09:52:16 5   dates for the bankruptcy that we need to keep track of

09:52:18 6   like, you know, plan confirmation or 341 meeting. It

09:52:22 7   also has information regarding our claim filing, how to

09:52:24 8   track post petition and pre-petition payments. You

09:52:28 9   know, things that make it, you know, different than a

09:52:30 10   regular account. So --

09:52:32 11     Q.    And it just has to do with managing of the

09:52:36 12   bankruptcy?

09:52:36 13     A.    Yes. How to track the payments because, you

09:52:40 14   know, they're paying separately. And also it has

09:52:42 15   contact information for both the trustee and the

09:52:44 16   debtor's attorney and those kind of things.

09:52:46 17     Q.    Okay. Well, let's go back to -- let's go back

09:52:52 18   to the beginning here. And I guess I'm going to start

09:52:58 19   on 439. And ask you -- there's a -- this information

09:53:08 20   starts as non-escrow.

09:53:10 21           You see that?

09:53:10 22     A.    Yes.

09:53:12 23     Q.    Okay. Does this kind of describe the setup of

Case 09-01137    Doc 18-5    Filed 07/12/10    Entered 07/12/10 17:02:33    Desc Exhibit C    Page 6 of 85

```
09:53:16  1   this loan?

09:53:16  2        A.   Yes.

09:53:16  3        Q.   Okay.  So set up as a non-escrow account?

09:53:20  4        A.   Correct.

09:53:20  5        Q.   All right.  Now, these -- these notes start on

09:53:32  6   February 13th, 2004.

09:53:34  7             That's while ABN-AMRO had the loan,

09:53:36  8   correct?

09:53:36  9        A.   That's correct.

09:53:38 10        Q.   Let's see here.  Now, the date of the loan is

09:54:12 11   November 20th -- hang on.  Make sure I get this right.

09:54:28 12             MR. RIEMER:  Do you have the date of the

09:54:30 13   loan handy?

09:54:32 14             MR. MANLEY:  I think it's November

09:54:34 15   of 2002.  I don't have the complaint handy, but I think

09:54:36 16   that's right.

09:54:36 17        Q.   (By Mr. Riemer)  Do you know the date of the

09:54:40 18   loan, Mr. Schrepel?

09:54:40 19        A.   Not exactly.  I think it's November of 2002.

09:54:44 20             MR. MANLEY:  Is it on the first page

09:54:46 21   here?

09:54:46 22        A.   Should be on where they sign it.

09:54:48 23             MR. MANLEY:  November 21st, 2002.
```

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc Exhibit C   Page 7 of 85

09:58:46 1   the origination documents. And that's where why they

09:58:50 2   were paying the taxes on that.

09:58:52 3       Q. Okay. What original documents?

09:58:52 4       A. The origination documents from when the

09:58:56 5   account was onboarded by ABN-AMRO.

09:59:00 6       Q. Was there a document where the parcel number

09:59:02 7   is reflected?

09:59:08 8       A. Yes, there is.

09:59:10 9            MR. MANLEY: Go back to that. 11.

09:59:14 10       Q. (By Mr. Riemer) Okay. So page 11 -- are you

09:59:22 11   talking about the parcel account number here that's

09:59:28 12   ██████████?

09:59:30 13       A. Correct.

09:59:30 14       Q. Okay. What Mr. Hill told you is that that's

09:59:34 15   not correct?

09:59:36 16       A. Yes. When we reviewed the account, it appears

09:59:40 17   that's for a different parcel.

09:59:44 18       Q. Okay. When did -- how did Mr. Hill determine

09:59:52 19   that that was wrong?

09:59:56 20            By reviewing the CitiLink system?

09:59:58 21       A. Yeah. I think reviewing the notes and also --

10:00:02 22   I mean, compared to the tax information. Yeah. I'm

10:00:04 23   not really sure how to answer on that.

10:22:28  1       A.    Let me see if I can find it.

10:22:30  2       Q.    Would it be reflected on Exhibit 5, your

10:22:32  3    spreadsheet?

10:22:34  4       A.    Oh.  Yeah, it would.  Let's see.

10:22:40  5                   MR. MANLEY:  But that just -- I'm not

10:22:40  6    trying to testify.  That's right.  Those things are

10:22:44  7    right on there.

10:22:44  8                   MR. RIEMER:  Okay.

10:22:46  9                   MR. MANLEY:  So --

10:22:50 10       A.    I might be thinking of the insurance.  I know

10:22:54 11    there are other refunds but -- to escrow.  There's a

10:23:12 12    refund of insurance.  Okay.  I think the other refunds

10:23:58 13    were for insurance.

10:24:00 14       Q.    (By Mr. Riemer)  Okay.  So as far as you can

10:24:00 15    tell, the only tax refund CitiMortgage received was the

10:24:06 16    one that was received in May of 2006?

10:24:08 17       A.    I think that's right.

10:24:10 18       Q.    Okay.  Reflected here at 268.

10:24:14 19       A.    Yes.

10:24:16 20       Q.    Okay.  And let me see your Exhibit 5.

10:24:24 21       A.    Oh, yeah.

10:24:26 22       Q.    Do you see that there was another tax payment

10:24:36 23    -- well, as far as a tax payment on April 27, 2006, was

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc  Exhibit
C    Page 9 of 85

10:24:42 1 that made to -- I can't remember if you answered this

10:24:46 2 question or not -- to the correct or the incorrect

10:24:48 3 parcel?

10:24:48 4     A. On which date was that on?

10:24:50 5     Q. April 27, '06.

10:24:52 6     A. April 27th. Okay. I believe that was to the

10:24:56 7 incorrect parcel, and that's why it was refunded.

10:24:58 8     Q. Okay. And do you see a payment made, a tax

10:25:04 9 payment made, in April 2007?

10:25:08 10     A. Okay.

10:25:12 11           MR. MANLEY: You want to look at

10:25:14 12 Exhibit 5?

10:25:14 13     A. That's okay. I'm okay with this. I just

10:25:16 14 figure most everybody else could probably benefit from

10:25:20 15 the other one. Yeah. E90 code on 4/24/07 for 535.98

10:25:26 16 was paid to Mobile County.

10:25:30 17     Q. What page of Exhibit 2 are you looking at?

10:25:34 18     A. 264.

10:25:34 19     Q. I'm sorry. Exhibit 3. 264.

10:25:38 20           Okay. That was an amount of $535.98?

10:25:42 21     A. Correct.

10:25:44 22     Q. Was that made to the incorrect parcel?

10:25:46 23     A. I think it was.

Case 09-01137 Doc 18-5 Filed 07/12/10 Entered 07/12/10 17:02:33 Desc Exhibit C Page 10 of 85

10:27:06 1      Q.   All right.   Now, just going through, make sure

10:27:10 2   I've got all these cataloged.

10:27:14 3                There was another tax payment made on --

10:27:18 4   in October 2007.   Correct?

10:27:20 5      A.   Correct.

10:27:20 6      Q.   And that is -- let's see.   So we can connect

10:27:24 7   all the dots.

10:27:30 8                Is that reflected on page 262?

10:27:38 9                MR. MANLEY:   2007.

10:27:38 10     A.   Yeah.   I was going back to it.   262.   Yes.

10:27:44 11   October 25th of 2007 escrow was paid to Mobile County

10:27:50 12   in the amount of 562.98.

10:27:54 13                MR. MANLEY:   60.

10:27:54 14     A.   562.68.

10:28:02 15     Q.   (By Mr. Riemer)   And then on October '08

10:28:10 16   another payment.   Correct?

10:28:16 17     A.   October of 2008?

10:28:18 18     Q.   Of 2008.   Yeah.   And I've -- my guess is that

10:28:22 19   it's reflected on page 255.

10:28:28 20     A.   Yeah.   10/24 of '08.

10:28:32 21     Q.   583.05.   Is that the amount?

10:28:36 22     A.   Correct.

10:28:38 23     Q.   Okay.   And then another payment in October

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc Exhibit
C   Page 11 of 85

10:28:44 1   of '09 -- I'm sorry.  October '08.  Wait a minute.

10:28:52 2   Wait.  That's the October '08 payment.

10:28:54 3       A.   Yes.

10:28:54 4       Q.   Is reflected in page 255.  Right?

10:28:56 5       A.   Right.  10/24 of '08.

10:28:58 6       Q.   Okay.  And then there was a October '09

10:29:02 7   payment that was in the same amount.

10:29:10 8       A.   583.09 was the amount on 10/26/09.  And it's

10:29:16 9   on page 247.

10:29:24 10      Q.   247.  Okay.  And so we've covered the tax

10:29:30 11  payments?

10:29:30 12      A.   Yes.  I believe there were --

10:29:36 13      Q.   Okay.  Do we know anything about how the tax

10:29:40 14  -- well, I think you said you didn't see any reference

10:29:42 15  to any tax payments before April 2006.  Is that right?

10:29:48 16      A.   Yes.  I believe that's correct.

10:29:48 17      Q.   Okay.  So each time -- is it correct to say

10:29:58 18  that each time these payments were made, a -- an escrow

10:30:02 19  account was -- was charged?

10:30:06 20      A.   Yes.  Every time the checks were cut from the

10:30:10 21  -- well, they were cut to the Mobile County.  The

10:30:14 22  amount was added to the escrow balance.

10:30:16 23      Q.   Okay.  And the escrow was created only because

10:30:20  1    Citi believed that the Soutullos weren't paying their

10:30:26  2    taxes?

10:30:26  3         A.    No.   It also included insurance.

10:30:28  4         Q.    Okay.   But -- but the escrow balance, other

10:30:34  5    than the one refund that we talked about in May

10:30:38  6    of 2006, was -- has never been corrected.   Has it?

10:30:40  7         A.    That's correct.

10:30:42  8         Q.    All right.   It's never been refunded?

10:30:44  9         A.    No.   It's not been refunded from accounting to

10:30:46 10    us.   We have not received a refund from them.

10:30:48 11         Q.    So is it true, as we sit here today, the

10:30:52 12    escrow balance is in the negative, and these amounts of

10:30:56 13    these payments are included in the negative escrow

10:31:02 14    balance?

10:31:04 15                   MR. MANLEY:   Go ahead.

10:31:06 16         A.    They were added to the escrow balance, but

10:31:10 17    then payments have come in and been applied to the

10:31:14 18    escrow balance since then.

10:31:14 19         Q.    (By Mr. Riemer)   Okay.

10:31:14 20         A.    From -- you know, part of the customer's

10:31:18 21    payments were applied to it.

10:31:18 22         Q.    So essentially the customers -- well, the

10:31:22 23    Soutullos are making payments even in bankruptcy.

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc Exhibit
C    Page 13 of 85

| | | |
|---|---|---|
| 10:31:24 | 1 | Right? |

10:31:24  2       A.   Correct.

10:31:24  3       Q.   And that's being applied to a balance in the

10:31:26  4   escrow that was created by payments on a parcel that

10:31:30  5   the Soutullos don't own?

10:31:32  6       A.   Yeah.  I believe that's correct.

10:31:38  7       Q.   Okay.

10:31:38  8       A.   Well, I think the ownership -- at one point in

10:31:42  9   time I think she owned the neighboring property, from

10:31:44  10   what we could tell in the notes.

10:31:46  11       Q.   But that piece of property was never secured

10:31:48  12   by the mortgage we're here talking about?

10:31:50  13       A.   Correct.

10:31:50  14       Q.   Okay.  I've just got -- well, more than a few,

10:32:14  15   but I just have some scattered notes on this account

10:32:18  16   history.  I think we'll get through them relatively

10:32:22  17   quickly.

10:32:22  18                  Look for me on page 426.

10:32:28  19       A.   426.  Which stack is that?  This one?

10:32:44  20       Q.   You see the entry towards the top there,

10:32:48  21   April 5th, '06.  And it starts on the next page.  I

10:32:50  22   just want to ask you this.

10:32:50  23                  You see that entry?

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc  Exhibit
C    Page 14 of 85

10:32:52   1     A.    4/5/06?

10:32:54   2     Q.    Yes.

10:32:54   3     A.    Advise Brandy Alpha Insurance this loan is

10:33:00   4   non-escrow and she will contact mortgagor about policy.

10:33:04   5     Q.    And this Brandy appears to be somebody in the

10:33:06   6   agency, the insurance agency. Right?

10:33:10   7     A.    Yeah. Appears she works for Alpha Insurance.

10:33:12   8     Q.    Okay. So the CitiMortgage system has the

10:33:18   9   contact information and the phone number for the

10:33:20   10   insurance agency, right?

10:33:22   11     A.    Correct. At that time.

10:33:26   12           MR. MANLEY: Object to the form.

10:33:28   13     Q.    (By Mr. Riemer) Well, once it's in a system,

10:33:30   14   it's always in a system.

10:33:30   15           In other words, somebody could today go

10:33:32   16   in the system and go find this information in the

10:33:34   17   system notes. Right?

10:33:36   18     A.    Yes. But that was -- that main number may not

10:33:40   19   be good any more. So --

10:33:40   20     Q.    I understand that, yes.

10:33:42   21     A.    Uh-huh.

10:33:42   22     Q.    Okay. On page 423 there is set of entries

10:34:04   23   dated 4/28/06 that have to do with -- with tax.

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc Exhibit C   Page 15 of 85

```
10:34:08  1              I guess this is -- goes with that 240
10:34:12  2   payment that we just talked about.  Right?
10:34:14  3       A.   Yes.
10:34:14  4       Q.   Okay.  My question is, there's a reference to
10:34:18  5   something called a Norridge manual analysis.
10:34:22  6              Do you know what that is?
10:34:22  7       A.   No.  I don't.  I think that's an ABN thing.
10:34:28  8       Q.   Okay.  If you look on page 421 -- and,
10:34:52  9   actually, I think we need to go back to page 419 where
10:34:56 10   these entries dated 5/23/06 start.
10:35:00 11       A.   Okay.
10:35:00 12       Q.   Tell me when you're there.
10:35:02 13       A.   Yes.
10:35:02 14       Q.   Okay.  So these entries start off with a
10:35:06 15   telephone call with either Mr. or Ms. Soutullo.  Right?
10:35:16 16       A.   Yes.  They -- customer contact, correct.
10:35:20 17       Q.   Okay.  So they called Citi.
10:35:22 18              Well, I guess ABN-AMRO at that point,
10:35:26 19   right?
10:35:26 20       A.   Yeah.  I'm not familiar with their codes, but
10:35:28 21   it looks like they were trying to contact the customer.
10:35:34 22       Q.   Okay.  And it says, "Disagree with payment
10:35:38 23   amount."
```

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc  Exhibit
C    Page 16 of 85

10:35:40  1          I take that as the customer disagreed

10:35:44  2   with the payment amount in the statement.  Is that

10:35:46  3   fair?

10:35:46  4       A.   Yeah.  That would be my interpretation that

10:35:50  5   they have disagreed with that.

10:35:54  6       Q.   Deferred customer service.  And then they

10:35:56  7   verify some information.

10:35:58  8               Right?

10:35:58  9       A.   Correct.  When the customer calls in, I mean,

10:36:02  10  our policy is to verify that, you know, they're the

10:36:04  11  authorized person on the account.

10:36:06  12      Q.   Okay.

10:36:06  13      A.   So I would think that there's is pretty

10:36:08  14  similar.

10:36:10  15      Q.   Then down here there's a reference to an

10:36:12  16  escrow inquiry.

10:36:14  17              Does that indicate that the customer

10:36:16  18  servicer accessed the information regarding the escrow,

10:36:24  19  if you know?

10:36:24  20      A.   Yeah.  I don't know the answer to that.

10:36:28  21      Q.   Okay.

10:36:28  22      A.   I would think that they probably refer them to

10:36:32  23  the escrow.

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc  Exhibit
C    Page 17 of 85

```
10:36:32  1              MR. MANLEY:  Don't guess.

10:36:34  2         Q.   (By Mr. Riemer)  And it says, "Advised Ms.

10:36:38  3    Soutullo that her payment is increasing due to us

10:36:40  4    forcing the taxes and insurance."

10:36:44  5              Is that how you read that?

10:36:46  6         A.   Yes.

10:36:46  7         Q.   Okay.  And it says, "Once we confirm that we

10:36:52  8    paid delinquent tax on wrong parcel and she provides

10:36:56  9    proof of insurance, we can make adjustments to escrow."

10:36:58 10              Did I read that right?

10:37:00 11         A.   Yes.

10:37:00 12         Q.   All right.  Now, did -- as far as the

10:37:16 13    adjustments to escrow for the tax payments, those were

10:37:20 14    never made, correct?

10:37:22 15              MR. MANLEY:  Object to the form.

10:37:22 16         A.   Yeah.  What do you mean by "adjustments"?

10:37:26 17         Q.   (By Mr. Riemer)  Well, if -- if Citi pays

10:37:32 18    taxes on the wrong parcel and then realizes it, would

10:37:36 19    it make adjustments to the escrow?

10:37:38 20              MR. MANLEY:  Object to the form.  Is this

10:37:42 21    a hypothetical or in this case or -- because we got ABN

10:37:48 22    and CitiMortgage here and --

10:37:48 23         Q.   (By Mr. Riemer)  Well, okay.  Well, I guess
```

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc Exhibit C   Page 18 of 85

```
10:37:50  1    let's talk about Citi, and then I guess we'll talk

10:37:54  2    about a hypothetical.

10:37:56  3              In that situation where CitiMortgage

10:38:00  4    realizes that it's making payments incorrectly out of

10:38:02  5    an escrow, would it be Citi's policy to -- once it

10:38:08  6    realized it made a mistake, to correct it?

10:38:10  7    A.   Yes.

10:38:10  8    Q.   And correcting it would mean crediting back

10:38:14  9    the information -- the money back to the escrow?

10:38:18  10   A.   Yes.

10:38:18  11   Q.   Otherwise, the consumer, the customer, is

10:38:22  12   making payments, is reimbursing Citi for the wrongfully

10:38:26  13   made tax payments, right?

10:38:28  14   A.   Yes.  For taxes that would have been not for

10:38:32  15   that account.  So --

10:38:32  16   Q.   Now, shifting to what happened here -- and I

10:38:36  17   know this is an ABN note.  This is a few months before

10:38:40  18   the boarding over to Citi.

10:38:42  19             But -- but this note says, paraphrasing,

10:38:44  20   that once we -- if what you're saying is right, Ms.

10:38:48  21   Soutullo, and we confirm that we're paying on the wrong

10:38:52  22   parcel, then we'll make adjustments.

10:38:54  23             Isn't that basically what this is telling
```

Case 09-01137    Doc 18-5    Filed 07/12/10    Entered 07/12/10 17:02:33    Desc  Exhibit
C    Page 19 of 85

| | | |
|---|---|---|
| 10:38:56 | 1 | you? |
| 10:38:56 | 2 | A.   That would be how I would read that, yes. |
| 10:38:58 | 3 | Q.   Okay.  And adjustments would mean crediting |
| 10:39:00 | 4 | back the money that was paid on the wrong parcel. |
| 10:39:04 | 5 | Is that right? |
| 10:39:06 | 6 | You agree with me on that? |
| 10:39:06 | 7 | A.   Correct.  Like with what happened with the |
| 10:39:10 | 8 | 4/27 of 2006 payment.  So -- |
| 10:39:12 | 9 | Q.   Okay.  Well, that happened because the county |
| 10:39:16 | 10 | gave -- returned the refund.  Right? |
| 10:39:18 | 11 | A.   Correct. |
| 10:39:18 | 12 | Q.   And just to make sure we're on the same page, |
| 10:39:20 | 13 | I think you already testified that that didn't -- that |
| 10:39:22 | 14 | that refund process, that correction process of you |
| 10:39:28 | 15 | providing credit to the escrow didn't happen except as |
| 10:39:32 | 16 | to that one payment? |
| 10:39:34 | 17 | A.   That's correct. |
| 10:39:36 | 18 | Q.   So even though Citi has satisfied itself that |
| 10:39:38 | 19 | these payments were made incorrectly, it has not |
| 10:39:42 | 20 | adjusted the escrow balance except in that one |
| 10:39:46 | 21 | instance? |
| 10:39:48 | 22 | MR. MANLEY:  Object to the form. |
| 10:39:48 | 23 | Q.   (By Mr. Riemer)  Is that right? |

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc Exhibit
C   Page 20 of 85

10:39:50 1          MR. MANLEY:  Look at the payment history.

10:39:52 2     A.   Yeah, I think that's in the payment history.

10:39:54 3   That's correct.

10:39:56 4     Q.   (By Mr. Riemer)  What I said was correct?

10:39:58 5     A.   That you've not -- those payments have not

10:40:00 6   been adjusted in the payment history.

10:40:02 7     Q.   Except for that one payment we just talked

10:40:04 8   about?

10:40:04 9     A.   Correct.  That's the only one that's been

10:40:06 10  refunded.

10:40:08 11          MR. MANLEY:  Can I see Exhibit 5?

10:40:08 12          MR. RIEMER:  Sure.

10:40:14 13    A.   Oh.  That's true.  Well, not on the payment

10:40:26 14  history that we have -- what is this?  What is this

10:40:28 15  exhibit here?

10:40:32 16          MR. RIEMER:  I think that's Exhibit 3.

10:40:34 17          MR. MANLEY:  4.

10:40:34 18          MR. RIEMER:  4.

10:40:34 19    A.   On Exhibit 4 that's the only refund is the

10:40:38 20  240.  That's correct.

10:40:38 21    Q.   (By Mr. Riemer)  Okay.  Is there any other

10:40:40 22  refund that I need to know -- I mean that -- there are

10:40:42 23  other refunds?

```
10:40:44  1      A.   Yes.  You can see on this one.

10:40:48  2      Q.   Exhibit 5.

10:40:48  3      A.   On Exhibit 5 they refunded at the very top.

10:40:52  4           MR. MANLEY:  They're in the process of

10:40:54  5  correcting it.

10:40:56  6           MR. RIEMER:  Oh, okay.

10:40:56  7      Q.   (By Mr. Riemer)  Well, tell me -- I want to

10:41:00  8  know every refund, even -- even the ones that have

10:41:02  9  happened since we filed the AP.

10:41:04 10           Okay?

10:41:04 11      A.   Okay.

10:41:04 12      Q.   So tell me with dates and amounts what has

10:41:12 13  been corrected with respect to the escrow.

10:41:16 14      A.   Okay.  They just recently refunded -- let's

10:41:20 15  see -- two payments of 583.05 and one payment of

10:41:26 16  562.68.

10:41:26 17      Q.   Okay.  Those correspond with the tax payments

10:41:30 18  that we've been talking about?

10:41:32 19      A.   Yes.  Those correspond with the payments on

10:41:34 20  10/24 of '08, 10/26 of '09 and 10/25 of '07.

10:41:38 21      Q.   Okay.  And have there been any other refunds?

10:41:44 22      A.   No.

10:41:44 23      Q.   All right.  So give me the dates that those
```

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc  Exhibit
C    Page 22 of 85

| | | |
|---|---|---|
| 10:41:46 | 1 | amounts were credited back to the account. |
| 10:41:50 | 2 | A. On 5/19 of 2010. |
| 10:41:52 | 3 | Q. 5/19. So just the other day. |
| 10:41:56 | 4 | A. Yes. |
| 10:41:56 | 5 | Q. Yesterday. |
| 10:41:58 | 6 | A. Yes. |
| 10:42:00 | 7 | Q. Yesterday. Okay. |
| 10:42:02 | 8 | Any other refunds for anything that have |
| 10:42:06 | 9 | been made since the AP was filed? |
| 10:42:08 | 10 | A. No. |
| 10:42:08 | 11 | Q. No late payment refunds or BPO refunds, |
| 10:42:12 | 12 | foreclosure costs refunds. |
| 10:42:14 | 13 | None of that's been made? |
| 10:42:16 | 14 | A. I don't think so. What was the date of the |
| 10:42:18 | 15 | adversary case? It's in the note. |
| 10:42:24 | 16 | Q. Let's go to 2010. Any other refunds in 2010? |
| 10:42:28 | 17 | A. Let's see. I don't think so. |
| 10:42:32 | 18 | Q. Okay. And I'll represent to you that the AP |
| 10:42:36 | 19 | was filed on December 11th, 2009. |
| 10:42:42 | 20 | A. Okay. No. I think those are the only |
| 10:42:50 | 21 | refunds. |
| 10:42:50 | 22 | Q. Okay. Well, let's just continue on that. |
| 10:42:52 | 23 | Because that will save me some other questions. |

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc  Exhibit C    Page 23 of 85

```
10:42:56  1            Go back to Exhibit 5 and tell me if in

10:42:58  2    the year 2009 any refunds were created to the

10:43:04  3    Soutullos.

10:43:04  4       A.   2009.

10:43:06  5            MR. MANLEY:  For taxes or insurance?

10:43:10  6            MR. RIEMER:  For anything.

10:43:12  7       A.   There might have been insurance.

10:43:12  8       Q.   (By Mr. Riemer)  Would it not be reflected in

10:43:14  9    your summary here?

10:43:16 10       A.   It's here.  But I do better with the coding.

10:43:18 11       Q.   Okay.  Well, go ahead.  Whatever you're more

10:43:22 12    comfortable with.  And I'm going to ask you about the

10:43:52 13    other years and other refunds too.

10:43:54 14            So while you're looking --

10:43:56 15            MR. MANLEY:  You looking for the payment

10:43:58 16    schedule?

10:44:00 17       A.   Yeah.  Okay.  Yeah.  In 2009 there was a

10:45:08 18    refund for insurance.

10:45:12 19       Q.   (By Mr. Riemer)  Okay.  Tell me about that.

10:45:16 20            Where is that reflected in the notes?

10:45:16 21       A.   On 2/20 of '09, 181 was refunded to the

10:45:22 22    escrow.

10:45:24 23            MR. MANLEY:  What's the Bates number?
```

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc Exhibit
C   Page 24 of 85

10:45:24 1    A.    253.

10:45:28 2    Q.    (By Mr. Riemer)  What was the purpose of that

10:45:32 3    refund?

10:45:32 4    A.    I think it was a credit to the account for a

10:45:36 5    refund on the forced placed insurance on the hazard

10:45:42 6    policy.

10:45:42 7    Q.    Okay.  Do we know a refund for -- do we know

10:45:46 8    which forced placed charge that responded to?

10:45:50 9              In other words, when the forced placed

10:45:52 10   charge incurred to begin with?

10:45:54 11   A.    Yeah.  8/12 of '08 Citi paid out $640 for

10:45:58 12   hazard insurance.

10:46:00 13   Q.    What number are you looking at for that?

10:46:02 14   A.    That is on 256.

10:46:10 15   Q.    564.69.

10:46:12 16              634 on 8/12 of '08.  Why was that

10:46:20 17   refunded?

10:46:22 18   A.    I believe from the notes it appears the

10:46:26 19   customer provided their own insurance, that they had

10:46:28 20   paid the policy, and we refunded part of the hazard

10:46:32 21   policy.

10:46:32 22   Q.    But not the whole thing?

10:46:34 23   A.    Correct.

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc Exhibit
C    Page 25 of 85

10:46:34  1      Q.   Why not?

10:46:34  2      A.   I believe there was a lapse in coverage, and

10:46:38  3   that covered the gap period.

10:46:40  4      Q.   Citi's records shows that there was a lapse?

10:46:44  5      A.   Yes.   That the customer's insurance lapsed,

10:46:46  6   and we had to force place a hazard policy.

10:46:50  7      Q.   Where does Citi get the information regarding

10:46:52  8   the lapse?

10:46:52  9      A.   We normally receive notice of insurance

10:46:56  10   cancellation and also the customer is required to

10:46:58  11   provide us proof of coverage.

10:47:00  12      Q.   Well, is there other sources of information on

10:47:06  13   insurance coverage?

10:47:06  14           I mean, is there a monitoring vendor for

10:47:08  15   insurance?

10:47:10  16      A.   I don't know the answer to that.   I think

10:47:12  17   there's another group, but I don't know for sure.

10:47:14  18      Q.   Okay.   But you told us about a vendor that

10:47:16  19   monitors the taxes.

10:47:18  20      A.   Uh-huh.

10:47:18  21      Q.   But you don't know if there's another one that

10:47:22  22   -- that monitors the insurance?

10:47:26  23      A.   Yeah.   I don't know for certain on that.   I

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc Exhibit
C    Page 26 of 85

10:47:28 1    believe there is but --

10:47:30 2        Q.   So when you see something in the system here

10:47:34 3    that indicates that Citi, for whatever reason, has --

10:47:38 4    believes that there is a lapse in coverage, there's no

10:47:40 5    way from the system to tell how Citi gets that

10:47:44 6    information?

10:47:44 7        A.   In those you can see sometimes we receive

10:47:48 8    notice of cancellation from their policy writer because

10:47:50 9    we're listed as the loss payee.

10:47:54 10       Q.   Sure.  So that's one refund.

10:48:00 11                 Any other refunds that you see?

10:48:00 12       A.   That's the only refund in 2009.

10:48:04 13       Q.   Okay.  Well, let's go back.  This will save us

10:48:06 14   some time.  While we're on the subject of refunds.

10:48:12 15                 And tell me if you see any other refunds.

10:48:14 16       A.   In the whole history of the account?

10:48:16 17       Q.   Yeah.  Now we're in 2008.

10:48:20 18       A.   Yeah.  Okay.  There's an earlier insurance

10:48:56 19   refund on page 267.

10:49:00 20                 MR. MANLEY:  What year?  You said '08?

10:49:06 21       A.   This one's back in 2006.

10:49:10 22       Q.   (By Mr. Riemer)  Nothing in '08.  Nothing in

10:49:12 23   2007.

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc Exhibit
C   Page 27 of 85

10:49:12 1                    We're at 2006.

10:49:14 2        A.   Correct.

10:49:14 3        Q.   What's the date on that?

10:49:16 4        A.   7/10 of '06.

10:49:18 5        Q.   Okay.

10:49:18 6        A.   R20 code in the refunds in the amount of

10:49:24 7   531.58.

10:49:24 8        Q.   R20 is a refund code?

10:49:26 9        A.   R20 is refund for insurance, and R90 is the

10:49:30 10  refund for the taxes.

10:49:30 11       Q.   Okay.

10:49:32 12                    MR. MANLEY:   What page is that?

10:49:34 13       A.   267.

10:49:36 14                    MR. MANLEY:   And what was the refund

10:49:36 15  amount?  I'm sorry.

10:49:38 16       A.   531.58.

10:49:46 17       Q.   (By Mr. Riemer)   Okay.  All right.  So that's

10:49:50 18  '06.

10:49:52 19                    Any others?

10:49:54 20       A.   Let's see.  There is a refund on 5/30 of '06.

10:49:58 21  Oh, that's for the taxes.

10:50:00 22       Q.   Okay.  We've already talked about that one.

10:50:02 23       A.   And there's a refund on 4/21/06.  No.  That's

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc  Exhibit
C    Page 28 of 85

10:50:06 1    E20.  Never mind.

10:50:08 2        Q.   Just so we aren't confused, the one you just

10:50:10 3    stumbled on, R953006, we've already talked about that

10:50:16 4    one, right?

10:50:16 5        A.   That's correct.  That's 240.

10:50:20 6              MR. MANLEY:  Again, those refunds and

10:50:24 7    payments are in our discovery.  I don't want to miss

10:50:28 8    one if he's going through it like that.  We set it out

10:50:30 9    in our responses to the interrogatories.

10:50:34 10             MR. RIEMER:  He's already said some

10:50:36 11   things that aren't exactly consistent with the

10:50:40 12   discovery responses.

10:50:42 13             MR. MANLEY:  Well, I'm going to have to

10:50:44 14   amend those.  But the payment amounts were consistent.

10:50:48 15             MR. RIEMER:  Okay.

10:50:50 16       Q.   (By Mr. Riemer)  Any others?

10:50:50 17       A.   Back on 2005, page 272.

10:50:56 18       Q.   R20 code?

10:50:58 19       A.   Yes.

10:50:58 20       Q.   At the bottom, is that what you're talking

        21   about?

10:51:00 22       A.   Correct, in the amount of 645.02.

10:51:04 23       Q.   That's for insurance as well?

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc  Exhibit
C   Page 29 of 85

| | | | |
|---|---|---|---|
| 10:51:04 | 1 | A. | Yes. |

10:51:04 2    Q.    Okay.  Now we're in the ABN-AMRO period,

10:51:10 3  right?

10:51:10 4    A.    Correct.

10:51:10 5    Q.    But the codes are the same?

10:51:12 6    A.    Yes.

10:51:16 7    Q.    And that's page 272, right?

10:51:18 8    A.    Correct.

10:51:18 9    Q.    All right.  Any others?

10:51:42 10           MR. MANLEY:  I want to make sure we don't

10:51:44 11  get these out of order.

10:52:02 12    A.    I believe that's all of them.

10:52:02 13    Q.    (By Mr. Riemer)  Okay.  Well, be sure.

10:52:06 14    A.    Yeah.  We went through kind of fast.  Let me

10:52:10 15  go through it one more time.

10:52:36 16           We had 2/17/05.  Right?

10:52:38 17    Q.    Uh-huh.  That's the last one we talked about,

10:52:42 18  I believe.

10:52:52 19    A.    We had the taxes on 5/30/06.

10:52:56 20    Q.    Right.

10:53:00 21    A.    We had the 531.58 on 7/10/06.

10:53:04 22    Q.    That was R20?

10:53:06 23    A.    Yes.

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc  Exhibit
C   Page 30 of 85

| | | | |
|---|---|---|---|
| 10:53:08 | 1 | Q. | Yes. |
| 10:53:58 | 2 | A. | And we had the 181 on 2/20/09. |
| 10:54:02 | 3 | Q. | What page? |
| 10:54:02 | 4 | A. | 253. |

10:54:08 5            MR. MANLEY: How much was that for?

10:54:10 6      A.   181.

10:54:12 7      Q.  (By Mr. Riemer) I don't think we had that

10:54:14 8  one.

10:54:14 9            MR. MANLEY: That's the insurance. We

10:54:16 10  talked about that.

10:54:18 11     A.   Yeah. 2/20/09.

10:54:50 12          Okay. Yeah. I believe that's all of

10:54:52 13  them.

10:54:52 14     Q.  (By Mr. Riemer) Okay. I don't know if I

10:54:54 15  asked you this or not, but I want to make sure.

10:54:56 16         You told me about some conversations you

10:54:58 17  had with John Hill and Jennifer Davis.

10:55:00 18         Did you talk to those two people right

10:55:02 19  around the same time?

10:55:04 20     A.   I think so.

10:55:06 21     Q.  When was that?

10:55:08 22         How long before today was that?

10:55:08 23     A.   We talked to them several times.

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc Exhibit
C   Page 31 of 85

```
10:55:12  1              MR. MANLEY:  I was on some of those calls

10:55:14  2   so --

10:55:14  3              MR. RIEMER:  Okay.  I'm not going to ask

10:55:16  4   you -- well, I guess I already did ask what they talked

10:55:18  5   about.  You didn't tell me about that.  I won't.

10:55:22  6      Q.   (By Mr. Riemer)  But I just want to kind of

10:55:24  7   get the timing of them.

10:55:24  8      A.   Okay.  I think shortly after the file was set

10:55:28  9   up we started talking to Jennifer Davis, and then she

10:55:32 10   referred us to John Hill later.  So --

10:55:34 11      Q.   Okay.  So various times between the filing of

10:55:36 12   the AP and today?

10:55:36 13      A.   Correct.

10:55:44 14      Q.   Okay.  Now, switching back to page 418 of

10:55:50 15   Exhibit 4.

10:56:00 16      A.   Okay.

10:56:00 17      Q.   There is an entry for 5/25/06.  Now, this is a

10:56:12 18   couple of days after the entry we talked about where

10:56:16 19   there was a conversation between somebody at ABN and

10:56:24 20   one of the -- and Ms. Soutullo where she explained that

10:56:28 21   they're paying on the wrong tax ID number.  So this is

10:56:32 22   a couple days after that.

10:56:34 23              Do you see that?
```

10:56:34 1      A.    Okay.

10:56:36 2      Q.    Okay.  And it says, "Will be charging Farets

10:56:42 3  for reporting on an incorrect parcel."

10:56:46 4            Now, is Farets the vendor who monitors

10:56:50 5  this?

10:56:50 6      A.    Yeah.  I don't know who ABN uses.  So --

10:56:54 7      Q.    Have you ever heard of that name before?

10:56:56 8      A.    No.  I don't know who that is.  So --

10:56:58 9      Q.    Now, this parcel number 00405476, is that the

10:57:06 10  number -- and you're looking at the -- at this file.

10:57:10 11            In your understanding, is that the number

10:57:12 12  for the incorrect parcel that all these payments we've

10:57:14 13  been talking about were paid on?

10:57:18 14      A.    I think so.

10:57:18 15      Q.    Okay.  And then if you skip down it says there

10:57:22 16  are no current taxes due for the correct parcel number,

10:57:26 17  00405467.

10:57:30 18            You see that?

10:57:30 19      A.    Yes.

10:57:30 20      Q.    Now, you would agree that the 00405467, that's

10:57:38 21  the correct parcel number.  Right?

10:57:38 22            MR. MANLEY:  Object to the form.

10:57:40 23      Q.    (By Mr. Riemer)  Or would you?

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc Exhibit
C    Page 33 of 85

10:57:42 1    A.    I think that's the correct number.

10:57:42 2    Q.    Okay.  So the numbers differ in the last two

10:57:48 3    digits.

10:57:48 4              One says 76; the other says 67?

10:57:52 5    A.    Correct.

10:57:52 6    Q.    Okay.  Now, on these notes I'm going to tell

10:57:58 7    you what I -- what I think this means, and you just

10:58:02 8    tell me if I'm right or wrong.

10:58:04 9              Okay?

10:58:04 10   A.    Okay.

10:58:04 11   Q.    This indicates to me that this is a note where

10:58:06 12   somebody at ABN has -- AMRO has looked at this and

10:58:12 13   agrees that the notes -- that payments were made to the

10:58:16 14   wrong parcel and that no taxes are due on the correct

10:58:20 15   parcel?

10:58:20 16   A.    Yes.  I believe that's correct.

10:58:22 17   Q.    Okay.  Now, in your review of the file that

10:58:34 18   you described for us after you were assigned this, this

10:58:40 19   account, did you run across this entry?

10:58:42 20   A.    Correct.

10:58:44 21   Q.    Okay.  And this is -- is this one of the bits

10:58:50 22   of information that you relied on to conclude that

10:58:54 23   payments were made to this incorrect parcel?

10:58:56 1    A.   Yes.

10:58:56 2    Q.   All right.  Now, going forward here on 415,

10:59:14 3  there's a set of entries dated 6/2/06.  And if you go

10:59:24 4  down --

10:59:26 5              MR. MANLEY:  Wait.  April 14th?

10:59:28 6              MR. RIEMER:  I'm sorry.  June.

10:59:30 7              MR. MANLEY:  Oh.  What page number?

10:59:34 8              MR. RIEMER:  I knew that was going to

10:59:34 9  happen.  Page No. 415.

10:59:36 10    A.   Okay.  Got it.

10:59:40 11    Q.   (By Mr. Riemer)  June 2nd, '06.

10:59:46 12             MR. MANLEY:  Let me write something down

10:59:46 13  here, Ken.

10:59:48 14             MR. RIEMER:  Okay.

11:00:06 15             MR. MANLEY:  Okay.

11:00:08 16    Q.   (By Mr. Riemer)  All right.  The first part of

11:00:08 17  this concerns insurance.

11:00:12 18          Tell me what is happening with the

11:00:14 19  insurance and what ABN is telling her about it.

11:00:28 20             MR. MANLEY:  Which one are we on?

11:00:30 21    A.   This kind of overrides from the earlier page

11:00:34 22  so -- it appears the customer called in and spoke with

11:00:52 23  the escrow department or not -- insurance department.

11:00:58   1   Regarding her own policy. And she was going to provide

11:01:04   2   proof of coverage.

11:01:04   3     Q.   (By Mr. Riemer) Okay. Now, would the system

11:01:14   4   reflect information that she would send or proof of

11:01:18   5   coverage that she would send -- would that be noted in

11:01:22   6   the system, when it was received?

11:01:24   7     A.   Yes, it should be.

11:01:26   8     Q.   Is there a code that goes along with that?

11:01:30   9     A.   These are ABN's. I don't know what their

11:01:32   10   codes are.

11:01:32   11     Q.   Okay. But we talked about like the R90s and

11:01:36   12   the R20s.

11:01:36   13     A.   Oh, yeah. That's the payment history.

11:01:40   14     Q.   All right. This is a collection note, so the

11:01:44   15   payment history codes are the same?

11:01:46   16     A.   Yeah. Because they converted to our system.

11:01:48   17   So --

11:01:50   18     Q.   Okay.

11:01:52   19     A.   Looks like they informed her that she would be

11:01:56   20   due part of -- and they would refund any coverage that

11:02:04   21   overlaps with the forced placed cost.

11:02:08   22     Q.   Okay. Where are you reading from?

11:02:08   23     A.   Page 416. It rolls into the next page.

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc Exhibit C   Page 36 of 85

11:02:12 1    Q.   Oh, okay.  The same entry.

11:02:14 2                MR. MANLEY:  Ken, back to your earlier

11:02:16 3    question about what would be indicated, again, just for

11:02:20 4    the record, I'm just objecting because these are ABN

11:02:24 5    notes.  CitiMortgage may do things differently.  So I'm

11:02:28 6    just going to get that objection on the record.

11:02:28 7                MR. RIEMER:  Okay.  I mean, I'm asking

11:02:32 8    because he's --

11:02:34 9    Q.   (By Mr. Riemer)  I take it you're -- you have

11:02:36 10   a lot of experience in reading these notes.

11:02:38 11               I mean, these kind of notes are a big

11:02:42 12   part of what you look at when you do your job.  Aren't

11:02:44 13   they?

11:02:44 14   A.   Yeah.  We read the notes.  But, I mean, the

11:02:46 15   ABN is like -- a lot of times people use abbreviations

11:02:52 16   that may be different than ones we use.

11:02:54 17               MR. MANLEY:  Right.  And your question

11:02:54 18   was a policy question.  It wasn't reading the notes.  I

11:02:58 19   think he can read the notes.

11:03:00 20               MR. RIEMER:  Okay.

11:03:00 21               MR. MANLEY:  You said what would they

11:03:00 22   indicate on there.  I don't know what ABN would do.  I

11:03:04 23   mean, he may know, but I just want to get that

| | | |
|---|---|---|
| 11:03:06 | 1 | objection on the record. |
| 11:03:08 | 2 | A. No, I wouldn't know. |
| 11:03:08 | 3 | Q. (By Mr. Riemer) Okay. Going to 412. And |
| 11:03:20 | 4 | this is an entry -- well, there's a lot of entries |
| 11:03:24 | 5 | dated June 15th, '06. |
| 11:03:32 | 6 | A. Oh, fax received from customer. |
| 11:03:34 | 7 | Q. Okay. Yeah. What was received from customer? |
| 11:03:40 | 8 | A. Let's see. |
| 11:03:44 | 9 | Okay. Appears to be claim documents. It |
| 11:03:48 | 10 | was not the renewal notice. I believe they had a |
| 11:03:52 | 11 | insurance claim from damages from like the hurricane or |
| 11:03:56 | 12 | something. |
| 11:03:56 | 13 | Q. Hurricane Katrina? |
| 11:03:58 | 14 | A. Uh-huh. |
| 11:03:58 | 15 | Q. Okay. On the top of page 412, there's some |
| 11:04:02 | 16 | notes regarding taxes. Tax entry confirmed for Ms. |
| 11:04:10 | 17 | Soutullo we received her fax of taxes we paid for her |
| 11:04:14 | 18 | neighbor in error. Advised for tax department to |
| 11:04:16 | 19 | contact county to resolve. |
| 11:04:22 | 20 | Did I read that right? |
| 11:04:22 | 21 | A. I think so. |
| 11:04:24 | 22 | Q. And -- but we know that a month before, little |
| 11:04:30 | 23 | bit shy of a month before, somebody at ABN-AMRO had |

11:04:36 1    already confirmed they were paying on the wrong parcel?

11:04:40 2    A.    Yeah.   From the notes that appears correct.

11:04:42 3    Q.    Now, what happened with this?

11:04:44 4              They've contacted the county.   Or they

11:04:46 5    told her that we're going to contact the county.

11:04:48 6              Did that happen?

11:04:50 7    A.    Doesn't show anywhere in the notes that that

11:04:54 8    happened.

11:05:00 9    Q.    Okay.

11:05:02 10   A.    Not that I saw.   Because I think -- back on

11:05:36 11   6/2/06 it does look like they were waiting -- yeah,

11:05:40 12   here we go.   6/1/06 they did speak with the county.

11:05:44 13   Q.    All right.

11:05:46 14              MR. MANLEY:   What's the Bates number?

11:05:48 15   A.    417.

11:05:48 16   Q.    (By Mr. Riemer)  Okay.  Okay.  At the top

11:05:58 17   here, spoke with county.   I see it.

11:06:00 18   A.    Uh-huh.   They were trying to verify legal

11:06:08 19   description, and county was supposed to call them back

11:06:12 20   with information.   But it doesn't appear that that --

11:06:14 21   that the county returned with that information.

11:06:20 22   Q.    Okay.

11:06:20 23   A.    Yeah.   Because the notes on page 416 on 6/2/06

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc Exhibit
C    Page 39 of 85

13:39:30  1      A.    No.

13:39:32  2      Q.    Can we assume that the payments were made

13:39:34  3  regularly -- were regularly made prior to May 28th,

13:39:40  4  '03?

13:39:46  5      A.    Here's the beginning.  First payment 2/6/03.

13:39:50  6  If you look, the 2/6/03 payment paid them.

13:39:56  7      Q.    What page are you referring to?

13:39:58  8      A.    On 277.

13:39:58  9      Q.    Okay.

13:40:04 10              Okay.  So your payment history starts

13:40:08 11  5/28/03.

13:40:10 12              But it's a clean slate in terms of

13:40:14 13  delinquency at that point?

13:40:16 14      A.    Yes.

13:40:16 15      Q.    Okay.  So your payment history shows regular

13:40:18 16  payments made May, June, --

13:40:24 17      A.    Yeah.  Everything was fine to start with.

13:40:26 18  So --

13:40:28 19      Q.    Okay.  Now, I show the first payment that

13:40:34 20  referenced -- the first entry on your ledger,

13:40:36 21  Exhibit 5, that references a payment to insurance is

13:40:40 22  February 2nd, 2004.

13:40:54 23      A.    Okay.  Yeah, escrow payment was paid on

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc  Exhibit
C    Page 40 of 85

13:40:56 1    2/2/04.  And 19.58.

13:40:58 2        Q.   $19.58?

13:41:02 3        A.   Correct.

13:41:02 4        Q.   Okay.  Now, what -- why was -- as far as you

13:41:08 5    understand, why was that amount paid?

13:41:14 6        A.   Yeah.  Let's see if that's in the notes.

13:41:32 7             Yeah.  It's not reflected in the

13:41:32 8    collection notes.  So I'm not really sure why that

13:41:36 9    amount was paid.

13:41:36 10       Q.   Does it indicate in the payment notes?

13:41:38 11       A.   No.  Not at all.

13:41:40 12       Q.   Okay.  So we don't know --

13:41:46 13            MR. MANLEY:  There's some documents that

13:41:48 14   indicate it, Ken.  The insurance letters.  They discuss

13:41:52 15   it.

13:41:52 16            MR. RIEMER:  Okay.

13:42:04 17            MR. MANLEY:  There's a letter that

13:42:06 18   discusses it.

13:42:08 19            MR. RIEMER:  Well, let's -- I'm going to

13:42:10 20   mark this as No. 6.  And for the record that's going to

13:42:12 21   be CitiMortgage/Soutullo document No. 441 through 487,

13:42:20 22   and it is a set of insurance related correspondence.

13:43:20 23            (Exhibit 6 marked.)

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc  Exhibit
C    Page 41 of 85

13:52:00  1    Right?

13:52:00  2         A.    That's correct.

13:52:00  3         Q.    All right.

13:52:02  4               Okay.  So we see regular payments

13:52:04  5    received every month for the end of 2004.  Right?

13:52:08  6         A.    Yes.

13:52:14  7         Q.    And then in February 2005.  I'm guessing

13:52:16  8    February is their renewal date, or maybe January the

13:52:22  9    renewal date.  We have another charge to Alpha, 362.

13:52:26 10               Do you see that?

13:52:30 11         A.    What was the date on that?

13:52:30 12         Q.    February the 9th, 2005?

13:52:42 13         A.    Oh, yes.  I see that.

13:52:42 14         Q.    That creates an escrow balance of 1,059.20.

13:52:48 15               Do you see that?

13:52:48 16         A.    Yes.  Because there was also a escrow on

13:52:54 17    11/24/04.

13:52:54 18         Q.    Yeah.  Yeah.  I skipped over that.

13:53:00 19               That's another payment to Alpha?

13:53:02 20         A.    Uh-huh.

13:53:02 21         Q.    And prior to that then there is 18.01, which I

13:53:08 22    guess is residual from this 19.58.  Went from 18.01 to

13:53:16 23    702.41.

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc  Exhibit
C    Page 42 of 85

| | | | |
|---|---|---|---|
| 13:53:16 | 1 | | Do you see that? |
| 13:53:20 | 2 | A. | Yeah. Because there was a refund on 2/17/05. |
| 13:53:28 | 3 | Q. | A refund. Okay. To the Soutullos. |
| 13:53:32 | 4 | A. | Yes. They must have provided insurance again. |
| 13:53:36 | 5 | So -- | |
| 13:53:36 | 6 | Q. | They provided proof of insurance. |
| 13:53:38 | 7 | A. | Because they refunded part of the escrow. |
| 13:53:40 | 8 | Q. | Okay. And then this was a -- where 2/17 -- |
| 13:53:50 | 9 | okay. | |
| 13:53:52 | 10 | | How does it show that a refund was -- it |
| 13:53:54 | 11 | looks like to me it's in the payment received. | |
| 13:53:58 | 12 | A. | Maybe it's not reflected well on that. So -- |
| 13:54:02 | 13 | Q. | Well let's -- but you're saying 2/17/05 a |
| 13:54:06 | 14 | refund was generated -- | |
| 13:54:08 | 15 | A. | Yes. |
| 13:54:08 | 16 | Q. | -- for the insurance. |
| 13:54:10 | 17 | | Tell me the page of the account history. |
| 13:54:12 | 18 | A. | 272. |
| 13:54:22 | 19 | | MR. MANLEY: Ken, I haven't had a chance |
| 13:54:22 | 20 | to go through that obviously. He gave that to me | |
| 13:54:26 | 21 | today. | |
| 13:54:28 | 22 | | MR. RIEMER: Me neither. |
| 13:54:28 | 23 | | MR. MANLEY: He basically just pulled |

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc Exhibit C   Page 43 of 85

13:54:30 1   information into Excel spreadsheet. This thing is

13:54:34 2   what's really correct. I was trying to make that

13:54:36 3   easier for you to read.

13:54:38 4                 MR. RIEMER: Yeah. And I really

13:54:40 5   appreciate that.

13:54:42 6                  So just for the record, Exhibit 5 is just

13:54:44 7   your capitulation of the source document. And the

13:54:48 8   source documents are these account notes.

13:54:50 9                  MR. MANLEY: Right.

13:54:52 10     A. Yes. That feeds this.

13:54:52 11     Q. (By Mr. Riemer) So this may --

13:54:54 12                MR. MANLEY: It may not have come into

13:54:56 13   that exactly right.

13:54:56 14                MR. RIEMER: I see.

13:54:58 15                MR. MANLEY: But it's easier for you to

13:55:00 16   read.

13:55:00 17     A. And it has a running escrow balance too, which

13:55:04 18   I thought would be helpful.

13:55:04 19     Q. (By Mr. Riemer) Yes, it is. You said 273?

13:55:10 20     A. 272, at the bottom of the page. The R20 is

13:55:14 21   the refund.

13:55:20 22     Q. Okay. By refunding does that mean that the

13:55:24 23   Soutullos are getting a check?

13:55:26  1      A.     Well, no.   It's a credit toward the escrow.

13:55:28  2     It's a refund on the amount that we paid to Alpha.

13:55:32  3      Q.     Okay.   But that period of time, the escrow

13:55:36  4     balance --

13:55:38  5      A.     The entry before it where the 29.05 was when

13:55:42  6     we paid Alpha.   And then the next entry on 2/17 would

13:55:46  7     have been when they received proof of insurance and

13:55:50  8     then credited it back.

13:55:52  9      Q.     Okay.   So we have to go back to November 2004

13:55:58  10     where there's an Alpha payment of 684.40.   Right?

13:56:04  11      A.     Okay.

13:56:04  12      Q.     November 1, 2004.

13:56:14  13            Now, is that characterized correctly?

13:56:16  14      A.     Yes.

13:56:16  15      Q.     Okay.   684.40.   And it's indicated on page

13:56:22  16     273, payee Alpha and Mutual.   I see that now.

13:56:30  17      A.     Yes.

13:56:30  18      Q.     That's the first time this balance goes from

13:56:34  19     this $19-ish figure to 700 -- over 700?

13:56:38  20      A.     Uh-huh.

13:56:40  21      Q.     Okay.   So it stays 702.   Then it goes down

13:56:44  22     slightly.

13:56:46  23            Is it going down because there's interest

Case 09-01137    Doc 18-5    Filed 07/12/10    Entered 07/12/10 17:02:33    Desc Exhibit
C    Page 45 of 85

13:56:48 1     that is earned on the escrow?

13:56:50 2         A.    Well, no.    The customer seems to round their

13:56:54 3     payments up.

13:56:54 4         Q.    Okay.

13:56:54 5         A.    And then like if there's a little bit extra,

13:56:58 6     usually like 26 cents a month seems to be posted to

13:57:02 7     escrow.    Whenever they get it a little bit, they post

13:57:14 8     it to escrow.

13:57:14 9         Q.    It shows a negative escrow balance of before

13:57:16 10    this February 2005 payment of $697.20.

13:57:22 11        A.    Okay.

13:57:24 12        Q.    Which really consists of that one insurance

13:57:26 13    payment November 2004 and then this 19.58 amount.

13:57:32 14    Right?

13:57:32 15        A.    (Witness nods head.)

13:57:34 16        Q.    You would agree with that?

13:57:34 17        A.    Yes.

13:57:34 18        Q.    Okay.    All right.    Now then, there's a refund

13:57:42 19    of -- there's a refund applied of the 684.40.

13:57:52 20                    Is that why --

13:57:52 21        A.    I think it's a partial refund.

13:57:54 22        Q.    Okay.

13:57:54 23        A.    Because it was just 645.02.

Case 09-01137    Doc 18-5    Filed 07/12/10    Entered 07/12/10 17:02:33    Desc Exhibit
C    Page 46 of 85

13:57:56 1     Q.   Okay. And that brought the escrow back down

13:58:00 2   to 414.18.

13:58:00 3     A.   Uh-huh.

13:58:02 4     Q.   Okay. Now -- okay. Now, the 362 that's paid

13:58:14 5   to Alpha in February of 2005, that's not refunded?

13:58:24 6          MR. MANLEY: What's that again? I'm

13:58:24 7   sorry, Ken.

13:58:30 8     A.   Maybe you can tell from the letters. But it's

13:58:32 9   hard to tell -- to match up which escrows match up to

13:58:38 10   the refund.

13:58:38 11     Q.   (By Mr. Riemer) Okay.

13:58:38 12     A.   Maybe the letters would clear that up.

13:58:52 13          MR. MANLEY: What date are we on?

13:58:54 14     A.   Like February '05.

13:58:56 15          MR. RIEMER: Yeah. Why don't we cover

13:58:56 16   the letters. Maybe that will be the easiest way to do

13:59:00 17   it. I just don't want to leave here today without an

13:59:02 18   understanding of what happened with the insurance.

13:59:18 19     Q.   (By Mr. Riemer) If you look at page 451,

13:59:20 20   there's an insurance letter that tells Mr. Soutullo

13:59:24 21   that ABN-AMRO's records reflect that there's a lapse.

13:59:34 22          MR. MANLEY: That's '05.

13:59:36 23     A.   2/16/05.

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc Exhibit C   Page 47 of 85

| 13:59:38 | 1 | MR. MANLEY: There's a letter before that |
| 13:59:38 | 2 | obviously. |
| 13:59:40 | 3 | MR. RIEMER: Yeah, but I think that we -- |
| 13:59:44 | 4 | A. Yeah. It goes with 454 I think. |
| 13:59:58 | 5 | MR. MANLEY: What's the date of that? |
| 13:59:58 | 6 | MR. RIEMER: 2/16/05. |
| 14:00:00 | 7 | A. Yeah, 2/16/05. |
| 14:00:02 | 8 | MR. MANLEY: There's a letter that goes |
| 14:00:04 | 9 | before that, I think, date of 2/16/05 notification. |
| 14:00:20 | 10 | MR. RIEMER: That's the binder? |
| 14:00:20 | 11 | MR. MANLEY: Well, the binder would be |
| 14:00:22 | 12 | attached to the letter. |
| 14:00:22 | 13 | MR. RIEMER: Yeah. 2/16/05 is what we're |
| 14:00:24 | 14 | talking about. |
| 14:00:24 | 15 | MR. MANLEY: There's a letter that goes |
| 14:00:26 | 16 | with the binder. |
| 14:00:28 | 17 | MR. RIEMER: Yeah. That's what I'm |
| 14:00:28 | 18 | reading from. |
| 14:00:28 | 19 | MR. MANLEY: Okay. |
| 14:00:30 | 20 | MR. RIEMER: No. 451? |
| 14:00:34 | 21 | MR. MANLEY: Mine's not Bates numbered is |
| 14:00:36 | 22 | the problem. |
| 14:00:36 | 23 | A. Oh, okay. Then there was one the month before |

14:00:42 1    too.

14:00:42 2            MR. MANLEY:  Yeah.  That's the one.  Then

14:00:46 3    there's a binder.

14:00:50 4            MR. RIEMER:  Okay.

14:01:02 5        Q.  (By Mr. Riemer)  Now maybe we can cut through

14:01:04 6    this if you can tell me based on your review to what

14:01:08 7    extent these insurance charges that were incurred in

14:01:10 8    2005 were refunded.

14:01:18 9        A.  Yeah.  I think it -- let's see.

14:01:46 10            Yeah.  The only refund in '05 was the

14:01:48 11    2/17/05.  And then that of 645.

14:01:54 12        Q.  Okay.  And tell me the account history page

14:01:58 13    that that corresponds with.

14:02:00 14        A.  272.

14:02:02 15        Q.  272?

14:02:04 16        A.  What date?

14:02:04 17        Q.  2/17.05.

14:02:08 18        A.  We refunded 645.02.

14:02:12 19        Q.  Okay.  What I'm going to do is I'm going to

14:02:22 20    get you to write on paragraph -- paragraph --

14:02:28 21    Exhibit 5.

14:02:28 22        A.  Okay.

14:02:28 23        Q.  If you'll just indicate for us refund on your

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc Exhibit C   Page 49 of 85

14:02:32  1   entry there.

14:02:32  2       A.   Okay.   Yeah.   I think the refunds didn't quite

14:02:36  3   come across.

14:02:38  4       Q.   Probably meant to put that in parentheses.

14:02:42  5       A.   Yeah.   Because the one in parentheses are when

14:02:46  6   we paid out.   That's a pay back in with the escrow

14:02:50  7   account.

14:02:50  8       Q.   Now, why don't you stay with that and write

14:02:54  9   down on Exhibit 5 what other refunds were paid.

14:02:56 10       A.   Okay.   Let's see.

         11                    (Witness complies.)

14:07:54 12       Q.   So you have written here in pen on Exhibit 5

14:08:00 13   the refunds that were paid to the Soutullos.   Right?

14:08:04 14       A.   Right.

14:08:04 15       Q.   Or paid against -- refunded to their account?

14:08:06 16       A.   Yeah.   Refunded to the escrow account.

14:08:08 17       Q.   All right.   All right.   I'm going to make an

14:08:12 18   attempt to summarize this.   You tell me if I'm right.

14:08:14 19       A.   Okay.

14:08:14 20       Q.   These refund events occur when the Soutullos

14:08:22 21   provide evidence that there was insurance coverage in

14:08:24 22   place.

14:08:24 23       A.   Yes.   The way I read it is they send in the

| | | |
|---|---|---|
| 14:08:28 | 1 | insurance.  We match it against the hazard policy that |
| 14:08:32 | 2 | we put on the account.  And where their policy overlaps |
| 14:08:36 | 3 | with ours, they refund them the difference. |
| 14:08:38 | 4 | Q.  Okay.  So if they show you evidence that there |
| 14:08:44 | 5 | was -- has been coverage all along, there wasn't a |
| 14:08:48 | 6 | lapse, then it would be a full refund? |
| 14:08:50 | 7 | A.  Correct. |
| 14:08:50 | 8 | Q.  If there was a lapse and your binder that you |
| 14:08:52 | 9 | paid actually did cover the property for a period of a |
| 14:08:56 | 10 | gap, then the proportion of the premium that would |
| 14:09:02 | 11 | cover that gap would not be refunded? |
| 14:09:04 | 12 | A.  Yes.  We would only charge them for the part |
| 14:09:06 | 13 | where they didn't have their own policy in place. |
| 14:09:08 | 14 | Q.  Okay.  Now, were there -- let's see.  You have |
| 14:09:12 | 15 | identified -- let's see -- one, two, three, four -- |
| 14:09:34 | 16 | four refund events in this payment history. |
| 14:09:36 | 17 | So for each of those four events, there |
| 14:09:40 | 18 | was some indication in Citi's or ABN-AMRO's record of a |
| 14:09:46 | 19 | lapse.  Right? |
| 14:09:48 | 20 | A.  Yes. |
| 14:09:48 | 21 | Q.  To start out with? |
| 14:09:50 | 22 | MR. MANLEY:  Where all those insurance |
| 14:09:52 | 23 | refunds -- |

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc Exhibit
C   Page 51 of 85

14:09:52 1     A.    Oh, there was the one for $240.  I marked that

14:09:58 2  tax refunds to.

14:09:58 3     Q.    (By Mr. Riemer)  Let's go ahead and identify.

14:10:00 4  That's going to get things off.

14:10:02 5     A.    Yeah.  The one dated 4/27/06 was the tax

14:10:06 6  refund.  I marked that for you too.

14:10:08 7     Q.    Oh, you say refund tax.

14:10:10 8            .  Let's just stick with the insurance

14:10:12 9  stuff.

14:10:12 10    A.    Okay.

14:10:14 11    Q.    For each of those three events then, there was

14:10:16 12 some indication in the mortgage company's files that

14:10:18 13 there was a lapse.

14:10:22 14           There was a contact through letters such

14:10:24 15 as the ones we've looked at that asks for information

14:10:28 16 be provided about coverage?

14:10:30 17    A.    Yes.

14:10:30 18    Q.    Okay.  And that information was eventually

14:10:34 19 provided by the Soutullos on each of those three

14:10:36 20 occasions?

14:10:38 21    A.    Yes, I believe so.

14:10:38 22    Q.    Okay.  And -- but then you talk about this

14:10:44 23 gap.

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc  Exhibit
C    Page 52 of 85

| | | |
|---|---|---|
| 14:10:44 | 1 | A.   Uh-huh. |

14:10:44 2   Q.   Okay.  Now, of the three, were there gaps that

14:10:48 3   -- that the policy, the forced placed policy, is

14:10:52 4   actually covered in all three of those instances?

14:10:54 5   A.   I think so.  I'd have to look at the notes to

14:10:56 6   give you the dates.  Because most of this happened back

14:11:00 7   when they were under ABN too.  So --

14:11:04 8   Q.   Okay.  So the Soutullos never failed to get

14:11:12 9   their own coverage according to these records.

14:11:16 10           It's just that in some instances there

14:11:18 11   was a gap?

14:11:18 12   A.   Yeah.  It looks like sometimes it expired, and

14:11:20 13   they just didn't get us coverage right away.

14:11:24 14   Q.   Okay.  And if I -- if I went through here -- I

14:11:30 15   don't think we have to do it today though.

14:11:32 16           But if I went through and added up all

14:11:34 17   the tax -- all the insurance premiums that are paid out

14:11:38 18   of the escrow and then subtract all of the insurance

14:11:42 19   refunds, then what I'd have left would be the amount

14:11:44 20   that was charged to the account that corresponded with

14:11:46 21   these gaps?

14:11:50 22   A.   Yes.  The amount -- if you take what we paid

14:11:52 23   to the insurance company, minus the refunds, that would

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc Exhibit C   Page 53 of 85

| | | |
|---|---|---|
| 14:11:56 | 1 | leave what they would be responsible for in their |
| 14:12:00 | 2 | escrow. |
| 14:12:00 | 3 | Q.   Okay.  Now, back to the payment history |
| 14:12:04 | 4 | itself.  And let me ask it this way. |
| 14:12:10 | 5 | Just for the amount of principal and |
| 14:12:12 | 6 | interest that -- that is required, are there months |
| 14:12:16 | 7 | reflected in the history where the principal and |
| 14:12:20 | 8 | interest payments weren't made? |
| 14:12:22 | 9 | A.   Are there months -- yes. |
| 14:12:24 | 10 | Q.   All right.  Can you point those out to me? |
| 14:12:28 | 11 | A.   Okay. |
| 14:12:30 | 12 | Q.   You want your history back? |
| 14:12:30 | 13 | A.   Yeah. |
| 14:12:30 | 14 | Q.   Okay.  Why don't you circle those. |
| 14:12:34 | 15 | A.   Oh, it only shows when the payments were |
| 14:12:36 | 16 | posted.  It doesn't show missed ones.  So -- |
| 14:12:40 | 17 | Q.   Well, okay. |
| 14:12:40 | 18 | A.   Because, I mean, I know that -- |
| 14:12:42 | 19 | MR. MANLEY:  We're talking about |
| 14:12:44 | 20 | Exhibit 5 here. |
| 14:12:46 | 21 | A.   Yes. |
| 14:12:46 | 22 | MR. RIEMER:  Yeah. |
| 14:12:46 | 23 | A.   It doesn't show when payments aren't made.  It |

Case 09-01137   Doc 18-5   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc Exhibit
C   Page 54 of 85

# Exhibit 'A'

Case No.: 09-11543

Debtors: DONALD W. SOUTULLO – SS No.: ███████

Address: ████A CATHERINE CRE
MOBILE, AL 36695

Loan No.: ████

On filing petition 04/03/09 debtor(s) owed claimant $41,965.11.

ARREARAGES owed as of 04/03/09, the date of filing of the petition.

| From | To | Type of Charge | # | Unit Charge | Total |
|------|------|----------------|---|-------------|-------|
| 08/01/2008 | 03/01/2009 | Payment | 8 | 564.69 | 4,517.52 |
| | | Accrued Late Charge | - | - | 158.06 |
| | | Appraisal | - | - | 84.00 |
| | | Escrow Shortage | - | - | 245.04 |
| | | Late Charge | - | - | 49.32 |
| | | Miscellaneous | - | - | 0.57 |
| | | Property Inspection | - | - | 30.00 |
| | | | - | - | - |
| | | | | Subtotal: | 5,084.51 |
| | | | | **TOTAL:** | **5,084.51** |

The above figures represent the delinquency at the time of filing and do not reflect payments received after the date of the filing of the bankruptcy.

Late charges accrue to the account when payments are received 0 days past the payment due date.



CITIMORTGAGE/SOUTULLO000219

```
DLSO0142    DLSM142      CONSOLIDATED NOTE SCREEN         02/08/10    13:40
ABN-TRAN
LOAN #: ███████ 5 1  CUSTOMER: DONALD W SOUTULLO              TYP: 001
DEPT ID: ALL (ALL/SEL/ACRONYM)  BAL: N  TYPE: D (F=FINANCIAL,D=DATAMSGS,B=BOTH)
START DATE: 02/08/10   STOP DATE: 00/00/00   PRINT: N (Y/N)   PRINTER:
INV: 60000/00000            BLK: 001/000     UNAP:          179.15  CD: CC  %
PDTO: 04/01/09 PBAL:      36828.55 EBAL:      -390.81 WARN: 7 LOCK: 9 STOP: 00
I-YTD:      356.87                          TIED:
 DATE  TRAN PDTO    TRAN AMT      PRIN      INT      ESC      L/C    OT-AMT
061506 SYS  9999  MS MY FAX TO SEND TO MY ATTN OR HV AGENT SEND THE
061506 SYS  9999  DEC PG. TAX INQUIRY CONFIRMED FOR MS SOUTULLO WE
061506 SYS  9999  RCVD HER FAX OF THE TAXES WE PAID FOR HER NEIGHBOR
061506 SYS  9999  IN ERROR ON 6-6-06 ADV TO ALLOW TIME FOR TAX DEPT
061506 SYS  9999  TO CONTACT COUNTY TO RESOLVE
061406 SYS  9999  DLQ/XH2/Z40 12:32: ZONE 3 'REVIEWED
061306 SYS  9999  DLQ/XF8/Z40 11:21: 'FOLLOW UP
060806 SYS  9999  CSW/FAP/Z04 14:48: RCVD ADJ RPT FOR HURRICANE
060806 SYS  9999  KATRINA DOL 8/29/05 WILL PLACE IN FILE. - JAPONICA
060806 SYS  9999  JONES - 6/8/2006 3:32:14 PM -
060806 SYS  9999  ██████████04/05/2006 RECVD ADJUSTERS REPORT

                  PF1-DETAIL     PF3-RETURN     PF4-ADD NOTE     PF5-CHG PRTY
PF6-TELLER INFO  PF7-PAGE BCK  PF8-PAGE FWD  PF9-QUICK CODES  PF10-CONTACT HIST
DISPLAY COMPLETE                                        NEXT ACTION:
```



EXHIBIT 4

Date: 2/8/2010 Time: 1:41:37 PM

CITIMORTGAGE/SOUTULLO000412

```
DLSO0142     DLSM142      CONSOLIDATED NOTE SCREEN        02/08/10   13:40
ABN-TRAN
LOAN #:  ██████████ 1  CUSTOMER: DONALD W SOUTULLO            TYP: 001
DEPT ID: ALL (ALL/SEL/ACRONYM)  BAL: N  TYPE: D (F=FINANCIAL,D=DATAMSGS,B=BOTH)
START DATE: 02/08/10   STOP DATE: 00/00/00   PRINT: N (Y/N)   PRINTER:
INV: 60000/00000           BLK: 001/000      UNAP:      179.15  CD: CC  %
PDTO: 04/01/09 PBAL:      36828.55 EBAL:      -390.81 WARN: 7 LOCK: 9 STOP: 00
I-YTD:      356.87                            TIED:
 DATE  TRAN PDTO    TRAN AMT      PRIN      INT       ESC      L/C   OT-AMT
060706 SYS  9999  CSW/Q72/Z04 11:21: LVM AT STLA FOR LEGAL ON LOT 2
060706 SYS  9999  AGAIN.
060606 SYS  9999  DLQ/***/Z40 01:07: SCORE 365    060606 AGT E60N
060606 SYS  9999  DAYS DEL 066 RISK B
060606 SYS  9999  DLQ/FEJ/Z40 08:52: LETTER DATE - 06/06/06; ID -
060606 SYS  9999  LDR401 DESC - 040106   1815.01    46141.38
060606 SYS  9999  TAX/TV1/Z12 14:29: REC'D FAX. RECEIPT FROM TC.
060606 SYS  9999  TAX/TV3/Z12 12:56:  FAXED RECEIVED IN NORRIDGE TAX
060606 SYS  9999  DEPARTMENT FORWARD TO JOHN IN TAX DEPT. OPENED
060606 SYS  9999  TXFXNR TSK.
060506 SYS  9999  DLQ/***/Z40 04:21:  OCCUPANCY UNKNOWN      CONDITION

              PF1-DETAIL    PF3-RETURN    PF4-ADD NOTE    PF5-CHG PRTY
PF6-TELLER INFO  PF7-PAGE BCK  PF8-PAGE FWD  PF9-QUICK CODES  PF10-CONTACT HIST
DISPLAY COMPLETE                                       NEXT ACTION:
```

Date: 2/8/2010 Time: 1:41:37 PM

CITIMORTGAGE/SOUTULLO000413

```
DLSO0142    DLSM142      CONSOLIDATED NOTE SCREEN           02/08/10    13:40
ABN-TRAN
LOAN #: ███████████  1  CUSTOMER: DONALD W SOUTULLO           TYP: 001
DEPT ID: ALL (ALL/SEL/ACRONYM)  BAL: N  TYPE: D (F=FINANCIAL,D=DATAMSGS,B=BOTH)
START DATE: 02/08/10    STOP DATE: 00/00/00    PRINT: N (Y/N)    PRINTER:
INV: 60000/00000            BLK: 001/000          UNAP:       179.15  CD: CC  %
PDTO: 04/01/09 PBAL:      36828.55 EBAL:      -390.81 WARN: 7 LOCK: 9 STOP: 00
I-YTD:      356.87                              TIED:
 DATE  TRAN PDTO   TRAN AMT      PRIN        INT       ESC      L/C    OT-AMT
060506 SYS  9999   ON 052706    SPI
060506 SYS  9999   DLQ/NCP/Z40 15:39: 6/4/2006 1:40:23 AM PO CHICAGO,
060506 SYS  9999   IL
060506 SYS  9999   DLQ/***/Z40 04:22: SCORE 356    051506 AGT E60N
060506 SYS  9999   DAYS DEL 096 RISK C
060506 SYS  9999   TAX/TV1/Z12 11:16:  CHECK RECEIVED,CHANGING LINES
060506 SYS  9999   TO NON ESCROW ESCANA TSK
060206 SYS  9999   DLQ/NCP/Z40 15:47: 6/2/2006 12:06:09 AM PO
060206 SYS  9999   HATTIESBURG, MS
060206 SYS  9999   DLQ/XH2/Z40 13:15: ZONE 3 'REVIEWED
060206 SYS  9999   DLQ/XH8/Z40 09:20:  REQUESTING FAX NUMBER FOR

              PF1-DETAIL    PF3-RETURN    PF4-ADD NOTE    PF5-CHG PRTY
   PF6-TELLER INFO  PF7-PAGE BCK  PF8-PAGE FWD  PF9-QUICK CODES  PF10-CONTACT HIST
   DISPLAY COMPLETE                                      NEXT ACTION:
```

Date: 2/8/2010 Time: 1:41:37 PM

**CITIMORTGAGE/SOUTULLO000414**

```
DLSO0142    DLSM142      CONSOLIDATED NOTE SCREEN          02/08/10   13:40
ABN-TRAN
LOAN #: ████████1  CUSTOMER: DONALD W SOUTULLO            TYP: 001
DEPT ID: ALL (ALL/SEL/ACRONYM)  BAL: N  TYPE: D (F=FINANCIAL,D=DATAMSGS,B=BOTH)
START DATE: 02/08/10   STOP DATE: 00/00/00   PRINT: N (Y/N)   PRINTER:
INV: 60000/00000          BLK: 001/000      UNAP:        179.15  CD: CC  %
PDTO: 04/01/09 PBAL:       36828.55 EBAL:      -390.81 WARN: 7 LOCK: 9 STOP: 00
I-YTD:       356.87                         TIED:
 DATE  TRAN PDTO      TRAN AMT       PRIN       INT        ESC      L/C    OT-AMT
060206 SYS  9999   INSUR DEPT  'REL TEL OFF
060206 SYS  9999   DLQ/XH7/Z40 08:43: RQSTD ESC INFO RQSTD INSR INFO
060206 SYS  9999   REFER TO CUS SER INF VER W/IN 30 VERIF SS# 'MTGR
060206 SYS  9999   TEL OFF
060206 SYS  9999   CSW/EJV/Z04 17:56: NO DEFAULT ACTIVITY THROUGH
060206 SYS  9999   8 31/2006
060206 SYS  9999   CSW/ESD/Z04 09:17: VRU ACCESSED
060206 SYS  9999   CSW/S2M/Z04 08:57: HAZARD INSURANCE INQUIRY MRS
060206 SYS  9999   SOUTULLO ADV SHE HAS HER OWN INSRUANCE POLICY WITH
060206 SYS  9999   ALPHA INSUR.PROV FAX# TO SEND COPY OF THAT INFO.
060206 SYS  9999   ADV ONCE RECVD WE CAN CANCEL L/P SHE ADV HER

                PF1-DETAIL     PF3-RETURN     PF4-ADD NOTE     PF5-CHG PRTY
 PF6-TELLER INFO  PF7-PAGE BCK  PF8-PAGE FWD  PF9-QUICK CODES  PF10-CONTACT HIST
 DISPLAY COMPLETE                                    NEXT ACTION:
```

Date: 2/8/2010 Time: 1:41:37 PM

CITIMORTGAGE/SOUTULLO000415

```
DLSO0142    DLSM142      CONSOLIDATED NOTE SCREEN        02/08/10   13:40
ABN-TRAN
LOAN #: ██████████ 1  CUSTOMER: DONALD W SOUTULLO            TYP: 001
DEPT ID: ALL (ALL/SEL/ACRONYM)  BAL: N  TYPE: D (F=FINANCIAL,D=DATAMSGS,B=BOTH)
START DATE: 02/08/10   STOP DATE: 00/00/00   PRINT: N (Y/N)   PRINTER:
INV: 60000/00000          BLK: 001/000        UNAP:      179.15  CD: CC  %
PDTO: 04/01/09 PBAL:     36828.55 EBAL:      -390.81 WARN: 7 LOCK: 9 STOP: 00
I-YTD:      356.87                            TIED:
 DATE  TRAN PDTO   TRAN AMT      PRIN      INT       ESC      L/C   OT-AMT
060206 SYS  9999  POLICY WAS EFF IN MAY. ADV L/P REFUND WOULD
060206 SYS  9999  PROBABLY BE PRORATED FROM FEB TO MAY. TAX INQUIRY
060206 SYS  9999  ADV MRS SOUTULLO REFUND FOR INCORRECT PARCEL WAS
060206 SYS  9999  RECV ON 5/30/06 IAO 240.00 AND PLACE BACK IN
060206 SYS  9999  ESCROW ACCT. ADV WE ARE TRYING TO GET CORRECT LOT
060206 SYS  9999  INFO FORM COUNTY AND ARE WAITING FOR PHONE CALL
060206 SYS  9999  BACK ON THAT.SHE ADV FAX LOT INFO YESTERDAY.
060206 SYS  9999  VERIFED HAS NOT BEEN RECV YET. SHE ADV WILL REFAX
060206 SYS  9999  INFO . PROV FAX# TO TAX DEPT IN NORIDGE
060206 SYS  9999  CSW/EQX/Z04 08:41: VRU ACCESSED
060106 SYS  9999  TAX/TF5/Z12 09:10:  CHECK FOR 240.00 WAS PLACE

           PF1-DETAIL    PF3-RETURN     PF4-ADD NOTE    PF5-CHG PRTY
PF6-TELLER INFO  PF7-PAGE BCK  PF8-PAGE FWD  PF9-QUICK CODES  PF10-CONTACT HIST
DISPLAY COMPLETE                                     NEXT ACTION:
```

Date: 2/8/2010  Time: 1:41:37 PM

**CITIMORTGAGE/SOUTULLO000416**

```
DLSO0142    DLSM142      CONSOLIDATED NOTE SCREEN         02/08/10   13:40
ABN-TRAN
LOAN #: ██████████ 1  CUSTOMER: DONALD W SOUTULLO            TYP: 001
DEPT ID: ALL (ALL/SEL/ACRONYM)  BAL: N  TYPE: D (F=FINANCIAL,D=DATAMSGS,B=BOTH)
START DATE: 02/08/10   STOP DATE: 00/00/00   PRINT: N (Y/N)   PRINTER:
INV: 60000/00000                    UNAP:            179.15  CD: CC  %
PDTO: 04/01/09 PBAL:      36828.55 EBAL:      -390.81 WARN: 7 LOCK: 9 STOP: 00
I-YTD:      356.87                          TIED:
 DATE  TRAN PDTO    TRAN AMT      PRIN      INT       ESC      L/C   OT-AMT
060106 SYS  9999   BACK TO CUSTOMERS ACCOUNT TO REPLACE INCORRECT
060106 SYS  9999   PARCEL PAID. WILL OPEN TASK FOR DELFUS GROUP
060106 SYS  9999   CSW/Q72/Z04 11:06: SPOKE WITH COUNTY THEY DO NOT
060106 SYS  9999   HAVE THE LEGAL FOR A LOT 2 11085 OR 11095.   LVM
060106 SYS  9999   WITH ATI TITLE 251-665-3147 TO CLL BACK LOOKING
060106 SYS  9999   FOR LEGAL WITH LOT 2.
060106 SYS  9999   CSW/SN3/Z04 10:14: TAX INQUIRY ADV  TAMMY SOUTULLO
060106 SYS  9999   THE FAX NUMBER TO TAX DEPT
053006 SYS  9999   DLQ/DVX/Z40 19:19: 'TEL RES NO ANSWER
052706 SYS  9999   DLQ/DVX/Z40 10:55: 'TEL RES NO ANSWER
052706 SYS  9999   DLQ/XG5/Z40 10:56: 'TEL RES NO ANSWER

                PF1-DETAIL     PF3-RETURN     PF4-ADD NOTE     PF5-CHG PRTY
PF6-TELLER INFO  PF7-PAGE BCK  PF8-PAGE FWD  PF9-QUICK CODES  PF10-CONTACT HIST
DISPLAY COMPLETE                                    NEXT ACTION:
```

Date: 2/8/2010 Time: 1:41:37 PM

CITIMORTGAGE/SOUTULLO000417

```
DLSO0142    DLSM142     CONSOLIDATED NOTE SCREEN          02/08/10   13:40
ABN-TRAN
LOAN #: ███████████ 1  CUSTOMER: DONALD W SOUTULLO          TYP: 001
DEPT ID: ALL (ALL/SEL/ACRONYM)  BAL: N  TYPE: D (F=FINANCIAL,D=DATAMSGS,B=BOTH)
START DATE: 02/08/10   STOP DATE: 00/00/00   PRINT: N (Y/N)   PRINTER:
INV: 60000/00000              BLK: 001/000        UNAP:       179.15  CD: CC  %
PDTO: 04/01/09 PBAL:       36828.55 EBAL:      -390.81 WARN: 7 LOCK: 9 STOP: 00
I-YTD:     356.87                           TIED:
  DATE  TRAN PDTO    TRAN AMT      PRIN      INT        ESC     L/C   OT-AMT
052606 SYS  9999  DLQ/DVX/Z40 11:03: 'TEL BUS SIT TONE
052606 SYS  9999  CSW/TL3/Z04 10:36: BEATRICE AVALOS CHARGED
052606 SYS  9999  ORIGINATION FOR PROVIDING INCORRECT LEGAL TO ATSU.
052606 SYS  9999  APPRAISAL HAS LOT 2 BUT LEGAL PROVIDED WAS FOR LOT
052606 SYS  9999  1   REIMBURSE CUST FOR $240.00 DISB TO WRONG
052606 SYS  9999  PARCEL.
052506 SYS  9999  TAX/TF5/Z12 14:49:  WILL BE CHARGING FARETS FOR
052506 SYS  9999  REPORTING  ON AN INCORRECT PARCEL # OF 00405476
052506 SYS  9999  WHICH BELONG TO ADDRESS ██████ CATHERINE CREEK NOT
052506 SYS  9999  OUR CUSTOMERS ADDRESS.  THERE ARE NO CURRENT TAXES
052506 SYS  9999  DUE FOR THE CORRECT PARCEL #00405467.THIS IS THE


              PF1-DETAIL    PF3-RETURN    PF4-ADD NOTE    PF5-CHG PRTY
 PF6-TELLER INFO  PF7-PAGE BCK  PF8-PAGE FWD  PF9-QUICK CODES  PF10-CONTACT HIST
DISPLAY COMPLETE                                    NEXT ACTION:
```

Date: 2/8/2010 Time: 1:41:37 PM

CITIMORTGAGE/SOUTULLO000418

```
DLSO0142    DLSM142     CONSOLIDATED NOTE SCREEN        02/08/10   13:40
ABN-TRAN
LOAN #: ███████████1  CUSTOMER: DONALD W SOUTULLO          TYP: 001
DEPT ID: ALL (ALL/SEL/ACRONYM)  BAL: N  TYPE: D (F=FINANCIAL,D=DATAMSGS,B=BOTH)
START DATE: 02/08/10   STOP DATE: 00/00/00   PRINT: N (Y/N)   PRINTER:
INV: 60000/00000        BLK: 001/000        UNAP:      179.15  CD: CC  %
PDTO: 04/01/09 PBAL:      36828.55 EBAL:      -390.81 WARN: 7 LOCK: 9 STOP: 00
I-YTD:      356.87                      TIED:
DATE   TRAN PDTO    TRAN AMT     PRIN     INT      ESC     L/C    OT-AMT
052506 SYS  9999  FORMAT THAT FIRST AMERICAN USES. CHANGE FORM SENT.
052506 SYS  9999  CSW/F1B/Z04 08:47: INSPEC ORDERED 5/17 NO REPRT
052506 SYS  9999  YET WILL F/U
052406 SYS  9999  DLQ/XH2/Z40 15:06: CLEAN UP STOPS
052306 SYS  9999  DLQ/DVX/Z40 18:44: 'TEL RES NO ANSWER
052306 SYS  9999  DLQ/XA1/Z40 09:48: DISAGRE W/PMT AMT 'CM TEL OFF
052306 SYS  9999  REFER TO CUS SER 'VERIF PH# 'VERIF ML ADD 'VERIF
052306 SYS  9999  PRP AD 'VERIF NAME VERIF SS#
052306 SYS  9999  CSW/Y98/Z04 10:23: ESCROW INQUIRY ADVD MRS.
052306 SYS  9999  SOUTULLO THAT HER PMT IS INCREASING DUE TO US
052306 SYS  9999  FORCING THE TAXES AND INS. ONCE WE CONFIRM THAT WE

              PF1-DETAIL    PF3-RETURN    PF4-ADD NOTE    PF5-CHG PRTY
PF6-TELLER INFO  PF7-PAGE BCK  PF8-PAGE FWD  PF9-QUICK CODES  PF10-CONTACT HIST
DISPLAY COMPLETE                                      NEXT ACTION:
```

Date: 2/8/2010 Time: 1:41:37 PM

**CITIMORTGAGE/SOUTULLO000419**

```
DLSO0142    DLSM142      CONSOLIDATED NOTE SCREEN          02/08/10    13:40
ABN-TRAN
LOAN #: ███████    1  CUSTOMER: DONALD W SOUTULLO            TYP: 001
DEPT ID: ALL (ALL/SEL/ACRONYM)  BAL: N  TYPE: D (F=FINANCIAL,D=DATAMSGS,B=BOTH)
START DATE: 02/08/10    STOP DATE: 00/00/00    PRINT: N (Y/N)    PRINTER:
INV: 60000/00000          BLK: 001/000       UNAP:       179.15  CD: CC  %
PDTO: 04/01/09 PBAL:      36828.55 EBAL:     -390.81 WARN: 7 LOCK: 9 STOP: 00
I-YTD:     356.87                             TIED:
DATE   TRAN PDTO    TRAN AMT      PRIN      INT        ESC      L/C    OT-AMT
052306 SYS  9999  PD DLQ TAX ON WRONG PARCEL AND SHE PROVD'SPROOF OF
052306 SYS  9999  INS WE CAN MAKE ADJUSTMENTS TO ESCROW. LENDER
052306 SYS  9999  PLACE / FORCE PLACE INSURANCE INQUIRY ADVD MRS.
052306 SYS  9999  SOUTULLO THAT HER POLICY WITH ALPHA CANCELLED DUE
052306 SYS  9999  TO NON-PMT AS OF 2/10/06. SHE ADVD THAT SHE
052306 SYS  9999  OBTAINED INS AFTER THAT DATE. ADVD HER THAT ONCE
052306 SYS  9999  WE GET AN UPDATED POLICY WE CAN CANCEL THE LENDER
052306 SYS  9999  PLACE POLICY PARTIAL. AGENT WAS NOT AVAILABLE AND
052306 SYS  9999  SHE WAS ADVD TO CALL HER NEXT BUS DAY. ADVD THAT
052306 SYS  9999  WE WILL NEED EFFECTIVE DATE COVERAGE AMT DWELLING
052306 SYS  9999  AND THE POLICY NUMBER. TAX INQUIRY MS SOUTULLO

             PF1-DETAIL     PF3-RETURN      PF4-ADD NOTE     PF5-CHG PRTY
PF6-TELLER INFO  PF7-PAGE BCK  PF8-PAGE FWD  PF9-QUICK CODES  PF10-CONTACT HIST
DISPLAY COMPLETE                                        NEXT ACTION:
```

CITIMORTGAGE/SOUTULLO000420

```
DLSO0142    DLSM142     CONSOLIDATED NOTE SCREEN          02/08/10   13:40
ABN-TRAN
LOAN #: ███████████1  CUSTOMER: DONALD W SOUTULLO          TYP: 001
DEPT ID: ALL (ALL/SEL/ACRONYM)  BAL: N  TYPE: D (F=FINANCIAL,D=DATAMSGS,B=BOTH)
START DATE: 02/08/10   STOP DATE: 00/00/00   PRINT: N (Y/N)   PRINTER:
INV: 60000/00000        BLK: 001/000          UNAP:       179.15 CD: CC  %
PDTO: 04/01/09 PBAL:    36828.55 EBAL:    -390.81 WARN: 7 LOCK: 9 STOP: 00
I-YTD:     356.87                             TIED:
DATE   TRAN PDTO   TRAN AMT       PRIN        INT      ESC     L/C   OT-AMT
052306 SYS  9999  ADVD THAT HE DLQ TAX WE PD 4/27/06 FOR 240.00 WAS
052306 SYS  9999  NOT FOR HER PARCEL. SHE ADVD THAT THE AMT PD WAS
052306 SYS  9999  OF THE PROPERTY SHE PURCHASED 3YRS AGO ████ E
052306 SYS  9999  CATHERINE CREEK TO WHICH SHE SOLD TO HER NIECE.
052306 SYS  9999  SHE COULD NOT CONFIRM THE TAX ID FOR THE PROPERTY.
052306 SYS  9999  SHE WILL CONTACT THE COUNTY TO HAVE PROOF NO DLQ
052306 SYS  9999  TAXES ON ████A CATHERINE CREEK. PROVD FAX TO
052306 SYS  9999  JAX.
052306 SYS  9999  CSW/EEY/Z04 09:45: VRU ACCESSED
051806 SYS  9999  DLQ/***/Z40 00:55: REPORTED TO MI COMPANY (S-23K)
051806 SYS  9999  DLQ/XE9/Z40 09:58: 'TEL RES NO ANSWER

             PF1-DETAIL     PF3-RETURN      PF4-ADD NOTE    PF5-CHG PRTY
PF6-TELLER INFO  PF7-PAGE BCK  PF8-PAGE FWD  PF9-QUICK CODES  PF10-CONTACT HIST
DISPLAY COMPLETE                                      NEXT ACTION:
```

Date: 2/8/2010 Time: 1:41:37 PM

**CITIMORTGAGE/SOUTULLO000421**

```
DLSO0142    DLSM142      CONSOLIDATED NOTE SCREEN         02/08/10    13:40
ABN-TRAN
LOAN #: ██████████  1  CUSTOMER: DONALD W SOUTULLO           TYP: 001
DEPT ID: ALL (ALL/SEL/ACRONYM)  BAL: N  TYPE: D (F=FINANCIAL,D=DATAMSGS,B=BOTH)
START DATE: 02/08/10    STOP DATE: 00/00/00   PRINT: N (Y/N)   PRINTER:
INV: 60000/00000         BLK: 001/000        UNAP:     179.15  CD: CC  %
PDTO: 04/01/09 PBAL:      36828.55 EBAL:      -390.81 WARN: 7 LOCK: 9 STOP: 00
I-YTD:      356.87                            TIED:
 DATE  TRAN PDTO     TRAN AMT       PRIN      INT       ESC      L/C   OT-AMT
051706 CBR  9999  DD-03/01/06, AS-78, SC-AW, CC- , CI- ,
051506 SYS  9999  DLQ/***/Z40 01:35: SCORE 356    051506 AGT E60N
051506 SYS  9999  DAYS DEL 075 RISK C
051206 SYS  9999  CSW/F6U/Z04 08:40: INSPECTION SHOULD GENERATE ON
051206 SYS  9999  THE NEXT MASS REQUEST.
050906 SYS  9999  CSW/S2O/Z04 10:02: ESCROW INQUIRY I EXPLAINED TO
050906 SYS  9999  MS SOUTULLO WHY THE PMT WENT DOWN AND SHE SAID
050906 SYS  9999  THAT SHE IS GOING TO SEND PROOF THAT THESE THINGS
050906 SYS  9999  WERE PAID
050406 SYS  9999  DLQ/NCP/Z40 16:29: 5/3/2006 6:41:16 PM PO CHICAGO,
050406 SYS  9999  IL


              PF1-DETAIL     PF3-RETURN     PF4-ADD NOTE    PF5-CHG PRTY
PF6-TELLER INFO  PF7-PAGE BCK  PF8-PAGE FWD  PF9-QUICK CODES  PF10-CONTACT HIST
DISPLAY COMPLETE                                      NEXT ACTION:
```

Date: 2/8/2010 Time: 1:41:37 PM

CITIMORTGAGE/SOUTULLO000422

```
DLSO0142   DLSM142      CONSOLIDATED NOTE SCREEN        02/08/10   13:40
ABN-TRAN
LOAN #: ████████1   CUSTOMER: DONALD W SOUTULLO          TYP: 001
DEPT ID: ALL (ALL/SEL/ACRONYM)  BAL: N  TYPE: D (F=FINANCIAL,D=DATAMSGS,B=BOTH)
START DATE: 02/08/10   STOP DATE: 00/00/00   PRINT: N (Y/N)   PRINTER:
INV: 60000/00000          BLK: 001/000      UNAP:      179.15  CD: CC  %
PDTO: 04/01/09 PBAL:      36828.55 EBAL:     -390.81 WARN: 7 LOCK: 9 STOP: 00
I-YTD:     356.87                              TIED:
 DATE  TRAN PDTO    TRAN AMT       PRIN      INT       ESC      L/C   OT-AMT
050406 SYS  9999  DLQ/***/Z40 00:38: SCORE 335   050406 AGT E90N
050406 SYS  9999  DAYS DEL 092 RISK C
050206 SYS  9999  DLQ/NCP/Z40 15:38: 5/1/2006 10:29:08 PM PO
050206 SYS  9999  HATTIESBURG, MS
050106 SYS  9999  TAX/TG6/Z12 11:46:  CK#██████WAS TAX BATCH NOT ON
050106 SYS  9999  CHECK DATA BASE
042806 SYS  9999  TAX/TG2/Z12 13:00:  CK#██████ AMT 240.00 EXCHANGED
042806 SYS  9999  FOR OFF. CK#8210121849-1  AMT 240.00 FAVOR MOBILE
042806 SYS  9999  COUNTY TAX COLLECT OR-BG
042806 SYS  9999  CSW/AC3/Z04 11:12: NORRIDGE MANUAL ANALYSIS
042806 SYS  9999  PERFORMED


                  PF1-DETAIL    PF3-RETURN    PF4-ADD NOTE   PF5-CHG PRTY
PF6-TELLER INFO  PF7-PAGE BCK  PF8-PAGE FWD  PF9-QUICK CODES  PF10-CONTACT HIST
DISPLAY COMPLETE                                    NEXT ACTION:
```

Date: 2/8/2010 Time: 1:41:37 PM

**CITIMORTGAGE/SOUTULLO000423**

```
DLSO0142    DLSM142      CONSOLIDATED NOTE SCREEN           02/08/10   13:41
ABN-TRAN
LOAN #: ██████ 1  CUSTOMER: DONALD W SOUTULLO           TYP: 001
DEPT ID: ALL (ALL/SEL/ACRONYM)  BAL: N  TYPE: D (F=FINANCIAL,D=DATAMSGS,B=BOTH)
START DATE: 02/08/10   STOP DATE: 00/00/00   PRINT: N (Y/N)   PRINTER:
INV: 60000/00000          BLK: 001/000          UNAP:      179.15  CD: CC  %
PDTO: 04/01/09 PBAL:      36828.55 EBAL:      -390.81 WARN: 7 LOCK: 9 STOP: 00
I-YTD:      356.87                         TIED:
 DATE  TRAN PDTO    TRAN AMT        PRIN       INT       ESC     L/C   OT-AMT
042706 SYS  9999  TAX/TG2/Z12 09:31:  VICKIE AT COUNTY INFORMED
042706 SYS  9999  2004-05 TAXES DELQ BASE 192.07 PAYOFF 240.00 GOOD
042706 SYS  9999  THRU 05/01/06-BACKUP TO IMAGING-BG
042706 SYS  9999  CSW/F6U/Z04 08:26: PER THE FOLLOWING- D/L IMPCT
042706 SYS  9999  PROP DAMGE D/L BRWR FILED CLAIM D/L SEVERE DAMAGE
042706 SYS  9999  WILL FOLLOW UP
042406 SYS  9999  CSW/AC3/Z04 11:03: NORRIDGE MANUAL ANALYSIS
042406 SYS  9999  PERFORMED
042106 SYS  9999  DLQ/DVX/Z40 14:19: 'TEL RES NO ANSWER
041806 SYS  9999  DLQ/***/Z40 01:01: REPORTED TO MI COMPANY (S-23K)
041806 SYS  9999  HAZ/Z5C/Z11 13:19:  PER 04/12/06 BILLING DUE TO

                  PF1-DETAIL     PF3-RETURN     PF4-ADD NOTE     PF5-CHG PRTY
 PF6-TELLER INFO  PF7-PAGE BCK  PF8-PAGE FWD  PF9-QUICK CODES  PF10-CONTACT HIST
DISPLAY COMPLETE                                        NEXT ACTION:
```

Date: 2/8/2010 Time: 1:41:37 PM

CITIMORTGAGE/SOUTULLO000424

```
DLSO0142    DLSM142       CONSOLIDATED NOTE SCREEN         02/08/10   13:41
ABN-TRAN
LOAN #: ██████████ 1  CUSTOMER: DONALD W SOUTULLO        TYP: 001
DEPT ID: ALL (ALL/SEL/ACRONYM)  BAL: N  TYPE: D  (F=FINANCIAL,D=DATAMSGS,B=BOTH)
START DATE: 02/08/10   STOP DATE: 00/00/00   PRINT: N (Y/N)   PRINTER:
INV: 60000/00000          BLK: 001/000        UNAP:      179.15  CD: CC  %
PDTO: 04/01/09 PBAL:     36828.55 EBAL:      -390.81 WARN: 7 LOCK: 9 STOP: 00
I-YTD:      356.87                            TIED:
 DATE  TRAN PDTO    TRAN AMT      PRIN      INT       ESC      L/C   OT-AMT
041806 SYS  9999  LOAN IS NON-ESCROWED CHANGED CANCEL REASON FROM
041806 SYS  9999  NOPMT TO CANCL
041706 SYS  9999  DLQ/***/Z40 01:38: SCORE 345    041706 AGT E60N
041706 SYS  9999  DAYS DEL 075 RISK C
041706 CBR  9999  DD-02/01/06, AS-78, SC-AW, CC-  , CI-  ,
040606 SYS  9999  DLQ/***/Z40 01:02: SCORE 345    040606 AGT E60N
040606 SYS  9999  DAYS DEL 064 RISK C
040506 SYS  9999  HAZ/3Z7/Z11 12:04:  AGENT LAPSE COVERAGE 351- SPK
040506 SYS  9999  W  BRANDY @251-649-7466 VRFD THAT THE POLICY HAS
040506 SYS  9999  BEEN CANCL ON 2/10/06 DUE TO NONPAYMENT
040506 SYS  9999  CSW/F6U/Z04 12:34: MORTGAGOR IS CURRENTLY INVOLVED

                  PF1-DETAIL     PF3-RETURN     PF4-ADD NOTE     PF5-CHG PRTY
PF6-TELLER INFO  PF7-PAGE BCK  PF8-PAGE FWD  PF9-QUICK CODES  PF10-CONTACT HIST
DISPLAY COMPLETE                                     NEXT ACTION:
```

Date: 2/8/2010 Time: 1:41:37 PM

**CITIMORTGAGE/SOUTULLO000425**

```
 DLSO0142    DLSM142      CONSOLIDATED NOTE SCREEN        02/08/10   13:41
 ABN-TRAN
 LOAN #: ███████████ 1  CUSTOMER: DONALD W SOUTULLO          TYP: 001
 DEPT ID: ALL (ALL/SEL/ACRONYM)  BAL: N  TYPE: D (F=FINANCIAL,D=DATAMSGS,B=BOTH)
 START DATE: 02/08/10   STOP DATE: 00/00/00   PRINT: N (Y/N)   PRINTER:
 INV: 60000/00000        BLK: 001/000       UNAP:       179.15 CD: CC  %
 PDTO: 04/01/09 PBAL:      36828.55 EBAL:      -390.81 WARN: 7 LOCK: 9 STOP: 00
 I-YTD:      356.87                           TIED:
  DATE  TRAN PDTO    TRAN AMT      PRIN      INT       ESC      L/C   OT-AMT
 040506 SYS  9999  CSW/S7S/Z04 09:23: ADVISED BRANDY AT ALPHA INS
 040506 SYS  9999   251-649-7466) THIS LOAN IS NON ESCROWED AND SHE
 040506 SYS  9999  WILL CONTACT MTGR TO RENEW POLICY
 033006 SYS  9999  DLQ/NCP/Z40 15:29: 3/29/2006 2:41:45 PM PO
 033006 SYS  9999  CHICAGO, IL
 032806 SYS  9999  DLQ/NCP/Z40 15:30: 3/27/2006 9:09:14 PM PO
 032806 SYS  9999  HATTIESBURG, MS
 032406 SYS  9999  DLQ/L2P/Z40 13:07: 'TEL RES LEFT MSG RECORDER
 032306 SYS  9999  DLQ/XE9/Z40 12:59: 'FOLLOW UP THEY ARE FILLING OUT
 032306 SYS  9999  WOP AND ARE MAKING THEIR MONTHLY PMT  D/L IMPCT
 032306 SYS  9999  PROP DAMGE D/L BRWR FILED CLAIM D/L SEVERE DAMAGE

                 PF1-DETAIL     PF3-RETURN     PF4-ADD NOTE    PF5-CHG PRTY
 PF6-TELLER INFO  PF7-PAGE BCK  PF8-PAGE FWD  PF9-QUICK CODES  PF10-CONTACT HIST
 DISPLAY COMPLETE                                   NEXT ACTION:
```

Date: 2/8/2010  Time: 1:41:37 PM

CITIMORTGAGE/SOUTULLO000426

```
DLS00142    DLSM142      CONSOLIDATED NOTE SCREEN          02/08/10   13:41
ABN-TRAN
LOAN #: ████████ 1  CUSTOMER: DONALD W SOUTULLO            TYP: 001
DEPT ID: ALL (ALL/SEL/ACRONYM)  BAL: N  TYPE: D (F=FINANCIAL,D=DATAMSGS,B=BOTH)
START DATE: 02/08/10   STOP DATE: 00/00/00   PRINT: N (Y/N)   PRINTER:
INV: 60000/00000            BLK: 001/000      UNAP:       179.15  CD: CC  %
PDTO: 04/01/09 PBAL:      36828.55 EBAL:      -390.81 WARN: 7 LOCK: 9 STOP: 00
I-YTD:      356.87                            TIED:
DATE   TRAN PDTO     TRAN AMT       PRIN      INT        ESC     L/C    OT-AMT
032306 SYS  9999    TL RS SHE SDNOT DISASTER AREA HURRICANE KATRINA
032206 SYS  9999    HAZ/3ZM/Z11 20:07:  351 ALFA, CAN NTCE RCVD
032206 SYS  9999    DOC#AC0609QK, ID:030906, INFO UPDTD
032006 SYS  9999    CSW/F9S/Z04 14:31: EMAIL DANYELL JACKSON WORK WAS
032006 SYS  9999    NOT COMPLETED BECAUSE: BAD ADDRESS
031706 SYS  9999    DLQ/***/Z40 01:15: REPORTED TO MI COMPANY (S-23K)
031706 SYS  9999    HAZ/U26/Z11 15:39:  RECVD CAN ON F0243202 DOCID
031706 SYS  9999    AC0609QK
031706 CBR  9999    DD-01/01/06, AS-78, SC-AW, CC-  , CI-  ,
031606 SYS  9999    DLQ/DVX/Z40 11:05: 'TEL BUS REORDER
031506 SYS  9999    DLQ/***/Z40 01:20: SCORE 345    031506 AGT E60N


            PF1-DETAIL     PF3-RETURN     PF4-ADD NOTE    PF5-CHG PRTY
PF6-TELLER INFO  PF7-PAGE BCK  PF8-PAGE FWD  PF9-QUICK CODES  PF10-CONTACT HIST
DISPLAY COMPLETE                                   NEXT ACTION:
```

Date: 2/8/2010 Time: 1:41:37 PM

CITIMORTGAGE/SOUTULLO000427

```
DLSO0142    DLSM142      CONSOLIDATED NOTE SCREEN        02/08/10    13:41
ABN-TRAN
LOAN #: ███████████ 1  CUSTOMER: DONALD W SOUTULLO           TYP: 001
DEPT ID: ALL (ALL/SEL/ACRONYM)  BAL: N  TYPE: D (F=FINANCIAL,D=DATAMSGS,B=BOTH)
START DATE: 02/08/10   STOP DATE: 00/00/00   PRINT: N (Y/N)   PRINTER:
INV: 60000/00000            BLK: 001/000        UNAP:        179.15  CD: CC  %
PDTO: 04/01/09 PBAL:     36828.55 EBAL:       -390.81 WARN: 7 LOCK: 9 STOP: 00
I-YTD:     356.87                              TIED:
 DATE  TRAN PDTO   TRAN AMT       PRIN       INT       ESC      L/C    OT-AMT
031506 SYS  9999 DAYS DEL 073 RISK C
031406 SYS  9999 DLQ/DVX/Z40 12:38: 'TEL RES NO ANSWER
031006 SYS  9999 CSW/ENE/Z04 13:37: NO DEFAULT ACTIVITY THROUGH
031006 SYS  9999 5 31//2006
030706 SYS  9999 DLQ/DVX/Z40 16:15: 'TEL BUS REORDER
030606 SYS  9999 DLQ/***/Z40 02:31: SCORE 345    030606 AGT E60N
030606 SYS  9999 DAYS DEL 064 RISK C
022406 SYS  9999 DLQ/L2P/Z40 12:12: 'TEL RES NO ANSWER
022306 SYS  9999 DLQ/DVX/Z40 14:38: 'TEL BUS REORDER
022306 SYS  9999 DLQ/XH7/Z40 11:10: CM C/I AND WANTED TO KNOW IF
022306 SYS  9999 ACC HAD BEEN REVIEWED FOR LM OPTIONS ADVISED THAT

             PF1-DETAIL     PF3-RETURN     PF4-ADD NOTE    PF5-CHG PRTY
PF6-TELLER INFO  PF7-PAGE BCK  PF8-PAGE FWD  PF9-QUICK CODES  PF10-CONTACT HIST
DISPLAY COMPLETE                                      NEXT ACTION:
```

Date: 2/8/2010 Time: 1:41:37 PM

**CITIMORTGAGE/SOUTULLO000428**

```
DLSO0142   DLSM142      CONSOLIDATED NOTE SCREEN          02/08/10   13:41
ABN-TRAN
LOAN #: ███████████  1  CUSTOMER: DONALD W SOUTULLO          TYP: 001
DEPT ID: ALL (ALL/SEL/ACRONYM)  BAL: N  TYPE: D (F=FINANCIAL,D=DATAMSGS,B=BOTH)
START DATE: 02/08/10   STOP DATE: 00/00/00   PRINT: N (Y/N)   PRINTER:
INV: 60000/00000          BLK: 001/000       UNAP:        179.15  CD: CC   %
PDTO: 04/01/09 PBAL:      36828.55 EBAL:       -390.81 WARN: 7 LOCK: 9 STOP: 00
I-YTD:      356.87                         TIED:
 DATE  TRAN PDTO     TRAN AMT      PRIN      INT       ESC      L/C    OT-AMT
022306 SYS  9999   IT WAS AND THEY SENT OUT A WOP  'ADVISED FB,PC
022306 SYS  9999   MOD,SHRT SALE,DIL 'OCCUPIED 'VERIF ML ADD 'VERIF
022306 SYS  9999   NAME 'VERIF PH# 'VERIF PRP AD RQSTD STAT OF ACCT
022306 SYS  9999   D L FINANCIAL IMPACT D/L BRWR FILED CLAIM D/L
022306 SYS  9999   LIGHT DAMAGE ADVSD OF DISASTER HURRICANE KATRINA
022306 SYS  9999    CM TEL OFF VERIF SS#
022306 SYS  9999   CSW/ESX/Z04 10:58: VRU ACCESSED
021706 SYS  9999   DLQ/***/Z40 01:19: REPORTED TO MI COMPANY (S-23K)
021706 SYS  9999   DLQ/L2P/Z40 12:14: 'TEL RES LEFT MSG RECORDER
021706 SYS  9999   DLQ/L2F/Z40 07:59: LM Options Disaster-Jax LETTER
021706 SYS  9999   SENT


               PF1-DETAIL    PF3-RETURN     PF4-ADD NOTE     PF5-CHG PRTY
PF6-TELLER INFO  PF7-PAGE BCK  PF8-PAGE FWD  PF9-QUICK CODES  PF10-CONTACT HIST
DISPLAY COMPLETE                                      NEXT ACTION:
```

Date: 2/8/2010 Time: 1:41:37 PM

**CITIMORTGAGE/SOUTULLO000429**

```
DLSO0142    DLSM142      CONSOLIDATED NOTE SCREEN         02/08/10   13:41
ABN-TRAN
LOAN #:                  CUSTOMER: DONALD W. SOUTULLO          TYP: 001
DEPT ID: ALL (ALL/SEL/ACRONYM)  BAL: N  TYPE: D (F=FINANCIAL,D=DATAMSGS,B=BOTH)
START DATE: 02/08/10   STOP DATE: 00/00/00   PRINT: N (Y/N)   PRINTER:
INV: 60000/00000          BLK: 001/000         UNAP:      179.15  CD: CC  %
PDTO: 04/01/09 PBAL:     36828.55 EBAL:      -390.81 WARN: 7 LOCK: 9 STOP: 00
I-YTD:      356.87                          TIED:
 DATE  TRAN PDTO    TRAN AMT      PRIN      INT       ESC      L/C   OT-AMT
021706 CBR  9999  DD-12/01/05, AS-78, SC-AW, CC-  , CI-  ,
021506 SYS  9999  DLQ/DVX/Z40 15:26: 'TEL BUS REORDER
021006 SYS  9999  DLQ/XG5/Z40 13:11:    MRTGR REQUESTS LOAN MOD,
021006 SYS  9999  DOES NOT QUALIFY FOR REPAY, CONTAINS A DEFICIT IN
021006 SYS  9999  INCOME AT THIS TIME  'TASK RQSTD UPDTD FINANCIAL
021006 SYS  9999  LOAN TRANSFERRED TO NO TRANSFER SETUP AT  .  EARLY
021006 SYS  9999  RESOLTN     WORK WAS NOT EFFECTED, DID NOT HAVE
021006 SYS  9999  POWER FOR ALMOST 2 WEEKS, WERE UNABLE TO WORK DUE
021006 SYS  9999  TO LACK OF POWER D/L LIGHT DAMAGE D/L BRWR FILED
021006 SYS  9999  CLAIM ADVSD OF DISASTER MRTGR SAID DAMAGE      HAD
021006 SYS  9999  ROOF DAMAGE, HAD HOUSE LEAK, PUMP HOUSE BLOWN


               PF1-DETAIL     PF3-RETURN     PF4-ADD NOTE    PF5-CHG PRTY
PF6-TELLER INFO  PF7-PAGE BCK  PF8-PAGE FWD  PF9-QUICK CODES  PF10-CONTACT HIST
DISPLAY COMPLETE                                   NEXT ACTION:
```

Date: 2/8/2010 Time: 1:41:37 PM

CITIMORTGAGE/SOUTULLO000430

| Date Applied | Interest Paid to | Description | Amount | Principal | Interest | Escrow | Late Charges | Escrow Balance | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5/19/2010 | 5/1/2009 | County | $583.05 | $0.00 | $0.00 | $583.05 | $0.00 | $1,450.92 | $36,553.28 |
| 5/19/2010 | 5/1/2009 | County | $583.05 | $0.00 | $0.00 | $583.05 | $0.00 | $867.87 | $36,553.28 |
| 5/19/2010 | 5/1/2009 | County | $562.68 | $0.00 | $0.00 | $562.68 | $0.00 | $284.82 | $36,553.28 |
| 5/10/2010 | 5/1/2009 | Fee - Inspection | ($13.50) | $0.00 | $0.00 | $0.00 | $0.00 | -$277.86 | $36,553.28 |
| 5/3/2010 | 5/1/2009 | Single Receipt - Post Petition | $565.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$277.86 | $36,553.28 |
| 4/8/2010 | 5/1/2009 | Fee - Inspection | ($13.50) | $0.00 | $0.00 | $0.00 | $0.00 | -$277.86 | $36,553.28 |
| 3/29/2010 | 5/1/2009 | Fee Paid - Post Petition | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$277.86 | $36,553.28 |
| 3/29/2010 | 5/1/2009 | Fee Assessd | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$277.86 | $36,553.28 |
| 3/29/2010 | 5/1/2009 | Single Receipt - Post Petition | $564.69 | $0.00 | $0.00 | $0.00 | $0.00 | -$277.86 | $36,553.28 |
| 3/15/2010 | 5/1/2009 | Payment Applied | $564.69 | $275.27 | $176.47 | $112.95 | $0.00 | -$277.86 | $36,553.28 |
| 3/15/2010 | 4/1/2009 | Single Receipt | ($564.69) | $0.00 | $0.00 | $0.00 | $0.00 | -$390.81 | $36,828.55 |
| 3/9/2010 | 4/1/2009 | Fee - Inspection | ($13.50) | $0.00 | $0.00 | $0.00 | $0.00 | -$390.81 | $36,828.55 |
| 3/1/2010 | 4/1/2009 | Fee Paid - Post Petition | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$390.81 | $36,828.55 |
| 3/1/2010 | 4/1/2009 | Fee Assessd | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$390.81 | $36,828.55 |
| 3/1/2010 | 4/1/2009 | Single Receipt - Post Petition | $564.69 | $0.00 | $0.00 | $0.00 | $0.00 | -$390.81 | $36,828.55 |
| 2/23/2010 | 4/1/2009 | Single Receipt Trustee | $6.92 | $0.00 | $0.00 | $0.00 | $0.00 | -$390.81 | $36,828.55 |
| 2/6/2010 | 4/1/2009 | Payment Applied | $564.69 | $273.96 | $177.78 | $112.95 | $0.00 | -$390.81 | $36,828.55 |
| 2/6/2010 | 3/1/2009 | Single Receipt | ($564.69) | $0.00 | $0.00 | $0.00 | $0.00 | -$503.76 | $37,102.51 |
| 2/5/2010 | 3/1/2009 | Fee - Inspection | ($13.50) | $0.00 | $0.00 | $0.00 | $0.00 | -$503.76 | $37,102.51 |
| 2/2/2010 | 3/1/2009 | Single Receipt - Post Petition | $565.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$503.76 | $37,102.51 |
| 1/6/2010 | 3/1/2009 | Fee - Inspection | ($13.50) | $0.00 | $0.00 | $0.00 | $0.00 | -$503.76 | $37,102.51 |
| 1/1/2010 | 3/1/2009 | Payment Applied - Post Petition | $0.00 | $272.65 | $179.09 | $112.95 | $0.00 | -$503.76 | $37,102.51 |
| 1/1/2010 | 2/1/2009 | Single Receipt - Post Petition | $564.69 | $0.00 | $0.00 | $0.00 | $0.00 | -$616.71 | $37,375.16 |
| 1/1/2010 | 2/1/2009 | Single Receipt - Post Petition | ($564.69) | $0.00 | $0.00 | $0.00 | $0.00 | -$616.71 | $37,375.16 |
| 1/1/2010 | 2/1/2009 | Single Receipt - Post Petition | $564.69 | $0.00 | $0.00 | $0.00 | $0.00 | -$616.71 | $37,375.16 |
| 12/31/2009 | 2/1/2009 | Year To Date | $0.00 | $0.00 | $1,289.68 | $583.05 | $0.00 | -$616.71 | $37,375.16 |

EXHIBIT
5

PENGAD 800-631-6989

| Date | Date | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/7/2009 | 2/1/2009 | Fee - Inspection | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$616.71 | $37,375.16 |
| 12/5/2009 | 2/1/2009 | Payment Applied - Post Petition | $0.00 | $271.35 | $180.39 | $112.95 | $0.00 | -$616.71 | $37,375.16 |
| 12/5/2009 | 1/1/2009 | Single Receipt - Post Petition | $564.69 | $0.00 | $0.00 | $0.00 | $0.00 | -$729.66 | $37,646.51 |
| 12/5/2009 | 1/1/2009 | Single Receipt - Post Petition | ($564.69) | $0.00 | $0.00 | $0.00 | $0.00 | -$729.66 | $37,646.51 |
| 12/5/2009 | 1/1/2009 | Single Receipt - Post Petition | $565.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$729.66 | $37,646.51 |
| 11/9/2009 | 1/1/2009 | Fee - Inspection | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$729.66 | $37,646.51 |
| 10/30/2009 | 1/1/2009 | Payment Applied - Post Petition | $0.00 | $270.06 | $181.68 | $112.95 | $0.00 | -$729.66 | $37,646.51 |
| 10/30/2009 | 12/1/2008 | Single Receipt - Post Petition | $500.33 | $0.00 | $0.00 | $0.00 | $0.00 | -$842.61 | $37,916.57 |
| 10/30/2009 | 12/1/2008 | Single Receipt - Post Petition | ($500.33) | $0.00 | $0.00 | $0.00 | $0.00 | -$842.61 | $37,916.57 |
| 10/30/2009 | 12/1/2008 | Single Receipt - Post Petition | $500.33 | $0.00 | $0.00 | $0.00 | $0.00 | -$842.61 | $37,916.57 |
| 10/26/2009 | 12/1/2008 | MOBILE COUNTY | ($583.05) | $0.00 | $0.00 | ($583.05) | $0.00 | -$842.61 | $37,916.57 |
| 10/12/2009 | 12/1/2008 | Fee - Inspection | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$259.56 | $37,916.57 |
| 10/2/2009 | 12/1/2008 | Payment Applied - Post Petition | $0.00 | $268.77 | $182.97 | $112.95 | $0.00 | -$259.56 | $37,916.57 |
| 10/2/2009 | 11/1/2008 | Single Receipt - Post Petition | $500.33 | $0.00 | $0.00 | $0.00 | $0.00 | -$372.51 | $38,185.34 |
| 10/2/2009 | 11/1/2008 | Single Receipt - Post Petition | ($500.33) | $0.00 | $0.00 | $0.00 | $0.00 | -$372.51 | $38,185.34 |
| 10/2/2009 | 11/1/2008 | Single Receipt - Post Petition | $500.33 | $0.00 | $0.00 | $0.00 | $0.00 | -$372.51 | $38,185.34 |
| 9/8/2009 | 11/1/2008 | Fee - Inspection | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$372.51 | $38,185.34 |
| 8/31/2009 | 11/1/2008 | Payment Applied - Post Petition | $0.00 | $267.49 | $184.25 | $112.95 | $0.00 | -$372.51 | $38,185.34 |
| 8/31/2009 | 10/1/2008 | Single Receipt - Post Petition | $500.33 | $0.00 | $0.00 | $0.00 | $0.00 | -$485.46 | $38,452.83 |
| 8/31/2009 | 10/1/2008 | Single Receipt - Post Petition | ($500.33) | $0.00 | $0.00 | $0.00 | $0.00 | -$485.46 | $38,452.83 |
| 8/31/2009 | 10/1/2008 | Fee Paid - Post Petition | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$485.46 | $38,452.83 |
| 8/31/2009 | 10/1/2008 | Fee Assessd | ($20.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$485.46 | $38,452.83 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8/31/2009 | 10/1/2008 | Single Receipt - Post Petition | $500.33 | $0.00 | $0.00 | $0.00 | $0.00 | -$485.46 | $38,452.83 |
| 8/10/2009 | 10/1/2008 | Fee - Inspection | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$485.46 | $38,452.83 |
| 7/31/2009 | 10/1/2008 | Payment Applied - Post Petition | $0.00 | $266.21 | $185.53 | $112.95 | $0.00 | -$485.46 | $38,452.83 |
| 7/31/2009 | 9/1/2008 | Single Receipt - Post Petition | $500.33 | $0.00 | $0.00 | $0.00 | $0.00 | -$598.41 | $38,719.04 |
| 7/31/2009 | 9/1/2008 | Single Receipt - Post Petition | ($500.33) | $0.00 | $0.00 | $0.00 | $0.00 | -$598.41 | $38,719.04 |
| 7/31/2009 | 9/1/2008 | Single Receipt - Post Petition | $500.33 | $0.00 | $0.00 | $0.00 | $0.00 | -$598.41 | $38,719.04 |
| 7/7/2009 | 9/1/2008 | Fee - Inspection | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$598.41 | $38,719.04 |
| 7/3/2009 | 9/1/2008 | Payment Applied - Post Petition | $0.00 | $264.94 | $186.80 | $112.95 | $0.00 | -$598.41 | $38,719.04 |
| 7/3/2009 | 8/1/2008 | Single Receipt - Post Petition | $500.33 | $0.00 | $0.00 | $0.00 | $0.00 | -$711.36 | $38,983.98 |
| 7/3/2009 | 8/1/2008 | Single Receipt - Post Petition | ($500.33) | $0.00 | $0.00 | $0.00 | $0.00 | -$711.36 | $38,983.98 |
| 7/3/2009 | 8/1/2008 | Single Receipt - Post Petition | $500.33 | $0.00 | $0.00 | $0.00 | $0.00 | -$711.36 | $38,983.98 |
| 6/5/2009 | 8/1/2008 | Fee - Inspection | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$711.36 | $38,983.98 |
| 6/2/2009 | 8/1/2008 | Single Receipt - Post Petition | $500.33 | $0.00 | $0.00 | $0.00 | $0.00 | -$711.36 | $38,983.98 |
| 6/2/2009 | 8/1/2008 | Single Receipt - Post Petition | ($500.33) | $0.00 | $0.00 | $0.00 | $0.00 | -$711.36 | $38,983.98 |
| 6/2/2009 | 8/1/2008 | Single Receipt - Post Petition | $500.33 | $0.00 | $0.00 | $0.00 | $0.00 | -$711.36 | $38,983.98 |
| 5/7/2009 | 8/1/2008 | Fee - Inspection | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$711.36 | $38,983.98 |
| 5/1/2009 | 8/1/2008 | Payment Applied - Post Petition | $0.00 | $263.68 | $188.06 | $112.95 | $0.00 | -$711.36 | $38,983.98 |
| 5/1/2009 | 7/1/2008 | Single Receipt - Post Petition | $564.69 | $0.00 | $0.00 | $0.00 | $0.00 | -$824.31 | $39,247.66 |
| 5/1/2009 | 7/1/2008 | Single Receipt - Post Petition | ($564.69) | $0.00 | $0.00 | $0.00 | $0.00 | -$824.31 | $39,247.66 |
| 5/1/2009 | 7/1/2008 | Single Receipt - Post Petition | $564.69 | $0.00 | $0.00 | $0.00 | $0.00 | -$824.31 | $39,247.66 |
| 4/15/2009 | 11/30/1999 | Delinquency Exp Balance | $340.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$824.31 | $39,247.66 |

| 4/15/2009 | 11/30/1999 | Delinquency Exp Balance | $508.92 | $0.00 | $0.00 | $0.00 | $0.00 | -$824.31 | $39,247.66 |
|---|---|---|---|---|---|---|---|---|---|
| 4/15/2009 | 11/30/1999 | Delinquency Exp Balance | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$824.31 | $39,247.66 |
| 4/8/2009 | 7/1/2008 | Fee - Inspection | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$824.31 | $39,247.66 |
| 3/25/2009 | 7/1/2008 | Fee - Inspection | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$824.31 | $39,247.66 |
| 2/20/2009 | 7/1/2008 | Hazard *Refund* Insurance | $181.00 | $0.00 | $0.00 | $181.00 | $0.00 | -$824.31 | $39,247.66 |
| 1/22/2009 | 7/1/2008 | Fee - Inspection | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$1,005.31 | $39,247.66 |
| 12/31/2008 | 7/1/2008 | Year To Date | $0.00 | $0.00 | $1,902.34 | $583.05 | $0.00 | -$1,005.31 | $39,247.66 |
| 12/22/2008 | 11/30/1999 | Delinquency Exp Balance | $84.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,005.31 | $39,247.66 |
| 11/20/2008 | 7/1/2008 | Single Receipt | ($49.32) | $0.00 | $0.00 | $0.00 | ($49.32) | -$1,005.31 | $39,247.66 |
| 11/20/2008 | 7/1/2008 | Uncollected Item | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,005.31 | $39,247.66 |
| 11/20/2008 | 7/1/2008 | Single Receipt | ($650.68) | $0.00 | $0.00 | $0.00 | $0.00 | -$1,005.31 | $39,247.66 |
| 11/18/2008 | 7/1/2008 | Fee Reversal | ($8.51) | $0.00 | $0.00 | $0.00 | $0.00 | -$1,005.31 | $39,247.66 |
| 11/18/2008 | 7/1/2008 | Fee Paid | $8.51 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,005.31 | $39,247.66 |
| 11/18/2008 | 7/1/2008 | Fee Paid | $8.51 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,005.31 | $39,247.66 |
| 11/18/2008 | 7/1/2008 | Fee Reversal | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$1,005.31 | $39,247.66 |
| 11/18/2008 | 7/1/2008 | Fee Paid | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,005.31 | $39,247.66 |
| 11/18/2008 | 7/1/2008 | Fee Paid | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,005.31 | $39,247.66 |
| 11/18/2008 | 7/1/2008 | Single Receipt | $428.49 | $0.00 | $0.00 | $0.00 | $158.02 | -$1,005.31 | $39,247.66 |
| 11/18/2008 | 7/1/2008 | Uncollected Item | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,005.31 | $39,247.66 |
| 10/24/2008 | 7/1/2008 | MOBILE COUNTY | ($583.05) | $0.00 | $0.00 | ($583.05) | $0.00 | -$1,005.31 | $39,247.66 |
| 10/14/2008 | 7/1/2008 | Payment Applied | $452.00 | $262.42 | $189.32 | $112.95 | $0.00 | -$422.26 | $39,247.66 |
| 10/14/2008 | 7/1/2008 | Uncollected Item | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$535.21 | $39,510.08 |
| 9/8/2008 | 6/1/2008 | Single Receipt | $452.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$535.21 | $39,510.08 |
| 9/1/2008 | 6/1/2008 | Fee Assessd | ($0.36) | $0.00 | $0.00 | $0.00 | $0.00 | -$535.21 | $39,510.08 |
| 8/19/2008 | 6/1/2008 | Single Receipt | $22.62 | $0.00 | $0.00 | $0.00 | $22.62 | -$535.21 | $39,510.08 |
| 8/19/2008 | 6/1/2008 | Uncollected Item | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$535.21 | $39,510.08 |
| 8/19/2008 | 6/1/2008 | Regular Payment | $564.69 | $261.17 | $190.57 | $112.95 | $0.00 | -$535.21 | $39,510.08 |
| 8/19/2008 | 6/1/2008 | Uncollected Item | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$648.16 | $39,771.25 |
| 8/19/2008 | 5/1/2008 | Regular Payment | $564.69 | $259.92 | $191.82 | $112.95 | $0.00 | -$648.16 | $39,771.25 |

*Nov,* *Oct,* *Sept* (handwritten annotations)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8/19/2008 | 5/1/2008 | Uncollected Item | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$761.11 | $40,031.17 |
| 8/12/2008 | 4/1/2008 | CITI LENDER PLACED HAZ INS | ($634.00) | $0.00 | $0.00 | ($634.00) | $0.00 | -$761.11 | $40,031.17 |
| 8/1/2008 | 4/1/2008 | Fee Assessd | ($0.92) | $0.00 | $0.00 | $0.00 | $0.00 | -$127.11 | $40,031.17 |
| 7/18/2008 | 4/1/2008 | Payment Applied | $452.00 | $258.68 | $193.06 | $112.95 | $0.00 | -$127.11 | $40,031.17 |
| 7/18/2008 | 4/1/2008 | Uncollected Item | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$240.06 | $40,289.85 |
| 7/1/2008 | 3/1/2008 | Fee Assessd | ($1.40) | $0.00 | $0.00 | $0.00 | $0.00 | -$240.06 | $40,289.85 |
| 6/16/2008 | 3/1/2008 | Payment Applied | $0.00 | $257.45 | $194.29 | $112.95 | $0.00 | -$240.06 | $40,289.85 |
| 6/16/2008 | 3/1/2008 | Uncollected Item | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$353.01 | $40,547.30 |
| 6/16/2008 | 2/1/2008 | Single Receipt | $452.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$353.01 | $40,547.30 |
| 6/1/2008 | 2/1/2008 | Fee Assessd | ($2.72) | $0.00 | $0.00 | $0.00 | $0.00 | -$353.01 | $40,547.30 |
| 5/29/2008 | 2/1/2008 | Payment Applied | $564.69 | $256.22 | $195.52 | $112.95 | $0.00 | -$353.01 | $40,547.30 |
| 5/29/2008 | 2/1/2008 | Uncollected Item | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$465.96 | $40,803.52 |
| 5/29/2008 | 1/1/2008 | Payment Applied | $564.69 | $255.00 | $196.74 | $112.95 | $0.00 | -$465.96 | $40,803.52 |
| 5/29/2008 | 1/1/2008 | Uncollected Item | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$578.91 | $41,058.52 |
| 5/29/2008 | 12/1/2007 | Single Receipt | ($1,129.38) | $0.00 | $0.00 | $0.00 | $0.00 | -$578.91 | $41,058.52 |
| 5/13/2008 | 12/1/2007 | Single Receipt | $900.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$578.91 | $41,058.52 |
| 5/1/2008 | 12/1/2007 | Fee Assessd | ($3.11) | $0.00 | $0.00 | $0.00 | $0.00 | -$578.91 | $41,058.52 |
| 4/21/2008 | 12/1/2007 | Fee - Inspection | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$578.91 | $41,058.52 |
| 4/15/2008 | 12/1/2007 | Payment Applied | $0.00 | $253.79 | $197.95 | $169.79 | $0.00 | -$578.91 | $41,058.52 |
| 4/15/2008 | 12/1/2007 | Uncollected Item | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$748.70 | $41,312.31 |
| 4/14/2008 | 11/1/2007 | Fee Reversal | ($3.66) | $0.00 | $0.00 | $0.00 | $0.00 | -$748.70 | $41,312.31 |
| 4/14/2008 | 11/1/2007 | Fee Paid | $3.66 | $0.00 | $0.00 | $0.00 | $0.00 | -$748.70 | $41,312.31 |
| 4/14/2008 | 11/1/2007 | Fee Paid | $3.66 | $0.00 | $0.00 | $0.00 | $0.00 | -$748.70 | $41,312.31 |
| 4/14/2008 | 11/1/2007 | Fee Reversal | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$748.70 | $41,312.31 |
| 4/14/2008 | 11/1/2007 | Fee Paid | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$748.70 | $41,312.31 |
| 4/14/2008 | 11/1/2007 | Fee Paid | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$748.70 | $41,312.31 |
| 4/14/2008 | 11/1/2007 | Single Receipt | $433.34 | $0.00 | $0.00 | $0.00 | $0.00 | -$748.70 | $41,312.31 |
| 4/1/2008 | 11/1/2007 | Fee Assessd | ($3.66) | $0.00 | $0.00 | $0.00 | $0.00 | -$748.70 | $41,312.31 |
| 3/18/2008 | 11/1/2007 | Fee - Inspection | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$748.70 | $41,312.31 |
| 3/13/2008 | 11/1/2007 | Fee Reversal | ($5.90) | $0.00 | $0.00 | $0.00 | $0.00 | -$748.70 | $41,312.31 |
| 3/13/2008 | 11/1/2007 | Fee Paid | $5.90 | $0.00 | $0.00 | $0.00 | $0.00 | -$748.70 | $41,312.31 |
| 3/13/2008 | 11/1/2007 | Fee Paid | $5.90 | $0.00 | $0.00 | $0.00 | $0.00 | -$748.70 | $41,312.31 |
| 3/13/2008 | 11/1/2007 | Fee Reversal | ($30.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$748.70 | $41,312.31 |
| 3/13/2008 | 11/1/2007 | Fee Paid | $30.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$748.70 | $41,312.31 |
| 3/13/2008 | 11/1/2007 | Fee Paid | $30.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$748.70 | $41,312.31 |
| 3/13/2008 | 11/1/2007 | Single Receipt | $416.10 | $0.00 | $0.00 | $0.00 | $22.58 | -$748.70 | $41,312.31 |

Aug

July

Mar June

| Date | Date | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3/13/2008 | 11/1/2007 | Uncollected Item | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$748.70 | $41,312.31 |
| 3/1/2008 | 11/1/2007 | Fee Assessd | ($3.58) | $0.00 | $0.00 | $0.00 | $0.00 | -$748.70 | $41,312.31 |
| 2/18/2008 | 11/1/2007 | Fee - Inspection | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$748.70 | $41,312.31 |
| 2/7/2008 | 11/1/2007 | Payment Applied | $0.00 | $252.57 | $199.17 | $169.79 | $0.00 | -$748.70 | $41,312.31 |
| 2/7/2008 | 11/1/2007 | Uncollected Item | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$918.49 | $41,564.88 |
| 2/1/2008 | 10/1/2007 | Single Receipt | $452.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$918.49 | $41,564.88 |
| 2/1/2008 | 10/1/2007 | Fee Assessd | ($2.32) | $0.00 | $0.00 | $0.00 | $0.00 | -$918.49 | $41,564.88 |
| 1/21/2008 | 10/1/2007 | Fee - Inspection | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$918.49 | $41,564.88 |
| 12/31/2007 | 10/1/2007 | Year To Date | $0.00 | $0.00 | $2,099.62 | $1,098.66 | $0.00 | -$918.49 | $41,564.88 |
| 12/31/2007 | 10/1/2007 | Single Receipt | $452.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$918.49 | $41,564.88 |
| 12/10/2007 | 10/1/2007 | Single Receipt | $452.00 | $0.00 | $0.00 | $452.00 | $0.00 | -$918.49 | $41,564.88 |
| 11/2/2007 | 10/1/2007 | Payment Applied | $0.00 | $251.37 | $200.37 | $169.79 | $0.00 | -$1,370.49 | $41,564.88 |
| 11/2/2007 | 9/1/2007 | Single Receipt | $452.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,540.28 | $41,816.25 |
| 10/25/2007 | 9/1/2007 | MOBILE COUNTY | ($562.68) | $0.00 | $0.00 | ($562.68) | $0.00 | -$1,540.28 | $41,816.25 |
| 10/8/2007 | 9/1/2007 | Payment Applied | $0.00 | $250.17 | $201.57 | $169.79 | $0.00 | -$977.60 | $41,816.25 |
| 10/7/2007 | 8/1/2007 | Single Receipt | $452.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,147.39 | $42,066.42 |
| 9/13/2007 | 8/1/2007 | Fee Reversal | ($69.98) | $0.00 | $0.00 | $0.00 | $0.00 | -$1,147.39 | $42,066.42 |
| 9/13/2007 | 8/1/2007 | Fee Paid | $69.98 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,147.39 | $42,066.42 |
| 9/13/2007 | 8/1/2007 | Fee Paid | $69.98 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,147.39 | $42,066.42 |
| 9/13/2007 | 8/1/2007 | Single Receipt | $382.02 | $0.00 | $0.00 | $0.00 | $35.10 | -$1,147.39 | $42,066.42 |
| 9/13/2007 | 8/1/2007 | Uncollected Item | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,147.39 | $42,066.42 |
| 8/13/2007 | 8/1/2007 | Payment Applied | $454.00 | $248.98 | $202.76 | $2.26 | $0.00 | -$1,147.39 | $42,066.42 |
| 8/13/2007 | 7/1/2007 | Single Receipt | ($454.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$1,149.65 | $42,315.40 |
| 8/10/2007 | 7/1/2007 | Single Receipt | $454.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,149.65 | $42,315.40 |
| 7/11/2007 | 7/1/2007 | Payment Applied | $452.00 | $247.79 | $203.95 | $0.26 | $0.00 | -$1,149.65 | $42,315.40 |
| 7/11/2007 | 6/1/2007 | Single Receipt | ($452.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$1,149.91 | $42,563.19 |
| 7/10/2007 | 6/1/2007 | Single Receipt | $452.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,149.91 | $42,563.19 |
| 6/6/2007 | 6/1/2007 | Regular Payment | $451.74 | $246.61 | $205.13 | $0.00 | $0.00 | -$1,149.91 | $42,563.19 |
| 6/6/2007 | 6/1/2007 | Single Receipt | $2.26 | $0.00 | $0.00 | $0.00 | $2.26 | -$1,149.91 | $42,809.80 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6/6/2007 | 6/1/2007 | Uncollected Item | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,149.91 | $42,809.80 |
| 5/8/2007 | 5/1/2007 | Regular Payment | $451.74 | $245.43 | $206.31 | $0.00 | $0.00 | -$1,149.91 | $42,809.80 |
| 5/8/2007 | 5/1/2007 | Single Receipt | $2.26 | $0.00 | $0.00 | $0.00 | $2.26 | -$1,149.91 | $43,055.23 |
| 5/8/2007 | 5/1/2007 | Uncollected Item | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,149.91 | $43,055.23 |
| 4/24/2007 | 4/1/2007 | MOBILE COUNTY | ($535.98) | $0.00 | $0.00 | ($535.98) | $0.00 | -$1,149.91 | $43,055.23 |
| 4/3/2007 | 4/1/2007 | Regular Payment | $451.74 | $244.26 | $207.48 | $0.00 | $0.00 | -$613.93 | $43,055.23 |
| 4/3/2007 | 4/1/2007 | Single Receipt | $2.26 | $0.00 | $0.00 | $0.00 | $2.26 | -$613.93 | $43,299.49 |
| 4/3/2007 | 4/1/2007 | Uncollected Item | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$613.93 | $43,299.49 |
| 3/7/2007 | 3/1/2007 | Regular Payment | $451.74 | $243.10 | $208.64 | $0.00 | $0.00 | -$613.93 | $43,299.49 |
| 3/7/2007 | 3/1/2007 | Single Receipt | $0.26 | $0.00 | $0.00 | $0.00 | $0.26 | -$613.93 | $43,542.59 |
| 3/7/2007 | 3/1/2007 | Uncollected Item | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$613.93 | $43,542.59 |
| 2/5/2007 | 2/1/2007 | Regular Payment | $451.74 | $241.94 | $209.80 | $0.00 | $0.00 | -$613.93 | $43,542.59 |
| 2/5/2007 | 2/1/2007 | Single Receipt | $0.26 | $0.00 | $0.00 | $0.00 | $0.26 | -$613.93 | $43,784.53 |
| 2/5/2007 | 2/1/2007 | Uncollected Item | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$613.93 | $43,784.53 |
| 1/8/2007 | 1/1/2007 | Regular Payment | $451.74 | $240.79 | $210.95 | $0.00 | $0.00 | -$613.93 | $43,784.53 |
| 1/8/2007 | 1/1/2007 | Single Receipt | $0.26 | $0.00 | $0.00 | $0.00 | $0.26 | -$613.93 | $44,025.32 |
| 1/8/2007 | 1/1/2007 | Uncollected Item | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$613.93 | $44,025.32 |
| 12/31/2006 | 12/1/2006 | Year To Date | $0.00 | $0.00 | $3,301.60 | $0.00 | $0.00 | -$613.93 | $44,025.32 |
| 12/18/2006 | 12/1/2006 | Payment Applied | $451.74 | $239.64 | $212.10 | $0.00 | $0.00 | -$613.93 | $44,025.32 |
| 12/18/2006 | 12/1/2006 | Single Receipt | $2.26 | $0.00 | $0.00 | $0.00 | $2.26 | -$613.93 | $44,264.96 |
| 12/18/2006 | 12/1/2006 | Uncollected Item | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$613.93 | $44,264.96 |
| 11/3/2006 | 11/1/2006 | Payment Applied | $451.74 | $238.49 | $213.25 | $0.00 | $0.00 | -$613.93 | $44,264.96 |
| 11/3/2006 | 10/1/2006 | Payment Applied | $451.74 | $237.36 | $214.38 | $0.00 | $0.00 | -$613.93 | $44,503.45 |
| 11/3/2006 | 9/1/2006 | Payment Applied | $451.74 | $236.23 | $215.51 | $0.00 | $0.00 | -$613.93 | $44,740.81 |
| 11/3/2006 | 8/1/2006 | Payment Applied | $451.74 | $235.10 | $216.64 | $0.00 | $0.00 | -$613.93 | $44,977.04 |
| 10/23/2006 | 7/1/2006 | Fee Assessd | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$613.93 | $45,212.14 |
| 10/16/2006 | 7/1/2006 | Uncollected Item | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$613.93 | $45,212.14 |
| 9/28/2006 | 7/1/2006 | Regular Payment | $451.74 | $233.98 | $217.76 | $0.00 | $0.00 | -$613.93 | $45,212.14 |
| 9/28/2006 | 7/1/2006 | Single Receipt | $0.26 | $0.00 | $0.00 | $0.00 | $0.26 | -$613.93 | $45,446.12 |
| 9/28/2006 | 7/1/2006 | Uncollected Item | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$613.93 | $45,446.12 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9/25/2006 | 6/1/2006 | Fee Assessd | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$613.93 | $45,446.12 |
| 9/18/2006 | 6/1/2006 | Uncollected Item | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$613.93 | $45,446.12 |
| 9/5/2006 | 6/1/2006 | Regular Payment | $451.74 | $232.86 | $218.88 | $0.00 | $0.00 | -$613.93 | $45,446.12 |
| 9/5/2006 | 6/1/2006 | Fee Paid | $0.26 | $0.00 | $0.00 | $0.00 | $0.00 | -$613.93 | $45,678.98 |
| 8/23/2006 | 5/1/2006 | Fee Assessd | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$613.93 | $45,678.98 |
| 8/1/2006 | 5/1/2006 | Fee Assessd | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$613.93 | $45,678.98 |
| 7/28/2006 | 5/1/2006 | Regular Payment | $451.74 | $231.75 | $219.99 | $0.00 | $0.00 | -$613.93 | $45,678.98 |
| 7/28/2006 | 5/1/2006 | Fee Paid | $0.26 | $0.00 | $0.00 | $0.00 | $0.00 | -$613.93 | $45,910.73 |
| 7/10/2006 | 4/1/2006 | Hazard *Refund* Insurance | $531.58 | $0.00 | $0.00 | $531.58 | $0.00 | -$613.93 | $45,910.73 |
| 7/5/2006 | 4/1/2006 | Regular Payment | $451.75 | $230.65 | $221.09 | $0.01 | $0.00 | -$1,145.51 | $45,910.73 |
| 7/5/2006 | 4/1/2006 | Fee Paid | $2.25 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,145.52 | $46,141.38 |
| 7/5/2006 | 11/30/1999 | Delinquency Exp Third Party | ($240.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$1,145.52 | $46,141.38 |
| 6/5/2006 | 3/1/2006 | Fee Assessd | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | -$1,145.52 | $46,141.38 |
| 6/5/2006 | 3/1/2006 | Regular Payment | $451.75 | $229.55 | $222.19 | $0.01 | $0.00 | -$1,145.52 | $46,141.38 |
| 6/5/2006 | 3/1/2006 | Fee Paid | $2.25 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,145.53 | $46,370.93 |
| 5/30/2006 | 2/1/2006 | *Refund* County *Tax* | $240.00 | $0.00 | $0.00 | $240.00 | $0.00 | -$1,145.53 | $46,370.93 |
| 5/26/2006 | 11/30/1999 | Delinquency Exp Third Party | $240.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,385.53 | $46,370.93 |
| 5/5/2006 | 2/1/2006 | Regular Payment | $451.75 | $228.45 | $223.29 | $0.01 | $0.00 | -$1,385.53 | $46,370.93 |
| 5/5/2006 | 2/1/2006 | Fee Paid | $2.25 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,385.54 | $46,599.38 |
| 4/27/2006 | 1/1/2006 | MOBILE COUNTY | ($240.00) | $0.00 | $0.00 | ($240.00) | $0.00 | -$1,385.54 | $46,599.38 |
| 4/21/2006 | 1/1/2006 | ALFA MUTUAL INSURANCE CO | ($743.40) | $0.00 | $0.00 | ($743.40) | $0.00 | -$1,145.54 | $46,599.38 |
| 3/30/2006 | 1/1/2006 | Regular Payment | $451.74 | $227.36 | $224.38 | $0.00 | $0.00 | -$402.14 | $46,599.38 |
| 3/30/2006 | 1/1/2006 | Fee Paid | $2.26 | $0.00 | $0.00 | $0.00 | $0.00 | -$402.14 | $46,826.74 |
| 3/2/2006 | 12/1/2005 | Regular Payment | $451.74 | $226.28 | $225.46 | $0.00 | $0.00 | -$402.14 | $46,826.74 |
| 3/2/2006 | 12/1/2005 | Fee Paid | $2.26 | $0.00 | $0.00 | $0.00 | $0.00 | -$402.14 | $47,053.02 |
| 1/31/2006 | 11/1/2005 | Payment Applied | $451.74 | $225.20 | $226.54 | $0.00 | $0.00 | -$402.14 | $47,053.02 |
| 1/31/2006 | 10/1/2005 | Single Receipt | ($451.74) | $0.00 | $0.00 | $0.00 | $0.00 | -$402.14 | $47,278.22 |
| 1/31/2006 | 10/1/2005 | Single Receipt | $2.52 | $0.00 | $0.00 | $2.52 | $0.00 | -$402.14 | $47,278.22 |
| 1/31/2006 | 10/1/2005 | Single Receipt | ($2.52) | $0.00 | $0.00 | $0.00 | $0.00 | -$404.66 | $47,278.22 |
| 1/27/2006 | 10/1/2005 | Single Receipt | $454.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$404.66 | $47,278.22 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1/23/2006 | 10/1/2005 | Payment Applied | $451.74 | $224.12 | $227.62 | $0.00 | $0.00 | -$404.66 | $47,278.22 |
| 1/23/2006 | 9/1/2005 | Single Receipt | ($451.74) | $0.00 | $0.00 | $0.00 | $0.00 | -$404.66 | $47,502.34 |
| 12/20/2005 | 9/1/2005 | Single Receipt | $452.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$404.66 | $47,502.34 |
| 8/26/2005 | 9/1/2005 | Regular Payment | $454.00 | $223.06 | $228.68 | $2.26 | $0.00 | -$404.66 | $47,502.34 |
| 7/28/2005 | 8/1/2005 | Regular Payment | $454.00 | $221.99 | $229.75 | $2.26 | $0.00 | -$406.92 | $47,725.40 |
| 6/27/2005 | 7/1/2005 | Regular Payment | $454.00 | $220.93 | $230.81 | $2.26 | $0.00 | -$409.18 | $47,947.39 |
| 5/27/2005 | 6/1/2005 | Regular Payment | $453.11 | $219.88 | $231.86 | $1.37 | $0.00 | -$411.44 | $48,168.32 |
| 5/2/2005 | 5/1/2005 | Single Receipt | $0.00 | $2.26 | $0.00 | $0.00 | $0.00 | -$412.81 | $48,388.20 |
| 4/25/2005 | 5/1/2005 | Regular Payment | $453.11 | $218.82 | $232.92 | $1.37 | $0.00 | -$412.81 | $48,390.46 |
| 3/28/2005 | 4/1/2005 | Single Receipt | $0.00 | $2.26 | $0.00 | $0.00 | $0.00 | -$414.18 | $48,609.28 |
| 3/28/2005 | 4/1/2005 | Payment Applied | $451.74 | $217.77 | $233.97 | $0.00 | $0.00 | -$414.18 | $48,611.54 |
| 3/28/2005 | 3/1/2005 | Single Receipt | ($451.74) | $0.00 | $0.00 | $0.00 | $0.00 | -$414.18 | $48,829.31 |
| 3/28/2005 | 3/1/2005 | Payment Applied | $451.74 | $216.73 | $235.01 | $0.00 | $0.00 | -$414.18 | $48,829.31 |
| 3/28/2005 | 3/1/2005 | Single Receipt | ($451.74) | $0.00 | $0.00 | $0.00 | $0.00 | -$414.18 | $49,046.04 |
| 3/28/2005 | 3/1/2005 | Single Receipt | $454.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$414.18 | $49,046.04 |
| 3/28/2005 | 3/1/2005 | Single Receipt | ($454.00) | ($454.00) | $0.00 | $0.00 | $0.00 | -$414.18 | $49,046.04 |
| 3/28/2005 | 3/1/2005 | Pay Rev, Research Corrections | ($454.00) | ($218.90) | ($232.84) | ($2.26) | $0.00 | -$414.18 | $48,592.04 |
| 3/28/2005 | 3/1/2005 | Single Receipt | $454.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$411.92 | $48,373.14 |
| 3/28/2005 | 3/1/2005 | Administrative Adjustment | $0.00 | $0.00 | $0.00 | $0.00 | $22.59 | -$411.92 | $48,373.14 |
| 3/25/2005 | 3/1/2005 | Regular Payment | $454.00 | $218.90 | $232.84 | $2.26 | $0.00 | -$411.92 | $48,373.14 |
| 3/16/2005 | 2/1/2005 | Uncollected Item | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$414.18 | $48,592.04 |
| 3/11/2005 | 11/30/1999 | Delinquency Exp Balance | $0.57 | $0.00 | $0.00 | $0.00 | $0.00 | -$414.18 | $48,592.04 |
| 2/25/2005 | 2/1/2005 | Single Receipt | $454.00 | $454.00 | $0.00 | $0.00 | $0.00 | -$414.18 | $48,592.04 |
| 2/17/2005 | 2/1/2005 | Hazard Refund Insurance | $645.02 | $0.00 | $0.00 | $645.02 | $0.00 | -$414.18 | $49,046.04 |
| 2/9/2005 | 2/1/2005 | ALFA MUTUAL INSURANCE CO | ($362.00) | $0.00 | $0.00 | ($362.00) | $0.00 | -$1,059.20 | $49,046.04 |
| 2/7/2005 | 2/1/2005 | Regular Payment | $454.00 | $215.69 | $236.05 | $2.26 | $0.00 | -$697.20 | $49,046.04 |
| 12/27/2004 | 2/1/2005 | Fee Paid | $0.57 | $0.00 | $0.00 | $0.00 | $0.00 | -$699.46 | $49,261.73 |
| 12/27/2004 | 11/30/1999 | Delinquency Exp Balance | ($0.57) | $0.00 | $0.00 | $0.00 | $0.00 | -$699.46 | $49,261.73 |

| Date | Date | Type | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/24/2004 | 1/1/2005 | Single Receipt | $0.57 | $0.00 | $0.00 | $0.00 | $0.00 | -$699.46 | $49,261.73 |
| 12/24/2004 | 1/1/2005 | Regular Payment | $454.43 | $214.67 | $237.07 | $2.69 | $0.00 | -$699.46 | $49,261.73 |
| 11/26/2004 | 12/1/2004 | Regular Payment | $452.00 | $213.64 | $238.10 | $0.26 | $0.00 | -$702.15 | $49,476.40 |
| 11/24/2004 | 11/1/2004 | ALFA MUTUAL INSURANCE CO | ($684.40) | $0.00 | $0.00 | ($684.40) | $0.00 | -$702.41 | $49,690.04 |
| 10/25/2004 | 11/1/2004 | Regular Payment | $452.00 | $212.62 | $239.12 | $0.26 | $0.00 | -$18.01 | $49,690.04 |
| 9/24/2004 | 10/1/2004 | Regular Payment | $451.74 | $211.61 | $240.13 | $0.00 | $0.00 | -$18.27 | $49,902.66 |
| 8/25/2004 | 9/1/2004 | Regular Payment | $452.00 | $210.60 | $241.14 | $0.26 | $0.00 | -$18.27 | $50,114.27 |
| 7/29/2004 | 8/1/2004 | Regular Payment | $451.74 | $209.60 | $242.14 | $0.00 | $0.00 | -$18.53 | $50,324.87 |
| 6/28/2004 | 7/1/2004 | Regular Payment | $452.00 | $208.60 | $243.14 | $0.26 | $0.00 | -$18.53 | $50,534.47 |
| 5/21/2004 | 6/1/2004 | Regular Payment | $452.00 | $207.60 | $244.14 | $0.26 | $0.00 | -$18.79 | $50,743.07 |
| 4/19/2004 | 5/1/2004 | Regular Payment | $452.00 | $206.61 | $245.13 | $0.26 | $0.00 | -$19.05 | $50,950.67 |
| 3/23/2004 | 4/1/2004 | Payment Applied | $452.00 | $205.63 | $246.11 | $0.26 | $0.00 | -$19.31 | $51,157.28 |
| 3/1/2004 | 3/1/2004 | Single Receipt | $0.00 | $0.25 | $0.00 | $0.00 | $0.00 | -$19.57 | $51,362.91 |
| 2/27/2004 | 3/1/2004 | Single Receipt | $0.25 | $0.00 | $0.00 | $0.00 | $0.00 | -$19.57 | $51,363.16 |
| 2/27/2004 | 3/1/2004 | Regular Payment | $451.75 | $204.64 | $247.10 | $0.01 | $0.00 | -$19.57 | $51,363.16 |
| 2/2/2004 | 2/1/2004 | ALFA MUTUAL INSURANCE CO | ($19.58) | $0.00 | $0.00 | ($19.58) | $0.00 | -$19.58 | $51,567.80 |
| 1/26/2004 | 2/1/2004 | Regular Payment | $451.74 | $203.67 | $248.07 | $0.00 | $0.00 | $0.00 | $51,567.80 |
| 12/29/2003 | 1/1/2004 | Single Receipt | $0.26 | $0.26 | $0.00 | $0.00 | $0.00 | $0.00 | $51,771.47 |
| 12/29/2003 | 1/1/2004 | Payment Applied | $451.74 | $202.70 | $249.04 | $0.00 | $0.00 | $0.00 | $51,771.73 |
| 11/25/2003 | 12/1/2003 | Single Receipt | $0.00 | $0.26 | $0.00 | $0.00 | $0.00 | $0.00 | $51,974.43 |
| 11/24/2003 | 12/1/2003 | Single Receipt | $0.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51,974.69 |
| 11/24/2003 | 12/1/2003 | Regular Payment | $451.74 | $201.73 | $250.01 | $0.00 | $0.00 | $0.00 | $51,974.69 |
| 10/27/2003 | 11/1/2003 | Regular Payment | $451.74 | $200.77 | $250.97 | $0.00 | $0.00 | $0.00 | $52,176.42 |
| 9/29/2003 | 10/1/2003 | Regular Payment | $451.74 | $199.81 | $251.93 | $0.00 | $0.00 | $0.00 | $52,377.19 |
| 8/21/2003 | 9/1/2003 | Regular Payment | $451.74 | $198.86 | $252.88 | $0.00 | $0.00 | $0.00 | $52,577.00 |
| 7/24/2003 | 8/1/2003 | Regular Payment | $451.74 | $197.91 | $253.83 | $0.00 | $0.00 | $0.00 | $52,775.86 |
| 6/24/2003 | 7/1/2003 | Single Receipt | $0.00 | $0.26 | $0.00 | $0.00 | $0.00 | $0.00 | $52,973.77 |

| 6/23/2003 | 7/1/2003 | Single Receipt | $0.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $52,974.03 |
|-----------|----------|----------------|-------|-------|-------|-------|-------|-------|------------|
| 6/23/2003 | 7/1/2003 | Regular Payment | $451.74 | $196.96 | $254.78 | $0.00 | $0.00 | $0.00 | $52,974.03 |
| 5/28/2003 | 6/1/2003 | Regular Payment | $451.74 | $196.02 | $255.72 | $0.00 | $0.00 | $0.00 | $53,170.99 |