***Soutullo, et al. v. CitiMortgage, Inc.*****; Adversary Proceeding No. 09-01137**

**Exhibit D, Part 1 to CitiMortgage, Inc.'s Motion for Summary Judgment**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**MOBILE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **DONALD W. SOUTULLO,** | ) | **CHAPTER 13** |
| **Debtor.** | ) | **CASE NO.: 09-11543-MAM-13** |
| **DONALD W. SOUTULLO, and TAMMY SOUTULLO** | ) | |
| **Plaintiffs,** | ) | **ADVERSARY PROCEEDING NO.** |
| **v.** | ) | **09-01137** |
| **CITIMORTGAGE, INC.,** | ) | |
| **Defendant.** | ) | |

**AFFIDAVIT OF BRYAN SCHREPEL**

**STATE OF TEXAS** )

**COUNTY OF DALLAS** )

PERSONALLY APPEARED before the undersigned officer, duly authorized to administer oaths, BRYAN SCHREPEL, who states under oath as follows:

1. I am over the age of nineteen years, and am competent to testify to the matters set forth herein. I am an Operations Support Analyst II in the Bankruptcy Group at CitiMortgage, Inc. ("CitiMortgage"). I have been employed by CitiGroup, Inc. ("CitiGroup") for fourteen (14) years and have been employed in the CitiMortgage division for the past two (2) years. Based upon my review of CitiMortgage's records, I have personal knowledge of the facts set forth in

1845601 v1

EXHIBIT D

this affidavit and all such facts are true to the best of my knowledge. All documents referenced in this affidavit are kept in the course of regularly conducted business activity and it is the regular practice of that business activity to make the documents referenced in this affidavit. CitiMortgage keeps copies of the statements that are sent to its borrowers.

2. According to the business records of CitiMortgage, CitiMortgage obtained the rights to a Note and Mortgage executed by Donald W. Soutullo and Tammy Soutullo (collectively, "Plaintiffs") from ABN AMRO Mortgage Group, Inc. ("ABN AMRO") in September 2007.

3. After obtaining the rights to Plaintiffs' Note and Mortgage from ABN AMRO, CitiMortgage sent its first "Mortgage Account Statement" to Plaintiffs on September 20, 2007. True and correct copies of the Mortgage Account Statements sent by CitiMortgage to Plaintiffs are attached hereto as Exhibit 1.

4. After sending the first statement, CitiMortgage sent monthly statements to Plaintiffs, except during the months in which CitiMortgage had initiated foreclosure proceedings. (*See* Ex. 1.)

5. Since CitiMortgage acquired Plaintiffs' Note and Mortgage, each and every statement has been sent by CitiMortgage to Plaintiffs' address at 11085 A Catherine Creek, Mobile, Alabama, 36695. (*See* Ex. 1.)

6. Statements and borrower correspondence are generated electronically and shipped by Transaction Services, a CitiGroup vendor, through the United States Postal Service. The date a statement was placed in the mail by Transaction Services is indicated by the "Statement Date" notation contained on the upper left hand corner of the statement.

**FURTHER AFFIANT SAYETH NOT.**

By____________________
Affiant

**STATE OF TEXAS )**

**COUNTY OF DALLAS )**

I, Eric Y. Rose, a Notary Public in and for said County in said State, hereby certify that Bryan Schrepel, whose name is signed to the foregoing AFFIDAVIT OF BRYAN SCHREPEL, and who is known to me, acknowledged before me on this day that, being informed of the contents of such instrument, she executed the same voluntarily on the day the same bears date.

Given under my hand and seal, this 12 day of July, 2010.

____________________
NOTARY PUBLIC

[SEAL]
My Commission Expires: 3/3/2014

REPRESENTATION OF PRINTED DOCUMENT

citimortgage

MORTGAGE ACCOUNT STATEMENT

Page 1 of 1

## Account Information

Statement Date: 09/20/07
Property Address: [redacted] A CATHERINE CRE
MOBILE AL 36695

ACCOUNT NUMBER [redacted]

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $42,066.42 |
| Interest Rate | 5.75000% |
| Escrow Balance | -$1,147.39 |
| Interest Year to Date | $1,655.02 |
| Taxes Paid Year to Date | $535.98 |

Take command of your mortgage - Visit Today!
www.citimortgage.com

Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

Would you like an easier way to make your mortgage payment?
Sign up for E-Z Pay today.

SIS0071D-09/20/07-17-068082-1

DONALD W SOUTULLO
[redacted]
LUCEDALE MS 39452-8360

008082

YNNN*NNYN*NNNN*NNNN
26417263008082001

## Account Activity

| | PAYMENTS RECEIVED | CURRENT PAYMENT DUE |
|---|---|---|
| Date | 09/13/07 | 10/01/07 |
| Principal | | $251.37 |
| Interest | | $200.37 |
| Escrow | | $169.79 |
| Unapplied Funds | $346.92 | |
| Total Mortgage Payment | | $621.53 |
| Delinquency Expenses | $69.98 | |
| Late Charge | $35.10 | |
| Past Due Amount | | $621.53 |
| Total Amount | $452.00 | $1,243.06 |

Your payment was not received by the statement date. Please send the total amount due.

## Monthly Highlights

Welcome to the Citi family of companies! We look forward to serving all of your mortgage needs.

CMI-SSREG-0807

Detach and return the bottom portion with payment

Account Number: [redacted]

DONALD W SOUTULLO

Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.

**Include account number on check and make payable to:**

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date: | Total Amount Due: |
|---|---|---|
| See detail below: | 10/01/07 | $1,243.06 |

| | |
|---|---|
| Additional Principal: | $ . |
| Additional Escrow: | $ . |
| If payment received after: Add late charge of: $0.00 | $ . |
| Additional Monthly Payment: | $ . |
| Total Amount Enclosed | $ . |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

[redacted]

EXHIBIT
1

REPRESENTATION OF PRINTED DOCUMENT

## E-Z Pay Authorization Agreement

Your enrollment in E-Z Pay will be confirmed in writing at least 10 days prior to your first debit.

1 Check One: ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited:

2 Financial Institution

Financial Institution Address

Signature of Financial Institution Account Holder

Date

3 Mortgage Account #

4 You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee Circle: Due Date 1day 2day 3day 4day 5day 6day 7day 8day 9day

$10.00 Monthly Fee Circle: 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $

Additional Escrow per Month (Optional) $

**Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117**

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g., fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

## Important Information To Help Us Serve You Better

### Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
**1-800-283-7918***
Monday - Friday
8:00 a.m.- 12:00 Midnight ET
Saturday
9:00 a.m.- 6:00 p.m. ET

**Collections**
**1-800-723-7906**
Monday - Thursday
8:00 a.m.- 11:00 p.m. ET
Friday
8:00 a.m.- 7:00 p.m. ET
Saturday
8:00 a.m.- 1:00 p.m. ET

©2007 CitiMortgage, Inc. CitiMortgage, Inc does business as Citicorp Mortgage in NM. CitiMortgage, Inc, is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, NA equal housing lender. CitiMortgage is a registered service mark of Citigroup, Inc.

### Addresses

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 6006
The Lakes, NV 88901

**Air Express Payments**
CitiMortgage, Inc.
Attn: Payment Mail Opening
6725 West Sahara Ave.
Las Vegas, NV 89117

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8855
Springfield, OH 45501-8855

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Assumption Inquiries**
CitiMortgage, Inc.
Mail Stop 0305
100 Galleria Officentre, Suite 300
Southfield, MI 48034-8409

**Account Inquiries/ Credit Bureau Disputes**
CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MC 0251
Frederick, MD 21703

### Website

Visit **www.citimortgage.com** today!

View and pay your mortgage online. Sign up for free eAlerts to make managing your mortgage easy.

### Customer Service

By calling 1-800-283-7918, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 8:00 a.m. and 12:00 Midnight ET and Saturday between the hours of 9:00 a.m. and 6:00 p.m ET.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM. PO BOX 9442, GAITHERSBURG, MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

### Mortgage Options

**1-800-MORTGAGE (667-8424)**
Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**Online Payments:** You can make payments online or sign up for these payment programs by visiting www.citimortgage.com.

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918 to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system by pressing option 2 after entering your Mortgage Account Number. Simply follow the prompts to complete your payment.

**The BiWeekly Advantage℠ Plan:** You could pay your mortgage off sooner and save thousands of dollars in interest through periodic drafting. Call 1-866-622-9002* for more information. An enrollment fee will apply. A nominal transaction fee will apply with each draft. Please refer to the Terms and Conditions on our website, www.citimortgage.com/biweeklyadvantage.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

## Address & Phone Number Changes

Be sure to check box [illegible]. Please print.

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

citimortgage

MORTGAGE ACCOUNT STATEMENT

## Account Information

Statement Date: 10/18/07
Property Address: [redacted] A CATHERINE CRE
MOBILE AL 36695

ACCOUNT NUMBER: [redacted]

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $41,816.25 |
| Interest Rate | 5.75000% |
| Escrow Balance | -$977.60 |
| Interest Year to Date | $1,856.59 |
| Taxes Paid Year to Date | $535.98 |

Take command of your mortgage - Visit Today!
www.citimortgage.com

Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

Would you like an easier way to make your mortgage payment?
Sign up for E-Z Pay today.

SIS0071D-264212912007AG02-10/18/07-257-017390-1

DONALD W SOUTULLO
[redacted]
LUCEDALE MS 39452-8360

017390

NYNN*YNYN*NNNN*NNNN
2642129101739000001

## Account Activity

| | PAYMENTS RECEIVED | CURRENT PAYMENT DUE |
|---|---|---|
| Date | 10/08/07 | 11/01/07 |
| Principal | $250.17 | $252.57 |
| Interest | $201.57 | $199.17 |
| Escrow | $169.79 | $169.79 |
| Unapplied Funds | -$169.53 | |
| Total Mortgage Payment | | $621.53 |
| Past Due Amount | | $621.53 |
| Total Amount | $452.00 | $1,243.06 |

Your payment was not received by the statement date. Please send the total amount due.

## Monthly Highlights

Where can you go for today's interest rates, up-to-date sales information about homes in your neighborhood and valuable tools for refinancing or purchasing your dream home? It's simple. Log in to www.citimortgage.com today!

CMI-SSREG-0807

**Detach and return the bottom portion with payment.**

Account Number [redacted]

DONALD W SOUTULLO
Please designate how you want us to apply any additional funds.
Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.

Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date: | Total Amount Due: |
|---|---|---|
| See detail below: | 11/01/07 | $1,243.06 |

| | |
|---|---|
| Additional Principal: | $ . |
| Additional Escrow: | $ . |
| If payment received after: Add late charge of: $0.00 | $ . |
| Additional Monthly Payment: | $ . |
| Total Amount Enclosed | $ . |

Please do not send cash. Please allow 7 to 10 days for postal delivery.
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

## E-Z Pay Authorization Agreement

Your enrollment in E-Z Pay will be confirmed in writing at least 10 days prior to your first debit.

1 Check One: ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited:

2 Financial Institution

Financial Institution Address

Signature of Financial Institution Account Holder

Date

3 Mortgage Account #

4 You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee Circle: Due Date 1day 2day 3day 4day 5day 6day 7day 8day 9day

$10.00 Monthly Fee Circle: 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $

Additional Escrow per Month (Optional) $

**Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117**

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g., fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

## Important Information To Help Us Serve You Better

### Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
**1-800-283-7918***
Monday-Friday
8:00 a.m.-12:00 Midnight ET
Saturday
9:00 a.m.-6:00 p.m. ET

**Collections**
**1-800-723-7906**
Monday-Thursday
8:00 a.m.-11:00 p.m. ET
Friday
8:00 a.m.-7:00 p.m. ET
Saturday
8:00 a.m.-1:00 p.m. ET

©2007 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, NA, equal housing lender. CitiMortgage is a registered service mark of Citigroup, Inc.

### Addresses

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 6006
The Lakes, NV 88901

**Air Express Payments**
CitiMortgage, Inc.
Attn: Payment Mail Opening
8725 West Sahara Ave.
Las Vegas, NV 89117

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8855
Springfield, OH 45501-8855

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Assumption Inquiries**
CitiMortgage, Inc.
Mail Stop 0305
100 Galleria Officentre, Suite 300
Southfield, MI 48034-8409

**Account Inquiries/ Credit Bureau Disputes**
CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MC 0251
Frederick, MD 21703

### Website

**Visit www.citimortgage.com today!**

View and pay your mortgage online. Sign up for free eAlerts to make managing your mortgage easy.

### Customer Service

By calling 1-800-283-7918, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 8:00 a.m. and 12:00 Midnight ET and Saturday between the hours of 9:00 a.m. and 6:00 p.m ET.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 9442, GAITHERSBURG, MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement which includes your name, account number and the reason(s) for the request.

### Mortgage Options

**1-800-MORTGAGE (667-8424)**
Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**Online Payments:** You can make payments online or sign up for these payment programs by visiting www.citimortgage.com.

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918 to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system by pressing option 2 after entering your Mortgage Account Number. Simply follow the prompts to complete your payment.

**The BiWeekly Advantage℠ Plan:** You could pay your mortgage off sooner and save thousands of dollars in interest through periodic drafting. Call 1-866-622-9002* for more information. An enrollment fee will apply. A nominal transaction fee will apply with each draft. Please refer to the Terms and Conditions on our website, www.citimortgage.com/biweeklyadvantage.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

## Address & Phone Number Changes

Be sure to check box on reverse. Please print

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

citimortgage

MORTGAGE ACCOUNT STATEMENT

## Account Information

Statement Date: 11/19/07
Property Address: [redacted]A CATHERINE CRE
MOBILE AL 36695

ACCOUNT NUMBER [redacted]

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $41,564.88 |
| Interest Rate | 5.75000% |
| Escrow Balance | -$1,370.49 |
| Interest Year to Date | $2,056.96 |
| Taxes Paid Year to Date | $1,098.66 |

Take command of your mortgage - Visit Today!
www.citimortgage.com

Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

Would you like an easier way to make your mortgage payment?
Sign up for E-Z Pay today.

SIS0071D-264033232007AA05-11/19/07-8-056316-1

DONALD W SOUTULLO
[redacted]
LUCEDALE MS 39452-8360

016316

NNNN*NNNY*NNNN*NNNN
264033230163160001

## Account Activity

| | PAYMENTS RECEIVED | CURRENT PAYMENT DUE |
|---|---|---|
| Date | 11/02/07 | 12/01/07 |
| Principal | $281.37 | $253.79 |
| Interest | $200.37 | $197.95 |
| Escrow | $169.79 | $169.79 |
| Unapplied Funds | -$169.53 | |
| Total Mortgage Payment | | $621.53 |
| Late Charge | | $22.58 |
| Past Due Amount | | $621.53 |
| Total Amount | $452.00 | $1,265.64 |

Your payment was not received by statement date. Late charge of $22.58 was added on 11/16/07. Please send total amount due.

On 10/25/07, $562.68 was paid for County Tax.

## Monthly Highlights

Due to year end processing, payments received after Midnight Eastern on December 31st, 2007 will be posted and credited in January 2008.

On September 1st, 2007, ABN AMRO Mortgage Group, Inc. merged with CitiMortgage, Inc. As a result, CitiMortgage, Inc. will provide you with a Form 1098 Statement which reflects all payments made to CitiMortgage, Inc. and ABN AMRO Mortgage Group, Inc. Your Form 1098 will be included with your January Monthly Mortgage Account Statement.

We show home phone 601-766-0064 and business 251-377-1718. If incorrect, please mark the address/phone change box below and complete the phone number line on the reverse side of the payment coupon. Thank you.

CMI-SSREG-0807

Detach and return the bottom portion with payment.

Account Number [redacted]

DONALD W SOUTULLO

Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.

Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date | Total Amount Due |
|---|---|---|
| See detail below: | 12/01/07 | $1,265.64 |

Additional Principal: $

Additional Escrow: $

If payment received after: 12/16/07
Add late charge of: $22.58 $

Additional Monthly Payment: $

Total Amount Enclosed $

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

## E-Z Pay Authorization Agreement

Your enrollment in E-Z Pay will be confirmed in writing at least 10 days prior to your first debit.

1 Check One ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited:

2 Financial Institution

Financial Institution Address

Signature of Financial Institution Account Holder

Date

3 Mortgage Account #

4 You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee Circle: Due Date 1day 2day 3day 4day 5day 6day 7day 8day 9day

$10.00 Monthly Fee Circle: 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $

Additional Escrow per Month (Optional) $

**Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117**

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g., fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

## Important Information To Help Us Serve You Better

### Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
1-800-283-7918*
Monday - Friday
8:00 a.m.-12:00 Midnight ET
Saturday
9:00 a.m.-6:00 p.m. ET

**Collections**
1-800-723-7906
Monday - Thursday
8:00 a.m.-11:00 p.m. ET
Friday
8:00 a.m.-7:00 p.m. ET
Saturday
8:00 a.m.-1:00 p.m. ET

©2007 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, NA, equal housing lender. CitiMortgage is a registered service mark of Citigroup, Inc.

### Addresses

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 6006
The Lakes, NV 88901

**Air Express Payments**
CitiMortgage, Inc.
Attn: Payment Mail Opening
8725 West Sahara Ave.
Las Vegas, NV 89117

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 6855
Springfield, OH 45501-6855

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Assumption Inquiries**
CitiMortgage, Inc.
Mail Stop 0305
100 Galleria Officentre, Suite 300
Southfield, MI 48034-8409

**Account Inquiries/ Credit Bureau Disputes**
CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MC 0251
Frederick, MD 21703

### Website

Visit www.citimortgage.com today!

View and pay your mortgage online. Sign up for free eAlerts to make managing your mortgage easy.

### Customer Service

By calling 1-800-283-7918, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 8:00 a.m. and 12:00 Midnight ET and Saturday between the hours of 9:00 a.m. and 6:00 p.m ET.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 9442, GAITHERSBURG, MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement which includes your name, account number and the reason(s) for the request.

### Mortgage Options

**1-800-MORTGAGE (667-8424)**
Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**Online Payments:** You can make payments online or sign up for these payment programs by visiting www.citimortgage.com.

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918 to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system by pressing option 2 after entering your Mortgage Account Number. Simply follow the prompts to complete your payment.

**The BiWeekly Advantage℠ Plan:** You could pay your mortgage off sooner and save thousands of dollars in interest through periodic drafting. Call 1 866 622 9002* for more information. An enrollment fee will apply. A nominal transaction fee will apply with each draft. Please refer to the Terms and Conditions on our website, www.citimortgage.com/biweeklyadvantage.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

## Address & Phone Number Changes

Be sure to check box on reverse. Please print

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

# citimortgage

MORTGAGE ACCOUNT STATEMENT

Page 1 of 1

## Account Information

Statement Date: 12/18/07
Property Address: [redacted] A CATHERINE CRE
MOBILE AL 36695

ACCOUNT NUMBER: [redacted]

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $41,564.86 |
| Interest Rate | 5.75000% |
| Escrow Balance | -$918.49 |
| Interest Year to Date | $2,056.96 |
| Taxes Paid Year to Date | $1,098.66 |

Take command of your mortgage - Visit Today!
www.citimortgage.com

Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

Would you like an easier way to make your mortgage payment?
Sign up for E-Z Pay today.

SIS0071D-264073522007AB02-12/18/07-27-012108-1

DONALD W SOUTULLO
[redacted]
LUCEDALE MS 39452-8360

012108

NYNN*NNYN*NNNN*NNNN
264073520121080001

## Account Activity

| | PAYMENTS RECEIVED | CURRENT PAYMENT DUE |
|---|---|---|
| Date | 12/10/07 | 01/01/08 |
| Principal | | $255.00 |
| Interest | | $196.74 |
| Escrow | | $112.95 |
| Additional Escrow | $452.00 | |
| Total Mortgage Payment | | $564.69 |
| Late Charge | | $45.16 |
| Past Due Amount | | $1,243.06 |
| Total Amount | $452.00 | $1,852.91 |

Your monthly payments and late charges are due immediately. We have told a credit bureau about a late payment, missed payment or other default on your account. This information may be reflected in your credit report.

On 12/10/07, $452.00 was credited to your escrow account.

Your monthly escrow payment has been adjusted to $112.95 effective 01/01/08.

## Monthly Highlights

Due to year end processing, payments received after Midnight Eastern on December 31st, 2007 will be posted and credited in January 2008.

On September 1st, 2007, ABN AMRO Mortgage Group, Inc. merged with CitiMortgage, Inc. As a result, CitiMortgage, Inc. will provide you with a Form 1098 Statement which reflects all payments made to CitiMortgage, Inc. and ABN AMRO Mortgage Group, Inc. Your Form 1098 will be included with your January Monthly Mortgage Account Statement.

A tax and interest statement for income tax purposes will be included with your next billing statement which will be sent by January 31, 2008.

**Want to save money on your mortgage?**
Go to www.citimortgage.com/biweeklyadvantage to learn how The BiWeekly Advantage[SM] Plan could help you save thousands of dollars in interest and pay off your mortgage sooner!

CMI-SSREG-0807

Detach and return the bottom portion with payment.

Account Number: [redacted]

DONALD W SOUTULLO

Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.

Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date: | Total Amount Due |
|---|---|---|
| See detail below: | 01/01/08 | $1,852.91 |

| | | |
|---|---|---|
| Additional Principal: | $ | . |
| Additional Escrow: | $ | . |
| If payment received after: 01/16/08 Add late charge of: $22.58 | $ | . |
| Additional Monthly Payment: | $ | . |
| Total Amount Enclosed | $ | . |

Please do not send cash. Please allow 7 to 10 days for postal delivery.
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

## E-Z Pay Authorization Agreement

Your enrollment in E-Z Pay will be confirmed in writing at least 10 days prior to your first debit.

1 Check One: ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited:

2 Financial Institution

Financial Institution Address

Signature of Financial Institution Account Holder

Date

3 Mortgage Account #

4 You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee Circle: Due Date 1day 2day 3day 4day 5day 6day 7day 8day 9day

$10.00 Monthly Fee Circle: 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $

Additional Escrow per Month (Optional) $

**Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117**

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g., fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

## Important Information To Help Us Serve You Better

### Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
**1-800-283-7918***
**Monday - Friday**
**8:00 a.m. - 12:00 Midnight ET**
**Saturday**
**9:00 a.m. - 6:00 p.m. ET**

**Collections**
**1-800-723-7906**
Monday - Thursday
8:00 a.m. - 11:00 p.m. ET
Friday
8:00 a.m. - 7:00 p.m. ET
Saturday
8:00 a.m. - 1:00 p.m. ET

©2007 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A. equal housing lender. CitiMortgage is a registered service mark of Citigroup, Inc.

### Addresses

**Please be sure to write your account number on your correspondence.**

**Regular Payments**
CitiMortgage, Inc.
PO Box 6006
The Lakes, NV 88901

**Air Express Payments**
CitiMortgage, Inc.
Attn: Payment Mail Opening
6725 West Sahara Ave.
Las Vegas, NV 89117

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 6855
Springfield, OH 45501-6855

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Assumption Inquiries**
CitiMortgage, Inc.
Mail Stop 0305
100 Galleria Officentre, Suite 300
Southfield, MI 48034-8409

**Account Inquiries/ Credit Bureau Disputes**
CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MC 0251
Frederick, MD 21703

### Website

**Visit www.citimortgage.com today!**

View and pay your mortgage online. Sign up for free eAlerts to make managing your mortgage easy.

### Customer Service

By calling 1-800-283-7918, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 8:00 a.m. and 12:00 Midnight ET and Saturday between the hours of 9:00 a.m. and 6:00 p.m ET.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 9442, GAITHERSBURG, MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

### Mortgage Options

**1-800-MORTGAGE (667-8424)**
Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**Online Payments:** You can make payments online or sign up for these payment programs by visiting www.citimortgage.com.

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918 to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system by pressing option 2 after entering your Mortgage Account Number. Simply follow the prompts to complete your payment.

**The BiWeekly Advantage℠ Plan:** You could pay your mortgage off sooner and save thousands of dollars in interest through periodic drafting. Call 1-866-622-9002* for more information. An enrollment fee will apply. A nominal transaction fee will apply with each draft. Please refer to the Terms and Conditions on our website, www.[illegible]

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

## Address & Phone Number Changes

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

citimortgage

MORTGAGE ACCOUNT STATEMENT

## Account Information

Statement Date: 03/18/08
Property Address: [redacted]A CATHERINE CRE
MOBILE AL 36695

ACCOUNT NUMBER [redacted]

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $41,312.31 |
| Interest Rate | 5.75000% |
| Escrow Balance | -$748.70 |
| Interest Year to Date | $199.17 |
| Taxes Paid Year to Date | $0.00 |

Take command of your mortgage - Visit Today!
www.citimortgage.com

Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

Would you like an easier way to make your mortgage payment?
Sign up for E-Z Pay today.

SIS0071D-264030782008AA05-03/18/08-8-052262-1

DONALD W SOUTULLO
[redacted]
LUCEDALE MS 39452-8360

012262

NNNN*NNNY*NNNN*NNNN
2640307801226200001

## Account Activity

| | PAYMENTS RECEIVED | CURRENT PAYMENT DUE |
|---|---|---|
| Date | 03/13/08 | 04/01/08 |
| Principal | | $258.68 |
| Interest | | $193.06 |
| Escrow | | $112.95 |
| Unapplied Funds | $393.52 | |
| Total Mortgage Payment | | $564.69 |
| Delinquency Expenses | $30.00 | $15.00 |
| Servicing Fees | $5.90 | |
| Late Charge | $22.58 | $90.32 |
| Past Due Amount | | $2,315.60 |
| Total Amount | $452.00 | $2,985.61 |

You must pay the full amount due today. Call our office at 1-800-723-7906.

Delinquency expenses are third-party expenses such as property inspection fees, property preservation costs, appraisal costs, and attorney fees incurred by CMI as a result of default.

## Monthly Highlights

Now you can view your Year End Statement online. Simply visit www.citimortgage.com and sign on. It's that easy!

CMI-SSREG-0807

Detach and return the bottom portion with payment.

Account Number: [redacted]

DONALD W SOUTULLO
Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date: | Total Amount Due: |
|---|---|---|
| See detail below: | 04/01/08 | $2,985.61 |

| | |
|---|---|
| Additional Principal: | $ . |
| Additional Escrow: | $ . |
| If payment received after: 04/16/08 Add late charge of: $22.58 | $ . |
| Additional Monthly Payment: | $ . |
| Total Amount Enclosed | $ . |

Please do not send cash. Please allow 7 to 10 days for postal delivery.
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

## E-Z Pay Authorization Agreement

Your enrollment in E-Z Pay will be confirmed in writing at least 10 days prior to your first debit.

1 Check One: ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited.

2 Financial Institution

Financial Institution Address

Signature of Financial Institution Account Holder

Date

3 Mortgage Account #

4 You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee Circle: Due Date 1day 2day 3day 4day 5day 6day 7day 8day 9day

$10.00 Monthly Fee Circle: 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $

Additional Escrow per Month (Optional) $

**Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117**

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g., fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

## Important Information To Help Us Serve You Better

### Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
**1-800-283-7918***
Monday–Friday
8:00 a.m.–12:00 Midnight ET
Saturday
9:00 a.m.–6:00 p.m. ET

**Collections**
**1-800-723-7904**
Monday–Thursday
8:00 a.m.–11:00 p.m. ET
Friday
8:00 a.m.–7:00 p.m. ET
Saturday
8:00 a.m.–1:00 p.m. ET

©2007 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, NA, equal housing lender. CitiMortgage is a registered service mark of Citigroup, Inc.

### Addresses

**Please be sure to write your account number on your correspondence.**

**Regular Payments**
CitiMortgage, Inc.
PO Box 6006
The Lakes, NV 88901

**Air Express Payments**
CitiMortgage, Inc.
Attn: Payment Mail Opening
8725 West Sahara Ave.
Las Vegas, NV 89117

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 6855
Springfield, OH 45501-6855

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Assumption Inquiries**
CitiMortgage, Inc.
Mail Stop 0305
100 Galleria Officentre, Suite 300
Southfield, MI 48034-8409

**Account Inquiries/ Credit Bureau Disputes**
CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MC 0251
Frederick, MD 21703

### Website

**Visit www.citimortgage.com today!**

View and pay your mortgage online. Sign up for free eAlerts to make managing your mortgage easy.

### Customer Service

By calling 1-800-283-7918, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 8:00 a.m. and 12:00 Midnight ET and Saturday between the hours of 9:00 a.m. and 6:00 p.m ET.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 9442, GAITHERSBURG, MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

### Mortgage Options

**1-800-MORTGAGE (667-8424)**
Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**Online Payments:** You can make payments online or sign up for these payment programs by visiting www.citimortgage.com.

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank

**Phone Payments:** Call 1-800-283-7918 to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system by pressing option 2 after entering your Mortgage Account Number. Simply follow the prompts to complete your payment.

**The BiWeekly Advantage℠ Plan:** You could pay your mortgage off sooner and save thousands of dollars in interest through periodic drafting. Call 1-866-622-9002* for more information. An enrollment fee will apply. A nominal transaction fee will apply with each draft. Please refer to the Terms and Conditions on our website, www.citimortgage.com/biweeklyadvantage.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

## Address & Phone Number Changes

Be sure to check box on reverse. Please print

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

# citimortgage

## MORTGAGE ACCOUNT STATEMENT

## Account Information

Statement Date: 04/17/08
Property Address: [redacted] A CATHERINE CRE
MOBILE AL 36695

ACCOUNT NUMBER: [redacted]

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $41,058.52 |
| Interest Rate | 5.75000% |
| Escrow Balance | -$578.91 |
| Interest Year to Date | $397.12 |
| Taxes Paid Year to Date | $0.00 |

Take command of your mortgage - Visit Today! www.citimortgage.com

Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

Would you like an easier way to make your mortgage payment? Sign up for E-Z Pay today.

SIS0071D-264031082008AA04-04/17/08-8-046567-1

DONALD W SOUTULLO
[redacted]
LUCEDALE MS 39452-8360

006567

NNNN*NNNY*NNNN*NNNN
2640310800065670001

## Account Activity

| | PAYMENTS RECEIVED | CURRENT PAYMENT DUE |
|---|---|---|
| Date | 04/15/08 | 05/01/08 |
| Principal | $253.79 | $259.92 |
| Interest | $197.95 | $191.82 |
| Escrow | $109.79 | $112.95 |
| Unapplied Funds | -$188.19 | |
| Total Mortgage Payment | | $564.69 |
| Delinquency Expenses | $15.00 | |
| Servicing Fees | $3.66 | |
| Late Charge | | $112.90 |
| Past Due Amount | | $2,258.76 |
| Total Amount | $452.00 | $2,936.35 |

You must pay the full amount due today. Call our office at 1-800-723-7906.

## Monthly Highlights

Please Note: Effective May 12, 2008, the price of a first class stamp is increasing to $.42. Avoid the cost of mailing your payment by enrolling in E-Z Pay, CitiMortgage's automated payment program. Each month, your mortgage payment would be automatically deducted from the checking or savings account you designate when you enroll in this service. To begin enjoying the convenience of this program, please visit www.citimortgage.com to enroll today.

CMI-SSREG-0408

Detach and return the bottom portion with payment

Account Number: [redacted]

DONALD W SOUTULLO

Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.

Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| See detail below: | Due Date | Total Amount Due |
|---|---|---|
| | 05/01/08 | $2,936.35 |

| | |
|---|---|
| Additional Principal: | $ . |
| Additional Escrow: | $ . |
| If payment received after: 05/16/08 Add late charge of: $22.58 | $ . |
| Additional Monthly Payment: | $ . |
| Total Amount Enclosed | $ . |

Please do not send cash. Please allow 7 to 10 days for postal delivery.
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

## E-Z Pay Authorization Agreement

Your enrollment in E-Z Pay will be confirmed in writing at least 10 days prior to your first debit.

1 **Check One:** ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited. ______________________

2 Financial Institution

Financial Institution Address

______________________
Signature of Financial Institution Account Holder

______________________
Date

3 Mortgage Account # ______________________

4 You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

**No Fee Circle:** Due Date 1day 2day 3day 4day 5day 6day 7day 8day 9day

**$10.00 Monthly Fee Circle:** 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $ ______________

Additional Escrow per Month (Optional) $ ______________

**Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117**

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g., fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

## Important Information To Help Us Serve You Better

### Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
**1-800-283-7918***
**Monday - Friday**
**8:00 a.m. - 12:00 Midnight ET**
**Saturday**
**9:00 a.m. - 6:00 p.m. ET**

**Collections**
**1-800-723-7906**
Monday - Thursday
8:00 a.m. - 11:00 p.m. ET
Friday
8:00 a.m. - 7:00 p.m. ET
Saturday
8:00 a.m. - 1:00 p.m. ET

©2008 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, NA equal housing lender. CitiMortgage is a registered service mark of Citigroup, Inc.

### Addresses

**Please be sure to write your account number on your correspondence.**

**Regular Payments**
CitiMortgage, Inc.
PO Box 6006
The Lakes, NV 88901

**Air Express Payments**
CitiMortgage, Inc.
Attn: Payment Mail Opening
8725 West Sahara Ave.
Las Vegas, NV 89117

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8855
Springfield, OH 45501-8855

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Assumption Inquiries**
CitiMortgage, Inc.
Mail Stop 0305
100 Galleria Officentre, Suite 300
Southfield, MI 48034 8409

**Account Inquiries/ Credit Bureau Disputes**
CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MC 0251
Frederick, MD 21703

### Website

Visit **www.citimortgage.com** today!

View and pay your mortgage online. Sign up for free eAlerts to make managing your mortgage easy.

### Customer Service

By calling 1-800-283-7918, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 8:00 a.m. and 12:00 Midnight ET and Saturday between the hours of 9:00 a.m. and 6:00 p.m ET.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 9442, GAITHERSBURG, MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

### Mortgage Options

**1-800-MORTGAGE (667-8424)**

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**Online Payments:** You can make payments online or sign up for these payment programs by visiting www.citimortgage.com.

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918 to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system by pressing option 2 after entering your Mortgage Account Number. Simply follow the prompts to complete your payment.

**The BiWeekly Advantage℠ Plan:** You could pay your mortgage off sooner and save thousands of dollars in interest through periodic drafting. Call 1-866-274-5462* for more information. An enrollment fee will apply. A nominal transaction fee will apply with each draft. Please refer to the Terms and Conditions on our website, www.citimortgage.com/biweeklyadvantage.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

## Address & Phone Number Changes

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

# citimortgage

## MORTGAGE ACCOUNT STATEMENT

## Account Information

Statement Date: 05/19/08
Property Address: [redacted] A CATHERINE CRE
MOBILE AL 36695

ACCOUNT NUMBER [redacted]

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $41,058.52 |
| Interest Rate | 5.75000% |
| Escrow Balance | -$578.91 |
| Interest Year to Date | $397.12 |
| Taxes Paid Year to Date | $0.00 |

Take command of your mortgage - Visit Today!
www.citimortgage.com

Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

Would you like an easier way to make your mortgage payment?
Sign up for E-Z Pay today.

SIS0071D-264041402008AA06-05/19/08-8-065234-1

005234

DONALD W SOUTULLO
[redacted]
LUCEDALE MS 39452-8360

NNNN*NNNY*NNNN*NNNN
2640414000523400001

## Account Activity

| | PAYMENTS RECEIVED | CURRENT PAYMENT DUE |
|---|---|---|
| Date | 05/13/08 | 06/01/08 |
| Principal | | $281.17 |
| Interest | | $190.57 |
| Escrow | | $112.95 |
| Unapplied Funds | $900.00 | |
| Total Mortgage Payment | | $584.69 |
| Delinquency Expenses | | $15.00 |
| Servicing Fees | | $3.11 |
| Late Charge | | $135.48 |
| Past Due Amount | | $2,823.45 |
| Total Amount | $900.00 | $3,541.73 |

You must pay the full amount due today. Call our office at 1-800-723-7906.

Delinquency expenses are third-party expenses such as property inspection fees, property preservation costs, appraisal costs, and attorney fees incurred by CMI as a result of default.

## Monthly Highlights

Where can you go for today's interest rates, up-to-date sales information about homes in your neighborhood and valuable tools for refinancing or purchasing your dream home? It's simple. Log in to www.citimortgage.com today!

CMI-SSREG-0608

Detach and return the bottom portion with payment. Please ...

Account Number [redacted]

DONALD W SOUTULLO

Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.

Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date | Total Amount Due |
|---|---|---|
| See detail below: | 06/01/08 | $3,541.73 |

| | |
|---|---|
| Additional Principal: | $ |
| Additional Escrow: | $ |
| If payment received after: 06/16/08 Add late charge of: $22.58 | $ |
| Additional Monthly Payment: | $ |
| Total Amount Enclosed | $ |

Please do not send cash. Please allow 7 to 10 days for postal delivery.
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

## E-Z Pay Authorization Agreement

Your enrollment in E-Z Pay will be confirmed in writing at least 10 days prior to your first debit.

1 Check One: ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited:

2 Financial Institution

Financial Institution Address

Signature of Financial Institution Account Holder

Date

3 Mortgage Account #

4 You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee Circle: Due Date 1day 2day 3day 4day 5day 6day 7day 8day

$10.00 Monthly Fee Circle: 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $

Additional Escrow per Month (Optional) $

**Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117**

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g., fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

## Important Information To Help Us Serve You Better

### Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
**1-800-283-7918***
Monday - Friday
8:00 a.m.-12:00 Midnight ET
Saturday
9:00 a.m.-6:00 p.m. ET

**Collections**
**1-800-723-7906**
Monday - Thursday
8:00 a.m.-11:00 p.m. ET
Friday
8:00 a.m.-7:00 p.m. ET
Saturday
8:00 a.m.-1:00 p.m. ET

©2008 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, NA, equal housing lender. CitiMortgage is a registered service mark of Citigroup, Inc.

### Addresses

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 6006
The Lakes, NV 88901

**Air Express Payments**
CitiMortgage, Inc.
Attn: Payment Mail Opening
6725 West Sahara Ave.
Las Vegas, NV 89117

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 6655
Springfield, OH 45501-8855

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Assumption Inquiries**
CitiMortgage, Inc.
Mail Stop 0305
100 Galleria Officentre, Suite 300
Southfield, MI 48034-8409

**Account Inquiries/ Credit Bureau Disputes**
CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MC 0251
Frederick, MD 21703

### Website

Visit www.citimortgage.com today!

View and pay your mortgage online. Sign up for free eAlerts to make managing your mortgage easy.

### Customer Service

By calling 1-800-283-7918, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 8:00 a.m. and 12:00 Midnight ET and Saturday between the hours of 9:00 a.m. and 6:00 p.m ET.

For Residential Customers Only: PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 9442, GAITHERSBURG, MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

### Mortgage Options

**1-800-MORTGAGE (667-8424)**
Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**Online Payments:** You can make payments online or sign up for these payment programs by visiting www.citimortgage.com.

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank

**Phone Payments:** Call 1-800-283-7918 to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system by pressing option 2 after entering your Mortgage Account Number. Simply follow the prompts to complete your payment.

**The BiWeekly Advantage℠ Plan:** You could pay your mortgage off sooner and save thousands of dollars in interest through periodic drafting. Call 1-866-274-5462* for more information. An enrollment fee will apply. A nominal transaction fee will apply with each draft. Please refer to the Terms and Conditions on our website, www.citimortgage.com/biweeklyadvantage.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

FIRST NAME

MI LAST NAME

NEW MAILING ADDRESS

CITY STATE ZIP

NEW HOME PHONE NEW WORK PHONE

ADD/UPDATE E-MAIL ADDRESS

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY? ☐ YES ☐ NO

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

citimortgage

MORTGAGE ACCOUNT STATEMENT

## Account Information

Statement Date: 06/20/08
Property Address: [redacted]A CATHERINE CRE
MOBILE AL 36695

ACCOUNT NUMBER [redacted]

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $40,289.85 |
| Interest Rate | 5.75000% |
| Escrow Balance | -$240.06 |
| Interest Year to Date | $983.67 |
| Taxes Paid Year to Date | $0.00 |

Take command of your mortgage - Visit Today!
www.citimortgage.com

Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

Would you like an easier way to make your mortgage payment?
Sign up for E-Z Pay today.

SIS0071D-264031722008AA04-06/20/08-8-041902-1

DONALD W SOUTULLO
[redacted]
LUCEDALE MS 39452-8360

001902

NNNN*NNNY*NNNN*NNNN
2640317220019020001

## Account Activity

| | PAYMENTS RECEIVED | CURRENT PAYMENT DUE |
|---|---|---|
| Date | 06/16/08 | 07/01/08 |
| Principal | $768.67 | $262.42 |
| Interest | $586.55 | $189.32 |
| Escrow | $338.85 | $112.95 |
| Unapplied Funds | -$1,242.07 | |
| Total Mortgage Payment | | $564.69 |
| Delinquency Expenses | | $15.00 |
| Servicing Fees | | $5.83 |
| Late Charge | | $158.06 |
| Past Due Amount | | $1,694.07 |
| Total Amount | $452.00 | $2,437.65 |

You must pay the full amount due today. Call our office at 1-800-723-7906.

Delinquency expenses are third-party expenses such as property inspection fees, property preservation costs, appraisal costs, and attorney fees incurred by CMI as a result of default.

## Monthly Highlights

CMI-SSREG-0608

Detach and return the bottom portion with payment.

Account Number: [redacted]

DONALD W SOUTULLO

Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date: | Total Amount Due: |
|---|---|---|
| See detail below: | 07/01/08 | $2,437.65 |

| | |
|---|---|
| Additional Principal: | $ |
| Additional Escrow: | $ |
| If payment received after: 07/16/08 Add late charge of: $22.58 | $ |
| Additional Monthly Payment: | $ |
| **Total Amount Enclosed** | $ |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

## E-Z Pay Authorization Agreement

Your enrollment in E-Z Pay will be confirmed in writing at least 10 days prior to your first debit.

1 Check One: ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited:

2 Financial Institution

Financial Institution Address

Signature of Financial Institution Account Holder

Date

3 Mortgage Account #

4 You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee Circle: Due Date 1day 2day 3day 4day 5day 6day 7day 8day

$10.00 Monthly Fee Circle: 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $

Additional Escrow per Month (Optional) $

**Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117**

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g., fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

## Important Information To Help Us Serve You Better

### Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service

**Customer Service**
**1-800-283-7918***
Monday - Friday
8:00 a.m. - 12:00 Midnight ET
Saturday
9:00 a.m. - 6:00 p.m. ET

**Collections**
**1-800-723-7906**
Monday - Thursday
8:00 a.m. - 11:00 p.m. ET
Friday
8:00 a.m. - 7:00 p.m. ET
Saturday
8:00 a.m. - 1:00 p.m. ET

©2008 CitiMortgage, Inc. CitiMortgage, Inc does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, NA, equal housing lender. CitiMortgage is a registered service mark of Citigroup, Inc.

### Addresses

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 6006
The Lakes, NV 88901

**Air Express Payments**
CitiMortgage, Inc.
Attn: Payment Mail Opening
8725 West Sahara Ave.
Las Vegas, NV 89117

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8855
Springfield, OH 45501-8855

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Assumption Inquiries**
CitiMortgage, Inc.
Mail Stop 0305
100 Galleria Officentre, Suite 300
Southfield, MI 48034-8409

**Account Inquiries/ Credit Bureau Disputes**
CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MC 0251
Frederick, MD 21703

### Website

Visit **www.citimortgage.com** today!
View and pay your mortgage online. Sign up for free eAlerts to make managing your mortgage easy.

### Customer Service

By calling 1-800-283-7918, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 8:00 a.m. and 12:00 Midnight ET and Saturday between the hours of 9:00 a.m. and 6:00 p.m ET.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC. ATTN: CUSTOMER RESEARCH TEAM, PO BOX 9442, GAITHERSBURG MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement which includes your name, account number and the reasons for the request.

### Mortgage Options

**1-800-MORTGAGE (667-8424)**
Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**Online Payments:** You can make payments online or sign up for these payment programs by visiting www.citimortgage.com.

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank

**Phone Payments:** Call 1-800-283-7918 to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system by pressing option 2 after entering your Mortgage Account Number. Simply follow the prompts to complete your payment.

**The BiWeekly Advantage℠ Plan:** You could pay your mortgage off sooner and save thousands of dollars in interest through periodic drafting. Call 1-866-274-5462* for more information. An enrollment fee will apply. A nominal transaction fee will apply with each draft. Please refer to the Terms and Conditions on our website, www.citimortgage.com/biweeklyadvantage.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

FIRST NAME

MI LAST NAME

NEW MAILING ADDRESS

CITY STATE ZIP

NEW HOME PHONE NEW WORK PHONE

ADD/UPDATE E-MAIL ADDRESS

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY? ☐ YES ☐ NO

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

citimortgage

MORTGAGE ACCOUNT STATEMENT

## Account Information

Statement Date: 07/17/08
Property Address: [redacted] A CATHERINE CRE
MOBILE AL 36695

ACCOUNT NUMBER: [redacted]

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $40,289.85 |
| Interest Rate | 5.75000% |
| Escrow Balance | -$240.06 |
| Interest Year to Date | $983.67 |
| Taxes Paid Year to Date | $0.00 |

Take command of your mortgage - Visit Today!
www.citimortgage.com

Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

Would you like an easier way to make your mortgage payment?
Sign up for E-Z Pay today.

SIS0071D-264041992008AA06-07/17/08-458-073822-1

DONALD W SOUTULLO
[redacted]
LUCEDALE MS 39452-8360

013822

NNNY'YNNY'NNNN'NNNN
264041990138220001

## Account Activity

| | PAYMENTS RECEIVED | CURRENT PAYMENT DUE |
|---|---|---|
| Date | | 08/01/08 |
| Principal | | $263.68 |
| Interest | | $188.06 |
| Escrow | | $112.95 |
| Total Mortgage Payment | | $564.69 |
| Delinquency Expenses | | $15.00 |
| Servicing Fees | | $7.23 |
| Late Charge | | $180.84 |
| Past Due Amount | | $2,258.76 |
| Total Amount | | $3,026.32 |

You must pay the full amount due today. Call our office at 1-800-723-7906.

Delinquency expenses are third-party expenses such as property inspection fees, property preservation costs, appraisal costs, and attorney fees incurred by CMI as a result of default.

## Monthly Highlights

Where can you go for today's interest rates, up-to-date sales information about homes in your neighborhood and valuable tools for refinancing or purchasing your dream home? It's simple. Log in to www.citimortgage.com today!

CMI-SSREG-0708

Detach and return the bottom portion with payment.

Account Number [redacted]

DONALD W SOUTULLO

Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.

Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date | Total Amount Due |
|---|---|---|
| See detail below: | 08/01/08 | $3,026.32 |

| | |
|---|---|
| Additional Principal: | $ . |
| Additional Escrow: | $ . |
| If payment received after: 08/16/08 Add late charge of: $22.58 | $ . |
| Additional Monthly Payment: | $ . |
| **Total Amount Enclosed** | $ . |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

## E-Z Pay Authorization Agreement

Your enrollment in E-Z Pay will be confirmed in writing at least 10 days prior to your first debit.

1 Check One: ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited:

2 Financial Institution

Financial Institution Address

Signature of Financial Institution Account Holder

Date

3 Mortgage Account #

4 You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee Circle: Due Date 1day 2day 3day 4day 5day 6day 7day 8day

$10.00 Monthly Fee Circle: 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $

Additional Escrow per Month (Optional) $

**Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117**

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g., fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

## Important Information To Help Us Serve You Better

### Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
**1-800-283-7918***
**Monday-Friday**
7:00 a.m.-12:00 Midnight ET
**Saturday**
8:00 a.m.-7:00 p.m. ET
**Sunday**
12:00 p.m.-11:00 p.m. ET

**Collections**
**1-800-723-7906**
**Monday-Thursday**
8:00 a.m.-11:00 p.m. ET
**Friday**
8:00 a.m.-7:00 p.m. ET
**Saturday**
8:00 a.m.-1:00 p.m. ET

©2008 CitiMortgage, Inc. CitiMortgage, Inc does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, NA, equal housing lender. CitiMortgage is a registered service mark of Citigroup, Inc.

### Addresses

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 6006
The Lakes, NV 88901

**Air Express Payments**
CitiMortgage, Inc.
Attn: Payment Mail Opening
8725 West Sahara Ave.
Las Vegas, NV 89117

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 6855
Springfield, OH 45501-6855

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Assumption Inquiries**
CitiMortgage, Inc.
Mail Stop 0305
100 Galleria Officentre, Suite 300
Southfield, MI 48034-8409

**Account Inquiries/ Credit Bureau Disputes**
CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MC 0251
Frederick, MD 21703

### Website

**Visit www.citimortgage.com today!**

View and pay your mortgage online. Sign up for free eAlerts to make managing your mortgage easy.

### Customer Service

By calling 1-800-283-7918, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 7:00 a.m. and 12:00 Midnight ET. Saturday between the hours of 8:00 a.m. and 7:00 p.m ET and Sunday between the hours of 12:00 p.m. and 11:00 p.m. ET.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 9442, GAITHERSBURG, MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

### Mortgage Options

**1-800-MORTGAGE (667-8424)**

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**Online Payments:** You can make payments online or sign up for these payment programs by visiting www.citimortgage.com.

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918 to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system by pressing option 2 after entering your Mortgage Account Number. Simply follow the prompts to complete your payment.

**The BiWeekly Advantage℠ Plan:** You could pay your mortgage off sooner and save thousands of dollars in interest through periodic drafting. Call 1-866-274-5462* for more information. An enrollment fee will apply. A nominal transaction fee will apply with each draft. Please refer to the Terms and Conditions on our website, www.citimortgage.com/biweeklyadvantage.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

FIRST NAME

MI LAST NAME

NEW MAILING ADDRESS

CITY STATE ZIP

NEW HOME PHONE NEW WORK PHONE

ADD/UPDATE E-MAIL ADDRESS

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY? ☐ YES ☐ NO

INTERNET REPRINT



## Account Information

Statement Date: 08/18/08
Property Address: [redacted]A CATHERINE CRE
MOBILE AL 36695

ACCOUNT NUMBER [redacted]

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $40,031.17 |
| Interest Rate | 5.75000% |
| Escrow Balance | -$761.11 |
| Interest Year to Date | $1,176.73 |
| Taxes Paid Year to Date | $0.00 |

REPRESENTATION OF PRINTED DOCUMENT

citimortgage

MORTGAGE ACCOUNT STATEMENT

Take command of your mortgage - Visit Today!
www.citimortgage.com

Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

Would you like an easier way to make your mortgage payment?
Sign up for E-Z Pay today.

SIS0071D-264032312008AA04-08/18/08-8-055028-1

DONALD W SOUTULLO
[redacted]
LUCEDALE MS 39452-8360

015028

NNNN*NNNY*NNNN*NNNN
264032310150280001

## Account Activity

| | PAYMENTS RECEIVED | CURRENT PAYMENT DUE |
|---|---|---|
| Date | 07/18/08 | 09/01/08 |
| Principal | $258.68 | $264.94 |
| Interest | $193.06 | $186.80 |
| Escrow | $112.95 | $112.95 |
| Unapplied Funds | -$112.69 | |
| Total Mortgage Payment | | $564.69 |
| Delinquency Expenses | | $15.00 |
| Servicing Fees | | $8.15 |
| Late Charge | | $203.22 |
| Past Due Amount | | $2,258.76 |
| Total Amount | $452.00 | $3,049.82 |

You must pay the full amount due today. Call our office at 1-800-723-7806.

Delinquency expenses are third-party expenses such as property inspection fees, property preservation costs, appraisal costs, and attorney fees incurred by CMI as a result of default.

On 08/12/08, $634.00 was paid for Hazard Insurance.

## Monthly Highlights

CMI-SSREG-0708

Detach and return the bottom portion with payment.

Account Number: [redacted]

DONALD W SOUTULLO

Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.

Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date | Total Amount Due: |
|---|---|---|
| See detail below: | 09/01/08 | $3,049.82 |

| | |
|---|---|
| Additional Principal: | $ . |
| Additional Escrow: | $ . |
| If payment received after: 09/16/08 Add late charge of: $22.58 | $ . |
| Additional Monthly Payment: | $ . |
| Total Amount Enclosed | $ . |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

## E-Z Pay Authorization Agreement

Your enrollment in E-Z Pay will be confirmed in writing at least 10 days prior to your first debit.

1 Check One ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited:

2 Financial Institution

Financial Institution Address

Signature of Financial Institution Account Holder

Date

3 Mortgage Account #

4 You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee Circle: Due Date 1day 2day 3day 4day 5day 6day 7day 8day

$10.00 Monthly Fee Circle: 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $

Additional Escrow per Month (Optional) $

**Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117**

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g., fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

## Important Information To Help Us Serve You Better

### Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service

**Customer Service**
**1-800-283-7918***
**Monday - Friday**
7:00 a.m.-12:00 Midnight ET
**Saturday**
8:00 a.m.-7:00 p.m. ET
**Sunday**
12:00 p.m.-11:00 p.m. ET

**Collections**
**1-800-723-7906**
Monday - Thursday
8:00 a.m.-11:00 p.m. ET
Friday
8:00 a.m.-7:00 p.m. ET
Saturday
8:00 a.m.-1:00 p.m. ET

©2008 CitiMortgage, Inc. CitiMortgage, Inc does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, NA equal housing lender. CitiMortgage is a registered service mark of Citigroup, Inc.

### Addresses

**Please be sure to write your account number on your correspondence.**

**Regular Payments**
CitiMortgage, Inc.
PO Box 6006
The Lakes, NV 88901

**Air Express Payments**
CitiMortgage, Inc.
Attn: Payment Mail Opening
8725 West Sahara Ave.
Las Vegas, NV 89117

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 6855
Springfield, OH 45501-6855

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Assumption Inquiries**
CitiMortgage, Inc.
Mail Stop 0305
100 Galleria Officentre, Suite 300
Southfield, MI 48034-8409

**Account Inquiries/ Credit Bureau Disputes**
CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MC 0251
Frederick, MD 21703

### Website

Visit **www.citimortgage.com** today!

View and pay your mortgage online. Sign up for free eAlerts to make managing your mortgage easy.

### Customer Service

By calling 1-800-283-7918, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 7:00 a.m. and 12:00 Midnight ET, Saturday between the hours of 8:00 a.m. and 7:00 p.m ET and Sunday between the hours of 12:00 p.m. and 11:00 p.m. ET.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 9442, GAITHERSBURG, MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

### Mortgage Options

**1-800-MORTGAGE (667-8424)**
Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**Online Payments:** You can make payments online or sign up for these payment programs by visiting www.citimortgage.com.

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918 to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system by pressing option 2 after entering your Mortgage Account Number. Simply follow the prompts to complete your payment.

**The BiWeekly Advantage℠ Plan:** You could pay your mortgage off sooner and save thousands of dollars in interest through periodic drafting. Call 1-866-274-5462* for more information. An enrollment fee will apply. A nominal transaction fee will apply with each draft. Please refer to the Terms and Conditions on our website, www.citimortgage.com/biweeklyadvantage.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

FIRST NAME

MI LAST NAME

NEW MAILING ADDRESS

CITY STATE ZIP

NEW HOME PHONE NEW WORK PHONE

ADD/UPDATE E-MAIL ADDRESS

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY? ☐ YES ☐ NO

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

citimortgage

MORTGAGE ACCOUNT STATEMENT

## Account Information

Statement Date: 09/17/08
Property Address: ████ A CATHERINE CRE
MOBILE AL 36695

ACCOUNT NUMBER ████████

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $39,510.08 |
| Interest Rate | 5.75000% |
| Escrow Balance | -$535.21 |
| Interest Year to Date | $1,559.12 |
| Taxes Paid Year to Date | $0.00 |

Take command of your mortgage - Visit Today!
www.citimortgage.com

Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

Would you like an easier way to make your mortgage payment?
Sign up for E-Z Pay today.

SIS0071D-264032612008AA04-09/17/08-8-048974-1

DONALD W SOUTULLO
████████
LUCEDALE MS 39452-8360

008974

NNNN*NNNN*NNNN*NNNN
264032610089740001

## Account Activity

| | PAYMENTS RECEIVED | CURRENT PAYMENT DUE |
|---|---|---|
| Date | 09/08/08 | 10/01/08 |
| Principal | $521.09 | $266.21 |
| Interest | $382.39 | $185.53 |
| Escrow | $225.90 | $112.95 |
| Unapplied Funds | $452.00 | |
| Total Mortgage Payment | | $564.69 |
| Delinquency Expenses | | $15.00 |
| Servicing Fees | | $8.51 |
| Late Charge | $22.62 | $203.18 |
| Past Due Amount | | $1,694.07 |
| Total Amount | $1,604.00 | $2,485.45 |

You must pay the full amount due today. Call our office at 1-800-723-7906.

Delinquency expenses are third-party expenses such as property inspection fees, property preservation costs, appraisal costs, and attorney fees incurred by CMI as a result of default.

## Monthly Highlights

CMI-SSREG-0708

Detach and return the bottom portion with payment. Keep the top portion for your records.

Account Number: ████████

DONALD W SOUTULLO

Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.

Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date: | Total Amount Due: |
|---|---|---|
| See detail below: | 10/01/08 | $2,485.45 |

| | |
|---|---|
| Additional Principal: | $ |
| Additional Escrow: | $ |
| If payment received after: 10/16/08 Add late charge of: $22.58 | $ |
| Additional Monthly Payment: | $ |
| Total Amount Enclosed | $ |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

## E-Z Pay Authorization Agreement

Your enrollment in E-Z Pay will be confirmed in writing at least 10 days prior to your first debit.

1 Check One: ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited:

2 Financial Institution

Financial Institution Address

Signature of Financial Institution Account Holder

Date

3 Mortgage Account #

4 You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee Circle: Due Date 1day 2day 3day 4day 5day 6day 7day 8day

$10.00 Monthly Fee Circle: 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $

Additional Escrow per Month (Optional) $

**Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117**

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g., fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

## Important Information To Help Us Serve You Better

### Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
**1-800-283-7918***
Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-7:00 p.m. ET
Sunday
12:00 p.m.-11:00 p.m. ET

**Collections**
**1-800-723-7906**
Monday-Thursday
8:00 a.m.-11:00 p.m. ET
Friday
8:00 a.m.-7:00 p.m. ET
Saturday
8:00 a.m.-1:00 p.m. ET

©2008 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, NA, equal housing lender. CitiMortgage is a registered service mark of Citigroup, Inc.

### Addresses

**Please be sure to write your account number on your correspondence.**

**Regular Payments**
CitiMortgage, Inc.
PO Box 6006
The Lakes, NV 88901

**Air Express Payments**
CitiMortgage, Inc.
Attn: Payment Mail Opening
6725 West Sahara Ave.
Las Vegas, NV 89117

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8855
Springfield, OH 45501-8855

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Assumption Inquiries**
CitiMortgage, Inc.
Mail Stop 0305
100 Galleria Officentre, Suite 300
Southfield, MI 48034-8409

**Account Inquiries/ Credit Bureau Disputes**
CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MC 0251
Frederick, MD 21703

### Website

**Visit www.citimortgage.com today!**

View and pay your mortgage online. Sign-up for free eAlerts to make managing your mortgage easy.

### Customer Service

By calling 1-800-283-7918, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 7:00 a.m. and 12:00 Midnight ET, Saturday between the hours of 8:00 a.m. and 7:00 p.m ET and Sunday between the hours of 12:00 p.m. and 11:00 p.m. ET.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 9442, GAITHERSBURG, MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement which includes your name, account number and the reason(s) for the request.

### Mortgage Options

**1-800-MORTGAGE (667-8424)**
Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**Online Payments:** You can make payments online or sign up for these payment programs by visiting www.citimortgage.com.

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918 to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system by pressing option 3 after entering your Mortgage Account Number. Simply follow the prompts to complete your payment.

**The BiWeekly Advantage℠ Plan:** You could pay your mortgage off sooner and save thousands of dollars in interest through periodic drafting. Call 1-866-274-5462* for more information. An enrollment fee will apply. A nominal transaction fee will apply with each draft. Please refer to the Terms and Conditions on our website, www.citimortgage.com/biweeklyadvantage.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

FIRST NAME

MI LAST NAME

NEW MAILING ADDRESS

CITY STATE ZIP

NEW HOME PHONE NEW WORK PHONE

ADD/UPDATE E-MAIL ADDRESS

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY? ☐ YES ☐ NO

INTERNET REPRINT