*Soutullo, et al. v. CitiMortgage, Inc.*; Adversary Proceeding No. 09-01137

<u>**Exhibit D, Part 2 to CitiMortgage, Inc.'s Motion for Summary Judgment**</u>

# Account Information

Statement Date: 10/20/08
Property Address: ▓▓▓ A CATHERINE CRE
MOBILE AL 36695

**ACCOUNT NUMBER:** ▓▓▓▓▓▓▓▓

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $39,247.66 |
| Interest Rate | 5.75000% |
| Escrow Balance | -$422.26 |
| Interest Year to Date | $1,748.44 |
| Taxes Paid Year to Date | $0.00 |



# citimortgage®

## MORTGAGE ACCOUNT STATEMENT

Page 1 of 1

Take command of your mortgage - Visit Today!
**www.citimortgage.com**

Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

Would you like an easier way to make your mortgage payment?
Sign up for E-Z Pay today.

SIS0071D-264032942008AA05-10/20/08-8-050963-1

DONALD W SOUTULLO

LUCEDALE MS 39452-8360

# Account Activity

| | PAYMENTS RECEIVED | CURRENT PAYMENT DUE |
|---|---|---|
| Date | 10/14/08 | 11/01/08 |
| Principal | $262.42 | $267.49 |
| Interest | $189.32 | $184.25 |
| Escrow | $112.95 | $112.95 |
| Unapplied Funds | -$112.69 | |
| Total Mortgage Payment | | $564.69 |
| Delinquency Expenses | | $15.00 |
| Servicing Fees | | $8.51 |
| Late Charge | | $225.78 |
| Past Due Amount | | $1,694.07 |
| Total Amount | $452.00 | $2,508.03 |

You must pay the full amount due today. Call our office at 1-800-323-7906.

Delinquency expenses are third-party expenses such as property inspection fees, property preservation costs, appraisal costs, and attorney fees incurred by CMI as a result of default.

# Monthly Highlights

Where can you go for today's interest rates, up-to-date sales information about homes in your neighborhood and valuable tools for refinancing or purchasing your dream home? It's simple. Log in to www.citimortgage.com today!

---

**Detach and return the bottom portion with payment.** Keep the top portion for your records.

Account Number: ▓▓▓▓▓▓

DONALD W SOUTULLO

Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.

Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date: | Total Amount Due: |
|---|---|---|
| See detail below: | 11/01/08 | $2,508.03 |

| | | |
|---|---|---|
| Additional Principal: | $ | |
| Additional Escrow: | $ | |
| If payment received after: 11/16/08 Add late charge of: $22.58 | $ | |
| Additional Monthly Payment: | $ | |
| Total Amount Enclosed | $ | |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

Your enrollment in E-Z Pay will be confirmed in writing at least 10 days prior to your first debit.

1 **Check One:** ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

2 Financial Institution Account # to be debited:

Financial Institution

Financial Institution Address

Signature of Financial Institution Account Holder

Date

3 Mortgage Account #

4 You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

**No Fee Circle:** Due Date 1day 2day 3day 4day 5day 6day 7day 8day

**$10.00 Monthly Fee Circle:** 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $

Additional Escrow per Month (Optional) $

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g., fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

---

## Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
1-800-283-7918
Monday–Friday
7:00 a.m.–12:00 Midnight ET
Saturday
8:00 a.m.–7:00 p.m. ET
Sunday
12:00 p.m.–11:00 p.m. ET

**Collections**
1-800-723-7906
Monday – Thursday
8:00 a.m.–11:00 p.m. ET
Friday
8:00 a.m.–7:00 p.m. ET
Saturday
8:00 a.m.–5:00 p.m. ET

©2008  CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A., equal housing lender. CitiMortgage is a registered service mark of Citigroup, Inc.

## Addresses

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 6006
The Lakes, NV 88901

**Air Express Payments**
CitiMortgage, Inc.
Attn: Payment Mail Opening
8725 West Sahara Ave.
Las Vegas, NV 89117

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8859
Springfield, OH 45501-8855

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Assumption Inquiries**
CitiMortgage, Inc.
Mail Stop 0305
100 Galleria Officentre, Suite 300
Southfield, MI 48034-8409

**Account Inquiries/Credit Bureau Disputes**
CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MC 0251
Frederick, MD 21703

## Website

Visit www.citimortgage.com today!

View and pay your mortgage online. Sign up for free #Alerts to make managing your mortgage easy.

### Customer Service

By calling 1-800-283-7918, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 7:00 a.m. and 12:00 Midnight ET, Saturday between the hours of 8:00 a.m. and 7:00 p.m ET and Sunday between the hours of 12:00 p.m. and 11:00 p.m. ET.

For Residential Customers Only: PURSUANT TO § 6 of RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CitiMortgage, Inc., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 9443, GAITHERSBURG, MD 20898-9443. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

### Mortgage Options

1-800-MORTGAGE (667-8424)
Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**Online Payments:** You can make payments online or sign up for these payment programs by visiting www.citimortgage.com.

**E-Z Pay** lets you mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918 to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system by pressing option 2 after entering your Mortgage Account Number. Simply follow the prompts to complete your payment.

The **BiWeekly Advantage℠ Plan:** You could pay your mortgage off sooner and save thousands of dollars in interest through periodic drafting. Call 1-866-274-6442* for more information. An enrollment fee will apply. A nominal transaction fee will apply with each draft. Please refer to the Terms and Conditions on our website, www.citimortgage.com/biweeklyadvantage.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

---

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

FIRST NAME

MI    LAST NAME

NEW MAILING ADDRESS

CITY          STATE          ZIP

NEW HOME PHONE          NEW WORK PHONE

ADD/UPDATE E-MAIL ADDRESS

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY?   ☐ YES  ☐ NO

**INTERNET REPRINT**

# citimortgage

### MORTGAGE ACCOUNT STATEMENT

Page 1 of 1

## Account Information

Statement Date: 11/18/08
Property Address: ▒▒▒ A CATHERINE CRE
MOBILE AL 36695

### ACCOUNT NUMBER ▒▒▒▒▒▒▒

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $39,247.66 |
| Interest Rate | 5.75000% |
| Escrow Balance | -$1,005.31 |
| Interest Year to Date | $1,748.44 |
| Taxes Paid Year to Date | $583.05 |

## Account Activity

| | PAYMENTS RECEIVED | CURRENT PAYMENT DUE |
|---|---|---|
| Date | 11/18/08 | 12/01/08 |
| Principal | | $288.77 |
| Interest | | $182.97 |
| Escrow | | $112.95 |
| Unapplied Funds | $270.47 | |
| Total Mortgage Payment | | $564.69 |
| Delinquency Expenses | $15.00 | |
| Servicing Fees | $8.51 | |
| Late Charge | $158.02 | $90.32 |
| Past Due Amount | | $2,258.76 |
| Total Amount | $452.00 | $2,913.77 |

You must pay the full amount due today. Call our office at 1-800-723-7906.

On 10/24/08, $583.05 was paid for County Tax.

We show home phone 601-766-0064 and business 251-377-1716. If incorrect, please mark the address/phone change box below and complete the phone number line on the reverse side of the payment coupon. Thank you.

Take command of your mortgage - Visit Today!
www.citimortgage.com

Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

Would you like an easier way to make your mortgage payment?
Sign up for E-Z Pay today.

SIS0071D-264033232008AA05-11/18/08-8-052398-1

DONALD W SOUTULLO

LUCEDALE MS 39452-8360

012398
NNNN*NNNN*NNNN*NNNN 2640332012398001

## Monthly Highlights

Where can you go for today's interest rates, up-to-date sales information about homes in your neighborhood and valuable tools for refinancing or purchasing your dream home? It's simple. Log in to www.citimortgage.com today!

CMI-SSREG-0708

---

### Detach and return the bottom portion with your payment.

Account Number: ▒▒▒▒▒▒▒▒

DONALD W SOUTULLO

Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | | Due Date | Total Amount Due |
|---|---|---|---|
| See detail below: | | 12/01/08 | $2,913.77 |
| Additional Principal: | $ | | ▪ |
| Additional Escrow: | $ | | ▪ |
| If payment received after: 12/16/08 Add late charge of: $22.58 | $ | | ▪ |
| Additional Monthly Payment: | $ | | ▪ |
| Total Amount Enclosed | $ | | ▪ |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

INTERNET REPRINT

## REPRESENTATION OF PRINTED DOCUMENT

Your enrollment in E-Z Pay will be confirmed in writing at least 10 days prior to your first debit.

### E-Z Pay Authorization Agreement

1  Check One: ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited:

2  Financial Institution

Financial Institution Address

Signature of Financial Institution Account Holder

Date

3  Mortgage Account #

4  You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee Circle: Due Date 1day 2day 3day 4day 5day 6day 7day 8day

$10.00 Monthly Fee Circle: 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $

Additional Escrow per Month (Optional) $

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g., fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

### ♦ Important Information To Help Us Serve You Better

### ☎ Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
1-800-283-7918*
Monday–Friday
7:00 a.m.–12:00 Midnight ET
Saturday
8:00 a.m.–7:00 p.m. ET
Sunday
12:00 p.m.–11:00 p.m. ET

**Collections**
1-800-723-7906
Monday–Thursday
8:00 a.m.–11:00 p.m. ET
Friday
8:00 a.m.–7:00 p.m. ET
Saturday
8:00 a.m.–1:00 p.m. ET

©2008 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A. equal housing lender. CitiMortgage is a registered service mark of Citigroup, Inc.

### 🖂 Addresses

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 6006
The Lakes, NV 88901

**Air Express Payments**
CitiMortgage, Inc.
Attn: Payment Mail Opening
8725 West Sahara Ave.
Las Vegas, NV 89117

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 6855
Springfield, OH 45501-8855

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23699
Rochester, NY 14692

**Assumption Inquiries**
CitiMortgage, Inc.
Mail Stop 0305
100 Galleria Officentre, Suite 300
Southfield, MI 48034-8409

**Account Inquiries/Credit Bureau Disputes**
CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MC 0251
Frederick, MD 21703

### 🖥 Website

Visit www.citimortgage.com today!

View and pay your mortgage online. Sign up for free eAlerts to make managing your mortgage easy.

#### Customer Service

By calling 1-800-283-7918, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 7:00 a.m. and 12:00 Midnight ET, Saturday between the hours of 8:00 a.m. and 7:00 p.m. ET and Sunday between the hours of 12:00 p.m. and 11:00 p.m. ET.

For Residential Customers Only: PURSUANT TO 9 5 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 9442, GAITHERSBURG, MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

#### Mortgage Options

1-800-MORTGAGE (667-8424)
Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

#### Payment Information

**Online Payments:** You can make payments online or sign up for these payment programs by visiting www.citimortgage.com.

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918 to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system by pressing option 2 after entering your Mortgage Account Number. Simply follow the prompts to complete your payment.

**The BiWeekly Advantage™ Plan:** You could pay your mortgage off sooner and save thousands of dollars in interest through periodic drafting. Call 1-866-274-5462* for more information. An enrollment fee will apply. A normal transaction fee will apply with each draft. Please refer to the Terms and Conditions on our website, www.citimortgage.com/biweekly-advantage.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

### Address & Phone Number Changes

Be sure to check box on reverse. Please print.

FIRST NAME

MI   LAST NAME

NEW MAILING ADDRESS

CITY   STATE   ZIP

NEW HOME PHONE   NEW WORK PHONE

ADD/UPDATE E-MAIL ADDRESS

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY? ☐ YES ☐ NO

INTERNET REPRINT

Case 09-01137   Doc 18-7   Filed 07/12/10   Entered 07/12/10 17:02:33   Desc Exhibit D   Part 2   Page 5 of 25

## Account Information

Statement Date: 04/17/09
Property Address: ▮▮▮ A CATHERINE CRE
MOBILE AL 36695

ACCOUNT NUMBER ▮▮▮▮▮
Type of Mortgage          FIXED RATE LOAN
Principal Balance          $39,247.66
Interest Rate          5.75000%
Interest Year to Date          $0.00

**CitiMortgage**



### MORTGAGE ACCOUNT STATEMENT

Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

SIS0079D-265021072009AA02-04/17/09-8-023184-1

DONALD W SOUTULLO

LUCEDALE MS 39452-8360

## Account Activity

|  | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date |  | 05/01/09 |
| Principal |  | $276.27 |
| Interest |  | $175.47 |
| Escrow |  | $112.95 |
| **Total Amount** |  | **$564.69** |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

### Important Messages

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY. AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

CMI-SSBK-1208

---

**Detach and return the bottom portion with payment.**

Account Number: ▮▮▮▮▮

DONALD W SOUTULLO
Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA  50368-9196

|  | Due Date: | Total Amount: |
|---|---|---|
|  | 05/01/09 | $564.69 |
| See detail below: |  |  |
| Additional Principal | $ | . |
| Additional Escrow | $ | . |
|  | $ | . |
| Additional Monthly Payment: | $ | . |
| Total Amount Enclosed | $ | . |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

INTERNET REPRINT

## REPRESENTATION OF PRINTED DOCUMENT

**E-Z Pay Authorization Agreement**

Your enrollment in E-Z Pay will be confirmed in writing at least 10 days prior to your first debit.

1 Check One: ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited: _____

2 Financial Institution _____

Financial Institution Address _____

Signature of Financial Institution Account Holder _____

Date _____

3 Mortgage Account # _____

4 You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee Circle: Due Date 1day 2day 3day 4day 5day 6day 7day 8day

$10.00 Monthly Fee Circle: 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $ _____

Additional Escrow per Month (Optional) $ _____

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g., fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

**Important Information To Help Us Serve You Better**

### Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
**1-800-283-7918**
Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-7:00 p.m. ET
Sunday
12:00 p.m.-11:00 p.m. ET

**Collections**
**1-800-723-7906**
Monday-Thursday
8:00 a.m.-11:00 p.m. ET
Friday
8:00 a.m.-7:00 p.m. ET
Saturday
8:00 a.m.-1:00 p.m. ET

©2009 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A. equal housing lender. CitiMortgage is a registered service mark of Citigroup, Inc.

### Addresses

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 6006
The Lakes, NV 88901

**Air Express Payments**
CitiMortgage, Inc.
8725 West Sahara Ave.
Las Vegas, NV 89117

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8855
Springfield, OH 45501-8855

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Assumption Inquiries**
CitiMortgage, Inc.
Mail Stop 0305
100 Galleria Officentre, Suite 300
Southfield, MI 48034-8409

**Account Inquiries/ Credit Bureau Disputes**
CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MC 0251
Frederick, MD 21703

### Customer Service

By calling 1-800-283-7918, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 7:00 a.m. and Midnight ET, Saturday between the hours of 8:00 a.m. and 7:00 p.m ET and Sunday between the hours of 12:00 p.m and 11:00 p.m. ET.

For Residential Customers Only: PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 9442, GAITHERSBURG, MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

### Mortgage Options

**1-800-MORTGAGE (667-6424)**

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918 to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system by pressing option 2 after entering your Mortgage Account Number. Simply follow the prompts to complete your payment.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

---

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

FIRST NAME _____

MI ___ LAST NAME _____

NEW MAILING ADDRESS _____

CITY _____ STATE _____ ZIP _____

NEW HOME PHONE _____ NEW WORK PHONE _____

ADD/UPDATE E-MAIL ADDRESS _____

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY?  ☐ YES  ☐ NO

**INTERNET REPRINT**

**Citi never sleeps**

## Account Information

Statement Date: 05/19/09
Property Address: ████ A CATHERINE CRE
MOBILE AL 36695

**ACCOUNT NUMBER** ██████

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $38,963.98 |
| Interest Rate | 5.75000% |
| Interest Year to Date | $188.06 |

CitiMortgage



Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

SIS0079D-265021392009AA02-05/19/09-8-022673-1

DONALD W SOUTULLO
████████████
LUCEDALE MS 39452-5360

## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 06/01/09 |
| Principal | | $276.59 |
| Interest | | $175.15 |
| Escrow | | $48.59 |
| Total Amount | | $500.33 |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

## Important Messages

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

Your monthly escrow payment has been adjusted to $48.59 effective 06/01/09.

---

**Detach and return the bottom portion with payment.** Retain the top portion for your records.

Account Number: ████████

DONALD W SOUTULLO

Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.

Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date: | Total Amount: |
|---|---|---|
| See detail below: | 06/01/09 | $500.33 |
| Additional Principal: | $ | |
| Additional Escrow | $ | |
| | $ | |
| Additional Monthly Payment: | $ | |
| Total Amount Enclosed | $ | |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

**INTERNET REPRINT**

## E-Z Pay Authorization Agreement

Your enrollment in E-Z Pay will be confirmed in writing at least 10 days prior to your first debit.

**1** Check One: ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be Debited _____

**2** Financial Institution _____

Financial Institution Address _____

Signature of Financial Institution Account Holder _____

Date _____

**3** Mortgage Account # _____

**4** You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee Circle: Due Date 1day 2day 3day 4day 5day 6day 7day 8day
$10.00 Monthly Fee Circle: 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $ _____
Additional Escrow per Month (Optional) $ _____

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (i.e. fees, escrow changes, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

---

## Important Information To Help Us Serve You Better

### Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
1-800-283-7918*
Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-7:00 p.m. ET
Sunday
12:00 p.m.-11:00 p.m. ET

**Collections**
1-800-723-7906
Monday-Thursday
8:00 a.m.-11:00 p.m. ET
Friday
8:00 a.m.-7:00 p.m. ET
Saturday
8:00 a.m.-1:00 p.m. ET

©2008    CitiMortgage,
Inc.    CitiMortgage,    Inc.
does business as Citicorp
Mortgage in NM. CitiMortgage,
Inc. is an equal housing lender.
Fixed Rate Home Equity Loans
and Home Equity Lines of Credit
are made available through
Citibank, N.A. equal housing
lender. Citi Arc Design and Citi
and Arc Design are registered
service marks of Citigroup, Inc.

### Addresses

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 6006
The Lakes, NV 88901

**Air Express Payments**
CitiMortgage, Inc.
6725 West Sahara Ave.
Las Vegas, NV 89117

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8855
Springfield, OH 45501-8855

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Assumption Inquiries**
CitiMortgage, Inc.
Mail Stop 0305
100 Galleria Officentre, Suite 300
Southfield, MI 48034-8409

**Account Inquiries/
Credit Bureau Disputes**
CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MC 0251
Frederick, MD 21703

### Customer Service

By calling 1-800-283-7918, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 7:00 a.m. and Midnight ET, Saturday between the hours of 8:00 a.m. and 7:00 p.m. ET and Sunday between the hours of 12:00 p.m. and 11:00 p.m. ET.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 9442, GAITHERSBURG, MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

### Mortgage Options

**1-800-MORTGAGE (667-84241)**

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918 to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system by pressing option 2 after entering your Mortgage Account Number. Simply follow the prompts to complete your payment.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

---

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

FIRST NAME _____

MI _____  LAST NAME _____

NEW MAILING ADDRESS _____

CITY _____  STATE _____  ZIP _____

NEW HOME PHONE _____  NEW WORK PHONE _____

ADD/UPDATE E-MAIL ADDRESS _____

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY?    ☐ YES   ☐ NO

**INTERNET REPRINT**

# Citi never sleeps

## Account Information

**Statement Date:** 06/17/09
**Property Address:** ████ A CATHERINE CRE
MOBILE AL 36695

**ACCOUNT NUMBER:** ████

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $38,983.98 |
| Interest Rate | 5.75000% |
| Interest Year to Date | $188.06 |

## CitiMortgage



Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

SIS0079D-265021682009AA02-06/17/09-8-023543-1

DONALD W SOUTULLO

LUCEDALE MS 39452-8360

## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 07/01/09 |
| Principal | | $277.91 |
| Interest | | $173.83 |
| Escrow | | $48.59 |
| **Total Amount** | | **$500.33** |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

## Important Messages

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

---

**▼ Detach and return the bottom portion with payment.** Retain the top portion for your records. **▼**

**Account Number:** ████

DONALD W SOUTULLO

Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date: 07/01/09 | Total Amount: $500.33 |
|---|---|---|
| See detail below: | | |
| Additional Principal | $ | ▪ |
| Additional Escrow | $ | ▪ |
| | $ | ▪ |
| Additional Monthly Payment: | $ | ▪ |
| Total Amount Enclosed | $ | ▪ |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

**INTERNET REPRINT**

## E-Z Pay Authorization Agreement

Your enrollment in E-Z Pay will be confirmed in writing at least 10 days prior to your first debit.

1 Check One □ Please debit my Checking Account (Attach a voided check)
□ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited: _____

2 Financial Institution _____

Financial Institution Address _____

Signature of Financial Institution Account Holder _____

Date _____

3 Mortgage Account # _____

4 You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee Circle Due Date 1day 2day 3day 4day 5day 6day 7day 8day

$10.00 Monthly Fee Circle 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $ _____

Additional Escrow per Month (Optional) $ _____

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g. fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice of least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written order, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more debit returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂

## Important Information To Help Us Serve You Better

### Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
1-800-283-7918*
Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-7:00 p.m. ET
Sunday
12:00 p.m.-11:00 p.m. ET

**Collections**
1-800-723-7906
Monday-Thursday
8:00 a.m.-11:00 p.m. ET
Friday
8:00 a.m.-7:00 p.m. ET
Saturday
8:00 a.m.-5:00 p.m. ET

©2009 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A. equal housing lender. Citi, Arc Design, and Citi and Arc Design are registered service marks of Citigroup, Inc.

### Addresses

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 6006
The Lakes, NV 88901

**Air Express Payments**
CitiMortgage, Inc.
8725 West Sahara Ave.
Las Vegas, NV 89117

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box A855
Springfield, OH 45501-8855

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Assumption Inquiries**
CitiMortgage, Inc.
Mail Stop 0305
100 Galleria Officentre, Suite 300
Southfield, MI 48034-8409

**Account Inquiries/ Credit Bureau Disputes**
CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MC 0251
Frederick, MD 21703

### Customer Service

By calling 1-800-283-7918, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 7:00 a.m. and Midnight ET, Saturday between the hours of 8:00 a.m. and 7:00 p.m ET and Sunday between the hours of 12:00 p.m and 11:00 p.m. ET.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 9442, GAITHERSBURG, MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

### Mortgage Options

**1-800-MORTGAGE (667-8424)**

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918 to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system by pressing option 2 after entering your Mortgage Account Number. Simply follow the prompts to complete your payment.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

## Address & Phone Number Changes

Be sure to check box on reverse. Please print

FIRST NAME _____

MI _____ LAST NAME _____

NEW MAILING ADDRESS _____

CITY _____ STATE _____ ZIP _____

NEW HOME PHONE _____ NEW WORK PHONE _____

ADD/UPDATE E-MAIL ADDRESS _____

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY? □ YES □ NO

**INTERNET REPRINT**

## Citi never sleeps

## Account Information

Statement Date: 07/17/09
Property Address: ████A CATHERINE CRE
MOBILE AL 36695

ACCOUNT NUMBER: ████████

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $38,719.04 |
| Interest Rate | 5.75000% |
| Interest Year to Date | $374.86 |

Page 1 of 1

## CitiMortgage



Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

SIS0079D-265021982009AA02-07/17/09-28-024590-1

DONALD W SOUTULLO

LUCEDALE MS 39452-8360

## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 08/01/09 |
| Principal | | $279.25 |
| Interest | | $172.49 |
| Escrow | | $48.59 |
| Total Amount | | $500.33 |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

## Important Messages

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

CMI-SSBK-0509

---

▼ **Detach and return the bottom portion with payment.** Retain the top portion for your records. ▼

Account Number: ████████

DONALD W SOUTULLO

Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.

Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date: | Total Amount: |
|---|---|---|
| See detail below: | 08/01/09 | $500.33 |

| | |
|---|---|
| Additional Principal: | $ |
| Additional Escrow: | $ |
| | $ |
| Additional Monthly Payment: | $ |
| Total Amount Enclosed | $ |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

INTERNET REPRINT

## E-Z Pay Authorization Agreement

Your enrollment in E-Z Pay will be confirmed in writing at least 10 days prior to your first debit.

**1**  Check One:  ☐ Please debit my Checking Account (Attach a voided check.)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited: _____

**2**  Financial Institution _____

Financial Institution Address _____

Signature of Financial Institution Account Holder _____

Date _____

**3**  Mortgage Account # _____

**4**  You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee Circle: Due Date 1day 2day 3day 4day 5day 6day 7day 8day

$10.00 Monthly Fee Circle: 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $ _____

Additional Escrow per Month (Optional) $ _____

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g. fees, escrow changes, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

---

## Important Information To Help Us Serve You Better

### Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
1-800-283-7918*
Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-7:00 p.m. ET
Sunday
12:00 p.m.-11:00 p.m. ET

**Collections**
1-800-723-7906
Monday-Thursday
8:00 a.m.-11:00 p.m. ET
Friday
8:00 a.m.-7:00 p.m. ET
Saturday
8:00 a.m.-1:00 p.m. ET

©2009  CitiMortgage, Inc.  CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Loans and Home Equity Lines of Credit are made available through Citibank, N.A., equal housing lender.  Citi, Arc Design and Citi and Arc Design are registered service marks of Citigroup, Inc.

### Addresses

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 6006
The Lakes, NV 88901

**Air Express Payments**
CitiMortgage, Inc.
6725 West Sahara Ave.
Las Vegas, NV 89117

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 6855
Springfield, OH 45501-8855

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Assumption Inquiries**
CitiMortgage, Inc.
Mail Stop 0305
100 Galleria Officentre, Suite 300
Southfield, MI 48034-8409

**Account Inquiries/
Credit Bureau Disputes**
CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MO 0251
Frederick, MD 21703

### Customer Service

By calling 1-800-283-7918, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 7:00 a.m. and Midnight ET, Saturday between the hours of 8:00 a.m. and 7:00 p.m. ET and Sunday between the hours of 12:00 p.m and 11:00 p.m. ET.

For Residential Customers Only: PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 9442, GAITHERSBURG, MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

### Mortgage Options

1-800-MORTGAGE (667-8424)

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

E-Z Pay: Your mortgage payments can be withdrawn automatically from your bank.

Phone Payments:  Call 1-800-283-7918 to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system by pressing option 2 after entering your Mortgage Account Number. Simply follow the prompts to complete your payment.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

---

## Address & Phone Number Changes

Be sure to check box on reverse  Please print.

FIRST NAME _____

MI _____  LAST NAME _____

NEW MAILING ADDRESS _____

CITY _____  STATE _____  ZIP _____

NEW HOME PHONE _____  NEW WORK PHONE _____

ADD/UPDATE E-MAIL ADDRESS _____

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY?  ☐ YES  ☐ NO

INTERNET REPRINT

**Citi never sleeps**



## Account Information

**Statement Date:** 08/18/09
**Property Address:** ▓▓5 A CATHERINE CRE
MOBILE AL 36695

**ACCOUNT NUMBER** ▓▓▓▓▓▓▓

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $38,452.83 |
| Interest Rate | 5.75000% |
| Interest Year to Date | $560.39 |

## CitiMortgage

Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

SIS0079D-265022302009AA02-08/18/09-8-022145-1

DONALD W SOUTULLO
▓▓▓▓▓▓▓▓▓▓▓
LUCEDALE MS 39452-8360

## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 09/01/09 |
| Principal | | $280.58 |
| Interest | | $171.16 |
| Escrow | | $48.59 |
| Total Amount | | $500.33 |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

## Important Messages

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY. AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

CMI-SSBK-0509

▼ **Detach and return the bottom portion with payment.** Retain the top portion for your records. ▼

**Account Number:** ▓▓▓▓▓▓

DONALD W SOUTULLO

Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.

Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date: | Total Amount: |
|---|---|---|
| See detail below: | 09/01/09 | $500.33 |

| | | |
|---|---|---|
| Additional Principal: | $ | . |
| Additional Escrow: | $ | . |
| | $ | . |
| Additional Monthly Payment: | $ | . |
| Total Amount Enclosed | $ | . |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

**INTERNET REPRINT**

## REPRESENTATION OF PRINTED DOCUMENT

### E-Z Pay Authorization Agreement

Your enrollment in E-Z Pay will be confirmed in writing at least 10 days prior to your first debit.

1. **Check One:** ☐ Please debit my Checking Account (Attach a voided check)
   ☐ Please debit my Savings Account (Attach a deposit slip)

   Financial Institution Account # to be debited: _____

2. Financial Institution _____

   Financial Institution Address _____

   Signature of Financial Institution Account Holder _____

   Date _____

3. Mortgage Account # _____

4. You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

   No Fee Circle Due Date 3day 2day 3day 4day 5day 6day 7day 8day
   $10.00 Monthly Fee Circle 9day 10day 11day 12day 13day 14day 15day

   Additional Principal Per Month (Optional) $ _____

   Additional Escrow per Month (Optional) $ _____

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly payment (e.g. P&I, escrow charge, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written notice, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue this service.

---

## Important Information To Help Us Serve You Better

### Phone Numbers

*Calls are randomly monitored and recorded to ensure a quality service.

**Customer Service**
1-800-283-7918
Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-7:00 p.m. ET
Sunday
12:00 p.m.-8:00 p.m. ET

**Collections**
1-800-723-7906
Monday-Thursday
8:00 a.m.-11:00 p.m. ET
Friday
8:00 a.m.-7:00 p.m. ET
Saturday
8:00 a.m.-1:00 p.m. ET

©2003 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A., equal housing lender. Citi Art Design and Citi and Arc Design are registered service marks of Citigroup, Inc.

### Addresses

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 6006
The Lakes, NV 88901

**Air Express Payments**
CitiMortgage, Inc.
8725 West Sahara Ave.
Las Vegas, NV 89117

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8455
Springfield, OH 45501-8455

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Assumption Inquiries**
CitiMortgage, Inc.
Mail Stop 0305
100 Galleria Officentre, Suite 300
Southfield, MI 48034-8409

**Account Inquiries/Credit Bureau Disputes**
CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MC 0251
Frederick, MD 21703

### Customer Service

By calling 1-800-283-7918, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 7:00 a.m. and Midnight ET. Saturday between the hours of 8:00 a.m. and 7:00 p.m. ET and Sunday between the hours of 12:00 p.m. and 8:00 p.m. ET.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 9442, GAITHERSBURG, MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

### Mortgage Options

**1-800-MORTGAGE (667-8424)**

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918 to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system by pressing option 2 after entering your Mortgage Account Number. Simply follow the prompts to complete your payment.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

---

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

FIRST NAME _____

MI _____ LAST NAME _____

NEW MAILING ADDRESS _____

CITY _____ STATE _____ ZIP _____

NEW HOME PHONE _____ NEW WORK PHONE _____

ACCURATE E-MAIL ADDRESS _____

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY?   ☐ YES   ☐ NO

**INTERNET REPRINT**

**Citi never sleeps**

## Account Information

Statement Date: 09/17/09
Property Address: ███ A CATHERINE CRE
MOBILE AL 36695

ACCOUNT NUMBER ███████
Type of Mortgage                    FIXED RATE LOAN
Principal Balance                   $38,185.34
Interest Rate                       5.75000%
Interest Year to Date               $744.64

Page 1 of 1

CitiMortgage



Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

SIS0079D-265022602009AA02-09/17/09-8-023090-1

DONALD W SOUTULLO

LUCEDALE MS 39452-8360

003090

## Account Activity

|  | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date |  | 10/01/09 |
| Principal |  | $281.93 |
| Interest |  | $169.81 |
| Escrow |  | $48.59 |
| Total Amount |  | $500.33 |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

## Important Messages

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY. AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

CMI-SSBK-0509

---

**Detach and return the bottom portion with payment.** Retain the top section for your records.

Account Number: ███████

DONALD W SOUTULLO

Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:

ıllıllıllıllıllıllıllıllıllıllıllıllıllıllıll

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA  50368-9196

ıllıllıllıllıllıllıllıllıllıllıllıllıll

|  | Due Date: | Total Amount: |
|---|---|---|
| See detail below: | 10/01/09 | $500.33 |

Additional Principal      $ _____ .__

Additional Escrow         $ _____ .__

                          $ _____ .__

Additional Monthly Payment  $ _____ .__

Total Amount Enclosed     $ _____ .__

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

**INTERNET REPRINT**

REPRESENTATION OF PRINTED DOCUMENT

## E-Z Pay Authorization Agreement

Your enrollment in E-Z Pay will be confirmed in writing at least 10 days prior to your first debit.

**1** Check One: ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited _____

**2**

Financial Institution _____

Financial Institution Address _____

Signature of Financial Institution Account Holder _____

Date _____

**3** Mortgage Account # _____

**4** You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee Circle Due Date: 1day 2day 3day 4day 5day 6day 7day 8day

$10.00 Monthly Fee Circle: 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $_____

Additional Escrow per Month (Optional) $_____

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g., taxes, escrow changes, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

---

## Important Information To Help Us Serve You Better

### Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
1-800-283-7918*
Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-7:00 p.m. ET
Sunday
12:00 p.m.-11:00 p.m. ET

**Collections**
1-800-723-7906
Monday - Thursday
8:00 a.m.-11:00 p.m. ET
Friday
8:00 a.m.-7:00 p.m. ET
Saturday
8:00 a.m.-1:00 p.m. ET

©2009 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A., equal housing lender. Citi, Arc Design and Citi and Arc Design are registered service marks of Citigroup, Inc.

### Addresses

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 6006
The Lakes, NV 88901

**Air Express Payments**
CitiMortgage, Inc.
8725 West Sahara Ave.
Las Vegas, NV 89117

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8455
Springfield, OH 45501-8895

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Assumption Inquiries**
CitiMortgage, Inc.
Mail Stop 0305
100 Galleria Officentre, Suite 300
Southfield, MI 48034-8409

**Account Inquiries/Credit Bureau Disputes**
CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MC 0251
Frederick, MD 21703

### Customer Service

By calling 1-800-283-7918, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 7:00 a.m. and Midnight ET, Saturday between the hours of 8:00 a.m. and 7:00 p.m. ET and Sunday between the hours of 12:00 p.m. and 11:00 p.m. ET.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 9442, GAITHERSBURG, MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

### Mortgage Options

**1-800-MORTGAGE (667-8424)**

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918 to authorize immediate payment using funds directly from your bank account for a nominal fee. For greater convenience, phone payments can be made through our automated system by pressing option 2 after entering your Mortgage Account Number. Simply follow the prompts to complete your payment.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

---

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

FIRST NAME _____

MI _____ LAST NAME _____

NEW MAILING ADDRESS _____

CITY _____ STATE _____ ZIP _____

NEW HOME PHONE _____ NEW WORK PHONE _____

ADD/UPDATE E-MAIL ADDRESS _____

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY?  ☐ YES  ☐ NO

**INTERNET REPRINT**

## Account Information

Statement Date: 10/19/09
Property Address: ████ A CATHERINE CRE
MOBILE AL 36695

**ACCOUNT NUMBER** ████

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $37,918.57 |
| Interest Rate | 5.75000% |
| Interest Year to Date | $927.61 |

Page 1 of 1

CitiMortgage 

 Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

 If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

SIS0079D-265022922009AA02-10/19/09-8-023629-1

DONALD W SOUTULLO

LUCEDALE MS 39452-8360

## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 11/01/09 |
| Principal | | $283.28 |
| Interest | | $168.46 |
| Escrow | | $48.59 |
| Total Amount | | $500.33 |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

### Important Messages

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

---

**Detach and return the bottom portion with payment.** Retain the top portion for your records.

Account Number: ████

DONALD W SOUTULLO

Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.

Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date: | Total Amount: |
|---|---|---|
| See detail below: | 11/01/09 | $500.33 |
| Additional Principal: | $ | |
| Additional Escrow: | $ | |
| | $ | |
| Additional Monthly Payment: | $ | |
| Total Amount Enclosed | $ | |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

**INTERNET REPRINT**

## E-Z Pay Authorization Agreement

Your enrollment in E-Z Pay will be confirmed in writing at least 10 days prior to your first debit.

1  **Check One:** ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited: _____

2  Financial Institution _____

Financial Institution Address _____

Signature of Financial Institution Account Holder _____

Date _____

3  Mortgage Account # _____

4  You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee Circle: Due Date 1day 2day 3day 4day 5day 6day 7day 8day
$10.00 Monthly Fee Circle: 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $ _____

Additional Escrow per Month (Optional) $ _____

**Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117**

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (i.e., fees, escrow charges, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us in discontinue the service.

---

## Important Information To Help Us Serve You Better

### Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
1-800-283-7918
Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-7:00 p.m. ET
Sunday
12:00 p.m.-8:00 p.m. ET

**Collections**
1-800-723-7906
Monday-Thursday
8:00 a.m.-11:00 p.m. ET
Friday
8:00 a.m.-7:00 p.m. ET
Saturday
8:00 a.m.-1:00 p.m. ET

©2009 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A., equal housing lender. Citi and Arc Design and Citi and Arc Design are registered service marks of Citigroup, Inc.

### Addresses

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 6006
The Lakes, NV 88901

**Air Express Payments**
CitiMortgage, Inc.
8725 West Sahara Ave.
Las Vegas, NV 89117

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 6855
Springfield, OH 45501-8855

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Assumption Inquiries**
CitiMortgage, Inc.
Mail Stop 0305
100 Galleria Officentre, Suite 300
Southfield, MI 48034-8409

**Account Inquiries/Credit Bureau Disputes**
CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MC 0281
Frederick, MD 21703

### Customer Service

By calling 1-800-283-7918, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 7:00 a.m. and Midnight ET, Saturday between the hours of 8:00 a.m. and 7:00 p.m. ET and Sunday between the hours of 12:00 p.m and 8:00 p.m. ET.

For Residential Customers Only: PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 9442, GAITHERSBURG, MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

### Mortgage Options

1-800-MORTGAGE (667-84241)

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

E-Z Pay: Your mortgage payments can be withdrawn automatically from your bank.

Phone Payments: Call 1-800-283-7918 to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system by pressing option 2 after entering your Mortgage Account Number. Simply follow the prompts to complete your payment.

Payoff: To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918* and select Option 4.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

---

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

FIRST NAME _____

M    LAST NAME _____

NEW MAILING ADDRESS _____

CITY _____  STATE _____  ZIP _____

NEW HOME PHONE _____  NEW WORK PHONE _____

ADD/UPDATE E-MAIL ADDRESS _____

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY?  ☐ YES  ☐ NO

**INTERNET REPRINT**

## Account Information

Statement Date: 11/17/09
Property Address: ███ A CATHERINE CRE
MOBILE AL 36695

**ACCOUNT NUMBER** ████

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $37,648.51 |
| Interest Rate | 5.75000% |
| Interest Year to Date | $1,109.29 |

## CitiMortgage



Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

SIS0079D-265023212009AA02-11/17/09-8-023394-1

DONALD W SOUTULLO

LUCEDALE MS 39452-8360

## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 12/01/09 |
| Principal | | $284.64 |
| Interest | | $167.10 |
| Escrow | | $112.95 |
| Total Amount | | $564.69 |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

## Important Messages

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY. AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

On 10/26/09, $583.05 was paid for County Tax.

CM-SSBK-1009

▼ **Detach and return the bottom portion with payment.** Retain the top part for your records. ▼

Account Number: ████

DONALD W SOUTULLO

Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.

Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date: | Total Amount: |
|---|---|---|
| See detail below: | 12/01/09 | $564.69 |

| | | |
|---|---|---|
| Additional Principal | $ | ▪ |
| Additional Escrow | $ | ▪ |
| | $ | ▪ |
| Additional Monthly Payment: | $ | ▪ |
| Total Amount Enclosed | $ | ▪ |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

**INTERNET REPRINT**

## E-Z Pay Authorization Agreement

Your enrollment in E-Z Pay will be confirmed in writing at least 10 days prior to your first debit.

**1** Check One ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited _____

**2** Financial Institution _____

Financial Institution Address _____

Signature of Financial Institution Account Holder _____

Date _____

**3** Mortgage Account # _____

**4** You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.
No Fee Circle: Due Date  1day  2day  3day  4day  5day  6day  7day  8day
$10.00 Monthly Fee Circle: 9day  10day  11day  12day  13day  14day  15day

Additional Principal Per Month (Optional) $ _____

Additional Escrow per Month (Optional) $ _____

**Please complete/sign this form and return it along with a voided check or deposit slip for CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117**

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g. fees, escrow changes, adjustable rate mortgages). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

---

## Important Information To Help Us Serve You Better

### Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service.*

**Customer Service**
1-800-283-7918
Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-7:00 p.m. ET
Sunday
12:00 a.m.-11:00 p.m. ET

**Collections**
1-800-723-7906
Monday-Thursday
8:00 a.m.-11:00 p.m. ET
Friday
8:00 a.m.-7:00 p.m. ET
Saturday
8:00 a.m.-1:00 p.m. ET

©2009 CitiMortgage, Inc. CitiMortgage, Inc., does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A., equal housing lender. Citi, Arc Design and Citi Arc Design are registered service marks of Citigroup, Inc.

### Addresses

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 6006
The Lakes, NV 88901

**Air Express Payments**
CitiMortgage, Inc.
8725 West Sahara Ave.
Las Vegas, NV 89117

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8855
Springfield, OH 45501-8855

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Assumption Inquiries**
CitiMortgage, Inc.
Mail Stop 0305
100 Galleria Officentre, Suite 300
Southfield, MI 48034-8409

**Account Inquiries/ Credit Bureau Disputes**
CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MC 0251
Frederick, MD 21703

### Customer Service

By calling 1-800-283-7918, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 7:00 a.m. and Midnight ET, Saturday between the hours of 8:00 a.m. and 7:00 p.m. ET and Sunday between the hours of 12:00 p.m. and 11:00 p.m. ET.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 9442, GAITHERSBURG, MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

### Mortgage Options

1-800-MORTGAGE (667-8424)

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918 to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system by pressing option 2 after entering your Mortgage Account Number. Simply follow the prompts to complete your payment.

**Payoff:** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918* and select Option 4.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

---

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

FIRST NAME _____

MI _____ LAST NAME _____

NEW MAILING ADDRESS _____

CITY _____ STATE _____ ZIP _____

NEW HOME PHONE _____ NEW WORK PHONE _____

ADD/UPDATE E-MAIL ADDRESS _____

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY?  ☐ YES  ☐ NO

**INTERNET REPRINT**

**REPRESENTATION OF PRINTED DOCUMENT**

## Citi never sleeps˙

## Account Information

Statement Date: 12/17/09
Property Address: ██████ A CATHERINE CRE
MOBILE AL 36695

**ACCOUNT NUMBER** ████████

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $37,375.16 |
| Interest Rate | 5.75000% |
| Interest Year to Date | $1,289.88 |

CitiMortgage



Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

SIS0079D-265023512009AA02-12/17/09-8-024676-1

DONALD W SOUTULLO
██████████████
LUCEDALE MS 39452-8360

## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 01/01/10 |
| Principal | | $286.00 |
| Interest | | $165.74 |
| Escrow | | $112.95 |
| Total Amount | | $564.69 |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

## Important Messages

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY. AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

A tax and interest statement for income tax purposes will be included with your next billing statement which will be sent by January 31, 2010.

Due to year-end processing, payments received between 10 p.m. and Midnight ET on December 31, 2009, will be posted in January 2010, but credited for December 31, 2009.

---

## Detach and return the bottom portion with payment. Retain the top portion for your records.

Account Number: ████████

DONALD W SOUTULLO

Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA  50368-9196

| | Due Date: | Total Amount: |
|---|---|---|
| See detail below: | 01/01/10 | $564.69 |

| | | |
|---|---|---|
| Additional Principal: | $ | ▪ |
| Additional Escrow: | $ | ▪ |
| | $ | ▪ |
| Additional Monthly Payment: | $ | ▪ |
| Total Amount Enclosed | $ | ▪ |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

INTERNET REPRINT

## E-Z Pay Authorization Agreement

Your enrollment in E-Z Pay will be confirmed in writing at least 10 days prior to your first debit.

**1** Check One: ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account #to be debited: _____

**2**
Financial Institution _____

Financial Institution Address _____

Signature of Financial Institution Account Holder _____

Date _____

**3** Mortgage Account # _____

**4** You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee Circles Due Date 1day 2day 3day 4day 5day 6day 7day 8day
$10.00 Monthly Fee Circle: 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $ _____
Additional Escrow Per Month (Optional) $ _____

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g., taxes, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written notice, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citicorp lender unless you notify us to discontinue the service.

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂

## ▼ Important Information To Help Us Serve You Better ▼

### Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
1-800-283-7918
Monday-Friday:
7:00 a.m.-12:00 Midnight ET
Saturday:
8:00 a.m.-7:00 p.m. ET
Sunday
12:00 p.m.-11:00 p.m. ET

**Collections**
1-800-723-7906
Monday-Thursday
8:00 a.m.-11:00 p.m. ET
Friday
8:00 a.m.-7:00 p.m. ET
Saturday
8:00 a.m.-1:00 p.m. ET

©2009 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A., equal housing lender. Citi, Arc Design, and Citi and Arc Design are registered service marks of Citigroup, Inc.

### Addresses

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 6006
The Lakes, NV 88901

**Air Express Payments**
CitiMortgage, Inc.
8725 West Sahara Ave.
Las Vegas, NV 89117

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8655
Springfield, OH 45501-8855

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Assumption Inquiries**
CitiMortgage, Inc.
Mail Stop 0305
100 Galleria Officentre, Suite 300
Southfield, MI 48034-8409

**Account Inquiries/ Credit Bureau Disputes**
CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MC 0251
Frederick, MD 21703

### Customer Service

By calling 1-800-283-7918, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 7:00 a.m. and Midnight ET, Saturday between the hours of 8:00 a.m. and 7:00 p.m. ET and Sunday between the hours of 12:00 p.m. and 11:00 p.m. ET

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 9442, GAITHERSBURG, MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

### Mortgage Options

**1-800-MORTGAGE (667-8424)**

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**E-Z Pay** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918 to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system by pressing option 2 after entering your Mortgage Account Number. Simply follow the prompts to complete your payment.

**Payoff:** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918* and select Option 4.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

---

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

FIRST NAME _____

MI _____ LAST NAME _____

NEW MAILING ADDRESS _____

CITY _____ STATE _____ ZIP _____

NEW HOME PHONE _____ NEW WORK PHONE _____

ADD/UPDATE E-MAIL ADDRESS _____

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY?  ☐ YES  ☐ NO

INTERNET REPRINT

# Citi never sleeps®

## Account Information

Statement Date: 01/18/10
Property Address: ▓▓▓A CATHERINE CRE
MOBILE AL 36695

**ACCOUNT NUMBER** ▓▓▓▓▓▓

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $37,102.51 |
| Interest Rate | 5.75000% |
| Interest Year to Date | $179.09 |

CitiMortgage



Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

SIS0079D-265030182010AB02-01/18/10-8-024805-1

DONALD W SOUTULLO

LUCEDALE MS 39452-8360

004805

## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 02/01/10 |
| Principal | | $287.37 |
| Interest | | $164.37 |
| Escrow | | $112.95 |
| Total Amount | | $564.69 |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

## Important Messages

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY. AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

Due to year-end processing, payments received between 10 p.m. and Midnight ET on December 31, 2009, will be posted in January 2010, but credited for December 31, 2009.

A tax and interest statement for 2009 income tax purposes is either enclosed with this billing statement or will be mailed separately by January 31, 2010.

CM-SSBK-1009

---

▼ **Detach and return the bottom portion with payment.** Retain the top portion for your records. ▼

Account Number: ▓▓▓▓▓▓

DONALD W SOUTULLO
Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date: | Total Amount: |
|---|---|---|
| See detail below: | 02/01/10 | $564.69 |

| | | |
|---|---|---|
| Additional Principal: | $ | ▪ |
| Additional Escrow: | $ | ▪ |
| | $ | ▪ |
| Additional Monthly Payment: | $ | ▪ |
| Total Amount Enclosed | $ | ▪ |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

INTERNET REPRINT

## E-Z Pay Authorization Agreement

Your enrollment in E-Z Pay will be confirmed in writing at least 10 days prior to your first debit.

**1** Check One: ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited _____

**2** Financial Institution _____

Financial Institution Address _____

Signature of Financial Institution Account Holder _____

Date _____

**3** Mortgage Account # _____

**4** You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee Circle: Due Date 1day 2day 3day 4day 5day 6day 7day 8day

$10.00 Monthly Fee Circle: 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $ _____

Additional Escrow Per Month (Optional) $ _____

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (i.e., fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written notice, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂

## Important Information To Help Us Serve You Better

### Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service

**Customer Service**
1-800-283-7918
Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-7:00 p.m. ET
Sunday
12:00 p.m.-11:00 p.m. ET

**Collections**
1-800-723-7906
Monday-Thursday
8:00 a.m.-11:00 p.m. ET
Friday
8:00 a.m.-7:00 p.m. ET
Saturday
8:00 a.m.-1:00 p.m. ET

©2010 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, NA, equal housing lender. Citi, Arc Design and Citi and Arc Design are registered service marks of Citigroup, Inc.

### Addresses

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 6006
The Lakes, NV 88901

**Air Express Payments**
CitiMortgage, Inc.
8725 West Sahara Ave.
Las Vegas, NV 89117

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 6855
Springfield, OH 45501-6855

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Assumption Inquiries**
CitiMortgage, Inc.
Mail Stop 0305
100 Galleria Officentre, Suite 300
Southfield, MI 48034-8409

**Account Inquiries/Credit Bureau Disputes**
CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MC 0251
Frederick, MD 21703

### Customer Service

By calling 1-800-283-7918, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 7:00 a.m. and Midnight ET, Saturday between the hours of 8:00 a.m. and 7:00 p.m. ET and Sunday between the hours of 12:00 p.m. and 11:00 p.m. ET.

**For Residential Customers Only:** PURSUANT TO 8 & 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 9442, GAITHERSBURG, MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

### Mortgage Options

1-800-MORTGAGE (667-8424)

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918 to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system by pressing option 2 after entering your Mortgage Account Number. Simply follow the prompts to complete your payment.

**Payoffs:** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918* and select option 4.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

FIRST NAME _____

MI ____ LAST NAME _____

NEW MAILING ADDRESS _____

CITY _____ STATE ____ ZIP ____

NEW HOME PHONE _____ NEW WORK PHONE _____

ADD/UPDATE E-MAIL ADDRESS _____

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY? ☐ YES ☐ NO

**INTERNET REPRINT**